## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERGO (EUROPE) AB <br> Strandridaregatan 8 <br> Box 1010 <br> 231 25 Trelleborg <br> Sweden, <br><br>           Plaintiff, <br><br> v. <br><br> UNILIN BEHEER B.V. <br> Hoogeveenenweg 28 <br> 2913 LV Nieuwerkerk Ad Ijssel <br> Netherlands, <br>           Defendant. | Civil Action No.＿＿＿＿＿＿ |

### PLAINTIFF'S ORIGINAL COMPLAINT FOR INTERFERENCE

### PURSUANT TO 35 U.S.C. § 291

Plaintiff Pergo (Europe) AB ("Pergo") hereby alleges the following causes of

action for an interference pursuant to 35 U.S.C. § 291, which action arises under the patent laws

of the United States and which action seeks a declaration that Pergo was the prior inventor of

certain subject matter disclosed and claimed in various United States patents and that various

United States patents owned by Unilin Beheer B.V. ("Unilin") claiming substantially the same

subject matter are, consequently, invalid:

### THE PARTIES

1.      Pergo is a Swedish corporation having its principal place of business in

Trelleborg, Sweden.

2.      Pergo is the owner by assignment of the Pergo Patents, as defined below.

3.    Upon information and belief, Unilin is a Dutch corporation with its principal place of business in Ijssel, Netherlands.

4.    Upon information and belief, Unilin is the owner by assignment of the Unilin Patents, as defined below, and has failed to record a domestic representative for service of process with the United States Patent and Trademark Office (hereinafter, "PTO") for any of these patents.

## JURISDICTION AND VENUE

5.    This action for patent interference arises under the patent laws of the United States, 35 U.S.C. § 101, *et seq.* This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338, and pursuant to 35 U.S.C. § 291.

6.    Pursuant to 35 U.S.C. § 293, this Court has personal jurisdiction over Unilin because this Court has jurisdiction to take any action with respect to the patents-in-suit when no person, on whom may be served process or notice of proceedings affecting the patents or rights thereunder, has been designated with the PTO.

7.    In addition, this Court has personal jurisdiction over Unilin because, upon information and belief, Unilin has established at least minimum contacts with this forum such that the exercise of jurisdiction over Unilin will not offend traditional notions of fair play and substantial justice.

8.    Venue is proper in this judicial district pursuant to 35 U.S.C. § 293 and 28 U.S.C. §§ 1391 and 1400.

## DEVELOPMENT OF PERGO'S PATENTED TECHNOLOGY

9.    In 1977, Pergo invented laminate flooring, which it began selling in 1980. Pergo's laminate floor panels can recreate the look and feel of real wood (as well as many other

2

materials) without using bulky wooden planks. Pergo's laminate flooring consists of a substrate comprised of wood particles and resin, various internal protective layers, a decorative layer containing a printed image, one or more outer protective layers, and a top surface wear layer.

10.     Some advantages of the laminate panels over traditional wood floor planks are that the laminate panels are more resistant to moisture, are less susceptible to expansion and compression, and are wear- and scratch-resistant.

11.     Initially, Pergo used a traditional tongue-and-groove joint with its laminate panels and employed glue as an adhesive sealant between the panels to create a rigid joint and prevent gaps or spaces from forming between joined panel edges.

12.     Using glue to secure the tongue-and-groove joint of the laminate panels works very well to create a strong, rigid joint that prevents gapping between the panels and resists penetration of water or dirt through the joint.

13.     The recognized drawbacks of glued joints include the length of time needed to assemble the panels with glue and the mess involved in the use of glue.

14.     In an effort to avoid these drawbacks, Pergo explored the development of glueless mechanically locking panels beginning in the early 1990's.

15.     Pergo's primary objective in developing a glueless joint was to provide the same strength and rigidity of the glued joint that prevented gapping between the panels and avoided penetration of water or dirt through the joint.

16.     Between 1990 and 1994, Göran Mårtensson, then a Pergo employee, experimented with tongue-and-groove configurations that would allow laminate panels to be joined together without glue but still maintain the properties of a glued joint, such as rigidity, gap-free appearance, strength, and resistance to water and dirt penetration through the joint.

3

17.    During this time period, Mårtensson succeeded in developing a strong and rigid, glueless, mechanically locking joint that prevented gapping between the panels and resisted penetration of water or dirt between the panels, just as the glued joint did.

18.    Mårtensson determined that an effective way to achieve the rigidity and gap-free construction of a glued joint in a glueless construction is to design the tongue and groove in such a way that, when engaged, structures in the joint would interact so as to exert a force to urge the panels together.

19.    On March 7, 1995, Pergo acted to protect Mårtensson's invention of the glueless mechanically locking joint by filing Swedish Patent Application No. 9500810 (hereinafter, "the SE '810 appln.").

20.    On February 29, 1996, Pergo acted again to protect Mårtensson's invention by filing PCT application PCT WO 96/27721 (hereinafter "the '721 PCT"), entitled "Floor Panel or Wall Panel and Use thereof." The '721 PCT claims priority to the SE '810 appln., and was published on September 12, 1996.

### THE PERGO PATENTS AT ISSUE

21.    On August 15, 2000, the PTO issued U.S. Patent No. 6,101,778 (hereinafter, "the '778 patent") (attached hereto as Exhibit A), entitled "Flooring Panel or Wall Panel and Use Thereof," identifying Göran Mårtensson as the inventor.

22.    On June 4, 2002, the PTO issued U.S. Patent No. 6,397,547 (hereinafter, "the '547 patent") (attached hereto as Exhibit B), entitled "Flooring Panel or Wall Panel and Uses Thereof," identifying Göran Mårtensson as the inventor.

23.    On July 16, 2002, the PTO issued U.S. Patent No. 6,418,683 (hereinafter, "the '683 patent") (attached hereto as Exhibit C), entitled "Flooring Panel or Wall Panel and Use Thereof," identifying Göran Mårtensson and Magnus Külik as the inventors.

24.    On July 23, 2002, the PTO issued U.S. Patent No. 6,421,970 (hereinafter, "the '970 patent") (attached hereto as Exhibit D), entitled "Flooring Panel or Wall Panel and Use Thereof," identifying Göran Mårtensson and Magnus Külik as the inventors.

25.    The '778, '547, '683, and '970 patents (hereinafter, "Pergo Patents") claim priority, at least in part, to the March 7, 1995 filing date of the SE '810 appln. and the February 29, 1996 filing date of the '721 PCT.

## UNILIN'S SUBSEQUENT DEVELOPMENT OF SUBSTANTIALLY THE SAME TECHNOLOGY

26.    In January 1996, nearly ten months after the filing of Pergo's SE '810 appln., both Pergo and Unilin employees attended the Domotex flooring trade show in Hannover, Germany, an annual trade show attended by much of the flooring industry.

27.    Alloc A/S (hereinafter, "Alloc"), a laminate flooring company, displayed samples of its current work at the 1996 Domotex trade show. In particular, Alloc displayed a mechanically locking laminate flooring prototype that used an aluminum strip locking mechanism affixed to the panel edges to facilitate joining (hereinafter, "the Alloc system"). This locking mechanism purposely and necessarily incorporated a "play" in the joint which allowed joined panels to be easily displaced relative to one another, and also made assembly and disassembly easier. However, this "play" allowed gaps to form between the panels, which detracted from the appearance and performance of the flooring.

5

28.    The Alloc system accomplished different goals than those accomplished by Mårtensson's invention. The Alloc system's joint incorporated a play that allowed for easy assembly and disassembly of the laminate panels but resulted in a flexible joint that was not rigid and brought about undesirable gaps. The focus of Mårtensson's invention, by contrast, was not ease of assembly or disassembly, but rather was on achieving a rigid, gap-free joint that would resist penetration of dirt or water through the joint.

29.    On information and belief, Unilin employees visited the Alloc display and saw the Alloc system. On information and belief, as of the Domotex trade show, Unilin had not conceived of and had no projects relating to glueless mechanically locking joints.

30.    On information and belief, following the Domotex trade show, Unilin sought to develop a glueless laminate flooring joint with all the benefits of a glued joint – just as Mårtensson had done. On information and belief, Unilin, like Pergo, wished to develop a mechanically locking laminate floor joint that mimicked the rigid, gap-free construction of glued joints, in contrast to the loose Alloc "play" joint that is geared toward ease of assembly and disassembly.

31.    On April 15, 1997, Unilin filed a patent application directed to mechanically locking floor joints, Belgian Patent Application No. 9700344 (hereinafter, "the BE '344 appln."), entitled "Floor covering, consisting of hard floor panels and method for manufacturing such floor panels." The BE '344 appln. was preceded by a June 11, 1996 Unilin patent application directed to mechanically locking floor joints, Belgian Patent Application No. 09600527 (hereinafter, "the BE '527 appln."), entitled "Floor coverings, consisting of hard floor panels and method for manufacturing such floor panels." The BE '344 appln. added information not found in the BE '527 appln. This additional information includes the embodiments shown in

6

Figs. 22-25 of the Unilin patents, and a discussion of "biasing forces" and "pretension" when the panels are coupled – an embodiment present in Pergo's '721 PCT, which had already published by the time Unilin filed the BE '344 appln.

32.    Both Pergo's 1995 SE '810 appln. and Unilin's 1997 BE' 344 appln. claimed substantially the same invention: a mechanically locking joint that urged floor panels together when coupled.

### THE UNILIN PATENTS AT ISSUE

33.    On December 28, 1999, the PTO issued U.S. Patent No. 6,006,486 (hereinafter, "the '486 patent") (attached hereto as Exhibit E), entitled "Floor Panel with Edge Connectors," identifying Stefan Simon Gustaaf Moriau, Mark Gaston Maurits Cappelle, and Bernard Paul Joseph Thiers as the inventors.

34.    On December 10, 2002, the PTO issued U.S. Patent No. 6,490,836 (hereinafter, "the '836 patent") (attached hereto as Exhibit F), entitled "Floor Panel with Edge Connectors," identifying Stefan Simon Gustaaf Moriau, Mark Gaston Maurits Cappelle, and Bernard Paul Joseph Thiers as the inventors.

35.    On April 5, 2005, the PTO issued U.S. Patent No. 6,874,292 (hereinafter, "the '292 patent") (attached hereto as Exhibit G), entitled "Floor Panels with Edge Connectors," identifying Stefan Simon Gustaaf Moriau, Mark Gaston Maurits Cappelle, and Bernard Paul Joseph Thiers as the inventors.

36.    On August 16, 2005, the PTO issued U.S. Patent No. 6,928,779 (hereinafter, "the '779 patent") (attached hereto as Exhibit H), entitled "Floor Panels with Edge Connectors," identifying Stefan Simon Gustaaf Moriau, Mark Gaston Maurits Cappelle, and Bernard Paul Joseph Thiers as the inventors.

7

37.     On October 18, 2005, the PTO issued U.S. Patent No. 6,955,020 (hereinafter, "the '020 patent") (attached hereto as Exhibit I), entitled "Floor Panels with Edge Connectors," identifying Stefan Simon Gustaaf Moriau, Mark Gaston Maurits Cappelle, and Bernard Paul Joseph Thiers as the inventors.

38.     On February 7, 2006, the PTO issued U.S. Patent No. 6,993,877 (hereinafter, "the '877 patent") (attached hereto as Exhibit J), entitled "Floor Panels with Edge Connectors," identifying Stefan Simon Gustaaf Moriau, Mark Gaston Maurits Cappelle, and Bernard Paul Joseph Thiers as the inventors.

39.     On May 9, 2006, the PTO issued U.S. Patent No. 7,040,068 (hereinafter, "the '068 patent") (attached hereto as Exhibit K), entitled "Floor Panels with Edge Connectors," identifying Stefan Simon Gustaaf Moriau, Mark Gaston Maurits Cappelle, and Bernard Paul Joseph Thiers as the inventors.

40.     On February 12, 2008, the PTO issued U.S. Patent No. 7,328,536 (hereinafter, "the '536 patent") (attached hereto as Exhibit L), entitled "Floor Panels with Edge Connectors," identifying Stefan Simon Gustaaf Moriau, Mark Gaston Maurits Cappelle, and Bernard Paul Joseph Thiers as the inventors.

41.     The '486, '836, '292, '779, '020, '877, '068, and '536 patents (hereinafter, "Unilin Patents") claim priority to the June 11, 1996 filing date of the BE '527 appln. and the April 15, 1997 filing date of the BE '344 appln. However, for at least the reasons set forth in paragraph 31 above, not all claims of Unilin patents are entitled to the June 11, 1996 priority date.

## THE PERGO AND UNILIN PATENTS ARE DIRECTED TO SUBSTANTIALLY THE

## SAME SUBJECT MATTER

42.      The Pergo Patents and the Unilin Patents claim substantially the same invention. Some representative areas of overlap between the Pergo Patents' claims and the Unilin Patents' claims are set forth in paragraphs 43 to 49 below.

43.      Both the Pergo Patents and the Unilin Patents claim floor coverings comprised of glueless, mechanically locking panels made from a wood-based core, containing coupling parts substantially in the form of a tongue and groove, and further containing locking elements that are formed to cooperate with each other when the panels are engaged such that the panels are prevented from drifting apart in a direction perpendicular to the panel edges.

44.      In both the Pergo Patents and the Unilin Patents, connections between panels are accomplished by the edge connector profiles. These edge connector profiles are comprised of tongue and groove formations that engage with each other. Interlocking of the tongue and groove is accomplished by the presence of locking elements, or protrusions and depressions, specifically formed to cooperate with each other.

45.      Both the Pergo Patents and the Unilin Patents disclose one or more clearances between the tongue and the groove.

46.      The Pergo Patents and the Unilin Patents both require that floor panels are mechanically joined together such that the panels are prevented from unintentional separation in a direction perpendicular to the joined panel edges. This is accomplished in both by profiles that, when in the coupled position, provide for a "biasing force" acting on the panels urging them toward each other.

9

47.    Both the Pergo Patents and the Unilin Patents require the lower lip of the groove to be displaced from the relaxed position in a horizontal direction when the panels are engaged.

48.    In both the Pergo Patents and the Unilin Patents, the claimed joint design requires that there be a pretension/urging together (brought about by the biasing force) such that the edges of the panels are urged against each other.

49.    Further, both the Pergo Patents and the Unilin Patents provide that the flooring is made of a composite wood-based material. The patents also provide for a decorative surface to be incorporated into the floorboards.

## RELATED PRODUCTS

50.    Pergo and Unilin, either directly or through their related entities, market mechanically locking floorboards that feature glueless, rigid, gap-free joints.

51.    Pergo and Unilin manufacture products that commercialize their inventions embodied in their respective patents and are marked with their applicable patent numbers. The commercial products that emanate from the Pergo Patents and the Unilin Patents compete against each other, and are substantially the same in that their joints urge the panels together without glue.

52.    Pergo LLC, a North Carolina company related to Pergo, manufactures and sells glueless mechanically locking floor panels in the United States that are covered by the Pergo Patents (hereinafter, "Pergo Products").

53.    Everyday, Accolade, Accolade Tiles, Vintage Home, Select, American Cottage and Casual Living are brand names of some of the Pergo Products.

10

54.     Upon information and belief, Unilin Flooring Limited, NC LLC, a subsidiary of Unilin Beheer B.V., manufactures and sells glueless mechanically locking floor panels in the United States (hereinafter, "Unilin Products").

55.     Quick-Step is a proprietary brand name of the Unilin Products. In addition, Unilin has licensed its patents to numerous companies who manufacture and sell products under their own brand names. Upon information and belief, when Unilin licenses its patents, it requires its licensees to use a specific "Uniclic" profile on their licensed products (hereinafter, "the Uniclic profile").

## UNTIL NOW, LICENSING RELATIONS OBVIATED THE NEED FOR A JUDICIAL DETERMINATION OF INVALIDITY OF THE UNILIN PATENTS

56.     Until recently, Pergo and Unilin have coexisted in the flooring market by virtue of licensing relationships that obviated the need for Pergo to seek a legal determination of its patent rights relative to Unilin.

57.     In 2000, Pergo responded to pressure from its largest U.S. customer at that time, The Home Depot, to offer a product with the Uniclic profile. Accordingly, on June 22, 2000, Flooring Industries Ltd., an Irish corporation (hereinafter, "Flooring Industries"), and Pergo Holding AB, a Swedish corporation, entered into a License Agreement for Specific Uniclic Profile (hereinafter, "License Agreement"). Upon information and belief, Flooring Industries had obtained a sublicense from Unilin to exploit certain patent rights including but not limited to the rights to the '486 patent.

58.     According to the License Agreement, Flooring Industries granted Pergo Holding AB a non-exclusive and non-transferable license to, inter alia, the '486 patent for the use, manufacture and sale of the Uniclic profile. Pursuant to this license, for a number of years,

11

Pergo sold exclusively through The Home Depot a product called Pergo Presto that used the Uniclic profile.

59.    On November 8, 2004, Unilin Beeher B.V., Unilin Flooring NV, Flooring Industries Ltd., Unilin Flooring NC, LLC, and Quick-Step NC, LLC (collectively, the "Unilin Group") and Pergo, Pergo AB, a Swedish corporation, and Pergo Inc. (the predecessor to Pergo LLC), an American corporation (collectively, the "Pergo Group"), entered into a cross-license agreement (hereinafter, "Cross-License Agreement").

60.    According to the Cross-License Agreement, Pergo granted the Unilin Group a non-exclusive, royalty-free, non-sublicensable license to certain Pergo intellectual property related to glueless flooring to manufacture or sell the Uniclic profile within the United States and Canada. The licensed intellectual property included but was not limited to the Pergo Patents.

61.    According to the Cross-License Agreement, Flooring Industries granted the Pergo Group a non-exclusive, royalty-free, non-sublicensable license to certain Unilin intellectual property related to glueless flooring to manufacture and sell certain mechanically locking laminate flooring products within the United States and Canada. The licensed intellectual property included but was not limited to the Unilin Patents.

62.    In a press release posted on Flooring Industries' website on March 7, 2008, Flooring Industries stated, "Unilin's license agreement with Pergo for glueless locking systems was terminated according to the terms of the prior agreement."

63.    Pergo maintains that the License Agreement is still in force, and has continued to comply with its terms. Nevertheless, Pergo brings this action to obtain a ruling that

the Unilin Patents are invalid based on prior invention by Pergo, in view of the real and

immediate controversy between the parties regarding their respective patent rights.

## COUNT I
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

64.    Pergo incorporates herein by reference Paragraphs 1 through 63 of this

Complaint as if set forth in full.

65.    Unilin's '486 patent and Pergo's '683 patent are interfering patents, within

the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or

substantially the same subject matter.

66.    Pergo's '683 patent has priority over Unilin's '486 patent.  As a result, the

interfering claims in Unilin's '486 patent are invalid in view of Pergo's '683 patent.

## COUNT II
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

67.    Pergo incorporates herein by reference Paragraphs 1 through 63 of this

Complaint as if set forth in full.

68.    Unilin's '836 patent and Pergo's '778 patent are interfering patents, within

the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or

substantially the same subject matter.

69.    Pergo's '778 patent has priority over Unilin's '836 patent.  As a result, the

interfering claims in Unilin's '836 patent are invalid in view of Pergo's '778 patent.

## COUNT III
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

70.    Pergo incorporates herein by reference Paragraphs 1 through 63 of this

Complaint as if set forth in full.

71.     Unilin's '836 patent and Pergo's '683 patent are interfering patents, within the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or substantially the same subject matter.

72.     Pergo's '683 patent has priority over Unilin's '836 patent.  As a result, the interfering claims in Unilin's '836 patent are invalid in view of Pergo's '683 patent.

## COUNT IV
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

73.     Pergo incorporates herein by reference Paragraphs 1 through 63 of this Complaint as if set forth in full.

74.     Unilin's '292 patent and Pergo's '778 patent are interfering patents, within the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or substantially the same subject matter.

75.     Pergo's '778 patent has priority over Unilin's '292 patent.  As a result, the interfering claims in Unilin's '292 patent are invalid in view of Pergo's '778 patent.

## COUNT V
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

76.     Pergo incorporates herein by reference Paragraphs 1 through 63 of this Complaint as if set forth in full.

77.     Unilin's '292 patent and Pergo's '683 patent are interfering patents, within the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or substantially the same subject matter.

78.     Pergo's '683 patent has priority over Unilin's '292 patent.  As a result, the interfering claims in Unilin's '292 patent are invalid in view of Pergo's '683 patent.

14

## COUNT VI
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

79.     Pergo incorporates herein by reference Paragraphs 1 through 63 of this Complaint as if set forth in full.

80.     Unilin's '779 patent and Pergo's '547 patent are interfering patents, within the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or substantially the same subject matter.

81.     Pergo's '547 patent has priority over Unilin's '779 patent. As a result, the interfering claims in Unilin's '779 patent are invalid in view of Pergo's '547 patent.

## COUNT VII
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

82.     Pergo incorporates herein by reference Paragraphs 1 through 63 of this Complaint as if set forth in full.

83.     Unilin's '020 patent and Pergo's '683 patent are interfering patents, within the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or substantially the same subject matter.

84.     Pergo's '683 patent has priority over Unilin's '020 patent. As a result, the interfering claims in Unilin's '020 patent are invalid in view of Pergo's '683 patent.

## COUNT VIII
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

85.     Pergo incorporates herein by reference Paragraphs 1 through 63 of this Complaint as if set forth in full.

86.     Unilin's '877 patent and Pergo's '970 patent are interfering patents, within the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or substantially the same subject matter.

15

87.    Pergo's '970 patent has priority over Unilin's '877 patent.  As a result, the

interfering claims in Unilin's '877 patent are invalid in view of Pergo's '970 patent.

## COUNT IX
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

88.    Pergo incorporates herein by reference Paragraphs 1 through 63 of this

Complaint as if set forth in full.

89.    Unilin's '068 patent and Pergo's '778 patent are interfering patents, within

the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or

substantially the same subject matter.

90.    Pergo's '778 patent has priority over Unilin's '068 patent.  As a result, the

interfering claims in Unilin's '068 patent are invalid in view of Pergo's '778 patent.

## COUNT X
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

91.    Pergo incorporates herein by reference Paragraphs 1 through 63 of this

Complaint as if set forth in full.

92.    Unilin's '068 patent and Pergo's '970 patent are interfering patents, within

the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or

substantially the same subject matter.

93.    Pergo's '970 patent has priority over Unilin's '068 patent.  As a result, the

interfering claims in Unilin's '068 patent are invalid in view of Pergo's '970 patent.

## COUNT XI
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

94.    Pergo incorporates herein by reference Paragraphs 1 through 63 of this

Complaint as if set forth in full.

95.    Unilin's '536 patent and Pergo's '778 patent are interfering patents, within the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or substantially the same subject matter.

96.    Pergo's '778 patent has priority over Unilin's '536 patent. As a result, the interfering claims in Unilin's '536 patent are invalid in view of Pergo's '778 patent.

## COUNT XII
### (INTERFERENCE PURSUANT TO 35 U.S.C. § 291)

97.    Pergo incorporates herein by reference Paragraphs 1 through 63 of this Complaint as if set forth in full.

98.    Unilin's '536 patent and Pergo's '547 patent are interfering patents, within the meaning of 35 U.S.C. § 291, in that at least one claim of each patent claims the same or substantially the same subject matter.

99.    Pergo's '547 patent has priority over Unilin's '536 patent. As a result, the interfering claims in Unilin's '536 patent are invalid in view of Pergo's '547 patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Pergo requests the following relief:

(i)    a judgment declaring that Unilin's '486 patent and Pergo's '683 patent are interfering patents;

(ii)    a judgment declaring that Pergo's '683 patent has priority over Unilin's '486 patent;

(iii)    a judgment that Unilin's '486 patent is invalid;

(iv)    a judgment declaring that Unilin's '836 patent and Pergo's '778 patent are interfering patents;

17

(v)    a judgment declaring that Pergo's '778 patent has priority over Unilin's '836 patent;

(vi)    a judgment declaring that Unilin's '836 patent and Pergo's '683 patent are interfering patents;

(vii)    a judgment declaring that Pergo's '683 patent has priority over Unilin's '836 patent;

(viii)    a judgment that Unilin's '836 patent is invalid;

(ix)    a judgment declaring that Unilin's '292 patent and Pergo's '778 patent are interfering patents;

(x)    a judgment declaring that Pergo's '778 patent has priority over Unilin's '292 patent;

(xi)    a judgment declaring that Unilin's '292 patent and Pergo's '683 patent are interfering patents;

(xii)    a judgment declaring that Pergo's '683 patent has priority over Unilin's '292 patent;

(xiii)    a judgment that Unilin's '292 patent is invalid;

(xiv)    a judgment declaring that Unilin's '779 patent and Pergo's '547 patent are interfering patents;

(xv)    a judgment declaring that Pergo's '547 patent has priority over Unilin's '779 patent;

(xvi)    a judgment that Unilin's '779 patent is invalid;

(xvii)    a judgment declaring that Unilin's '020 patent and Pergo's '683 patent are interfering patents;

18

(xviii)   a judgment declaring that Pergo's '683 patent has priority over Unilin's '020 patent;

(xix)    a judgment that Unilin's '020 patent is invalid;

(xx)    a judgment declaring that Unilin's '877 patent and Pergo's '970 patent are interfering patents;

(xxi)    a judgment declaring that Pergo's '970 patent has priority over Unilin's '877 patent;

(xxii)    a judgment that Unilin's '877 patent is invalid;

(xxiii)   a judgment declaring that Unilin's '068 patent and Pergo's '778 patent are interfering patents;

(xxiv)   a judgment declaring that Pergo's '778 patent has priority over Unilin's '068 patent;

(xxv)    a judgment declaring that Unilin's '068 patent and Pergo's '970 patent are interfering patents;

(xxvi)   a judgment declaring that Pergo's '970 patent has priority over Unilin's '068 patent;

(xxvii)  a judgment that Unilin's '068 patent is invalid;

(xxviii) a judgment declaring that Unilin's '536 patent and Pergo's '778 patent are interfering patents;

(xxix)   a judgment declaring that Pergo's '778 patent has priority over Unilin's '536 patent;

(xxx)    a judgment declaring that Unilin's '536 patent and Pergo's '547 patent are interfering patents;

(xxxi)  a judgment declaring that Pergo's '547 patent has priority over Unilin's '536 patent;

(xxxii) a judgment that Unilin's '536 patent is invalid;

(xxxiii) a finding that this case is exceptional pursuant to 35 U.S.C. § 285 and Pergo is entitled to its reasonable attorneys' fees, expenses, and costs incurred in this action; and

(xxxiv) any such other and further relief as the Court deems just and proper.

Dated: April 15, 2008

Respectfully submitted,

**Of Counsel**

Edward V. Filardi
Douglas R. Nemec
SKADDEN, ARPS, SLATE
   MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036
(212) 735-3000
efilardi@skadden.com

Richard L. Brusca
D.C. Bar No. 366746
SKADDEN, ARPS, SLATE
   MEAGHER & FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

rbrusca@skadden.com

*Counsel for Plaintiff Pergo (Europe) AB*

# Exhibit A

# United States Patent [19]

## Mårtensson

[11]  **Patent Number:**  **6,101,778**

[45]  **Date of Patent:**  *****Aug. 15, 2000**

[54]  **FLOORING PANEL OR WALL PANEL AND USE THEREOF**

[75]  Inventor:  **Göran Mårtensson**, Klagstorp, Sweden

[73]  Assignee:  **Perstorp Flooring AB**, Trelleborg, Sweden

[ * ]  Notice:  This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21]  Appl. No.:  **08/894,966**

[22]  PCT Filed:  **Feb. 29, 1996**

[86]  PCT No.:  **PCT/SE96/00256**

§ 371 Date:  **Aug. 28, 1997**

§ 102(e) Date:  **Aug. 28, 1997**

[87]  PCT Pub. No.:  **WO96/27721**

PCT Pub. Date:  **Sep. 12, 1996**

[30]  **Foreign Application Priority Data**

Mar. 7, 1995  [SE]  Sweden .................................. 9500810

[51]  Int. Cl.⁷  ......................................... **E04B 1/38**

[52]  U.S. Cl. ........................ **52/582.1**; 52/591.1; 52/592.1

[58]  Field of Search ................................ 52/582.1, 586.1, 52/591.1, 591.3, 591.4, 592.1, 592.2

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

5,216,861  6/1993  Meyerson .
5,295,341  3/1994  Kajiwara .

### FOREIGN PATENT DOCUMENTS

1430423  3/1976  United Kingdom .
2256023  11/1992  United Kingdom .

*Primary Examiner*—Carl D. Friedman
*Assistant Examiner*—Kevin D. Wilkens
*Attorney, Agent, or Firm*—Stevens, Davis, Miller & Mosher, L.L.P.

[57]  **ABSTRACT**

Flooring panel or wall panel and a use thereof in a wet room. The panel is provided with a locking means in the form of groove (**6**) and tongue (**7**) forming a tongue/groove joint for assembling of the panels. The groove (**6**) and the tongue (**7**) are made of water tight material and formed with a snap-together joint.

**16 Claims, 1 Drawing Sheet**





FIG. 2

FIG. 3

FIG. 1

<table>
1
</table>

# FLOORING PANEL OR WALL PANEL AND USE THEREOF

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a flooring panel or wall panel and the use thereof in a wet room.

### 2. Description of the Prior Art

During the last few years laminated floors have achieved and increased popularity and on many markets they are beginning to replace parquet floors and wall-to-wall carpets. At the production of laminated floors a decorative thermosetting laminate is first produced. This laminate usually consists of a base layer of paper sheets impregnated with phenol-formaldehyde resin and a decorative surface layer consisting of a decor paper sheet impregnated with melamine-formaldehyde resin. The laminate is produced by pressing the different layers at a high pressure and an increased temperature.

The laminate obtained is then glued to a carrier of particle board for instance or used as such without any carrier and it is then called compact laminate. The laminated panel thus produced is then sawn up to a number of floor boards which are provided with groove and tongue at the long sides and the short sides. Often the floor boards produced have a thickness of about 7 mm , a length of 120 cm and a width of about 20 cm. Thereby they can usually be put on top of an existing flooring material at a renovation. According to another alternative, instead one or more of the above decorative sheets can be laminated directly towards a base sheet of particle board for instance.

At the assemblage of such a flooring glue is normally applied in the groove when the floor boards are assembled. Therefore, it will be difficult to change a damaged board or to remove a whole flooring and for instance install it in another room.

To avoid the above problem efforts have been made to achieve floor boards which can be assembled without glue. One such construction is disclosed in the U.S. Pat. No. 5,295,341. There the boards are provided with groove and tongue in the usual way, but here a snap-together system is included in the groove-tongue joint.

These floor boards can be assembled without glue. However, they have the disadvantage that the joints between the boards will be flexible and not rigid. This means that if the surface below the floor boards is not completely even which is usually the case, a gap will be formed between the boards. In these gaps dirt and water can penetrate.

## SUMMARY OF THE INVENTION

According to the present invention also the last mentioned problem has been solved and a flooring panel or wall panel, preferably of thermosetting laminate having two pairs of parallel side edges has been brought about. Two of these side edges are provided with a locking means in the form of a groove and the other two with a tongue fitting in the groove whereby a tongue/groove joint for assembling of the panels is formed. The groove and the tongue are made of a water tight material and formed with a snap-together joint including one or more snapping webs or the like with corresponding cooperating snapping grooves. The groove in front of the snap-together joint has an entrance opening and continues inside the snap-together joint in a stabilizing groove. The tongue is formed with a rear neck intended to fit in the entrance opening and a forwardly protruding stabilizing part

<table>
2
</table>

situated in front of the snap-together joint and intended for a tight fit in the stabilizing groove, whereby connecting panels when assembled by the snap-together joints and the stabilizing parts in the stabilizing grooves are fixed to each other and prevented from unintentional separation while at the same time a rigid floor covering or wall covering respectively with water tight joints and without unintentional gaps between the panels is obtained.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** schematically show a panel according to the invention seen from above;

FIG. **2** shows a cross section through two adjacent edges of two panels according to the invention where the two such panels are to be assembled; and

FIG. **3** shows a cross section through two adjacent edges of a second embodiment of a panel where two such panels are to be assembled.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

According to one preferred embodiment two adjacent side edges of the panel are provided with a groove and the other two side edges with a tongue. At this embodiment the panel is usually rectangular, but it can also be square.

At square panels it is also possible to provide a pair of parallel sides with a groove and the other pair with a tongue. However, the choice of pattern on the surface layer of the panel is limited at this shape.

It is preferred that the groove and the tongue are made of thermoplastic, a thermosetting laminate, aluminum or a chipboard or particle board impregnated with a thermoplastic. Of course also other water tight materials can be used.

At one embodiment, the groove as well as the tongue are formed as a ledge fixed to the side edges of the panel. Suitably the ledge-formed groove and tongue respectively are then fixed in a recess along the side edges with glue for instance.

The snapping webs can be formed on the upper and/or lower side of the tongue while fitting snapping grooves are formed in the groove.

In one preferred embodiment one snapping web is formed on the upper side of the tongue and one on the lower side thereof while the groove has two fitting snapping grooves one at the top and one at the bottom.

If necessary one pair of snapping webs can be formed on the upper side of the tongue and one pair on the lower side thereof. Of course you then need two snapping grooves at the top and two snapping grooves at the bottom of the groove to fit with the snapping webs. This construction will give an extremely strong joint.

Of course the snapping webs can instead be arranged in the groove and the snapping grooves on the tongue.

In one preferred embodiment the width of the stabilizing part is 2–10 mm, preferably 4–10 mm. Generally a wider stabilizing part with fitting stabilizing groove gives a better rigidity of the assembled panels.

The stabilizing part will also assist in a correct assemblage of the panels. Thus, when the stabilizing part moves into the stabilizing groove you get a correct level of the panels and the panels can easily be pushed into the correct position where you do not have any gap between the panels. Of course without any substantial gap between the panels water and dirt are prevented from entering the assembled flooring or wall covering.

3

As a safe guard against water penetration a seal might be arranged in the inner part of the stabilizing groove for instance.

Preferably the grooves and the tongues run the full length of the side edges of the panels.

The panels can be designed in such a manner that the under side of the groove and the tongue are situated in the same level as the under side of the panels.

The panels can be used for covering floors and walls in ordinary dry rooms. However, due to the rigid and water tight joints the panels can be used also for wet rooms. For such applications the whole panel is preferably made of thermosetting laminate of so-called compact laminate type. Such a laminate does not absorb water.

Another alternative is a non water absorbing base with a water tight surface. The surface may for instance consist of paint, a thermoplastic foil such as polyethylene, polypropylene or polyvinyl chloride, a paper sheet impregnated with thermosetting resin or of a thermosetting laminate.

One suitable non water absorbing base is a board produced by pressing wood particles or wood chips impregnated with a thermoplastic.

The invention will be further explained in connection with the enclosed figures of which FIG. 1 schematically shows a panel 1 according to the invention seen from above. The panel is drawn with a rectangular shape but it can as well be square. FIGS. 2 and 3 show a cross section through two adjacent edges of two embodiments of a panel where two such panels are to be assembled. The construction according to FIG. 2 is preferred.

The panel 1 consists of a base of wood particles impregnated with a thermoplastic with a decorative thermosetting laminate as a surface layer 17 glued on top.

The panel 1 has two pairs of parallel side edges 2, 3 and 4, 5 respectively (FIG. 1). Two of these side edges are provided with locking means in the form of a groove 6 and the other two with a tongue 7 fitting in the groove 6, whereby a tongue/groove joint for assembling of the panels is formed.

The groove 6 and the tongue 7 are made of a water tight material and formed with a snap-together joint. In the embodiment shown in FIG. 2 the snap-together joint consists of two snapping webs 9, one on the upper side of the tongue 7 and one on the lower side of tongue, these webs 9 cooperating with two fitting snapping grooves 10.

In front of the snap-together joint, which means the snapping webs 9 and the snapping groove 10, the groove 6 has an entrance opening 8. Inside the snap-together joint the groove 6 continues in a stabilizing groove 13.

The tongue 7 is formed with a rear neck 11 intended to fit in the entrance opening 8 of the groove 6. In front of the snap-together joint the tongue 7 has a forwardly protruding stabilizing part 12 intended for a tight fit in the stabilizing groove 13.

The parts 9 and 10 included in the snap-together joint are also adapted to each other to give a tight fit and strong joint. To increase this effect further the snapping grooves 10 are provided with undercut edges 18 which cooperate with the backside of the snapping webs 9 with the same undercut.

The groove 6 and the tongue 7 are made of thermosetting laminate and formed as a ledge fixed by glue in a recess along the side edges of the panel. The under side 14 of the groove 6 is situated in the same level as the under side 15 of the panel and the under side 16 of the tongue 7 is situated in the same level as the under side 15 of the panel 1.

When connecting panels have been assembled by the snap-together joints and the stabilizing parts 12 inserted in

4

the stabilizing grooves 13, the panels are fixed to each other and prevented from unintentional separation. A rigid floor covering or wall covering with water tight joints and without unintentional gaps between the panels is obtained. The usual rotation of the snapping webs 9 in the snapping grooves 10 is prevented by the stabilizing parts 12 in the stabilizing grooves 13. Accordingly these parts are essential for the possibility to get a rigid joint between the panels.

The embodiment shown in FIG. 3 is very similar to that according to FIG. 2. The difference is that only the under side of the tongue 7 is provided with a snapping web 9. The upper side is lacking a snapping web. Accordingly there is only one snapping groove 10 at the bottom of the groove 6.

The invention is not limited to the embodiments shown since these can be modified in different ways within the scope of the invention.

What is claimed is:

1. A panel designed to be interlocked with another similar panel, said panel comprising two pairs of parallel side edges, two of said side edges being provided with a locking means in the form of a groove and the other two of said side edges being provided with a locking means in the form of a tongue, each said tongue being adapted to be received in a groove of a similar panel; each said groove of said panel comprising at least one first snapping web formed on an upper side of said panel edge and each said groove further comprising at least one second snapping web formed on a lower side of said panel edge and each said groove further comprising a stabilizing groove portion remote from said panel edge; said stabilizing groove portion comprising substantially parallel walls; at least one of said first and said second snapping web defining a depression therein adapted to receive a protrusion on said tongue of a similar panel; each said tongue of said panel extending from said panel edge, each said tongue having distal and proximate ends, said proximate end being adjacent said panel and said distal end being remote therefrom; and at least one protrusion on said tongue intermediate said distal and proximate ends, said protrusion being adapted to be received by said depression defined by at least one of said first and second snapping webs of said similar panel and located intermediate said distal and proximate ends such that when said protrusion is interlocked with said depression on a similar panel, a stabilizing portion of said tongue extends beyond said interlocked protrusion so as to be received by said stabilizing groove portion on said similar panel, said stabilizing portion of said tongue comprising substantially parallel walls, whereby when said panel is interlocked with another similar panel both said tongue stabilizing portion and said at least one protrusion in said panel are fully received within said groove of said similar panel.

2. The panel of claim 1 wherein the panel is formed from a thermosetting laminate.

3. The panel of claim 1 wherein the grooves and tongues are made of water tight materials.

4. The panel of claim 1, wherein each of said first and second snapping webs defines a depression therein and each said tongue has protrusions sized, shaped and located so as to interlock with said depressions.

5. The panel according to claim 1, wherein the stabilizing portion has a width of 2–10 mm.

6. The panel according to claim 1, wherein an underside of the grooves is situated in the same level as an underside of the panel.

7. The panel according to claim 1, wherein an underside of the tongues is situated in the same level as an underside of the panel.

6,101,778

**5**

**8**. The panel of claim **1** wherein the panel is formed of a non-water absorbing base with a surface layer, wherein said surface layer is selected from the group consisting of paint, a thermoplastic foil, a paper sheet impregnated with thermosetting resin, and a thermosetting laminate.

**9**. The panel of claim **1**, wherein two of said side edges of said panel provided with a locking means in the form of a groove are adjacent and the other two of said side edges of said panel being provided with a locking means in the form of a tongue.

**10**. The panel according to claim **1**, wherein said locking means in the form of a tongue are made of a material selected from the group consisting of a thermoplastic, a thermosetting laminate, a chipboard impregnated with a thermoplastic, a particle board impregnated with a thermoplastic, and aluminum.

**11**. The panel according to claim **1**, wherein the panel is formed from a non-water absorbing base with a surface layer, wherein the non-water absorbing base consists of a

**6**

board produced by pressing thermoplastic impregnated wood particles together to form said non-water absorbing base.

**12**. The panel according to claim **1**, wherein there are two protrusions on each tongue.

**13**. The panel of claim **1** designed as a flooring panel.

**14**. A method of covering a floor of a wet room by applying flooring panels according to claim **13** to the floor of said wet room.

**15**. The panel according to claim **1**, wherein said locking means in the form of a groove and said locking means in the form of a tongue are formed as a ledge fixed to the side edges of said panel.

**16**. The panel according to claim **15**, wherein the ledge formed grooves and tongues, respectively, are fixed in a recess along the side edges of the panel.

* * * * *

# Exhibit B

(12) **United States Patent**

Mårtensson

(10) Patent No.: **US 6,397,547 B1**

(45) Date of Patent: *Jun. 4, 2002**

(54) **FLOORING PANEL OR WALL PANEL AND USE THEREOF**

(75) Inventor: **Göran Mårtensson**, Klagstorp (SE)

(73) Assignee: **Pergo, AB**, Trelleborg (SE)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/637,036**

(22) Filed: **Aug. 10, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 08/894,966, filed on Aug. 28, 1997, now Pat. No. 6,101,778.

(30) **Foreign Application Priority Data**

Mar. 7, 1995 (SE) ............................................. 9500810

(51) Int. Cl.[7] ................................................. E04B 1/38
(52) U.S. Cl. ...................... **52/582.1**; 52/591.1; 52/592.1
(58) Field of Search ............................... 52/582.1, 586.1, 52/591.1, 591.3, 591.4, 592.1, 592.2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,004,193 A | * | 6/1935 | Cherry | |
| 3,535,844 A | * | 10/1970 | Glaros | |
| 3,798,111 A | | 3/1974 | Lane et al. | |
| 3,807,113 A | * | 4/1974 | Turner | |
| 4,426,820 A | | 1/1984 | Terbrack et al. | |
| 4,940,503 A | | 7/1990 | Lindgren et al. | |
| 5,216,861 A | | 6/1993 | Meyerson | |
| 5,295,341 A | | 3/1994 | Kajiwara | |
| 5,325,649 A | * | 7/1994 | Kajiwara | |
| 5,344,700 A | * | 9/1994 | McGath et al. | |
| 5,502,939 A | * | 4/1996 | Zadok et al. | |
| 5,706,621 A | | 1/1998 | Pervan | |
| 5,797,237 A | | 8/1998 | Finkell, Jr. | |
| 5,860,267 A | | 1/1999 | Pervan | |
| 6,006,486 A | | 12/1999 | Moriau et al. | |
| 6,023,907 A | | 2/2000 | Pervan | |
| 6,101,778 A | * | 8/2000 | Mårtensson ................ 52/582.1 |
| 6,182,410 B1 | | 2/2001 | Pervan | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| BE | 10104887 | 10/1998 |
| GB | 1348272 | 3/1974 |
| GB | 1430423 | 9/1976 |
| GB | 2256023 | 11/1992 |

* cited by examiner

*Primary Examiner*—Carl D. Friedman
*Assistant Examiner*—Brian E. Glessner
(74) *Attorney, Agent, or Firm*—Stevens, Davis, Miller & Mosher, L.L.P.

(57) **ABSTRACT**

Flooring panel or wall panel and a use thereof in a wet room. The panel is provided with locking elements in the form of groove (6) and tongue (7) forming a tongue/groove joint for assembling of the panels. The groove (6) and the tongue (7) are made of water tight material and formed with a snap-together joint.

**44 Claims, 1 Drawing Sheet**





1

# FLOORING PANEL OR WALL PANEL AND USE THEREOF

This application is a continuation of U.S. patent application Ser. No. 08/894,966, filed Aug. 28, 1997, now U.S. Pat. No. 6,101,778, incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The present invention relates to a flooring panel or wall panel and the use thereof in a wet room.

## DESCRIPTION OF THE PRIOR ART

During the last few years laminated floors have achieved and increased popularity and on many markets they are beginning to replace parquet floors and wall-to-wall carpets. At the production of laminated floors a decorative thermosetting laminate is first produced. This laminate usually consists of a base layer of paper sheets impregnated with phenol-formaldehyde resin and a decorative surface layer consisting of a decor paper sheet impregnated with melamine-formaldehyde resin. The laminate is produced by pressing the different layers at a high pressure and an increased temperature.

The laminate obtained is then glued to a carrier of particle board for instance or used as such without any carrier and it is then called compact laminate. The laminated panel thus produced is then sawn up to a number of floor boards which are provided with groove and tongue at the long sides and the short sides. Often the floor boards produced have a thickness of about 7 mm, a length of 120 cm and a width of about 20 cm. Thereby they can usually be put on top of an existing flooring material at a renovation. According to another alternative, instead one or more of the above decorative sheets can be laminated directly towards a base sheet of particle board for instance.

At the assemblage of such a flooring glue is normally applied in the groove when the floor boards are assembled. Therefore, it will be difficult to change a damaged board or to remove a whole flooring and for instance install it in another room.

To avoid the above problem efforts have been made to achieve floor boards which can be assembled without glue. One such construction is disclosed in the U.S. Pat. No. 5,295,341. There the boards are provided with groove and tongue in the usual way, but here a snap-together system is included in the groove-tongue joint.

These floor boards can be assembled without glue. However, they have the disadvantage that the joints between the boards will be flexible and not rigid. This means that if the surface below the floor boards is not completely even which is usually the case, a gap will be formed between the boards. In these gaps dirt and water can penetrate.

## SUMMARY OF THE INVENTION

According to the present invention also the last mentioned problem has been solved and a flooring panel or wall panel, preferably of thermosetting laminate having two pairs of parallel side edges has been brought about. Two of these side edges are provided with a locking means in the form of a groove and the other two with a tongue fitting in the groove whereby a tongue/groove joint for assembling of the panels is formed. The groove and the tongue are made of a water tight material and formed with a snap-together joint including one or more snapping webs or the like with corresponding cooperating snapping grooves. The groove in front of the

2

snap-together joint has an entrance opening and continues inside the snap-together joint in a stabilizing groove. The tongue is formed with a rear neck intended to fit in the entrance opening and a forwardly protruding stabilizing part situated in front of the snap-together joint and intended for a tight fit in the stabilizing groove, whereby connecting panels when assembled by the snap-together joints and the stabilizing parts in the stabilizing grooves are fixed to each other and prevented from unintentional separation while at the same time a rigid floor covering or wall covering respectively with water tight joints and without unintentional gaps between the panels is obtained.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 schematically shows a panel according to the invention seen from above;

FIG. 2 shows a cross section through two adjacent edges of two panels according to the invention wherein the two such panels are to be assembled; and

FIG. 3 shows a cross section through two adjacent edges of a second embodiment of a panel where two such panels are to be assembled.

FIG. 4 is a schematic representation of the decorative thermosetting laminate as a surface layer 17 of FIGS. 2 or 3.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

According to one preferred embodiment two adjacent side edges of the panel are provided with a groove and the other two side edges with a tongue. At this embodiment the panel is usually rectangular, but it can also be square.

At square panels it is also possible to provide a pair of parallel sides with a groove and the other pair with a tongue. However, the choice of pattern on the surface layer of the panel is limited at this shape.

It is preferred that the groove and the tongue are made of thermoplastic, a thermosetting laminate, aluminum or a chipboard or particle board impregnated with a thermoplastic. Of course also other water tight materials can be used.

At one embodiment, the groove as well as the tongue are formed as a ledge fixed to the side edges of the panel. Suitably the ledge-formed groove and tongue respectively are then fixed in a recess along the side edges with glue for instance.

The snapping webs can be formed on the upper and/or lower side of the tongue while fitting snapping grooves are formed in the groove.

In one preferred embodiment one snapping web is formed on the upper side of the tongue and one on the lower side thereof while the groove has two fitting snapping grooves one at the top and one at the bottom.

If necessary one pair of snapping webs can be formed on the upper side of the tongue and one pair on the lower side thereof. Of course you then need two snapping grooves at the top and two snapping grooves at the bottom of the groove to fit with the snapping webs. This construction will give an extremely strong joint.

Of course the snapping webs can instead be arranged in the groove and the snapping grooves on the tongue.

In one preferred embodiment the width of the stabilizing part is 2–10 mm, preferably 4–10 mm. Generally a wider stabilizing part with fitting stabilizing groove gives a better rigidity of the assembled panels.

3

The stabilizing part will also assist in a correct assemblage of the panels. Thus, when the stabilizing part moves into the stabilizing groove you get a correct level of the panels and the panels can easily be pushed into the correct position where you do not have any gap between the panels. Of course without any substantial gap between the panels water and dirt are prevented from entering the assembled flooring or wall covering.

As a safe guard against water penetration a seal might be arranged in the inner part of the stabilizing groove for instance.

Preferably the grooves and the tongues run the full length of the side edges of the panels.

The panels can be designed in such a manner that the under side of the groove and the tongue are situated in the same level as the under side of the panel.

The panels can be used for covering floors and walls in ordinary dry rooms. However, due to the rigid and water tight joints the panels can be used also for wet rooms. For such applications the whole panel is preferably made of thermosetting laminate of so-called compact laminate type. Such a laminate does not absorb water.

Another alternative is a non water absorbing base with a water tight surface. The surface may for instance consist of paint, a thermoplastic foil such as polyethylene, polypropylene or polyvinyl chloride, a paper sheet impregnated with thermosetting resin or of a thermosetting laminate,

One suitable non water absorbing base is a board produced by pressing wood particles or wood chips impregnated with a thermoplastic.

The invention will be further explained in connection with the enclosed figures of which FIG. 1 schematically shows a panel I according to the invention seen from above. The panel is drawn with a rectangular shape but it can as well be square. FIGS. 2 and 3 show a cross section through two adjacent edges of two embodiments of a panel where two such panels are to be assembled. The construction according to FIG. 2 is preferred.

The panel 1 consists of a base of wood particles impregnated with a thermoplastic with a decorative thermosetting laminate as a surface layer 17 glued on top.

As disclosed above, and as illustrated in FIG. 4, the decorative thermosetting laminate as a surface layer 17 usually consists of a base layer of paper sheets 20, 21 impregnated with a resin and a decorative surface layer 23 comprising a decor paper impregnated with a resin.

The panel 1 has two pairs of parallel side edges 2, 3 and 4, 5 respectively (FIG. 1). Two of these side edges are provided with locking means in the form of a groove 6 and the other two with a tongue 7 fitting in the groove 6, whereby a tongue/groove joint for assembling of the panels is formed.

The groove 6 and the tongue 7 are made of a water tight material and formed with a snap-together joint. In the embodiment shown in FIG. 2 the snap-together joint consists of two snapping webs 9, one on the upper side of the tongue 7 and one on the lower side of tongue, these webs 9 cooperating with two fitting snapping grooves 10.

In front of the snap-together joint, which means the snapping webs 9 and the snapping groove 10, the groove 6 has an entrance opening 8. Inside the snap-together joint the groove 6 continues in a stabilizing groove 13.

The tongue 7 is formed with a rear neck 11 intended to fit in the entrance opening 8 of the groove 6. In front of the snap-together joint the tongue 7 has a forwardly protruding stabilizing part 12 intended for a tight fit in the stabilizing groove 13.

4

The parts 9 and 10 included in the snap-together joint are also adapted to each other to give a tight fit and strong joint. To increase this effect further the snapping grooves 10 are provided with undercut edges 18 which cooperate with the backside of the snapping webs 9 with the same undercut.

The groove 6 and the tongue 7 are made of thermosetting laminate and formed as a ledge fixed by glue in a recess along the side edges of the panel. The under side 14 of the groove 6 is situated in the same level as the under side 15 of the panel and the under side 16 of the tongue 7 is situated in the same level as the under side 15 of the panel 1.

When connecting panels have been assembled by the snap-together joints and the stabilizing parts 12 inserted in the stabilizing grooves 13, the panels are fixed to each other and prevented from unintentional separation. A rigid floor covering or wall covering with water tight joints and without unintentional gaps between the panels is obtained. The usual rotation of the snapping webs 9 in the snapping grooves 10 is prevented by the stabilizing parts 12 in the stabilizing grooves 13 Accordingly these parts are essential for the possibility to get a rigid joint between the panels.

The embodiment shown in FIG. 3 is very similar to that according to FIG. 2. The difference is that only the under side of the tongue 7 is provided with a snapping web 9. The upper side is lacking a snapping web. Accordingly there is only one snapping groove 10 at the bottom of the groove 6.

As shown in FIG. 3, the shape of tongue 7 defines a snapping groove 19 on the underside of tongue 7, the snapping groove 19 having an undercut, tapering surface 24 which cooperates with undercut edge 18 of snapping web 25.

The invention is not limited to the embodiments shown since these can be modified in different ways within the scope of the invention.

I claim:

1. A glueless laminated flooring system comprising

a plurality of similar flooring panels to be assembled without glue, each of said panels comprising a surface of a thermosetting laminate as a paper sheet impregnated with thermosetting resin;

said surface being bonded to a carrier;

each of said panels comprising two sets of parallel side edges;

each of said side edges configured to receive at least one of a groove or a tongue;

said tongue and said groove being formed of at least one material selected for the group consisting of chipboard and particle board, and at least one of said tongue or groove further includes least one snapping web positioned thereon, and,

said tongue and said groove of each of said panels being shaped so as to form a tight floor joint when snapped together with a similar panel.

2. The glueless laminated flooring system of claim 1, wherein said thermosetting laminate comprises a base layer of paper sheets impregnated with a thermosetting resin and a decorative surface layer.

3. The glueless laminated flooring system of claim 2, wherein the thermosetting resin is at least one of phenol-formaldehyde resin and melamine-formaldehyde resin.

4. The glueless laminated flooring system of claim 1, wherein the tongue and groove of each of said panels comprises undercut surfaces which taper from vertical in a direction so as to force the panels toward the joint between said panels to form said tight joint.

5

**5**. The glueless laminated flooring system of claim **1**, wherein said tongue further comprises at least two snapping webs.

**6**. The glueless laminated flooring system of claim **5**, wherein said tongue comprises two snapping webs.

**7**. The glueless laminated flooring system of claim **6**, wherein said tongue has at least two faces and at least one respective snapping web is positioned on each respective face of said tongue.

**8**. The glueless laminated flooring system of claim **1**, wherein said groove further comprises at least one snapping groove.

**9**. The glueless laminated flooring system of claim **8**, wherein said groove comprises two snapping grooves.

**10**. The glueless laminated flooring system of claim **1**, wherein panels are rectangular in shape.

**11**. The glueless flooring system of claim **1**, wherein rotation of assembled panels about said joint between assembled panels is prevented by the penetration of a stabilizing portion of said tongue into a stabilizing groove, each of said stabilizing portion of said tongue and said stabilizing groove having opposed, parallel surfaces.

**12**. The glueless flooring system of claim **1**, wherein joint between adjacent panels is rigid.

**13**. The glueless flooring system of claim **1**, wherein snapped together panels comprise a thermosetting laminate and form a water tight joint.

**14**. The glueless laminated flooring system of claim **1**, wherein at least said side edge of the panel defining said groove is made of a material selected from the group consisting of chipboard and particle board, each impregnated with a resin.

**15**. The glueless laminated flooring system of claim **1**, wherein at least said side edge of the panel defining said tongue is made of a material selected from the group consisting of chipboard and particle board, each impregnated with a resin.

**16**. The glueless laminated flooring system of claim **1**, further comprising a base formed of pressed wood material selected from the group consisting of wood particles and wood chips, each impregnated with a resin.

**17**. The flooring panel of claim **14**, further comprising a base formed of pressed wood material selected from the group consisting of wood particles and wood chips, each impregnated with a resin.

**18**. The flooring panel of claim **15**, further comprising a base formed of pressed wood material selected from the group consisting of wood particles and wood chips, each impregnated with a resin.

**19**. A method of assembling a glueless laminated flooring having a tight joint between abutting floor panels, said method comprising

joining a plurality of similar flooring panels, each of said panels comprising a surface of a thermosetting laminate or a paper sheet impregnated with thermosetting resin; said surface being bonded to a carrier; said panels comprising two sets of parallel side edges; two of said side edges comprising a groove and two of said side edges comprising a tongue; said tongue and said groove being formed of at least one material selected from the group consisting of chipboard and particle board and being shaped so as to form a tight floor joint when snapped together.

**20**. The method of claim **19**, wherein said panels are assembled by pushing two similar panels towards one another and snapping the panels together.

**21**. A flooring panel for use in assembling a glueless floor, said flooring panel comprising

6

a surface of a thermosetting laminate or a paper impregnated with a thermosetting resin said surface being bonded to a carrier of wood particles impregnated with a plastic;

said panel comprising two sets of parallel side edges;

two of said side edges comprising a groove and two of said side edges comprising a tongue;

at least said tongue being formed of as a material selected from the group consisting of;

a chipboard and a particle board, and the tongue and groove being cooperatively shaped so as to form a tight floor joint in the absence of glue when snapped together with a similar panel.

**22**. The flooring panel of claim **21**, wherein said tongue comprises at least one snapping groove having a surface which is undercut so as to cooperate with a similar undercut on a backside of a snapping web positioned in said groove when the flooring panel is assembled with another, similar, flooring panel.

**23**. The flooring panel of claim **21**, wherein said bonded wood particles is made of a material selected from the group consisting of chipboard and particle board, each impregnated with a resin.

**24**. The flooring panel of claim **21**, wherein said bonded wood particles is made of a material comprising particle board impregnated with a resin.

**25**. The flooring panel of claim **21**, further comprising a base formed of at least one of wood particles and wood chips, each impregnated with a resin.

**26**. The flooring panel of claim **23**, further comprising a base formed of at least one of wood particles and wood chips, each impregnated with a resin.

**27**. The flooring panel of claim **24**, further comprising a base formed of wood particles impregnated with a resin.

**28**. The flooring panel of claim **22**, wherein said undercut on said at least one snapping groove defines a tapering surface which cooperates with said undercut on said snapping web.

**29**. A glueless panel system comprising

a plurality of similar panels to be assembled without glue, each of said panels comprising

a surface layer selected from the group consisting of paint,
a thermoplastic foil,
a paper impregnated with thermosetting resin and
a thermosetting laminate;

each of said panels comprising two sets of parallel side edges,

two of said side edges comprising a groove and two of said side edges comprising a tongue;

said tongue being a unitary, monolithic structure formed of bonded wood particles having a length extending substantially the length of said panel, and at least one snapping web formed thereon,

and said groove of each of said panels having snapping grooves therein, and being shaped so as to receive said tongue and the at least one snapping web, thereby forming a water tight joint when snapped together with a similar panel, said joint substantially preventing moisture from passing through a joint formed between assembled similar panels.

**30**. The panel system of claim **29** wherein said tongue comprises two snapping webs.

**31**. The panel system of claim **29** wherein the panels are flooring panels.

7

**32.** A panel for use with other similar panels to be assembled by snapping one panel to another similar panel in the absence of glue; said panel having

a surface layer selected from the group consisting of paint,
a thermoplastic foil,
a paper impregnated with thermosetting resin, and
a thermosetting laminate;

said panel comprising two sets of parallel side edges; two of said side edges comprising a groove and two of said side edges comprising a tongue;

said tongue being a unitary, monolithic structure formed of bonded wood particles having a rear neck configured to tightly fit within an entrance opening of a respective groove, and a forwardly-protruding stabilizing part separated from the neck by at least one snapping web positioned on the tongue, the stabilizing part and the neck being substantially parallel to the first surface; and

said groove being shaped with at least one snapping groove, each configured and positioned so as to receive a respective snapping web, and to thereby form a tight joint when snapped together with a similar panel.

**33.** The panel of claim **32** wherein said tongue comprises two snapping webs.

**34.** The panel of claim **32** wherein the panel is a flooring panel.

**35.** A method of assembling a glueless panel system having

a tight joint between abutting panels, said method comprising the steps of

providing a plurality of similar panels,

each of said panels comprising a surface layer selected from the group consisting of paint, a thermoplastic foil, a paper impregnated with thermosetting resin and a thermosetting laminate;

configuring said panels with two sets of parallel side edges;

configuring one of a groove or a tongue on each said edge;

selecting each of the tongue and groove to comprise bonded wood particles;

forming the tongue to have a neck portion configured to extend from a respective edge, and a stabilizing part distal the edge, each of the neck and the stabilizing part having walls extending substantially orthogonal to the respective edge;

positioning at least one snapping web between the neck and the stabilizing part;

forming at least one snapping groove within the groove;

shaping each of the said tongue and groove so as to form a tight joint;

joining the panels together by snapping the tongue into the groove.

**36.** The method of claim **35** wherein said tongue comprises two snapping webs.

8

**37.** The method of claim **35** wherein the panels are flooring panels.

**38.** A panel with two pairs of parallel side edges, the panel comprising:

one pair of side edges having a locking means that includes a groove having a lower groove definition and an upper groove definition, and

the other pair of side edges having a tongue configured to fit into the groove, thereby forming a tongue and groove joint for joining the panels; and,

at least one snap action projection configured on at least one of an upper side or bottom side of the tongue, and at least one snap action groove are formed within the groove, such that the snap action projections and the snap action grooves are cooperatively configured to snugly engage one another when the panels are in an installed position; wherein,

the panels, when in the installed position, are joined together by the snap action joint, and are secured to one another and prevented from becoming separated from one another, while simultaneously maintaining a fixed covering without undesired space between adjacent panels; and wherein

the bottom side of the tongue has a snap-action rib; and wherein,

the lower groove definition has a snap action groove formed to receive the snap-action rib; and wherein,

the lower groove definition is longer than the upper groove definition, such that the lower groove definition protrudes over the upper groove definition at a corresponding side edge of the panel.

**39.** The panel as in claim **38**, wherein the panel is one of a flooring panel or a wall panel.

**40.** The panel as in claim **38**, further comprising

a water-resistant base including the grooves and tongues, includes a board which is formed of compressed wood parts or wood chips; and,

a water-resistant surface layer including at least one of a paint, thermoplastic sheeting, a layer of paper impregnated with cured resin, or a cured laminate.

**41.** The panel as in claim **40**, wherein the snap-action groove is positioned in the lower groove definition so as to be fully situated in the groove portion within the upper groove definition.

**42.** The panel as set forth in claim **40**, wherein at least one snap action projection faces the lower groove definition, and, a snap-action groove formed to receive said snap-action projection bears an inclined edge surface.

**43.** The panel as set forth in claim **42**, wherein the inclined edge surface have outer contact surfaces which face the side edge of the panel.

**44.** The panel as set forth in claim **38**, wherein the lower side of the tongue is substantially coplanar with a lower side of the panel.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,397,547 B1                                      Page 1 of 1
DATED         : June 4, 2002
INVENTOR(S)   : Goran Martensson

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Title page,</u>
Item [63], the following data should be inserted after Patent No. 6,101,778 - "which was a 371 National Stage of PCT/SE96/00256, filed February 29, 1996."

<u>Drawings,</u>
Fig. 3, the omitted lead line for the element denoted by numeral "18" has been added as follows:



FIG. 3

Signed and Sealed this

Fourth Day of February, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

Exhibit C



US 6,418,683 B1

(12) **United States Patent**   (10) Patent No.:     **US 6,418,683 B1**
Martensson et al.              (45) Date of Patent:    *Jul. 16, 2002

(54) **FLOORING PANEL OR WALL PANEL AND USE THEREOF**

(75) Inventors: **Goran Martensson**, Klagstorp; **Magnus Kulik**, Vellinge, both of (SE)

(73) Assignee: **Perstorp Flooring AB**, Trelleborg (SE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/637,114**

(22) Filed: **Aug. 11, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/894,966, filed as application No. PCT/SE96/00256 on Feb. 29, 1996, now Pat. No. 6,101,778.

(30) **Foreign Application Priority Data**

Mar. 7, 1995   (SE) ........................................ 9500810-8

(51) Int. Cl.⁷ ................................................. E04B 1/38
(52) U.S. Cl. .................... 52/282.1; 52/591.1; 52/592.2; 52/582.1; 52/586.1; 52/591.3; 52/591.4; 52/592.1; 403/381; 403/364
(58) Field of Search ............................... 52/578, 403.1, 52/594, 592.1; 403/381, 364

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,004,193 | A | * 6/1935 | Cherry | ................. 52/592.1 X |
| 3,535,844 | A | * 10/1970 | Glaros | ..................... 52/592.1 |
| 3,807,113 | A | 4/1974 | Turner | ............... 52/592.2 X |
| 4,426,820 | A | 1/1984 | Terbrack et al. | |
| 4,940,503 | A | 7/1990 | Lindgren et al. | |
| 5,216,861 | A | 6/1993 | Meyerson | |
| 5,295,341 | A | 3/1994 | Kajiwara | |
| 5,325,649 | A | * 7/1994 | Kajiwara | ................... 52/586.1 |
| 5,344,700 | A | * 9/1994 | McGath et al. | ........ 52/586.1 X |
| 5,348,778 | A | * 9/1994 | Knipp et al. | ............... 428/35.8 |
| 5,502,939 | A | * 4/1996 | Zadok et al. | .......... 52/592.1 X |
| 5,630,304 | A | 5/1997 | Austin | |
| 5,706,621 | A | 1/1998 | Pervan | |
| 5,860,267 | A | 1/1999 | Pervan | |
| 6,006,486 | A | * 12/1999 | Moriau et al. | ............. 52/589.1 |
| 6,023,907 | A | 2/2000 | Pervan | |
| 6,101,778 | A | * 8/2000 | Martensson | ................ 52/582.1 |
| 6,182,410 | B1 | 2/2001 | Pervan | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| BE | 557844 | 3/1960 |
| CA | 1169106 | 6/1984 |
| DE | 3343601 | 6/1985 |
| GB | 812671 | 4/1959 |
| GB | 1430423 | 3/1976 |
| GB | 2256023 | 11/1992 |
| JP | 3169967 | 7/1991 |

* cited by examiner

Primary Examiner—Carl D. Friedman
Assistant Examiner—Chi Nguyen
(74) *Attorney, Agent, or Firm*—Stevens, Davis, Miller & Mosher, L.L.P.

(57) **ABSTRACT**

A building panel, such as a flooring panel or wall panel and a method of assembling the same into a floor, wall cladding, etc. The panel is provided with a locking means in the form of groove (6) and tongue (7) forming a tongue/groove joint for assembling of the panels. In a preferred embodiment, the groove (6) and the tongue (7) are made of water resistant material and formed with a snap-together joint.

**19 Claims, 2 Drawing Sheets**





*FIG. 2*

*FIG. 3*

*FIG. 1*

*FIG. 4*

*FIG. 5*

*FIG. 6*

*FIG. 7*



*FIG. 8*

1

# FLOORING PANEL OR WALL PANEL AND USE THEREOF

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Ser. No. 08/894,966, filed Aug. 28, 1997, now U.S. Pat. No. 6,101, 778, the entire disclosure of which is herein incorporated by reference. Application Ser. No. 08/894,966 is a PCT National Phase Application filed under 35 USC 371, and therefore claimed priority from PCT Application Number PCT/SE96/00256, which was filed on Feb. 29, 1996. PCT Application Number PCT/SE96/00256 claimed priority based upon Swedish Application Number 9500810-8, filed on Mar. 7, 1995.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a building panel, such as a flooring panel or wall panel and the use thereof to form floors, walls, cladding, etc., by assembling a plurality of the panels. In one embodiment, the panels have particular utility for flooring or cladding a wet room.

### 2. Description of the Related Art

During the last few years laminated floors have achieved and increased in popularity and on many markets they are beginning to replace parquet floors and wall-to-wall carpets. In the production of laminated floors a decorative thermo-setting laminate is first produced. This laminate usually consists of a base layer of paper sheets impregnated with phenol-formaldehyde resin and a decorative surface layer comprising a decor paper sheet impregnated with melamine-formaldehyde resin. The laminate is produced by pressing the different layers at a high pressure and at an increased temperature.

The laminate thus obtained is then glued to a carrier of particle board, for instance, or used as such without any carrier and it is then called compact laminate. The laminated panel thus produced is then sawn up to a number of floor boards which are provided with groove and tongue at the long sides and the short sides thereof. Often the floor boards produced have a thickness of about 7 mm, a length of 120 cm and a width of about 20 cm. Thereby they can usually be put on top of an existing flooring material at a renovation. According to another alternative, instead one or more of the above decorative sheets can be laminated directly towards a base sheet of particle board for instance.

At the assemblage of such a flooring, glue is normally applied in the groove when the floor boards are assembled. Therefore, it will be difficult to change a damaged board or to remove a whole flooring and, for instance, install it in another room.

To avoid the above problem efforts have been made to achieve floor boards which can be assembled without glue. One such construction is disclosed in the U.S. Pat. No. 5,295,341. There the boards are provided with groove and tongue in the usual way, but here a snap-together system is included in the groove-tongue joint.

These floor boards can be assembled without glue. However, they have the disadvantage that the joints between the boards will be flexible and not rigid. Moreover, the joint between adjacent boards is not tight. This means that if the surface below the floor boards is not completely even, which is usually the case, a gap will be formed between the boards. Into these gaps dirt and water can penetrate.

2

## SUMMARY OF THE INVENTION

According to the present invention, the last mentioned problem has been solved and a building panel, such as a flooring panel or wall panel, preferably of thermosetting laminate having two pairs of parallel side edges has been brought about. Two of these side edges are provided with a locking means in the form of a groove and the other two are provided with a tongue fitting in the groove whereby a tongue/groove joint for assembling of the panels is formed. The groove and the tongue are made of a water resistant or water tight material and formed with a snap-together joint including one or more snapping webs or the like with corresponding cooperating snapping grooves. In one embodiment, the groove in front of the snap-together joint has an entrance opening and continues inside the snap-together joint into a stabilizing groove. The tongue is formed with a rear neck intended to fit in the entrance opening and a forwardly protruding stabilizing part situated in front of the snap-together joint and intended for a tight fit in the stabilizing groove, whereby connecting panels when assembled by the snap-together joints and the stabilizing parts in the stabilizing grooves are fixed to each other and prevented from unintentional separation while at the same time a rigid floor covering or wall covering respectively with water tight joints and without unintentional gaps between the panels is obtained. In other embodiments, where the effect provided by the stabilizing groove and stabilizing part is not desired, these stabilizing parts can be omitted.

According to one preferred embodiment two adjacent side edges of the panel are provided with a groove and the other two side edges with a tongue. In this embodiment, the panel is usually quadrilateral, such as rectangular, but it can also be square.

In square panels it is also possible to provide a pair of parallel sides with a groove and the other pair with a tongue. However, the choice of pattern on the surface layer of the panel is limited with this shape. In other embodiments, the perimeter of the panel comprises three or five, or more, such as six or eight, side edges and the arrangement of the grooves and tongues can be varied. The series of panels which are connected to form a floor, wall, or other system need not all be of the same shape.

It is preferred that the groove and the tongue are made of a water proof or water resistant material, such as a thermoplastic, a thermosetting laminate, aluminum or a cellulosic product such as a wood fiber board, chipboard or particle board or a veneer impregnated or coated with a waterproofing material, such as oil, wax or a thermoplastic or thermosetting substance including, but not limited to, polymeric resins. It has been found that treating the panel with a liquid plastic substance such as a polyurethane gives excellent results. Of course, also other waterproof, water tight or water resistant materials can be used.

In another embodiment, the groove, as well as the tongue, are formed as a ledge fixed to the side edges of the panel. Suitably the ledge-formed groove and tongue respectively are then fixed in a recess along the side edges with glue, for instance. Alternatively, the integral tongue and groove portions of the panels can be formed in either the base material, the laminate material and/or both.

Protrusions which form the snapping webs can be formed on the upper and/or lower side of the tongue while cooperating depressions which form the snapping grooves are formed in the groove.

In one preferred embodiment one snapping web is formed on the upper side of the tongue and one on the lower side

3

thereof while the groove has two fitting snapping grooves
one at the top and one at the bottom of the groove. These
snapping webs may be diametrically opposite one another or
offset from one another. The corresponding snapping
grooves will be positioned according to the position of the
snapping webs so as to cooperate therewith. In an
alternative, but equally preferred embodiment, the tongue
may be provided with an uneven number of snapping webs
on the upper and lower side of the tongues, e.g., none above
and one below, one above and two below, etc.

If necessary one pair of snapping webs can be formed on
the upper side of the tongue and one pair on the lower side
thereof. Of course, you then need two snapping grooves at
the top and two snapping grooves at the bottom of the
groove to fit with the snapping webs. This construction will
give an extremely strong joint.

Of course, in all these embodiments, the snapping webs
can be arranged in the groove and the snapping grooves on
the tongue. A greater number of snapping webs may also be
positioned above the tongue than below the tongue without
departing from the invention.

In the preferred embodiment using the stabilizing parts,
the width of the stabilizing part is 1–10 mm, preferably 2–10
mm, most preferably 4–10 mm. Generally, a wider stabiliz-
ing part with fitting stabilizing groove gives a better rigidity
of the assembled panels.

The stabilizing part will also assist in a correct assem-
blage of the panels. Thus, when the stabilizing part moves
into the stabilizing groove you get a correct level of the
panels and the panels can easily be pushed into the correct
position where you do not have any gap between the panels.
Of course, without any substantial gap between the panels,
water and dirt are prevented from entering the assembled
panels, flooring or wall covering.

As a safeguard against water penetration a seal might be
arranged in the inner part of the stabilizing groove for
instance. Alternatively, by selectively engineering the mate-
rials used in the tongue and/or groove portions of the panel
of water resistant or water proof materials of suitable geom-
etry and elastic modulus, the snapping action can be facili-
tated by permitting displacement or flexing of the elements
defining the tongue and/or groove while the resilience
permits snapping of the locking feature to bring said panels
into forming a tight joint such that the joint is said to be
waterproof or water tight. A joint is water tight when
standing water will not penetrate the joint for several hours.

Notwithstanding that the joint is tight to the point of being
waterproof or water tight, the panels may be dismountable
from each other after snapping the panels together.

Preferably the grooves and the tongues run the full length
of the side edges of the panels, although they may be
intermittently interrupted along the length of the panels.

The panels can be designed in such a manner that the
underside of the groove and/or the tongue are situated in the
same level as the underside of the panel.

The panels can be used for covering floors and walls in
ordinary dry rooms. However, due to the tight joints and in
other cases due to the rigid and water tight joints, the panels
can be used also for wet rooms. For such applications the
whole panel is preferably made of plastic or thermosetting
laminate of so-called compact laminate type. Such a lami-
nate does not absorb water.

Another alternative is a water resistant and/or non water-
absorbing base with a water tight surface. The surface may,
for instance, consist of a paint, a thermoplastic foil such as

4

polyethylene, polypropylene or polyvinyl chloride, a paper
sheet impregnated with a resin, such as a thermosetting or
UV-curing resin such as one comprising acrylate and a
maleimide, or of a thermosetting laminate.

One suitable non water-absorbing base is a board pro-
duced by pressing and consolidating wood particles or wood
chips impregnated with a thermoplastic.

The invention will be further explained in connection with
the enclosed figures.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 schematically shows a panel 1 according to the
invention seen from above. The panel is drawn as a rectan-
gular shape but it can just as well be square or other
quadrilateral.

FIGS. 2 and 3 show a cross section through two adjacent
edges of two embodiments of a panel where two such panels
are to be assembled.

FIG. 4 is a schematic representation of a joint between
two panels containing offset snapping webs on the tongue.

FIGS. 5–7 are schematic representations of three other
embodiments showing different placements, number and
arrangements of snapping webs and snapping grooves on
panels.

FIG. 8 is a schematic representation of a joint between
two assembled panels in another embodiment of the inven-
tion.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The panel 1 consists of a base of cellulosic materials, such
as wood particles impregnated with a resin, such as a
thermoplastic material, with a decorative thermosetting
laminate as a surface layer 17 glued on top.

The panel 1 has two pairs of parallel side edges 2, 3 and
4, 5 respectively (FIG. 1). Two of these side edges are
provided with locking means in the form of a groove 6 and
the other two with a tongue 7 fitting in the groove 6, whereby
a tongue/groove joint for assembling of the panels is formed.

The groove 6 and the tongue 7 are made of a water tight
material and formed with a snap together joint. In the
embodiment shown in FIG. 2, the snap-together joint con-
sists of two snapping webs 9, one on the upper side of the
tongue 7 and one on the lower side of tongue, these webs 9
cooperating with two fitting snapping grooves 10.

In front of the snap-together joint, which means the
snapping webs 9 and the snapping groove 10, the groove 6
has an entrance opening 8. Inside the snap-together joint the
groove 6 continues in a stabilizing groove 13.

The tongue 7 is formed with a rear neck 11 intended to fit
in the entrance opening 8 of the groove 6. In front of the
snap-together joint the tongue 7 has a forwardly protruding
stabilizing part 12 intended for a tight fit in the stabilizing
groove 13.

The parts 9 and 10 included in the snap-together joint are
also adapted to each other to give a tight fit and strong joint.
To increase this effect further the snapping grooves 10 are
provided with undercut edges 18 which cooperate with the
backside of the snapping webs 9 with the same undercut.

In the embodiment of FIGS. 2 and 3, the groove 6 and the
tongue 7 are made of thermosetting laminate and formed as
a ledge fixed by glue in a recess along the side edges of the
panel. The under side 14 of the groove 6 is situated in the
same level as the under side 15 of the panel and the under

5

side 16 of the tongue 7 is situated in the same level as the under side 15 of the panel 1. In the embodiments of FIGS. 4–8, the tongue and groove are formed of the same material as the body of the panel. Thus, when the body of the panel comprises a carrier of a resin impregnaeted cellulosic material, such as fiber board, the tongue and groove are formed of the same material as the carrier of the panel. In other embodiments, the base or carrier itself can be formed of a water repellent material, such as plastic. When pushed together, the panels make a distinctive sound, which we have nicknamed the "click" system.

When connecting panels have been assembled by the snap-together joints and the stabilizing parts 12 inserted in the stabilizing grooves 13, the panels are fixed to each other and prevented from unintentional separation. A rigid floor covering or wall covering with water tight joints and without unintentional gaps between the panels is obtained. The usual rotation of the snapping webs 9 in the snapping grooves 10 is prevented by the stabilizing parts 12 in the stabilizing grooves 13. Accordingly these parts are essential for the possibility to get a rigid joint between the panels.

The embodiment shown in FIG. 3 is very similar to that according to FIG. 2. The difference is that only the under side of the tongue 7 is provided with a snapping web 9. The upper side is lacking a snapping web. Accordingly there is only one snapping groove 10 at the bottom of the groove 6.

The embodiment of FIG. 4, though similar to FIG. 2 in having the upper and lower sides of tongue 7 provided with snapping webs 9, such snapping webs are longitudinal displaced along tongue 7.

The embodiment of FIG. 5 shows the provision of an uneven number of snapping webs 9 on tongue 7 where an upper and lower snapping web are vertically aligned but a third snapping web, positioned on the underside of the tongue 7 is longitudinally displaced at a distance towards the main body of the carrier.

In FIG. 6 is illustrated a further embodiment, similar to that of FIG. 4 in having longitudinally displaced upper and lower snapping webs 9. However, in FIG. 6 is provided a nose 19 on the upper edge of panel 1, proximate the tongue side of the panel. Such nose 19 assists in providing a tight joint when similar panels are assembled together. The nose may alternatively be provided on the groove side of the panel or further on both the tongue and groove sides of the panel.

FIG. 7 illustrates the same type of nose 19 as in FIG. 6, however, in this embodiment, the lower snapping webs 9 are both longitudinally displaced towards the main body of panel 1 such that the most distal snapping web 9 lies vertically beneath nose 19 and the other snapping web 9 is inwardly positioned.

The embodiment of FIG. 8 illustrates a unique design for both tongue 7 and snapping webs 9 and snapping grooves 10. In this embodiment, tongue 7 is undercut so as to provide a sloping surface 20. Moreover, the walls of the backsides of snapping webs 9 and the corresponding walls of snapping grooves 10 are vertical, or nearly so. This configuration permits at least one of the panels to be tilted relative to the other panel to provide for disassembly of the floor panels. The sloped surface 20 accommodates such tilting and thus, the disassembly of the panels. Moreover, the radius covers 21, 22 of the panels edges facilitate the "turning" of the assembled panels away from each other.

As in the embodiments of FIGS. 2 and 3, each of the embodiments of FIGS. 4–8 may comprise an upper surface of a thermosetting laminate, a plastic foil such as an olefin

6

plastic, paper sheets impregnated with a thermosetting or UV-curing resin comprising acrylate and a maleimide or similar materials.

The body of the panels in the embodiments are intended to be assembled without glue, but certainly glue or other sealing substance could be applied to the vicinity of the joint. Especially in the embodiments where the panels are intended to be installed in or proximate wet rooms, but also in ordinary rooms, the panels, especially the tongue and groove portions, can be coated or impregnated with a waterproofing material, such as an oil, wax, paint or other waterproofing material such as a liquid plastic coating, like polyurethane.

Alternatively, instead of a waterproof or water resistant layer on a carrier, the entire panel body can be made of a waterproof material, such as plastic, in which case the tongue and groove portions may be made of the same material as, and a unitary part of, the panel.

It should be appreciated that we have provided a building panel and method of assembling the same which will result in tight joints between panels such that the assembled panels, used as flooring or cladding will be water repellent, that is, impervious to water standing on the surface of the joint.

The invention is not limited to the embodiments shown and described sine these may be readily modified by those of ordinary skill in the art to which this invention pertains without departing from the scope of the appended claims.

We claim:

1. A method of forming a tight joint between similar panels, said method comprising:

providing a series of panels, each panel defining a perimeter, said perimeter defining at least three sides of said panel, and at least one tongue or groove shape provided along said sides, an uneven number of protrusions being defined on at least one of an upper surface of said tongue or groove to act as a snapping web and a corresponding number of uneven depressions being defined on at least one of said upper surface of said tongue or groove, positioned so as to act as a snapping groove with said snapping web, said snapping web and snapping groove urging the panels together to form a tight joint.

2. The method of claim 1, wherein the panels are quadrilateral and two sides have tongues and two sides have grooves and the panels are assembled by snapping the tongues into said grooves.

3. The method of claim 1, wherein said protrusions are on said tongue and the panels are assembled by snapping said protrusions into depressions in said groove.

4. The method of claim 1, wherein said panels may be disassembled by unlocking at least one of said panels about said joint to dismount said panels.

5. The method of claim 3, wherein the uneven number of protrusions are on said tongue.

6. The method of claim 5, further comprising providing an uneven number of depressions in said groove so as to cooperate with each of said protrusions.

7. A system for forming a wall, floor or cladding by assembling a plurality of panels into an interlocked unit, said system comprising:

a plurality of panels, each of said panels defining a perimeter having at least three sides; each of said sides being provided with at least one of a tongue or groove, said panel comprising an upper surface formed of paint, a thermoplastic foil, a paper impregnated with a ther-

mosetting or UV-curing resin, or thermosetting laminate; at least one of an upper surface of the tongue or groove being provided with an uneven number of protrusions and the other being provided with a corresponding uneven number of depressions cooperating with each said protrusion to form a snapping web and snapping groove, respectively; said snapping web and said snapping groove forcing adjacent panels towards the joint when said panels are snapped together.

**8**. The system of claim **7**, wherein at least one of the panels comprises a nose extending outwardly along an upper surface of the perimeter.

**9**. The system of claim **7**, wherein the panels are quadrilateral.

**10**. The system of claim **7**, wherein the joints formed in said interlocked unit are water resistant.

**11**. The system of claim **7**, wherein the panels are formed of an upper surface adhered to a base layer and the base layer is treated so as to increase its water resistance properties.

**12**. The system of claim **7**, wherein the base layer is formed of a compressed cellulosic impregnated or coated with a wax, an oil, or a resin.

**13**. A building panel, said panel having a perimeter defining quadrilateral, said sides being provided with at least one of a tongue or a groove, said panel comprising an upper surface formed of a paint, a thermoplastic foil, a paper

impregnated with a thermosetting or UV-curing resin or thermosetting laminate; at least one of an upper surface of said tongue or groove being provided with an uneven number of protrusions and the other being provided with a corresponding uneven number of depressions cooperating with each said protrusion to form a snapping web and snapping groove, respectively; said snapping web and snapping groove forcing adjacent panels towards the joint where panels are snapped together.

**14**. The building panel of claim **13**, wherein there are at least three protrusions, two of which are diametrically opposed.

**15**. The building panel of claim **13**, wherein the tongue on which the protrusions are located has a truncated lower surface.

**16**. The method of claim **1**, wherein said uneven number is one.

**17**. The building panel of claim **13**, wherein said uneven number is one.

**18**. The building panel of claim **13**, wherein none of said protrusions are diametrically opposed.

**19**. The system of claim **7**, wherein said uneven number is one.

\* \* \* \* \*

Exhibit D



(12) **United States Patent**

Martensson et al.

(10) Patent No.: **US 6,421,970 B1**

(45) Date of Patent: **\*Jul. 23, 2002**

(54) **FLOORING PANEL OR WALL PANEL AND USE THEREOF**

(75) Inventors: **Goran Martensson**, Klagstorp; **Magnus Kulik**, Vellinge, both of (SE)

(73) Assignee: **Perstorp Flooring AB**, Trelleborg (SE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/705,916**

(22) Filed: **Nov. 6, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/637,114, filed on Aug. 11, 2000, which is a continuation-in-part of application No. 08/894,966, filed on Sep. 28, 1997, now Pat. No. 5,101,778.

(51) Int. Cl.$^7$ ................................................. **E04B 1/38**

(52) U.S. Cl. ..................... **52/282.1**; 52/591.1; 52/592.2; 52/582.1; 52/586.1; 52/591.3; 52/591.4; 52/592.1; 403/381; 403/364

(58) Field of Search ........................... 52/578, 403, 594, 52/592.1, 586.1, 591.4; 403/381, 364

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,004,193 | A | 6/1935 | Cherry |
| 3,535,844 | A | 10/1970 | Glaros |
| 3,807,113 | A | 4/1974 | Turner |
| 4,426,820 | A | 1/1984 | Terbrack et al. |
| 4,940,503 | A | 7/1990 | Lindgren et al. |
| 5,216,861 | A | 6/1993 | Meyerson |
| 5,295,341 | A | 3/1994 | Kajiwara |
| 5,325,649 | A | 7/1994 | Kajiwara |
| 5,344,700 | A | 9/1994 | McGath et al. |
| 5,502,939 | A | 4/1996 | Zadok et al. |
| 5,630,304 | A | 5/1997 | Austin |
| 5,706,621 | A | 1/1998 | Pervan |
| 5,860,267 | A | 1/1999 | Pervan |
| 6,006,486 | A | * 12/1999 | Moriau et al. ............. 52/589.1 |
| 6,023,907 | A | 2/2000 | Pervan |
| 6,101,778 | A | * 8/2000 | Martensson ................ 52/582.1 |
| 6,182,410 | B1 | 2/2001 | Pervan |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| BE | 557844 | 3/1960 |
| CA | 1169106 | 6/1984 |
| DE | 3343601 | 6/1985 |
| GB | 812671 | 4/1959 |
| GB | 1430423 | 3/1976 |
| GB | 2256023 | 11/1992 |
| JP | 3169967 | 7/1991 |

* cited by examiner

*Primary Examiner*—Carl D. Friedman
*Assistant Examiner*—Chi Q Nguyen
(74) *Attorney, Agent, or Firm*—Stevens, Davis, Miller & Mosher, L.L.P.

(57) **ABSTRACT**

A building panel, such as a flooring panel or wall panel and a method of assembling the same into a floor, wall cladding, etc. The panel is provided with a locking means in the form of groove (6) and tongue (7) forming a tongue/groove joint for assembling of the panels. In a preferred embodiment, the groove (6) and the tongue (7) are made of water resistant material and formed with a snap-together joint.

**20 Claims, 4 Drawing Sheets**







*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*



*FIG. 9*

*FIG. 10*

*FIG. 11*

*FIG. 12*



FIG. 13



FIG. 14



FIG. 15

FIG. 16



US 6,421,970 B1

**1**

# FLOORING PANEL OR WALL PANEL AND USE THEREOF

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Ser. No. 09/637,114, filed Aug. 11, 2000, which, in turn, is a continuation-in-part of U.S. Ser. No. 08/894,966, filed Sep. 28, 1997, now U.S. Pat. No. 5,101,778, the entire disclosures of which are herein incorporated by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a building panel, such as a flooring panel or wall panel and the use thereof to form floors, walls, cladding, etc., by assembling a plurality of the panels. In one embodiment, the panels have particular utility for flooring or cladding a wet room.

### 2. Description of the Related Art

During the last few years laminated floors have achieved and increased in popularity and on many markets they are beginning to replace parquet floors and wall-to-wall carpets. In the production of laminated floors a decorative thermo-setting laminate is first produced. This laminate usually consists of a base layer of paper sheets impregnated with phenol-formaldehyde resin and a decorative surface layer comprising a decor paper sheet impregnated with melamine-formaldehyde resin. The laminate is produced by pressing the different layers at a high pressure and at an increased temperature.

The laminate thus obtained is then glued to a carrier of particle board, for instance, or used as such without any carrier and it is then called compact laminate. The laminated panel thus produced is then sawn up to a number of floor boards which are provided with groove and tongue at the long sides and the short sides thereof. Often the floor boards produced have a thickness of about 7 mm, a length of 120 cm and a width of about 20 cm. Thereby they can usually be put on top of an existing flooring material at a renovation. According to another alternative, instead one or more of the above decorative sheets can be laminated directly towards a base sheet of particle board for instance.

At the assemblage of such a flooring, glue is normally applied in the groove when the floor boards are assembled. Therefore, it will be difficult to change a damaged board or to remove a whole flooring and, for instance, install it in another room.

To avoid the above problem efforts have been made to achieve floor boards which can be assembled without glue. One such construction is disclosed in the U.S. Pat. No. 5,295,341. There the boards are provided with groove and tongue in the usual way, but here a snap-together system is included in the groove-tongue joint.

These floor boards can be assembled without glue. However, they have the disadvantage t hat the joints between the boards will be flexible and not rigid. Moreover, the joint between adjacent boards is not tight. This means that if the surface below the floor boards is not completely even, which is usually the case, a gap will be formed between the boards. Into these gaps dirt and water can penetrate.

## SUMMARY OF THE INVENTION

According to the present invention, the last mentioned problem has been solved and a building panel, such as a

**2**

flooring panel or wall panel, preferably of thermosetting laminate having two pairs of parallel side edges has been brought about. Two of these side edges are provided with a locking means in the form of a groove and the other two are provided with a tongue fitting in the groove whereby a tongue/groove joint for assembling of the panels is formed. The groove and the tongue are made of a water resistant or water tight material and formed with a snap-together joint including one or more snapping webs or the like with corresponding cooperating snapping grooves. In one embodiment, the groove in front of the snap-together joint has an entrance opening and continues inside the snap-together joint into a stabilizing groove. The tongue is formed with a rear neck intended to fit in the entrance opening and a forwardly protruding stabilizing part situated in front of the snap-together joint and intended for a tight fit in the stabilizing groove, whereby connecting panels when assembled by the snap-together joints and the stabilizing parts in the stabilizing grooves are fixed to each other and prevented from unintentional separation while at the same time a rigid floor covering or wall covering respectively with water tight joints and without unintentional gaps between the panels is obtained. In other embodiments, where the effect provided by the stabilizing groove and stabilizing part is not desired, these stabilizing parts can be omitted.

According to one preferred embodiment two adjacent side edges of the panel are provided with a groove and the other two side edges with a tongue. In this embodiment, the panel is usually quadrilateral, such as rectangular, but it can also be square.

In square panels it is also possible to provide a pair of parallel sides with a groove and the other pair with a tongue. However, the choice of pattern on the surface layer of the panel is limited with this shape. In other embodiments, the perimeter of the panel comprises three or five, or more, such as six or eight, side edges and the arrangement of the grooves and tongues can be varied. The series of panels which are connected to form a floor, wall, or other system need not all be of the same shape.

It is preferred that the groove and the tongue are made of a water proof or water resistant material, such as a thermoplastic, a thermosetting laminate, aluminum or a cellulosic product such as a wood fiber board, chipboard or particle board or a veneer impregnated or coated with a waterproofing material, such as oil, wax or a thermoplastic or thermosetting substance including, but not limited to, polymeric resins. It has been found that treating the panel with a liquid plastic substance such as a polyurethane gives excellent results. Of course, also other waterproof, water tight or water resistant materials can be used.

In another embodiment, the groove, as well as the tongue, are formed as a ledge fixed to the side edges of the panel. Suitably the ledge-formed groove and tongue respectively are then fixed in a recess along the side edges with glue, for instance. Alternatively, the integral tongue and groove portions of the panels can be formed in either the base material, the laminate material and/or both.

Protrusions which form the snapping webs can be formed on the upper and/or lower side of the tongue while cooperating depressions which form the snapping grooves are formed in the groove.

In one preferred embodiment one snapping web is formed on the upper side of the tongue and one on the lower side thereof while the groove has two fitting snapping grooves one at the top and one at the bottom of the groove. These snapping webs may be diametrically opposite one another or

3

offset from one another. The corresponding snapping grooves will be positioned according to the position of the snapping webs so as to cooperate therewith. In an alternative, but equally preferred embodiment, the tongue may be provided with an uneven number of snapping webs on the upper and lower side of the tongues, e.g., none above and one below, one above and two below, etc.

If necessary one pair of snapping webs can be formed on the upper side of the tongue and one pair on the lower side thereof. Of course, you then need two snapping grooves at the top and two snapping grooves at the bottom of the groove to fit with the snapping webs. This construction will give an extremely strong joint.

Of course, in all these embodiments, the snapping webs can be arranged in the groove and the snapping grooves on the tongue. A greater number of snapping webs may also be positioned above the tongue than below the tongue without departing from the invention.

In the preferred embodiment using the stabilizing parts, the width of the stabilizing part is 1–10 mm, preferably 2–10 mm, most preferably 4–10 mm. Generally, a wider stabilizing part with fitting stabilizing groove gives a better rigidity of the assembled panels.

The stabilizing part will also assist in a correct assemblage of the panels. Thus, when the stabilizing part moves into the stabilizing groove you get a correct level of the panels and the panels can easily be pushed into the correct position where you do not have any gap between the panels. Of course, without any substantial gap between the panels, water and dirt are prevented from entering the assembled panels, flooring or wall covering.

As a safeguard against water penetration a seal might be arranged in the inner part of the stabilizing groove for instance. Alternatively, by selectively engineering the materials used in the tongue and/or groove portions of the panel of water resistant or water proof materials of suitable geometry and elastic modulus, the snapping action can be facilitated by permitting displacement or flexing of the elements defining the tongue and/or groove while the resilience permits snapping of the locking feature to bring said panels into forming a tight joint such that the joint is said to be waterproof or water tight. A joint is water tight when standing water will not penetrate the joint for several hours.

Notwithstanding that the joint is tight to the point of being waterproof or water tight, the panels may be dismountable from each other after snapping the panels together.

Preferably the grooves and the tongues run the full length of the side edges of the panels, although they may be intermittently interrupted along the length of the panels.

The panels can be designed in such a manner that the underside of the groove and/or the tongue are situated in the same level as the underside of the panel.

The panels can be used for covering floors and walls in ordinary dry rooms. However, due to the tight joints and in other cases due to the rigid and water tight joints, the panels can be used also for wet rooms. For such applications the whole panel is preferably made of plastic or thermosetting laminate of so-called compact laminate type. Such a laminate does not absorb water.

Another alternative is a water resistant and/or non water-absorbing base with a water tight surface. The surface may, for instance, consist of a paint, a thermoplastic foil such as polyethylene, polypropylene or polyvinyl chloride, a paper sheet impregnated with a resin, such as a thermosetting or UV-curing resin such as one comprising acrylate and a maleimide, or of a thermosetting laminate.

4

One suitable non water-absorbing base is a board produced by pressing and consolidating wood particles or wood chips impregnated with a thermoplastic.

The invention will be further explained in connection with the enclosed figures.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 schematically shows a panel 1 according to the invention seen from above. The panel is drawn as a rectangular shape but it can just as well be square or other quadrilateral.

FIGS. 2 and 3 show a cross section through two adjacent edges of two embodiments of a panel where two such panels are to be assembled.

FIG. 4 is a schematic representation of a joint between two panels containing offset snapping webs on the tongue.

FIGS. 5–7 are schematic representations of three other embodiments showing different placements, number and arrangements of snapping webs and snapping grooves on panels.

FIG. 8 is a schematic representation of a joint between two assembled panels in another embodiment of the invention.

FIGS. 9–12 are schematic representations of four other alternative embodiments showing different placements, number and arrangements of snapping webs and snapping grooves on panels.

FIGS. 13–16 disclose various methods of assembling the panels into a finished structure, such as a floor.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The panel 1 consists of a base of cellulosic materials, such as wood particles impregnated with a resin, such as a thermoplastic material, with a decorative thermosetting laminate as a surface layer 17 glued on top.

The panel 1 has two pairs of parallel side edges 2, 3 and 4, 5 respectively (FIG. 1). Two of these side edges are provided with locking means in the form of a groove 6 and the other two with a tongue 7 fitting in the groove 6, whereby a tongue/groove joint for assembling the panels is formed.

The groove 6 and the tongue 7 are made of a water tight material and formed with a snap-together joint. In the embodiment shown in FIG. 2, the snap-together joint consists of two snapping webs 9, one on the upper side of the tongue 7 and one on the lower side of tongue, these webs 9 cooperating with two fitting snapping grooves 10.

In front of the snap-together joint, which means the snapping webs 9 and the snapping groove 10, the groove 6 has an entrance opening 8. Inside the snap-together joint the groove 6 continues in a stabilizing groove 13.

The tongue 7 is formed with a rear neck 11 intended to fit in the entrance opening 8 of the groove 6. In front of the snap-together joint the tongue 7 has a forwardly protruding stabilizing part 12 intended for a tight fit in the stabilizing groove 13.

The parts 9 and 10 included in the snap-together joint are also adapted to each other to give a tight fit and strong joint. To increase this effect further the snapping grooves 10 are provided with undercut edges 18 which cooperate with the backside of the snapping webs 9 with the same undercut.

In the embodiment of FIGS. 2 and 3, the groove 6 and the tongue 7 are made of thermosetting laminate and formed as a ledge fixed by glue in a recess along the side edges of the

5

panel. The under side **14** of the groove **6** is situated in the same level as the under side **15** of the panel and the under side **16** of the tongue **7** is situated in the same level as the under side **15** of the panel **1**. In the embodiments of FIGS. **4–12**, the tongue and groove are formed of the same material as the body of the panel. Thus, when the body of the panel comprises a carrier of a resin impregnated cellulosic material, such as fiber board, the tongue and groove are formed of the same material as the carrier of the panel. In other embodiments, the base or carrier itself can be formed of a water repellent material, such as plastic. When pushed together, the panels have a distinctive sound, which we have nicknamed the "click" system.

When connecting panels have been assembled by the snap-together joints and the stabilizing parts **12** inserted in the stabilizing grooves **13**, the panels are fixed to each other and prevented from unintentional separation. A rigid floor covering or wall covering with water tight joints and without unintentional gaps between the panels is obtained. The usual rotation of the snapping webs **9** in the snapping grooves **10** is prevented by the stabilizing parts **12** in the stabilizing grooves **13**. Accordingly these parts are essential for the possibility to get a rigid joint between the panels.

The embodiment shown in FIG. **3** is very similar to that according to FIG. **2**. The difference is that only the under side of the tongue **7** is provided with a snapping web **9**. The upper side is lacking a snapping web. Accordingly there is only one snapping groove **10** at the bottom of the groove **6**.

The embodiment of FIG. **4**, though similar to FIG. **2** in having the upper and lower sides of tongue **7** provided with snapping webs **9**, such snapping webs are longitudinal displaced along tongue **7**.

The embodiment of FIG. **5** shows the provision of an uneven number of snapping webs **9** on tongue **7** where an upper and lower snapping web are vertically aligned but a third snapping web, positioned on the underside of the tongue **7** is longitudinally displaced at a distance towards the main body of the carrier.

In FIG. **6** is illustrative of a further embodiment, similar to that of FIG. **4** in having longitudinally displaced upper and lower snapping webs **9**. However, in FIG. **6** is provided a nose **19** on the upper edge of panel **1**, proximate the tongue side of the panel. Such nose **19** assists in providing a tight joint when similar panels are assembled together. The nose may alternatively be provided on the groove side of the panel or further on both the tongue and groove sides of the panel.

FIG. **7** illustrates the same type of nose **19** as in FIG. **6**, however, in this embodiment, the lower snapping webs **9** are both longitudinally displaced towards the main body of panel **1** such that the most distal snapping web **9** lies vertically beneath nose **19** and the other snapping web **9** is inwardly positioned.

The embodiment of FIG. **8** illustrates a unique design for both tongue **7** and snapping webs **9** and snapping grooves **10**. In this embodiment, tongue **7** is undercut so as to provide a sloping surface **20**. Moreover, the walls of the backsides of snapping webs **9** and the corresponding walls of snapping grooves **10** are vertical, or nearly so. This configuration permits at least one of the panels to be tilted relative to the other panel to provide for disassembly of the floor panels. The sloped surface **20** accommodates such tilting and thus, the disassembly of the panels. Moreover, the radius covers **21**, **22** of the panels edges facilitate the "turning" of the assembled panels away from each other.

As in the embodiments of FIGS. **2** and **3**, each of the embodiments of FIGS. **4–8** may comprise an upper surface

6

of a thermosetting laminate, a plastic foil such as an olefin plastic, paper sheets impregnated with a thermosetting or UV-curing resin comprising acrylate and a maleimide or similar materials.

In FIGS. **9–12**, a panel **1** comprises a base of cellulosic material **11** with a decorative surface **17**. The decorative surface **17** can be a thermosetting laminate, a plastic foil, such as an olefin plastic, paper sheets impregnated with a thermosetting or UV-curing resin comprising acrylate and a maleimide or similar materials. The cellulosic material **11** is the same as or similar to that used in the embodiments of FIGS. **1–8**. However, as shown in FIG. **9**, groove **16** contains an upper snapping groove **99** and a lower snapping groove **23**. While each of groove **99** and **23** are vertically overlapping with each other, they are not coextensive. Snapping groove **99** is positioned proximate the groove edge **31** and snapping groove **23** extends further distal to groove edge **31**, though both groove **99** and groove **23** are located with an imaginary vertical plane P extending through the top of panel edge **40**. On the tongue side of panel **1** of FIG. **9** are two snapping webs **34**, **35**, configured and located so as to snap into cooperating grooves **99** and **23** on an identical panel (not shown).

In FIG. **10**, is a panel constructed similarly to that of FIG. **9**, with the modification that two upper snapping grooves **97**, **98** and one lower snapping groove **101** are provided. As can be seen in FIG. **10**, the upper and lower snapping grooves engage with corresponding upper snapping webs **103**, **104** and lower snapping web **105** when a similar panel **1** is located so as to check or snap into place.

FIG. **11** is similar to FIG. **9** except that the position of upper and lower snapping grooves **199**, **123**, respectively, are offset as shown. Additionally, lower web **106** of groove edge **31** extends distally beyond plane P which is an imaginary vertical plane extending through the top web **116** of groove **31**.

Snapping webs **203**, **205** are configured so as to be received with corresponding snapping grooves **199**, **123**, respectively, when an identical panel is horizontally pushed into place.

FIG. **12** is similar to FIG. **10** except insofar as the lower web **206** extends distally beyond imaginary plane P extending vertically from the top edge **216** of groove **31**. As in the previous figures, upper and lower snapping webs **303**, **304**, **305** are configured so as to be matingly received in snapping grooves **297**, **298** and **301** of an identical panel.

FIGS. **13–15** are illustrative of various ways to assemble the panels according to the invention. In each of these Figs. A and B represent two panels assembled in a first row, C represents a first panel assembled in a second row and D represents a new panel to be assembled so as to adjoin said first and second rows. All of such new panels D are assembled by horizontally pushing the new panel D in one of the following steps.

In FIG. **13**, new panel D is engaged at its "short side" **401** with a short side **402** of panel C and is horizontally pushed in the direction of arrow **501** so as to slide along the short side **402** of panel C with panel D's respective upper and lower snapping webs are received in the respective upper and lower snapping grooves of panel C and until the "long sides" **403** of panel D engages with the edges **404,405** of panels A and B.

In the alternative installation method of FIG. **14**, new panel D is engaged at its long side **403** with the long side **405** of panel B and horizontally moved along arrow **602** until panel D's short side **401** engages with short side **402** of

7

panel C. The horizontal motion does not require that any of the panels be "tilted" or "angled" out of the plane of the paper in order to join the new panel D with any of the previously laid panels A–C.

Still further, new panel D may be simultaneously assembled with short side 402 of panel C and the long sides 404 and 405 of panels A and B by exerting a force in the direction of arrow 202 as shown in FIG. 15. A special tapping block (not shown) configured to engage with the tongue and groove segments of new panel D can be used to horizontal urge panel D into simultaneous engagement with each of panels A, B, and C.

FIG. 16 shows a "double" horizontal push method of assembling a new panel into engagement with previously laid panels. In this embodiment, new panel D is placed with its long side 403 at a distance (for instance, 2 cm) from the long sides 404 and 405 of panels A and B, respectively. Then the new panel D is pushed horizontally in the direction of arrow "a" until the short side of 401 of panel D snaps together with the short side 402 of panel C. Then, panel D is pushed horizontally in the direction of arrow "b" (while still engaged with panel C along the joint formed by short side 402 of panel C and short side 401 of panel D) until the side 403 of panel D snaps together with the long sides 404 and 405 of panels A and B, respectively.

Thus, we have disclosed not only a configuration of making panels having unique tongue and groove configurations which permit "glueless" assembly of the panels by a click system, but also a method of assembling such panels into a finished structure, such as a floor.

The body of the panels in the embodiments are intended to be assembled without glue, but certainly glue or other sealing substance could be applied to the vicinity of the joint. Especially in the embodiments where the panels are intended to be installed in or proximate wet rooms, but also in ordinary rooms, the panels, especially the tongue and groove portions, can be coated or impregnated with a waterproofing material, such as an oil, wax, paint or other waterproofing material such as a liquid plastic coating, like polyurethane.

Alternatively, instead of a waterproof or water resistant layer on a carrier, the entire panel body can be made of a waterproof material, such as plastic, in which case the tongue and groove portions may be made of the same material as, and a unitary part of, the panel.

In still another embodiment of the invention, the joints can be "pre-glued," i.e., have a glue system applied at the factory which glue system can be activated upon assembly of the panels 1 into a finished structure, such as a floor. For example, the friction applied by assembling the panels as in FIGS. 13–16 can be used to rupture microballoons containing a catalyst or other component of an adhesive system to cause the assembled panels to be adhesively connected at the joint upon assembly.

Alternatively, the tongue portion of the panels can be pre-coated with one component of a two component adhesive system and the groove portion can be pre-coated with another component of the two component system, such that upon assembly of the tongue and groove portions of two adjacent panels, the adhesive system is activated to cause the panels to be adhesively connected at their joint.

It is within the scope of this adhesive system to include a blowing agent so as to form a foam filled adhesive. Alternatively, the adhesive may act more as a sealant, sealing the joint against ingress of water or other liquids when the panels are assembled into a structure, such as a floor.

8

Other adhesive systems, such as the use of initiators, inclusion of blowing or gas generating agents, multipart systems, such as a two resin system comprising parts one and two, wherein the catalyst or curing agent for part one is included with the part two resin and the catalyst or curing agent for part two is included with the part one resin may be applied at the factory, and initiated when the panels are installed.

Initiation may also occur when a protective strip is removed from the panel edges just prior to assembly of the panel, the removal of the protective strip exposing reactive components of the adhesive system.

Such modifications of the above pre-glued system will be apparent to those skilled in the art upon reading this disclosure.

It should be appreciated that we have provided a building panel and method of assembling the same which will result in tight joints between panels such that the assembled panels, used as flooring or cladding, which will be water repellent, that is, impervious to water standing on the surface of the joint, whether or not a pre-glued system is applied to the panel.

The invention is not limited to the embodiments shown and described sine these may be readily modified by those of ordinary skill in the art to which this invention pertains without departing from the scope of the appended claims.

We claim:

1. A method of forming a tight joint between similar panels, said method comprising:

   providing a series of panels, said panel defining a perimeter;

   providing at least one tongue or groove along said sides;

   defining at least one protrusion on at least one of said tongue or groove, the at least one protrusion thereby forming a snapping web;

   defining at least one depression on at least one of said tongue and groove, the at least one depression being positioned and configured so as to act as a snapping groove to receive said snapping web; and

   urging the panels together to form a tight joint, wherein the snapping web and snapping groove hold the panels together.

2. The method of claim 1, wherein the panels are quadrilateral and two sides have tongues and two sides have grooves and the panels are assembled by snapping the tongues into said grooves.

3. The method of claim 1, wherein said protrusions are on said tongue and the panels are assembled by snapping said protrusions into depressions in said groove.

4. The method of claim 1, wherein said panels may be disassembled by rotating at least one of said panels about said joint to dismount said panels.

5. The method of claim 3, wherein there are an uneven number of protrusions on said tongue.

6. The method of claim 5, further comprising providing an uneven number of depressions in said groove so as to cooperate with each of said protrusions.

7. A system for forming a wall, floor or cladding by assembling a plurality of panels into an interlocked unit, said system comprising:

   a plurality of panels, each of said panels defining a perimeter;

   each of said sides being provided with at least one of a tongue or a groove;

   said panel having an upper surface formed of paint, a thermoplastic foil, a paper impregnated with a thermosetting or UV-curing resin, or a thermosetting laminate;

9

10

at least one of the tongue and groove being provided with a protrusion, thereby forming a snapping web; a complementary depression cooperating with said protrusion to form a snapping groove; wherein,

said snapping web and snapping groove forcing adjacent panels together when said panels are snapped together.

**8**. The system of claim **7**, wherein at least one of the panels comprises a nose extending outwardly along an upper surface of the perimeter.

**9**. The system of claim **7**, wherein the panels are quadrilateral.

**10**. The system of claim **7**, wherein the joints formed in said interlocked unit are water resistant.

**11**. The system of claim **7**, wherein the panels are formed of an upper surface adhered to a base layer and the base layer is treated so as to increase its water resistance properties.

**12**. The system of claim **7**, wherein the base layer is formed of a compressed cellulosic impregnated or coated with a wax, an oil, or a resin.

**13**. A building panel having a perimeter defining sides of said panel, each of said sides being provided with at least one of a tongue or a groove, said panel comprising:

an upper surface formed of a paint, a thermoplastic foil, a paper impregnated with a thermosetting or UV curing resin or a thermosetting laminate;

at least one of said tongue and groove having at least one protrusion, thereby forming a snapping web;

at least one of complementary depression, each configured to cooperate with a respective protrusion, each depression forming a respective snapping groove, wherein

said snapping webs and snapping grooves forcing adjacent panels toward their joint when said panels are snapped together.

**14**. The building panel of claim **13**, wherein said panel is a quadrilateral.

**15**. The building panel of claim **14**, wherein said protrusions are odd in number.

**16**. The building panel of claim **14**, wherein said protrusions are even in number and are diametrically opposed.

**17**. The building panel of claim **15**, wherein none of said protrusions are diametrically opposed.

**18**. The building panel of claim **15**, wherein there are at least three protrusions, two of which are diametrically opposed.

**19**. The building panel of claim **14**, wherein there are an even number of protrusions, but they are longitudinally displaced from each other.

**20**. The building panel of claim **19**, wherein the tongue on which the protrusions are located has a truncated lower surface.

\* \* \* \* \*

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,421,970 B1                                   Page 1 of 1
DATED         : July 23, 2002
INVENTOR(S)   : Goran Martensson et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Title page,</u>
Item [63], **Related U.S. Application Data**, please change "Pat. No. 5,101,778"
to read -- Pat. No. 6,101,778 --.

Signed and Sealed this

Fourth Day of February, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,421,970 B1                                          Page 1 of  1
DATED         : July 23, 2002
INVENTOR(S)   : Goran Martensson et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Title page,</u>
Item [30] **Foreign Application Priority Data**, should read:
-- [30] **Foreign Application Priority Data**
    Mar. 7, 1995    (SE)  ………………….  9500810-8 -- and
"5,101,778" should read -- 6,101,778 --

Signed and Sealed this

Seventh Day of June, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

Exhibit E



# United States Patent [19]

**Moriau et al.**

[11] **Patent Number:** 6,006,486

[45] **Date of Patent:** Dec. 28, 1999

[54] **FLOOR PANEL WITH EDGE CONNECTORS**

[75] Inventors: **Stefan Simon Gustaaf Moriau**, Gent; **Mark Gaston Maurits Cappelle**, Staden; **Bernard Paul Joseph Thiers**, Oostrozebeke, all of Belgium

[73] Assignee: **Unilin Beheer BV, besloten vennootschap**, Ijssel, Netherlands

[21] Appl. No.: **08/872,044**

[22] Filed: **Jun. 10, 1997**

[30] **Foreign Application Priority Data**

Jun. 11, 1996 [BE] Belgium .................................. 09600527
Apr. 15, 1997 [BE] Belgium .................................. 09700344

[51] Int. Cl.⁶ ........................................................ **E04B 2/08**
[52] U.S. Cl. ..................... **52/589.1;** 52/592.1; 52/586.1; 52/590.2; 52/592.3
[58] Field of Search ................................ 52/578 B, 589.1, 52/592.1, 570, 571, 572, 590.2, 586.1, 592.3, 591.1, 590.1

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 753,791 | 3/1904 | Fulghum . |
| 1,124,228 | 1/1915 | Houston . |
| 1,986,739 | 1/1935 | Mitte . |
| 2,276,071 | 3/1942 | Scull . |
| 2,740,167 | 4/1956 | Rowley . |
| 3,310,919 | 3/1967 | Bue et al. . |
| 3,538,665 | 11/1970 | Gohner . |
| 3,694,983 | 10/1972 | Couquet . |
| 3,859,000 | 1/1975 | Webster . |
| 4,769,963 | 9/1988 | Meyerson . |
| 5,216,861 | 6/1993 | Meyerson . |
| 5,295,341 | 3/1994 | Kajiwara . |
| 5,349,796 | 9/1994 | Meyerson . |
| 5,706,621 | 1/1998 | Pervan . |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 417526 | 11/1936 | Belgium . |
| 1298043 | 4/1962 | France . |
| 84 12178 | 1/1986 | France . |
| 88 05081 | 10/1989 | France . |
| 92 12882 | 4/1994 | France . |
| 7102476 | 1/1971 | Germany . |
| 1 534 278 | 11/1971 | Germany . |
| 7402354 | 5/1974 | Germany . |
| 25 02 992 | 7/1976 | Germany . |
| 26 16 077 | 10/1977 | Germany . |
| 30 41781 A1 | 6/1982 | Germany . |
| 86 04 004 | 6/1986 | Germany . |
| 35 12 204 | 10/1986 | Germany . |
| 35 44845 A1 | 6/1987 | Germany . |
| 42 15 273 | 11/1993 | Germany . |
| 42 42 530 | 6/1994 | Germany . |
| 54-65528 | 5/1979 | Japan . |
| 57-119056 | 7/1982 | Japan . |
| 3-169967 | 7/1991 | Japan . |
| 6-56310 | 8/1994 | Japan . |
| 7-180333 | 7/1995 | Japan . |
| 501 914 | 10/1994 | Sweden . |
| 200949 | 11/1938 | Switzerland . |
| 424057 | 2/1935 | United Kingdom . |
| 1 430 423 | 3/1976 | United Kingdom . |
| 2 117 813 | 10/1983 | United Kingdom . |
| 2 243 381 | 10/1991 | United Kingdom . |
| 2 256 023 | 11/1992 | United Kingdom . |
| WO 84/2-158 | 6/1984 | WIPO . |
| WO 84/02155 | 6/1984 | WIPO . |
| WO 93/13280 | 7/1993 | WIPO . |
| WO 94/01628 | 1/1994 | WIPO . |
| WO 94/26999 | 11/1994 | WIPO . |
| WO 96/27719 | 9/1996 | WIPO . |
| WO 96/27721 | 9/1996 | WIPO . |

*Primary Examiner*—Carl D. Friedman
*Assistant Examiner*—Yvonne Horton-Richardson
*Attorney, Agent, or Firm*—Bacon & Thomas, PLLC

[57] **ABSTRACT**

Floor covering, including hard floor panels (1) which, at least at the edges of two opposite sides (2-3, 26-27), are provided with coupling parts (4-5, 28-29), cooperating which each other, substantially in the form of a tongue (9-31) and a groove (10-32), wherein the coupling parts (4-5, 28-29) are provided with integrated mechanical locking elements (6) which prevent the drifting apart of two coupled floor panels in a direction (R) perpendicular to the related edges (2-3, 26-27) and parallel to the underside (7) of the coupled floor panels (1).

**66 Claims, 10 Drawing Sheets**





*Fig.1*



*Fig.8*







*Fig.9*

*Fig.10*

*Fig.11*



*Fig. 12*

*Fig. 13*



*Fig. 14*



*Fig. 15*



*Fig. 16*



*Fig.17*

*Fig.18*

*Fig.19*



*Fig.20*



*Fig.21*



*Fig.22*

*Fig.23*



*Fig. 24*



*Fig. 25*

1

# FLOOR PANEL WITH EDGE CONNECTORS

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to a floor covering, made of hard floor panels.

### 2. Related Technology

In the first instance, the invention is intended for so-called laminated floors, but generally it can also be applied for other kinds of floor covering, consisting of hard floor panels, such as veneer parquet, prefabricated parquet, or other floor panels which can be compared to laminated flooring.

It is known that such floor panels can be applied in various ways.

According to a first possibility, the floor panels are attached at the underlying floor, either by glueing or by nailing them on. This technique has a disadvantage that is rather complicated and that subsequent changes can only be made by breaking out the floor panels.

According to a second possibility, the floor panels are installed loosely onto the subflooring, whereby the floor panels mutually match into each other by means of a tongue and groove coupling, whereby mostly they are glued together in the tongue and groove, too. The floor obtained in this manner, also called a floating parquet flooring, has as an advantage that it is easy to install and that the complete floor surface can move which often is convenient in order to receive possible expansion and shrinkage phenomena.

A disadvantage with a floor covering of the above-mentioned type, above all, if the floor panels are installed loosely onto the subflooring, consists in that during the expansion of the floor and its subsequent shrinkage, the floor panels themselves can drift apart, as a result of which undesired gaps can be formed, for example, if the glue connection breaks.

In order to remedy this disadvantage, techniques have already been through of whereby connection elements made of metal are provided between the single floor panels in order to keep them together. Such connection elements, however, are rather expensive to make and, furthermore, their provision or the installation thereof is a time-consuming occupation.

Examples of embodiments which apply such metal connection elements are described, among others, in the documents WO 94/26999 and WO 93/13280.

Furthermore, couplings are known which allow coupling parts to snap fit into each other, e.g., from the documents WO 94/1628, WO 96/27719 and WO 96/27721. The snapping-together effect obtained with these forms of embodiment, however, does not guarantee a 100-percent optimum counteraction against the development of gaps between the floor panels, more particularly, because in fact well-defined plays have to be provided in order to be sure that the snapping-together is possible.

From GB 424.057, a coupling for parquetry parts is known which, in consideration of the nature of the coupling, only is appropriate for massive wooden parquetry.

Furthermore, there are also couplings for panels known from the documents GB 2.117.813, GB 2,256.023 and DE 3.544.845. These couplings, however, are not appropriate for connecting floor panels.

## BRIEF SUMMARY OF THE INVENTION

The invention aims at an improved floor covering of the aforementioned type, the floor panels of which can be

2

coupled to each other in an optimum manner and/or the floor panels of which can be manufactured in a smooth manner, and whereby preferably one or more of the aforementioned disadvantages are excluded.

The invention also aims at a floor covering which has the advantage that no mistakes during installing, such as gaps and such, can be created.

Furthermore, the invention also aims at a floor covering whereby the subsequent development of gaps is excluded or at least counteracted in an optimum manner, whereby also the possibility of the penetration of dirt and humidity is minimized.

To this aim, the invention relates to a floor covering, consisting of hard floor panels which, at least at the edges of the two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels into a direction perpendicular to the related edges and parallel to the underside of the coupled floor panels. Hereby, these coupling parts are optimized in such a manner that they allow that any form of play is counteracted and preferably is excluded.

By integrated mechanical locking elements is understood that these form a fixed part of the floor panels, either by being connected in a fixed manner to the floor panels, or by being formed in one piece therewith.

In a first important preferred form of embodiment, the coupling parts are provided with locking elements which, in the engaged position of two or more of such floor panels, exert a tension force upon each other which force the floor panels towards each other. As a result of this that not only the formation of gaps counteracted during installation, but also in a later stage the development of gaps, from any causes whatsoever, is counteracted.

According to another characteristic of the intention, the coupling parts, hereby are formed in one piece with the core of the floor panels.

According to a second important preferred embodiment, the aforementioned optimization is achieved in that the floor covering panel possesses the following combination of characteristics: the coupling parts and locking elements are formed in one piece with the core of the floor panels; the coupling parts have such a shape that two subsequent floor panels can be engaged into each other exclusively by snapping together and/or turning, whereby each subsequent floor panel can be inserted laterally into the previous; the coupling parts are interlocked free from pay in all directions in a plane extending perpendicular to the aforementioned edges; the possible difference between the upper and lower lip of the lips which border the aforementioned grooves, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove, is smaller than one time the total of the thickness of the panel; the total thickness of each related floor panel is larger than or equal to 5 mm; and that the basic material of the floor panels, of which the aforementioned core and locking means are formed, consists of a ground product which, by means of a binding agent or by means of melting together, is made into a unitary composite, and/or of a product on the basis of synthetic material and/or of a chip board with fine chips.

Due to the fact that the coupling parts provide for an interlocking free from play, as well as due to the fact that these coupling parts are manufactured in one piece, from the basic material of the floor panels, a perfect connection

6,006,486

3

between adjacent floor panels can always be guaranteed, even with repeated expansion and shrinkage of the floor surface.

This combination of characteristics can be combined or not with the aforementioned characteristic that the locking means exert a tension force upon each other when panels are joined together.

According to a third important preferred embodiment, the characteristics of which may or may not be combined with the characteristics of the embodiments described above, the floor covering is characterized in that the lower lip which limits or defines the lower side of the groove, extends beyond the upper lip in the plane of the panel; the locking elements are formed at least of a contact portion which inwardly slopes downward; and that this portion, at least partially, is located in the portion of the lower lip which extends beyond the upper lip. The advantages of these features will appear from the further description.

According to a preferred form of embodiment, the floor panels are configured as elongated panels and the coupling parts described above are applied along the longitudinal sides of these panels.

According to a particular form of embodiment, coupling parts are provided at the other two sides, too, either of another construction than described above or not.

In the most preferred form of embodiment, for the basic material use shall be made of the aforementioned product, which, as said, is ground and, by means of a binding agent, made into a unitary composite material. More particularly, for the core use shall be made of finely-ground wood which preferably is glued, more particularly, moisture resistant glued. Still more particularly, for the core use shall be made of so-called HDF board (High Density Fibreboard) or MDF board (Medium Density Fibreboard) which is highly compressed ground wood particles and binder material. Hereinafter, the wood component of the core material shall be referred to as "wood product".

The fact that the invention is applied to floor panels the basic material of which consists of the material described above, offers the advantage that with the processing of this material, very smooth surfaces are obtained whereby very precise couplings can be realized, which, in first instance, is important in the case of a snap-together connection and/or turning connection free from play. Also, very special forms of coupling parts can be manufactured in a very simple manner because the aforementioned kinds of material can be processed particularly easy.

The surfaces obtained with HDF and MDF also have the advantage that the floor panels mutually can be shifted readily alongside each other in interlocked condition, even when engaged with a tensioning force.

The applicants also discovered that the aforementioned materials, in particular HDF and MDF, show ideal features in order to realize a connection, such as mentioned above, as these material show the right features in respect to elastic deformation in order to, on the one hand, realize a snap-together effect, and, on the other hand, receive expansion and shrinkage forces in an elastic manner, whereby it is avoided that the floor panels come unlocked or are damaged in an irreparable manner.

In the case that for the core use is made of a material based on synthetic material, to this end solid synthetic material can be used as well as a mixture of synthetic materials, eventually composed of recycled materials.

The floor covering preferably is formed by joining the floor panels into each other free of glue. Hereby, the con-

4

nections are of such nature that the floor panels can be disassembled without being damaged, such that, for example, when moving from one residence or location to another, they can be taken along in order to be placed down again. It is, however, clear that a glueing between tongue and groove is not excluded.

The invention, of course, also relates to floor panels which allow the realization of the aforementioned floor covering.

The invention also relates to a method for the manufacturing of the aforementioned floor panels with which the advantage that the tongues and/or grooves, including the corresponding locking means, can be provided at the floor panels at high production speeds without problems. More particularly, it aims at a method which allows that the rather complicated forms of the tongue and the groove of the aforementioned floor panels can be formed completely by means of milling cutters, the diameter of which can be chosen independent of the form to be realized, such that the use of small milling cutters, for example finger cutters, with diameters smaller than the depth of the tongue or groove can be excluded.

In accordance with this method the tongue and/or groove is formed by means of a milling process using at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in respect to the related floor panel. During each of the aforementioned milling cycles, preferably substantially the final form of one flank, either of the tongue or of the groove, is formed.

For the aforementioned two milling cycles, thus, milling cutters are used which extend outside the groove, respectively the tongue. More particularly the diameters of these milling cutters shall at least be 5 times and even better 20 times larger than the thickness of the floor panels.

The use of milling cutters having the aforementioned diameters has as an advantage that the normal production speeds can be maintained which are also applied during milling of a classical straight tongue and groove. There is also the advantage obtained that the installation of such milling cutters induce only minor or no additional costs because such milling cutters can be placed directly upon a motor shaft and/or the conventional machines can be used.

BRIEF DESCRIPTION OF THE DRAWINGS

With the intention of better showing the characteristics according to the invention, in the following, as an example without any limitative character, several preferred forms of embodiment are described, with reference to the accompanying drawings, wherein:

FIG. 1 represents a floor panel of a floor covering according to the invention;

FIG. 2, on a larger scale, represents a cross-section according to line II—II in FIG. 1;

FIGS. 3 and 4 represent how two floor panels with coupling parts according to FIG. 2 match into each other;

FIG. 5, on a larger scale, represents a cross-section according to line V—V in FIG. 1;

FIGS. 6 and 7 represent how two floor panels with coupling parts according to FIG. 5 match into each other;

FIGS. 8 to 11 represent a number of variants of coupling parts of floor panels according to the invention;

FIG. 12 schematically represents how the floor parts can be provided with coupling parts;

FIG. 13 represents a cross-section according to line XIII—XIII in FIG. 12;

6,006,486

5

FIGS. 14 to 21, on a larger scale and in cross-section, represent the penetration of the milling cutters which are indicated in FIG. 12 with arrows F14 to F21;

FIG. 22 represents a floor panel according to the invention;

FIG. 23, on a larger scale, represents the coupling of two floor panels of FIG. 22;

FIGS. 24 and 25 represent two manners of coupling floor panels according to FIG. 22 to each other.

DETAILED DESCRIPTION

The invention relates to a floor covering which is composed of hard floor panels 1, for example, such as a laminated panel as shown in FIG. 1.

These floor panels 1 can be of various shape, for example, rectangular or square, or of any other shape.

In the most preferred form of embodiment, they shall be manufactured in an elongated form, such as shown in FIG. 1, for example, with a length of 1 to 2 meters. The thickness, however, can also vary, but is preferably 0.5 to 1.5 cm, and more particularly 0.8 cm.

Each floor panel 1 is, at least at the edges of two opposite sides 2-3, provided with coupling parts 4-5 which permit two adjacent identical floor panels 1 to be coupled to each other.

According to the invention, the coupling parts 4-5, as represented in the FIGS. 2 to 4, are provided with integrated mechanical locking parts or elements 6 which prevent the drifting or sliding apart of two coupled floor panels 1 in a direction D perpendicular to the respective sides 2-3 and parallel to the underside 7 of the coupled floor panels 1; the coupling parts 4-5 and the locking elements 6 are formed in one piece with the core 8 of the floor panels 1; the coupling parts 4-5 have such a shape that two subsequent floor panels 1 can be engaged into each other solely by snapping-together and/or turning after the coupling parts are partially engaged, whereby each subsequent floor panel 1 can be laterally inserted into the previous; and the coupling parts 4-5 preferably are interlocked free from play in all directions in a plane which is located perpendicular to the aforementioned edges.

In the case of floor panels 1 with an elongated shape, as represented in FIG. 1, the respective coupling parts 4-5 are located at the longitudinal sides 2-3.

The coupling parts 4-5 can be realized in various forms, although the basic forms thereof will always be formed by a tongue 9 and a groove 10.

In the form of embodiment of FIGS. 2 to 4, the related floor panel 1 is provided with coupling parts 4-5 and locking means 6 which allow to two floor panels 1 to be mutually engaged by means of a turning movement, without the occurrence of any snap-together effect.

In the represented example, the locking elements 9 consist of a first locking element 11, formed by a protrusion with a bent round shape at the lower side 12 of the tongue 9, and a second locking element 13, formed by a recess with a bent hollow or downwardly concave shape in the lower wall 14 of the groove 10.

The locking elements 11-13 ensure that two floor panels 1 which are coupled to each other can not move laterally in the horizontal plane with respect to each other.

In order to enable two floor panels 1 to be inserted into each other by means of a turning movement, the curvatures preferably are circular. The bottom side 12 of locking means

6

6 has a curvature with a radius R1, the center of which coincides with the respective upper edge 15 of the floor panel 1, whereas the lower wall 14 of the locking part 5 has a curvature with a radius R2 which is equal to the radius R1, but its center coincides with the respective upper edge 16. Radii R1 and R2 may also be applied which are larger or smaller than the distance to the upper edge 15, 16 respectively, and/or which differ from each other in size.

The upper side 17 of the tongue 9 and the upper wall or side 18 of the groove 10 are preferably flat and preferably are located in the horizontal plane.

The front or inner end or sides 19 and 20 of the tongue 9 and the groove 10 of the two interlocked floor panels 1 preferably do not fit closely against each other, such that an intermediate space 12 is created between them into which possible dust remainders or such can be pushed away by means of the tongue 9.

The tongue 9 and the groove 10 preferably have shapes which are complementary to each other, such that the tongue 9 in the engaged condition of two identical floor panels 1 precisely sits against the upper wall 18 and the lower wall 14 of the groove 10, whereby a pressure P, exerted against the upper lip 22, is received or reacted not only by this lip 22, but by the complete structure, because this pressure can be transmitted through the tongue 9 and the lower lip 23 to cause the panels to be urged towards each other.

It is, however, clear that a number of minor deviations to these complementary forms can occur which, anyhow, have no or almost no effect upon the receipt and transmission of pressure forces. For example, a chamfer 24 and lip 22 and a recess 25 can be provided, as represented in FIGS. 2 to 4, as a result of which the subsequent floor panels 1 can easily be pushed and guided into each other, such that no possible ridges in the subflooring or such render good insertion difficult.

As represented in the FIGS. 5 to 7, the floor panels 1 according to the invention can also, along the sides 26-27 which are at a right angle to the sides 2-3, be provided with coupling parts 28-29 which have locking means 30, too. The coupling parts 28-29 are preferably also realized in the shape of a tongue 21 and a groove 32. Hereby, the locking elements 30 do not have to be of the same nature as the locking elements 6.

Preferably, at the sides 26-27 locking elements are provided which allow for an engagement and interlocking by means of a lateral translation movement in direction T only, as represented in FIGS. 6 and 7. To this aim, the locking means 30 consist of a snap-together connection with locking elements 33 and 34 which grip behind each other.

As represented in FIGS. 5 to 7, the locking element 33 preferably consists of a protrusion of the lower side 35 of the tongue 31 which can be located in a recess 36 in a lower lip 43 extending distally from the lower wall 37 of the groove 32. The locking element 34 is formed by the upward directed part or protrusion which defines the distally outer end of recess 36.

In this case, the locking elements 33-34 have contact surfaces 38-39 which are parallel to each other and preferably extend in an inclined manner, according to a direction which simplifies the snapping-together of the panels. The common plane of tangency L which is determined by the common tangent at the meeting point or area of surfaces 38-39, hereby forms an angle A sloping inwardly and downwardly from an outer region to an inner region relative to the underside 7, which angle is smaller than 90°.

The locking elements 33-34 preferably are provided with inclined portions 40 and 41 which, when two floor panels 1

7

are engaged, cooperate with each other in such a manner that the locking elements 33-34 can easily be pushed over each other until they grip behind each other by means of a snap-together effect (FIGS. 6 and 7).

The thickness W1 of the tongue 31 preferably is equal to the width W2 of the groove 32, such that compression pressure P applied to the upper lip 42 is reacted by the tongue 31 which, in its turn, then is reacted by the lower lip 43.

Analogous to the chamfer 24 and recess 25, a recess 44 and a chamfer 45 are provided also at the edges 28-29.

It is noted that such a snap-together coupling can also be applied at the edges 2-3. Hereby, this can be a snap-together coupling analogous to these of FIGS. 5 to 7, but this can also be a snap-together coupling using other forms of coupling configurations, for example, such as represented in FIGS. 8 and 9. Contrary to the locking elements 33-34 which consist of rather local protrusions, in the forms of embodiment of FIGS. 8 and 9 use is made of locking elements 46-47 which, in comparison to the total width B of the coupling, extend over a rather large distance.

In this case, the locking elements 46-47 are also provided at the lower side 12 of the tongue 9 and the lower wall 14 of the groove 10.

According to FIG. 8, the locking elements 46-47 have contact surfaces 48-49 which are at an angle with the plane of the floor panel 1. In this manner, a coupling is obtained which is interlocked in a particularly fixed manner.

As represented in FIG. 9, the locking elements 46-47 possibly can be configured in such a manner that substantially only a linear contact is obtained, for example, because the contact surfaces directed towards each other are formed with different curvatures.

The surfaces, directed towards each other, of the locking elements 46-47 hereby consist of curved surfaces. The common plane of tangency L forms an angle A which is smaller than 90°, and more preferably is smaller than 70°.

In this manner, the locking element 46 preferably has two portions with a different curvature, on one hand, a portion 50 with a strong curvature and, on the other hand, a portion 51 with a weak curvature. The portion 50 with the strong curvature provides for the formation of a firm coupling. The portion 51 with the weak curvature facilitates the coupling parts 4-5 to be brought into each other easily. The intermediate space S forms a chamber which offers space for dust and the like which, when engaging two floor panes 1, inevitably infiltrates there.

In the case of a snap-together connection, for example, a connection such as represented in FIGS. 7 to 9, preferably the tongue 9-31 has a shape that thickens from below, which then can cooperate with a widened portion in the groove 10.

In FIG. 10, a variant is represented whereby at least at the level of the upper edges 15-16, a sealing material 52 is provided, as a result of which a watertight sealing can be assured. This sealing material 52 may consist of a strip or covering which is provided previously at the floor panel 1, either at one or both upperside edges 15-16.

In FIG. 11, a further variant is represented, whereby the locking element 6 is formed by an upward directed portion 53 on the tongue 9, which as a result of a turning movement of the panel, is brought behind a downward-directed portion 54 on the upper wall 18. More particularly, this is obtained by forming the upper side 17 and the upper wall 18 with a curvature R3, the center of which is situated at the upperside edges 15-16, and forming the lower side 12 and the lower

8

wall 14 with a radius R4, the center of which is also situated at the upperside edges 15 and 16, respectively. These radii R3-R4 can be chosen otherwise, too.

In general, according to the invention, the difference between, on one hand, the radius R1, R3 respectively and, on the other hand, the radius R2, R4 respectively, preferably should not be larger than 2 mm.

It is also preferred that the center of these radii be situated inside the circle C1, C2 (see FIG. 2) respectively, which extends with a radius R5 of 3 mm centered at upperside edge 15, 16 respectively.

Finally it is noted that, according to the invention, the lower lip 23-43, as represented in FIGS. 2 to 7, can be formed distally longer than the upper lip 22-42. This has an advantage that the coupling parts 4-5-28-29 can be shaped in an easier manner by means of a milling cutter or the like. Furthermore, this simplifies the engagement of two floor panels 1, because each subsequent floor panel 1 during installation can be placed upon the protruding lower lip 23-43, as a result of which the tongue 9-31 and the groove 10-32 automatically are positioned in front of each other.

The embodiments wherein the lower lip 23 is equal to or distally shorter than the upper lip 22, in their turn, offer the advantage that no protruding lip 23 remains at the extreme edge of the floor which might cause problems in finishing the floor installation.

In order to allow for a smooth assembly, to guarantee the necessary stability and firmness and in order to limit the quantity of material to be cut away, the difference E between the distally outer edge of the upper lip 22-42 and the distally outer edge of the lower lip 23-43, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove 10, should preferably be kept smaller than one time the total thickness F of the floor panel 1. For stabilitiy's sake, normally this total thickness F shall never be less than 5 mm.

The small dimension of the difference E offers the advantage that the lower lip need not be strengthened by a reinforcement strip or the like.

According to a particular form of embodiment, the central line M1 through the tongue 9 and the groove 10 is situated lower than the center M2 of the floor panel 1, such, that the upper lip 22-42 is thicker than the lower lip 23-43. In first instance, this is essential in this kind of connection, because then it is the lower lip 23-43 which bends, whereby the upper side of the floor panel 1 is kept free of possible deformations.

As explained in the introduction, for the core 8 a material is chosen from the following series:

a ground product which, by means of a binding agent or by means of melting together is made into a unitary composite material;

a product based on synthetic material;

chip board with fine chips.

The invention shows its usefulness, in first instance, preferably with laminated flooring, due to the reasons explained in the introduction.

As represented in the examples of the FIGS. 2 to 11, such laminated flooring preferably consists of a core 8 made of MDF medium density fiberboard board, HDF high density fiberboard board or similar, whereby at least at the upper side of this core 8 one or more layers of material are provided.

More particularly, it is preferred that the laminated flooring is provided with a decorative layer 55 and a protective top layer 56. The decorative layer 55 is a layer, impregnated

9

with resin, for example, made of paper, which can be imprinted with a variety of patterns, such as a wood pattern, a pattern in the form of stone, cork, or similar or even with a fancy pattern. The protective top layer **56** preferably also consists of a layer saturated with resin, for example, melamine resin, which in the final product is transparent.

It is clear that still other layers can be applied, such as an intermediate layer **57** upon which the decorative layer **55** is provided.

Preferably, also a backing layer **58** shall be applied at the underside **7**, forming a counterbalancing element for the top layers and, thus, guaranteeing the stability of the form of the floor panel **1**. This backing layer **58** may consist of a material, for example paper, impregnated with a resin, for example, a melamine resin.

As represented schematically in FIG. **12**, the tongue **9** and the groove **10**, and preferably also the tongue **31** and the groove **32** are formed by means of a milling process. In the case that a profile has to be applied on all four sides, the floor panels **1** preferably shall be displaced by means of two sequential perpendicular movements V1 and V2, whereby during the first movement profiles at two opposite edges are provided, in this case the longitudinal edges, by means of milling devices **59-60**, whereas during the second movement profiles are provided at the other edges, in this case the small edges, by means of milling devices **61-62**. During these processing, the floor panels **1** preferably are put with their decorative layer directed downward.

According to an important characteristic of the invention, each respective tongue **9-31** and groove **10-32** are formed by means of a milling process with at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in reference to the related floor panel **1**.

This is illustrated in FIGS. **13**, **14** and **15**, wherein it is represented how a groove **10** is realized by means of two milling cycles by means of two milling cutters **63** and **64**. FIGS. **16** and **17** represent how the tongue **9** is shaped by means of milling cutters **65** and **66**.

The FIGS. **18–19** and **20–21** represent similar views showing how the groove **32** and the tongue **31** are shaped by means of milling cutters **67-68** and **69-70**, positioned at an angle.

During each of the aforementioned milling passes, substantially the final shape of one flank is fully realized. For example, the milling cutter **63** of FIG. **14** determines the final shape of the lower flank **71** of the groove **10**, whereas the milling cutter **64** determines the final shape of the upper flank **72**.

As mentioned in the introduction, preferably milling cutters **63** to **72** shall be used, having diameters G which are at least 5 times, and even better at least 20 times larger than the thickness F of the floor panels **1**.

Apart of the mentioned milling cutters, preferably still other milling cutters are applied, for example, in order to remove a part of the material to be removed during a first premachining cycle.

In the FIGS. **22** to **25**, a particularly preferred form of embodiment of a floor panel **1** according to the invention is represented. Hereby, the parts which correspond with the previous embodiments are indicated with corresponding references.

An important characteristic herein consists in that the coupling parts **4-5** are provided with locking elements **6** which, in engaged condition with the panels in a common plane, exert a tension force upon each other, as a result of which the engaged floor portions **1** are forced towards each

10

other in compression. As represented, this is realized preferably by providing the coupling parts with an elastically yieldable or bendable portion, in this case the lower lip **43**, which, in engaged condition, is at least partially bent and in this way creates a tension force which results in the engaged floor panels **1** being forced towards each other. The resultant bending V, as well as the tension force K, are indicated in the enlargement view of FIG. **23**.

In order to obtain the tension force K pressing together the engaged floor panels **1**, the bendable portion, in this case the lip **43**, preferably is provided, as represented, with an inwardly and downwardly inclined contact surface **73** which preferably can cooperate with a corresponding contact surface **74** on tongue **9**. These contact surfaces **73-74** are similar to the aforementioned contact surfaces **39-38** and also similar to the inclined portions of the lower lip of FIGS. **2** to **4**.

In the FIGS. **2** and **5**, the portions form complementary matching shapes; it is, however, clear that, by a modification, also a tension effect similar to that shown in FIG. **23** can be realized.

Due to, on one hand, the contact along the angle A, and, on the other hand, the fact that a tension force K is created, a compression force component K1 is produced, as a result of which the floor panels **1** are drawn against each other in compression.

Preferably, the angle A of the mutual plane of tangency of contact surfaces **73-74** relative to the horizontal plane is situated between 30 and 70 degrees. In the case that use is made of the embodiment whereby a tension force K is realized, an angle A of 30 to 70 degrees is ideal in order, on one hand, to effect an optimum pressing-together of the floor panels **1** and, on the other hand, to ensure that the floor panels **1** can easily be engaged and respectively disassembled.

Although the pressing force K1 preferably is delivered by the aforementioned lip **43**, the invention does not exclude other forms of locking elements or structures whereby this force is delivered by other bendable portions.

It is noted that the bending V is relatively small, for example, several hundredths up to several tenths of a millimeter, and does not have an influence upon the placement of the floor covering. Furthermore is should be noted that such floor covering generally is placed upon and underplayed which is elastically compressible, as a result of which the bending V of the lip **43** only produces local bending of the underplayed.

Due to the fact that the lip **43** is bent apart and that it remains somewhat bent apart in engaged position, the additional advantage is obtained that, when exerting a pressure upon the floor covering, for example, when placing an object thereupon, the pressing-together compressive force is enhanced and, thus, the development of gaps is counteracted even more.

It is noted that the inventors have found that, contrary to all expectations, an ideal tension force can be realized by manufacturing the coupling parts **4-5**, including the locking elements **33-345**, and preferably the complete core **8**, of HDF board or MDF board, although these material normally only allow a minor elastic deformation.

HDF and MDF also offer the advantage that smooth surfaces are obtained, as a result of which the locking elements can be moved easily over each other.

According to a variant of the invention, the tension force can also be supplied by means of an elastic compression of the material of the coupling parts themselves, to which end these coupling parts, and preferably the complete core **8**, would be manufactured using an elastically compressible material.

6,006,486

11

A further particular characteristic of the embodiment of FIGS. 22 to 25 consists in that the floor panels 1 can be selectively engaged by means of a turning movement, as represented in FIG. 24, as well as by means of laterally shifting them towards each other in substantially a common plane, as represented in FIG. 25, preferably in such a manner that, during the engagement by means of the turning movement with the coupling parts partially engaged, a maximum bending Vm results in the coupling parts, more particularly in the lip 43, which bending Vm is less pronounced, if not nonexistent, as in the FIGS. 2 to 4, in comparison to the bending Vm which results when the floor panels 1 are engaged by means of shifting them towards each other.

The advantage of this consists in that the floor panels 1 can be engaged easily by means of a turning movement, without necessitating use of a tool therefore, whereas it still remains possible to engage the floor panels also by means of shifting them laterally. This latter is useful, in first instance, when the last panel has to be placed partially under a door frame or similar situation. In this case, the floor panel 1 can be pushed under the door frame with the side which does not have to be engaged and subsequently, possibly by means of tools, can be snapped into the adjacent floor panel by lateral sliding together.

It is noted that the shapes of the coupling parts 4-5 shown in FIGS. 22 to 25 can also be used for the coupling parts 28-29 of the short sides of the panels.

According to the invention, in the case that the four sides 2-3-26-27 are provided with coupling pars 4-5-28-29, these coupling parts can be formed in such a manner that in one direction a firmer engagement than in the other direction is effected. In the case of elongated floor panels 1, for example, such as represented in FIG. 1, the locking at the small sides 26-27 preferably shall be more pronounced than at the longitudinal sides 2-3. The length of the patrs at the small sides, namely, is smaller and, in principle, less firm. This is compensated for by providing a more pronounced locking.

This difference in engagement can be obtained by shaping the contact surfaces 73-74 with different angles.

Preferably, the aforementioned protrusion, more particularly the locking element 33, is bounded by at least two portions 75-76, respectively a portion 75 with a strong (steep) inclination which provides for the locking, and a portion 76 with a weaker (less inclined) inclination which renders the engagement or guidance of the coupling parts easier. In the embodiment of FIGS. 22 to 25, these portions 75-76 are formed by straight planes, but, as already described with reference to FIG. 9, use can also be made of curved portions 50-51. In FIG. 5, these are the contact surface 38 and the inclined portion 40.

In the preferred form of the invention, the floor panels 1 comprise coupling parts 4-5 and/or 28-29 exhibiting one of the following or the combination of two or more of the following features:

a curvature 77 at the lower side of the tongue 9 and/or a curvature 78 at the lower lip 43 which form a guidance when turning two floor panels 1 into each other, with the advantage that the floor panels 1 can be engaged into each other easily during installation;

roundings 79-80 at the edges of the locking elements 33-34, with the advantages that the locking elements can easily shift over each other during their engagement, or during disassembly of the floor panels 1 and that the locking elements will not be damaged, for example, crumble away at their edges, even if the floor panels are engaged and disassembled;

dust chambers 81, or spaces 21 as in FIG. 4, between all sides, directed laterally towards each other, of the

12

engaged floor panels 1, with the advantage that inclusions which get between the floor panels 1 during the engagement do not exert an adverse influence upon good engagement;

a shaping of the tongue 9 which is such, for example, by the presence of a chamfer 82, that the upper side of the tongue 9 becomes situated from the first joining together or substantial contact of the panels, under the lower side of the upper lip 42 when the floor panels 1 are pushed towards each other in substantially the same plane, as indicated in FIG. 25, with the advantage that the front extremity or end of the tongue 9 does not press against the front side of the upper lip 42 or the front edge of the bottom lip 43 when the floor panels are pushed towards each other in the same plane;

a ramp surface 83, hereinbefore also called inclined portion 41, formed at the distally outer end of the lower lip 43, with the advantage that the locking elements 33-34 shift smoothly over each other and that the lower lip 43 is bent uniformly;

in the engagement direction only one important contact point which is formed by a section 84 at the location of the upperside edges of the floor panels 1, with the advantage that the aforementioned tension force is optimally transferred to the upper side of the floor panels 1 and that the development of openings between the floor panels 1 is counteracted;

contact surfaces 85-86, more particularly abutment surfaces, formed by the upper side of the tongue 9 and the upper side of the groove 10 which, over the largest portion of their length, are flat and run parallel to the plane which is defined by the floor panels 1, as well as contact surfaces cooperating with each other, formed by curvatures 77-78, with the advantage that no mutual displacement in height between two engaged floor panels 1 is possible, even if the insertion depth of the tongue 9 into the groove 10 should vary due to various causes; in other words, no height differences may occur between the adjacent floor panels.

In the embodiment of FIGS. 22 to 25, all these characteristics are combined; it is, however, clear that, as becomes evident from FIGS. 2 to 11, these features can also be provided separately or in a limited combination with one another.

As becomes evident from FIGS. 5 to 7 and 22 to 25, an important characteristic of the preferred embodiment of the invention consists in that the cooperative locking element 6, in other words, the portion providing for the snap-together and engagement effect, are situated in that portion of the lower lip 23-43 which extends beyond the distal edge of the upper lip 22-42, more particularly, the lowermost point 87 of the locking part 33 is situated under the top layer of the floor panel 1. For clarity's sake, this top layer is indicated in the FIGS. 22–25 only as a single layer.

It should be noted that the combination of features, the lower lip 23-43 extending further than the upper lip 22-42; the locking means 6 being formed at least by means of a contact surface portion which inwardly slopes downward, and wherein this portion, at least partially, is located in the portion of the lower lip 23-43 which extends distally beyond the upper lip 22-42, is particularly advantageous, among others, in comparison with the couplings for floor panels described in the documents WO 94/01628, WO 94/26999, WO 96/27719 and WO 96/27721. The sloping contact surface portion offers the advantage that the floor panels 1 can be disassembled again. The fact that this sloping portion is situated in the extended portion of the lower lip 23-43

13

adds the advantage that no deformations can occur during coupling which manifest themselves up to the top layer.

According to a preferred characteristic of the invention, the aforementioned portion, i.e. the contact surface **39** or **73**, preferably extends in such a manner that the distance between the upper edge **16** of the panel to the contact surface **39** diminishes between the proximal and distal ends of the sloping contact surface **39**, in other words, such that, as represented in FIG. **22**, the distance X2 is smaller than the distance X1. This is also the case in FIG. **7**.

Still preferably, this portion only starts at a clear distance E1 from the outer edge of upper lip **42**.

It is obvious that the coupling parts **22** to **25** can also be shaped by means of said milling process.

According to a particular characteristic of the invention, the floor panels **1** are treated at their sides **2-3** and/or **26-27** with a surface densifying agent, more particularly a surface hardening agent, which preferably is chosen from the following series of products: impregnation agents, pore-sealing agents, lacquers, resins, oils, paraffins and the like.

In FIG. **22**, such impregnation **88** is represented schematically. This treatment can be performed over the complete surface of the sides **2-3** and/or **26-27** or only over specific portions hereof, for example exclusively on the surfaces of the tongue **9** and the groove **10**.

The treatment with a surface densifying agent offers, in combination with the snap-together effect, the advantage that in various aspects better coupling characteristics are obtained. As a result of this, the coupling parts **4-5** and/or **28-29** better keep their shape and strength, even if the floor panels **1** are engaged and disassembled repeatedly. In particular, if the core **8** is made of HDF, MDF or similar materials, by means of this treatment a better quality of surface condition is obtained, such that no abrasion of material occurs during engaging, or during disassembling.

This treatment also offers the advantage that, at least in the case of a surface hardening, the aforementioned elastic tensioning effect is enhanced.

The present invention is in no way limited to the forms of embodiment described by way of example and represented in the figures, however, can such floor covering and the pertaining floor panels **1** be embodied in various forms and dimensions without departing from the scope of the invention.

For example, the various characteristics which are described by means of the represented embodiments or examples may be selectively combined with each other.

Furthermore, all embodiments of coupling elements described before can be applied at the longer side as well as at the shorter side of a panel.

We claim:

**1**. A floor covering laminated panel comprising a wood product containing composite core and an upper decorative surface, said panel having an upper side terminating at opposed upper side edges, an underside extending parallel to the upper side, and side edges terminating at said upper side edges at their upper ends and provided with coupling parts integrally formed in one piece with said core, said coupling parts configured to cooperate by coupling with cooperative coupling parts of an identical one of said panel; said coupling parts comprising a tongue and a groove configured to lock together coupled identical ones of said panel in a direction perpendicular to the plane of the coupled panels when cooperative coupling parts of the panels are engaged, said groove and tongue having respective upper and lower sides, and wherein the panel side edge provided with the groove has an upper lip located above and adjacent the upper

14

side of the groove, and terminating at a distal upper lip edge, and a lower lip extending distally beyond said distal upper lip edge in the plane of the panel; said coupling parts including locking elements formed integrally in one piece with said core, said locking elements including cooperative contact surfaces arranged to be engaged when adjacent identical ones of said panel are coupled together with their coupling parts cooperatively engaged to prevent substantial separation of two coupled identical ones of said floor panels at said upper side edges in a direction perpendicular to the edges of the panel sides and parallel to the undersides of the coupled floor panels; said locking means comprising a locking element in the form of a downwardly extending protrusion located on the lower side of the tongue and an upwardly facing cooperating locking recess in the lower lip, said locking recess being located at a position that is at least partially distally beyond a distal edge at which the upper lip terminates, said cooperative contact surfaces defined respectively by said protrusion and said recess, and configured, when engaged in a cooperative relationship upon coupling in a common plane of two identical ones of said panel, to meet each other at a common plane of tangency that with respect to the lower lip is inclined at an angle other than 90° relative to the common plane of the coupled panels, said angle extending inwardly and downward from a distally outer location to a proximal inner location.

**2**. A floor covering panel according to claim **1**, wherein the material of the core, including the locking elements, is constituted of a wood product material consisting of a ground product which, by means of a binding agent, is formed into a unitary composite material.

**3**. A floor covering panel according to claim **2**, wherein the material of the core of the floor panel comprises fiberboard selected from the group consisting of high density fiberboard and medium density fiberboard.

**4**. A floor covering panel according to claim **2**, wherein the material of the core of the floor panel consists of a chip board with fine chips bound together.

**5**. A floor covering panel according to claim **1**, wherein the locking surface defined by the tongue extends downwardly from the lower side of the tongue at an inclination that extends outwardly and downwardly from a proximally inner location to a distally outer location.

**6**. A floor covering panel according to claim **1**, wherein both of said cooperating contact surfaces are inclined relative to the panel underside.

**7**. A floor covering panel according to claim **6**, wherein both contact surfaces are inclined in a generally parallel directions, so that they will at least partially abut each other when cooperative coupling parts of said locking means are coupled together with said contact surfaces located contiguous with each other.

**8**. A floor covering panel according to claim **1**, wherein the contact surface defined by said recess extends inwardly and downwardly from a distal location to a proximal location relative to the panel underside.

**9**. A floor covering panel according to claim **8**, wherein said contact surface is substantially flat.

**10**. A floor covering panel according to claim **1**, wherein said protrusion has a base extending over a substantial width of the lower side of the tongue.

**11**. A floor covering panel according to claim **1**, wherein said recess is distally spaced from said distal upper lip edge.

**12**. A floor covering panel according to claim **1**, wherein said lower lip has an upper side, and wherein the groove lower side extends continuously with the upper side of said lower lip, and an inner end of the groove lower side is

15

located inwardly of the distal upper lip edge, and wherein the lower lip increases in thickness progressively from the inner end of the recess to where it intersects the lower side of the groove, and the lower side of the groove increases in thickness from where it intersects the lip upper side to its proximal inner end.

**13.** A floor covering panel according to claim **12**, wherein the lower lip includes a distal outer end, said distal outer end located distally from the locking recess, said outer end having a maximum thickness measured from the underside of the panel which is smaller than the smallest thickness of the lower side of the groove measured from the underside of the panel.

**14.** A floor covering panel according to claim **8** wherein the tongue and groove have a shape such that in coupled condition of two identical ones of said floor panel there is provided a chamber defined by a space between a lower surface of the downwardly extending protrusion and an adjacent upper surface of the recess, said chamber being located on the side of said protrusion which is located opposite a side thereof defining one of said contact surfaces.

**15.** A floor covering panel according to claim **1**, wherein the coupling parts are dimensioned to provide a coupling free from play in all panel separation directions in a plane extending perpendicular to the said side edges when two identical ones of said panel are coupled together.

**16.** A floor covering panel according to claim **1**, wherein the locking elements are configured such that when identical ones of said panel are coupled together, upon exertion of a pressure on top of one of the coupled panels which is provided with the tongue adjacent the upper side edge thereof, said locking elements react to the pressure to press the adjacent upper side edges of the coupled panels towards each other.

**17.** A floor covering panel according to claims **3**, wherein a space is provided between the underside of said protrusion and an opposed adjacent surface of said lower lip when identical ones of said panel are coupled together.

**18.** A floor covering panel according to claim **1**, wherein at least the contact surface defined by the recess comprises an inclined surface terminating at a distally outer rounded edge.

**19.** A floor covering panel according to claim **1**, wherein said locking elements are configured and dimensioned such that when two identical ones of said panels are coupled in the same plane with their adjacent upper side edges abutting each other, said floor panels exert a tension force upon each other tending to urge the upper side edges towards each other.

**20.** A floor covering panel according to claim **19**, wherein at least one of the coupling parts comprises an elastically yieldable portion which, when two identical ones of said panel are coupled, is at least partially bent within its elastic yield range to produce said tension force.

**21.** A floor covering panel according to claim **20**, wherein the elastically yieldable portion comprises at least said lower lip at an area thereof located on the proximal side of the contact surface portion, and wherein said lower lip is constituted solely of said laminated panel material.

**22.** A floor covering panel according to claim **21**, wherein the elastically yieldable portion includes the lower side of the groove.

**23.** A floor covering panel according to claim **1**, wherein the coupling parts are configured such that two identical ones of said floor panel can be selectively coupled either by laterally sliding and snapping the cooperative coupling parts together or by turning one panel relative to the other with

16

their cooperative coupling parts partially engaged, whereby additional ones of said floor panel can be sequentially coupled to previously coupled ones of said floor panel by laterally sliding each additional panel into a previously coupled panel, or by relative turning motions of an additional panel relative to a coupled panel.

**24.** A floor covering panel according to claim **1**, wherein the panel has a total thickness between its upper side and its under side, and the distance between the upper side edge of the panel edge including the lower lip and the distal end of the lower lip measured in the plane of the floor panel is smaller than the total thickness of the floor panel.

**25.** A floor covering panel according to claim **1**, wherein the total thickness of the floor panel is approximately 0.5 to 0.8 mm.

**26.** A floor covering panel according to claim **25**, wherein the total thickness of the floor panel is at least 5 mm.

**27.** A floor covering panel according to claim **1**, wherein the floor panel is elongated with said opposed pair of side edges located along its longer sides, and wherein said coupling parts extend along said side edges.

**28.** A floor covering panel according to claim **1**, wherein the floor panel includes two opposed pairs of side edges, and said coupling parts extend in cooperative pairs along all four side edges.

**29.** A floor covering panel according to claim **28**, wherein the cooperative coupling parts of at least two opposed edges are configured and dimensioned such that identical ones of said floor panel can be selectively coupled either by shifting them laterally towards each other approximately in a plane including the panels to engage their coupling parts or by a relative turning movement between the panels with the coupling parts partially engaged.

**30.** A floor covering panel according to claim **1**, wherein a lower side of said protrusion is bordered by at least two portions, including a first portion having a first sloped inclination relative to the panel underside that defines said contact surface, and a second portion having a second sloped inclination relative to the panel underside that is less than the first sloped inclination and which guides the engagement of the coupling parts.

**31.** A floor covering panel according to claim **1**, wherein the locking elements are snap type elements that are configured so as to snap together when cooperative locking elements of two identical ones of said panel are coupled together.

**32.** A floor covering panel according to claim **1**, wherein said common plane of tangency is inclined at an angle of 30 to 70 degrees relative to said common plane.

**33.** A floor covering panel according to claim **1**, wherein the lower side of the tongue is downwardly convexly curved.

**34.** A floor covering according to claim **33**, wherein said convexly curved tongue lower side extends along substantially the complete length of a portion of the tongue located in a complementary groove when identical ones of said panel are coupled with a tongue of one panel located in a complementary groove of an adjacent panel.

**35.** A floor covering panel according to claim **34** wherein said convexly curved lower side of the tongue is configured and dimensioned such that the tongue is freely insertable into a complementary groove of another panel identical to said panel by turning one panel relative to the other about the upper edge of the panel in which the groove is located and while the cooperative coupling parts are partially engaged.

**36.** A floor covering panel according to claim **1**, wherein an upper surface of the lower lip is curved and is configured to define a guidance surface for guiding the coupling parts

17

of the panels into engagement with each other when said two identical ones of said floor panel are rotated relative to each other with their coupling parts partially engaged.

**37.** A floor covering according to claim **1**, wherein when two identical ones of said panel are coupled together with their cooperative locking surfaces coupled together, spaces defining dust chambers are provided between substantially all laterally opposed sides of the coupled floor panels.

**38.** A floor covering panel according to claim **1**, wherein the configuration of the tongue and the lower lip are such that a tongue of said panel may be lodged in the groove of another identical one of said panels by laterally moving the panels towards each other in approximately a plane including the panels starting from positions at which the panels are completely separated from each other.

**39.** A floor covering panel according to claim **38**, wherein the upper side of the groove of one panel below the upper lip and the upper side of the tongue of the other panel are arranged and configured such that the tongue is guided towards cooperative engagement with the groove when the panels are moved laterally towards each other and approximately upon first contact between the panels.

**40.** A floor covering panel according to claim **1**, wherein the distal end of the lower lip is provided with a sloped ramp surface, said ramp surface configured such that when the tongue of said panel is moved laterally towards the groove of the another identical panel approximately in a plane including the panels to cause engagement of cooperative coupling parts of the panels, the protrusion of said tongue is guided over the distal outer end of the lower lip by said ramp as the tongue traverses said distal outer end of the lower lip.

**41.** A floor covering panel according to claim **1**, wherein apart from said contact surfaces, a contact point resisting mutual panel motion towards each other in a direction perpendicular to the panel side edges occurs between two coupled identical ones of said panel when two such panels are coupled with their cooperative contact surfaces engaged, said contact point located at the adjacent abutting upper side edges of adjacent coupled floor panels.

**42.** A floor covering panel according to claim **1**, wherein said tongue upper side and said groove upper side define engaging abutment surfaces that contact each other when identical ones of said panel are coupled together with a tongue of one panel located in a cooperative groove of another panel, said surfaces extending parallel with a plane including the upper decorative surface, and wherein said abutment surfaces are arranged to guide and maintain said upper side edges in alignment with each other so the upper decorative surfaces are held in alignment.

**43.** A floor covering panel according to claim **1**, wherein the maximum thickness of the lower lip measured from the panel underside and distally of the distal upper lip edge is smaller than the maximum thickness of the upper lip.

**44.** A floor covering panel according to claims **1**, wherein the lower lip is less resistant to bending than the upper lip.

**45.** A floor covering panel according to claim **1**, wherein the upper lip has a chamfered lower edge.

**46.** A floor covering panel according to claim **1**, wherein the contact surfaces are upwardly concave curved with each surface located on a radius centered at the respective adjacent upper edge of the panel, said radii being from 0 to 2 mm different in length from each other.

**47.** A floor covering panel according to claim **1**, wherein when identical ones of said panel are coupled with the panel upper edges in abutment, said contact surfaces meet each other on a circular line having a radius of curvature centered within a circle having a radius of 3 mm and that is centered at the upper edge of the panel including the lower lip.

18

**48.** A floor covering panel according to claim **1**, wherein the lower lip has a lower side located in the same plane as the underside of the panel and the upper lip has an upper side that is located in the same plane as the upper surface of the panel.

**49.** A floor covering panel according to claim **1**, wherein the upper lip has a lower side that is coextensive with the upper side of the groove, and the lower lip is located completely below the lower side of the upper lip and the upper side of the groove.

**50.** A floor covering panel according to claim **1**, wherein said tongue and groove are dimensioned and configured such that identical ones of said panel can be coupled together from a position where the cooperative coupling parts of the panels are partially engaged by turning one panel relative to the other and with said turning movement centered at the adjacent upper edges of adjacent panels, and such that during the turning movement the tongue of one panel can freely slide into the groove of the adjacent panel.

**51.** A floor covering panel according to claim **1**, wherein the locking elements have rounded edges.

**52.** A floor covering panel according to claim **1**, wherein the panel has a pair of opposed short sides and a pair of opposed longer sides and wherein the locking means are provided on all four sides, and wherein the common plane of tangency of the contact surfaces on the short side has a steeper inclination than on the longer side.

**53.** A floor covering panel according claim **1**, wherein the tongue and the groove each have a profile susceptible to forming by cutting by rotary milling cutters each having a diameter which is at least 20 times larger than the thickness of the floor panel.

**54.** A floor covering panel according to claim **1**, wherein each coupling part on an edge of the panel has a profile which is susceptible to being formed by rotary milling cutters in only two passes.

**55.** A floor covering panel according to claim **1**, wherein the lower lip has an inclined contact surface which extends in such a manner that the distance from the contact surface to the intersection of the upper side of the panel with the adjacent upper side edge diminishes from a proximal inner end of the contact surface to a distal outer end of said contact surface.

**56.** A floor covering panel according to claim **1**, wherein the floor panel is laminated, and in addition to said core layer includes one or more upper layers, including a decorative layer forming said upper decorative surface, and a backing layer on the underside of the panel.

**57.** A floor covering panel according to claim **1**, wherein at least the contact surfaces are treated with a surface densifying agent.

**58.** A floor covering panel according to claim **57**, wherein said coupling parts are formed of fiberboard.

**59.** A floor covering panel according to claim **1**, wherein the coupling parts are configured so that the panel can be coupled to an identical panel with their cooperative coupling parts engaged and locked against lateral and vertical separation without glue, whereby the panels can be freely disassembled and recoupled together.

**60.** The floor covering panel according to claim **59**, wherein the panel has a pair of opposed short sides and a pair of opposed longer sides and wherein the locking means are provided on all four sides.

**61.** A method for manufacturing a floor panel claimed in claim **1**, comprising milling each of the tongue and groove by means of rotary milling cutters which are positioned at different angles in respect to the floor panel, and carrying out complete milling of each of the tongue and groove in only two passes.

6,006,486

19

**62**. The method according to claim **61**, wherein during each of the milling passes, the final shape of one flank of the tongue or the groove is completely formed.

**63**. The method according to claim **61**, wherein during each pass, milling cutters which extend outside the groove and the tongue are applied to the panel edges, said milling cutters having diameters which are from 5 times larger than the thickness of the floor panel to 20 times larger than the thickness of the floor panel.

**64**. The method according to claim **61**, including forming a cooperative coupling part profile on all four sides of the floor panel by displacing the floor panel along two perpendicular directions during milling such that during one of the movements in one direction profiles along two opposite edges of the panel are simultaneously milled and during the movement in the perpendicular direction profiles are simultaneously milled along the remaining opposed edges.

**65**. A floor covering laminated panel comprising a wood product containing composite core and an upper decorative surface, said panel having an upper side terminating at opposed upper side edges, an underside extending parallel to the upper side, said underside including a backing layer, and side edges terminating at said upper side edges at their upper ends and provided with coupling parts integrally formed in one piece with said core, said coupling parts configured to cooperate by coupling with cooperative coupling parts of an identical one of said panel; said coupling parts comprising a tongue and a groove configured to lock together coupled identical ones of said panel in a direction perpendicular to the plane of the coupled panels when cooperative coupling parts of the panels are engaged, said groove and tongue having respective upper and lower sides, and wherein the panel side edge provided with the groove has an upper lip located above and adjacent the upper side of the groove, and terminating at a distal upper lip edge, and a lower lip extending distally beyond said distal upper lip edge in the plane of the panel; said coupling parts including locking elements formed integrally in one piece with said core, said locking elements including cooperative contact surfaces arranged to be engaged when adjacent identical ones of said panel are coupled together with their coupling parts cooperatively engaged to prevent substantial separation of two

20

coupled identical ones of said floor panels at said upper side edges in a direction perpendicular to the edges of the panel sides parallel to the undersides of the coupled floor panels; said locking elements comprising a locking element in the form of a downwardly extending protrusion located on the lower side of the tongue and an upwardly facing cooperating locking recess in the lower lip, said cooperative contact surfaces defined respectively by said protrusion and said recess, and configured, when engaged in a cooperative relationship upon coupling in a common plane of two identical ones of said panel, to meet each other at a common plane that, with respect to the lower lip, is inclined at an angle of 30° to 70° relative to the common plane of the coupled panels, said angle extending inwardly and downward from a distally outer location to a proximal inner location; said composite core comprising a fiberboard; said contact surfaces both being inclined with respect to the lower lip, the inclination of said contact surfaces extending inwardly and downwardly from a distally outer location to a proximal inner location with respect to the lower lip; said contact surfaces located distally beyond said upper lip distal upper lip edge; said coupling parts being dimensioned to provide a coupling free from play in all panel separation directions in a plane extending perpendicular to the side edges when two identical ones of said panel are coupled together; said coupling parts being configured such that two identical ones of said floor panel can be selectively coupled either by laterally sliding and snapping the cooperating coupling parts together or by turning one panel relative to the other with their cooperative coupling parts partially engaged; said lower lip being elastically yieldable at least when two identical ones of said floor panel are coupled by laterally sliding and snapping the cooperative coupling parts together; the complete thickness of said panel is less than 1.5 cm.; and said tongue and groove each having a profile susceptible to forming by cutting by rotary milling cutters.

**66**. A floor covering panel according to claim **65**, wherein the common plane of meeting of the contact surfaces on the short side has a steeper inclination than on the longer side.

\*  \*  \*  \*  \*

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.    : 6,006,486                                     Page 1 of 1
DATED         : December 28, 1999
INVENTOR(S)   : Stefan Moriau et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 14,
Line 12; change "means" to -- elements --

Column 16,
Line 15; "mm," to -- cm. --

Column 18,
Line 60; change "means" to -- elements --

Signed and Sealed this

Twenty-first Day of August, 2001

Attest:

*Nicholas P. Godici*

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

*Attesting Officer*

# Exhibit F



(12) **United States Patent**

Moriau et al.

(10) Patent No.: **US 6,490,836 B1**

(45) Date of Patent: **\*Dec. 10, 2002**

(54) **FLOOR PANEL WITH EDGE CONNECTORS**

(75) Inventors: **Stefan Simon Gustaaf Moriau**, Ghent (BE); **Mark Gaston Maurits Cappelle**, Staden (BE); **Bernard Paul Joseph Thiers**, Oostrozebeke (BE)

(73) Assignee: **Unilin Beheer B.V. Besloten Vennootschap**, Nieuwerkerk A/D Ijssel (NL)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/471,014**

(22) Filed: **Dec. 23, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 08/872,044, filed on Jun. 10, 1997, now Pat. No. 6,006,486.

(30) **Foreign Application Priority Data**

Jun. 11, 1996   (BE) ............................................. 09600527
Apr. 15, 1997   (BE) ............................................. 09700344

(51) Int. Cl.[7] ................................................. **E04B 2/08**
(52) U.S. Cl. ................... **52/589.1**; 52/592.1; 52/586.1; 52/590.2; 52/592.3
(58) Field of Search ............................ 52/578.1, 589.1, 52/592.1, 590.2, 592.7, 586.1, 570, 572, 591.1, 590.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 753,791 | A | 3/1904 | Fulghum |
| 1,124,228 | A | 1/1915 | Houston |
| 1,986,739 | A | 1/1935 | Mitte |
| 1,988,201 | A | 1/1935 | Hall |
| 2,276,071 | A | 3/1942 | Scull |
| 2,430,200 | A | 11/1947 | Wilson |
| 2,740,167 | A | 4/1956 | Rowley |
| 3,045,294 | A | 7/1962 | Livezey, Jr. |
| 3,267,630 | A | 8/1966 | Omholt |
| 3,310,919 | A | 3/1967 | Bue et al. |
| 3,387,422 | A | 6/1968 | Wanzer |
| 3,526,420 | A | 9/1970 | Brancaleone |
| 3,538,665 | A | 11/1970 | Gall |
| 3,694,983 | A | 10/1972 | Couquet |
| 3,731,445 | A | 5/1973 | Hoffmann et al. |
| 3,759,007 | A | 9/1973 | Thiele |
| 3,859,000 | A | 1/1975 | Webster |
| 4,164,832 | A | 8/1979 | Van Zandt |
| 4,169,688 | A | 10/1979 | Toshio |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | A 13098/83 | 10/1983 |
| BE | 417526 | 9/1936 |

(List continued on next page.)

OTHER PUBLICATIONS

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Oct. 18, 2001.

(List continued on next page.)

*Primary Examiner*—Yvonne M. Horton
(74) *Attorney, Agent, or Firm*—Bacon & Thomas

(57) **ABSTRACT**

Floor covering, including hard floor panels (1) which, at least at the edges of two opposite sides (2–3, 26–27), are provided with coupling parts (4–5, 28–29), cooperating which each other, substantially in the form of a tongue (9–31) and a groove (10–32), wherein the coupling parts (4–5, 28–29) are provided with integrated mechanical locking elements (6) which prevent the drifting apart of two coupled floor panels in a direction (R) perpendicular to the related edges (2–3, 26–27) and parallel to the underside (7) of the coupled floor panels (1).

**30 Claims, 10 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,426,820 | A | 1/1984 | Terbrack et al. |
| 4,501,102 | A | 2/1985 | Knowles |
| 4,641,469 | A | 2/1987 | Wood |
| 4,738,071 | A | 4/1988 | Ezard |
| 4,769,963 | A | 9/1988 | Meyerson |
| 4,819,932 | A | 4/1989 | Trotter |
| 5,029,425 | A | 7/1991 | Bogataj |
| 5,179,812 | A | 1/1993 | Hill |
| 5,216,861 | A | 6/1993 | Meyerson |
| 5,295,341 | A | 3/1994 | Kajiwara |
| 5,349,796 | A | 9/1994 | Meyerson |
| 5,502,939 | A | 4/1996 | Zadok et al. |
| 5,630,304 | A | 5/1997 | Austin |
| 5,706,621 | A | 1/1998 | Pervan |
| 5,768,850 | A | 6/1998 | Chen |
| 5,797,175 | A | 8/1998 | Schneider |
| 5,797,237 | A | 8/1998 | Finhell, Jr. |
| 5,860,267 | A | 1/1999 | Pervan |
| 6,023,907 | A | 2/2000 | Pervan |
| 6,182,410 | B1 | 2/2001 | Pervan |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| BE | 557844 | 5/1957 |
| CA | 991373 | 6/1976 |
| CH | 200949 | 11/1938 |
| CH | 211877 | 10/1940 |
| CH | 562 377 | 4/1975 |
| DE | 1212275 | 3/1966 |
| DE | 1 534 802 | 4/1970 |
| DE | 7102476 | 1/1971 |
| DE | 1534278 | 11/1971 |
| DE | 2238660 | 2/1974 |
| DE | 7402354 | 5/1974 |
| DE | 2502992 | 7/1976 |
| DE | 2616077 | 10/1977 |
| DE | 2917025 | 11/1980 |
| DE | 3041781 | 6/1982 |
| DE | 3246376 | 6/1984 |
| DE | 3343601 | 6/1985 |
| DE | 8604004 | 6/1986 |
| DE | 3512204 | 10/1986 |
| DE | 3544845 | 6/1987 |
| DE | 4215273 | 11/1993 |
| DE | 4242530 | 6/1994 |
| EP | 0248127 | 12/1987 |
| EP | 0 667 936 | B2 | 7/2000 |
| FR | 1293043 | 11/1962 |
| FR | 2568295 | 1/1986 |
| FR | 2630149 | 10/1989 |
| FR | 2675174 | 10/1992 |
| FR | 2691491 | 11/1993 |
| FR | 2697275 | 4/1994 |
| GB | 424057 | 2/1935 |
| GB | 1127915 | 9/1968 |
| GB | 1237744 | 6/1971 |
| GB | 1275511 | 5/1972 |
| GB | 1430423 | 3/1976 |
| GB | 2117813 | 10/1983 |
| GB | 2243381 | 10/1991 |
| GB | 2256023 | 11/1992 |
| JP | 54-65528 | 5/1979 |
| JP | 57-119056 | 7/1982 |
| JP | 3-169967 | 7/1991 |
| JP | 5-148984 | 6/1993 |
| JP | 6-146553 | 5/1994 |
| JP | 6-200611 | 7/1994 |
| JP | 6-56310 | 8/1994 |
| JP | 6-320510 | 11/1994 |
| JP | 7-076923 | 3/1995 |

| | | |
|---|---|---|
| JP | 7-180333 | 7/1995 |
| JP | 07180333 | 7/1995 |
| JP | 7-300979 | 11/1995 |
| JP | 7-310426 | 11/1995 |
| JP | 8-270193 | 11/1996 |
| NL | 76 01773 | 8/1976 |
| SE | 372051 | 12/1974 |
| SE | 450141 | 5/1987 |
| SE | 501014 | 10/1994 |
| SE | 502994 | 3/1996 |
| WO | WO 84/02155 | 6/1984 |
| WO | WO 93/13280 | 7/1993 |
| WO | WO 94/01628 | 1/1994 |
| WO | WO 94/01688 | 1/1994 |
| WO | WO 94/26999 | 11/1994 |
| WO | WO 96/27719 | 9/1996 |
| WO | WO 96/27721 | 9/1996 |

## OTHER PUBLICATIONS

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Dec. 18, 2001.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 14, 2002.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 24, 2002.

Valinge Aluminium Observations Regarding Unilin European Patent No. EP 0 83 763 (Nov. 19, 1998).

Valinge Aluminium Opposition Against Unilin Australia Patent Application No. 713 628 (AU—B 325 60/97) (Jun. 6, 2000).

Kronotex Arguments in Appeal from Decision of German Patent Court Upholding Validity of Unilin German Utility Model Patent No. DE—UM 29 710 175 (Jul. 17, 2000).

Kronotex Opposition Against Unilin Australian Patent Application No. 713,628 AU–B (32569/97) (Sep. 1, 2000).

EFP Floor Products Opposition Against Unilin European Patent No. EP 0 843 763 (Oct. 27, 2000).

Valinge Aluminium Opposition Against Unilin New Zealand Patent 329,581 (Jun. 2001).

Kronotex Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

Abgustaff Kahr Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

Hornitex—Werke Opposition to Unilin European Patent No. EP 0 843 763 (Jul. 4, 2001).

Kronospan Opposition Against Unilin European Patent No. EP 0 843 763 (Jul. 14, 2001).

Kronotex Arguments filed before Federal Patent Court in Appeal from Adverse Decision of German Patent Office Upholding Validity on Unilin German Utility Model Patent No. DE—UM 297 10 175 (Jul. 24, 2001).

Valinge Aluminium Opposition Against Unilin European Patent No. EP 0 843 763 with Copies of Cited Documents (Aug. 6, 2001).

Kronospan Action to Nullify Unilin German Utility Model Patent No. 297 24 428 U1, Including Cited Documents E2 (with Partial Translation); E3; E5; and E6 (with Translation) (Aug. 9, 2001).

Akzenta Brief (Arguments) in Support of Intervention in Opposition Against Unilin European Patent No. EP 0 843 763 (Sep. 11, 2001).

Observations by Third Party (Kandl) Regarding Patentability of Unilin European Patent Application No. 00201515.4 (Including Partial Translation of Document E2 Cited Therein) (Oct. 10, 2001).



*Fig.1*



*Fig.8*



*Fig.9*

*Fig.4*

*Fig.5*





*Fig.9*

*Fig.10*

*Fig.11*



*Fig. 12*

*Fig. 13*



*Fig.14*



*Fig.15*



*Fig.16*



*Fig.17*

*Fig.18*

*Fig.19*



*Fig.20*



*Fig.21*



*Fig.22*

*Fig.23*



*Fig.24*



*Fig.25*

1

# FLOOR PANEL WITH EDGE CONNECTORS

## RELATED APPLICATION DATA

This application is a continuation of application Ser. No. 08/872,044 filed Jun. 10, 1997 now U.S. Pat. No. 6,006,486.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to a floor covering, made of hard floor panels.

### 2. Related Technology

In the first instance, the invention is intended for so-called laminated floors, but generally it can also be applied for other kinds of floor covering, consisting of hard floor panels, such as veneer parquet, prefabricated parquet, or other floor panels which can be compared to laminated flooring.

It is known that such floor panels can be applied in various ways.

According to a first possibility, the floor panels are attached at the underlying floor, either by glueing or by nailing them on. This technique has a disadvantage that is rather complicated and that subsequent changes can only be made by breaking out the floor panels.

According to a second possibility, the floor panels are installed loosely onto the subflooring, whereby the floor panels mutually match into each other by means of a tongue and groove coupling, whereby mostly they are glued together in the tongue and groove, too. The floor obtained in this manner, also called a floating parquet flooring, has as an advantage that it is easy to install and that the complete floor surface can move which often is convenient in order to receive possible expansion and shrinkage phenomena.

A disadvantage with a floor covering of the above-mentioned type, above all, if the floor panels are installed loosely onto the subflooring, consists in that during the expansion of the floor and its subsequent shrinkage, the floor panels themselves can drift apart, as a result of which undesired gaps can be formed, for example, if the glue connection breaks.

In order to remedy this disadvantage, techniques have already been through of whereby connection elements made of metal are provided between the single floor panels in order to keep them together. Such connection elements, however, are rather expensive to make and, furthermore, their provision or the installation thereof is a time-consuming occupation.

Examples of embodiments which apply such metal connection elements are described, among others, in the documents WO 94/26999 and WO 93/13280.

Furthermore, couplings are known which allow coupling parts to snap fit into each other, e.g., from the documents WO 94/1628, WO 96/27719 and WO 96/27721. The snapping-together effect obtained with these forms of embodiment, however, does not guarantee a 100-percent optimum counteraction against the development of gaps between the floor panels, more particularly, because in fact well-defined plays have to be provided in order to be sure that the snapping-together is possible.

From GB 424.057, a coupling for parquetry parts is known which, in consideration of the nature of the coupling, only is appropriate for massive wooden parquetry.

Furthermore, there are also couplings for panels known from the documents GB 2.117.813, GB 2,256.023 and DE 3.544.845. These couplings, however, are not appropriate for connecting floor panels.

2

## BRIEF SUMMARY OF THE INVENTION

The invention aims at an improved floor covering of the aforementioned type, the floor panels of which can be coupled to each other in an optimum manner and/or the floor panels of which can be manufactured in a smooth manner, and whereby preferably one or more of the aforementioned disadvantages are excluded.

The invention also aims at a floor covering which has the advantage that no mistakes during installing, such as gaps and such, can be created.

Furthermore, the invention also aims at a floor covering whereby the subsequent development of gaps is excluded or at least counteracted in an optimum manner, whereby also the possibility of the penetration of dirt and humidity is minimized.

To this aim, the invention relates to a floor covering, consisting of hard floor panels which, at least at the edges of the two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels into a direction perpendicular to the related edges and parallel to the underside of the coupled floor panels. Hereby, these coupling parts are optimized in such a manner that they allow that any form of play is counteracted and preferably is excluded.

By integrated mechanical locking elements is understood that these form a fixed part of the floor panels, either by being connected in a fixed manner to the floor panels, or by being formed in one piece therewith.

In a first important preferred form of embodiment, the coupling parts are provided with locking elements which, in the engaged position of two or more of such floor panels, exert a tension force upon each other which force the floor panels towards each other. As a result of this that not only the formation of gaps counteracted during installation, but also in a later stage the development of gaps, from any causes whatsoever, is counteracted.

According to another characteristic of the intention, the coupling parts, hereby are formed in one piece with the core of the floor panels.

According to a second important preferred embodiment, the aforementioned optimalization is achieved in that the floor covering panel possesses the following combination of characteristics: the coupling parts and locking elements are formed in one piece with the core of the floor panels; the coupling parts have such a shape that two subsequent floor panels can be engaged into each other exclusively by snapping together and/or turning, whereby each subsequent floor panel can be inserted laterally into the previous; the coupling parts are interlocked free from pay in all directions in a plane extending perpendicular to the aforementioned edges; the possible difference between the upper and lower lip of the lips which border the aforementioned grooves, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove, is smaller than one time the total of the thickness of the panel; the total thickness of each related floor panel is larger than or equal to 5 mm; and that the basic material of the floor panels, of which the aforementioned core and locking elements are formed, consists of a ground product which, by means of a binding agent or by means of melting together, is made into a unitary composite, and/or of a product on the basis of synthetic material and/or of a chip board with fine chips.

3

Due to the fact that the coupling parts provide for an interlocking free from play, as well as due to the fact that these coupling parts are manufactured in one piece, from the basic material of the floor panels, a perfect connection between adjacent floor panels can always be guaranteed, even with repeated expansion and shrinkage of the floor surface.

This combination of characteristics can be combined or not with the aforementioned characteristic that the locking elements exert a tension force upon each other when panels are joined together.

According to a third important preferred embodiment, the characteristics of which may or may not be combined with the characteristics of the embodiments described above, the floor covering is characterized in that the lower lip which limits or defines the lower side of the groove, extends beyond the upper lip in the plane of the panel; the locking elements are formed at least of a contact portion which inwardly slopes downward; and that this portion, at least partially, is located in the portion of the lower lip which extends beyond the upper lip. The advantages of these features will appear from the further description.

According to a preferred form of embodiment, the floor panels are configured as elongated panels and the coupling parts described above are applied along the longitudinal sides of these panels.

According to a particular form of embodiment, coupling parts are provided at the other two sides, too, either of another construction than described above or not.

In the most preferred form of embodiment, for the basic material use shall be made of the aforementioned product, which, as said, is ground and, by means of a binding agent, made into a unitary composite material. More particularly, for the core use shall be made of finely-ground wood which preferably is glued, more particularly, moisture resistant glued. Still more particularly, for the core use shall be made of so-called HDF board (High Density Fibreboard) or MDF board (Medium Density Fibreboard) which is highly compressed ground wood particles and binder material. Hereinafter, the wood component of the core material shall be referred to as "wood product".

The fact that the invention is applied to floor panels the basic material of which consists of the material described above, offers the advantage that with the processing of this material, very smooth surfaces are obtained whereby very precise couplings can be realized, which, in first instance, is important in the case of a snap-together connection and/or turning connection free from play. Also, very special forms of coupling parts can be manufactured in a very simple manner because the aforementioned kinds of material can be processed particularly easy.

The surfaces obtained with HDF and MDF also have the advantage that the floor panels mutually can be shifted readily alongside each other in interlocked condition, even when engaged with a tensioning force.

The applicants also discovered that the aforementioned materials, in particular HDF and MDF, show ideal features in order to realize a connection, such as mentioned above, as these material show the right features in respect to elastic deformation in order to, on the one hand, realize a snap-together effect, and, on the other hand, receive expansion and shrinkage forces in an elastic manner, whereby it is avoided that the floor panels come unlocked or are damaged in an irreparable manner.

In the case that for the core use is made of a material based on synthetic material, to this end solid synthetic material can

4

be used as well as a mixture of synthetic materials, eventually composed of recycled materials.

The floor covering preferably is formed by joining the floor panels into each other free of glue. Hereby, the connections are of such nature that the floor panels can be disassembled without being damaged, such that, for example, when moving from one residence or location to another, they can be taken along in order to be placed down again. It is, however, clear that a glueing between tongue and groove is not excluded.

The invention, of course, also relates to floor panels which allow the realization of the aforementioned floor covering.

The invention also relates to a method for the manufacturing of the aforementioned floor panels with which the advantage that the tongues and/or grooves, including the corresponding locking means, can be provided at the floor panels at high production speeds without problems. More particularly, it aims at a method which allows that the rather complicated forms of the tongue and the groove of the aforementioned floor panels can be formed completely by means of milling cutters, the diameter of which can be chosen independent of the form to be realized, such that the use of small milling cutters, for example finger cutters, with diameters smaller than the depth of the tongue or groove can be excluded.

In accordance with this method the tongue and/or groove is formed by means of a milling process using at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in respect to the related floor panel. During each of the aforementioned milling cycles, preferably substantially the final form of one flank, either of the tongue or of the groove, is formed.

For the aforementioned two milling cycles, thus, milling cutters are used which extend outside the groove, respectively the tongue. More particularly the diameters of these milling cutters shall at least be 5 times and even better 20 times larger than the thickness of the floor panels.

The use of milling cutters having the aforementioned diameters has as an advantage that the normal production speeds can be maintained which are also applied during milling of a classical straight tongue and groove. There is also the advantage obtained that the installation of such milling cutters induce only minor or no additional costs because such milling cutters can be placed directly upon a motor shaft and/or the conventional machines can be used.

BRIEF DESCRIPTION OF THE DRAWINGS

With the intention of better showing the characteristics according to the invention, in the following, as an example without any limitative character, several preferred forms of embodiment are described, with reference to the accompanying drawings, wherein:

FIG. 1 represents a floor panel of a floor covering according to the invention;

FIG. 2, on a larger scale, represents a cross-section according to line II—II in FIG. 1;

FIGS. 3 and 4 represent how two floor panels with coupling parts according to FIG. 2 match into each other;

FIG. 5, on a larger scale, represents a cross-section according to line V—V in FIG. 1;

FIGS. 6 and 7 represent how two floor panels with coupling parts according to FIG. 5 match into each other;

FIGS. 8 to 11 represent a number of variants of coupling parts of floor panels according to the invention;

FIG. 12 schematically represents how the floor parts can be provided with coupling parts;

5

FIG. **13** represents a cross-section according to line XIII—XIII in FIG. **12**;

FIGS. **14** to **21**, on a larger scale and in cross-section, represent the penetration of the milling cutters which are indicated in FIG. **12** with arrows **F14** to **F21**;

FIG. **22** represents a floor panel according to the invention;

FIG. **23**, on a larger scale, represents the coupling of two floor panels of FIG. **22**;

FIGS. **24** and **25** represent two manners of coupling floor panels according to FIG. **22** to each other.

### DETAILED DESCRIPTION

The invention relates to a floor covering which is composed of hard floor panels **1**, for example, such as a laminated panel as shown in FIG. **1**.

These floor panels **1** can be of various shape, for example, rectangular or square, or of any other shape.

In the most preferred form of embodiment, they shall be manufactured in an elongated form, such as shown in FIG. **1**, for example, with a length of 1 to 2 meters. The thickness, however, can also vary, but is preferably 0.5 to 1.5 cm, and more particularly 0.8 cm.

Each floor panel **1** is, at least at the edges of two opposite sides **2**–**3**, provided with coupling parts **4**–**5** which permit two adjacent identical floor panels **1** to be coupled to each other.

According to the invention, the coupling parts **4**–**5**, as represented in the FIGS. **2** to **4**, are provided with integrated mechanical locking parts or locking elements **6** which prevent the drifting or sliding apart of two coupled floor panels **1** in a direction D perpendicular to the respective sides **2**–**3** and parallel to the underside **7** of the coupled floor panels **1**; the coupling parts **4**–**5** and the locking elements **6** are formed in one piece with the core **8** of the floor panels **1**; the coupling parts **4**–**5** have such a shape that two subsequent floor panels **1** can be engaged into each other solely by snapping-together and/or turning after the coupling parts are partially engaged, whereby each subsequent floor panel **1** can be laterally inserted into the previous; and the coupling parts **4**–**5** preferably are interlocked free from play in all directions in a plane which is located perpendicular to the aforementioned edges.

In the case of floor panels **1** with an elongated shape, as represented in FIG. **1**, the respective coupling parts **4**–**5** are located at the longitudinal sides **2**–**3**.

The coupling parts **4**–**5** can be realized in various forms, although the basic forms thereof will always be formed by a tongue **9** and a groove **10**.

In the form of embodiment of FIGS. **2** to **4**, the related floor panel **1** is provided with coupling parts **4**–**5** and locking means or locking elements **6** which allow two floor panels **1** to be mutually engaged by means of a turning movement, without the occurrence of any snap-together effect.

In the represented example, the locking elements **6** consist of a first locking element **11**, formed by a protrusion with a bent round shape at the lower side **12** of the tongue **9**, and a second locking element **13** (shown in FIG. **2**), formed by a recess with a bent hollow or downwardly concave shape in the lower wall **14** of the groove **10**.

The locking elements **11**–**13** ensure that two floor panels **1** which are coupled to each other can not move laterally in the horizontal plane with respect to each other.

In order to enable two floor panels **1** to be inserted into each other by means of a turning movement, the curvatures

6

preferably are circular. The bottom side **12** of locking means or locking elements **6** has a curvature with a radius R1, the center of which coincides with the respective upper edge **15** of the floor panel **1**, whereas the lower wall **14** of the locking part **5** has a curvature with a radius R2 which is equal to the radius R1, but its center coincides with the respective upper edge **16**. Radii R1 and R2 may also be applied which are larger or smaller than the distance to the upper edge **15**, **16** respectively, and/or which differ from each other in size.

The upper side **17** of the tongue **9** and the upper wall or side **18** of the groove **10** are preferably flat and preferably are located in the horizontal plane.

The inner side **20** of the groove **10** and the **4** front side **19** of the tongue **9** of the two interlocked floor panels **1** preferably do not fit closely against each other, such that an intermediate space **21** is created between them into which possible dust remainders or such can be pushed away by means of the tongue **9**.

The tongue **9** and the groove **10** preferably have shapes which are complementary to each other, such that the tongue **9** in the engaged condition of two identical floor panels **1** precisely sits against the upper wall **18** and the lower wall **14** of the groove **10**, whereby a pressure P, exerted against the upper lip **22**, is received or reacted not only by this lip **22**, but by the complete structure, because this pressure can be transmitted through the tongue **9** and the lower lip **23** to cause the panels to be urged towards each other.

It is, however, clear that a number of minor deviations to these complementary forms can occur which, anyhow, have no or almost no effect upon the receipt and transmission of pressure forces. For example, a chamfer **24** and lip **22** on a recess **25** can be provided, as represented in FIGS. **2** to **4**, as a result of which the subsequent floor panels **1** can easily be pushed and guided into each other, such that no possible ridges in the subflooring or such render good insertion difficult.

As represented in the FIGS. **5** to **7**, the floor panels **1** according to the invention can also, along the sides **26**–**27** which are at a right angle to the sides **2**–**3**, be provided with coupling parts **28**–**29** which have locking elements **30**, too. The coupling parts **28**–**29** are preferably also realized in the shape of a tongue **31** and a groove **32**. Hereby, the locking elements **30** do not have to be of the same nature as the locking elements **6**.

Preferably, at the sides **26**–**27** locking elements are provided which allow for an engagement and interlocking by means of a lateral translation movement in direction T only, as represented in FIGS. **6** and **7**. To this aim, the locking elements **30** consist of a snap-together connection with locking elements **33** and **34** which grip behind each other.

As represented in FIGS. **5** to **7**, the locking element **33** preferably consists of a protrusion of the lower side **35** of the tongue **31** which can be located in a recess **36** in a lower lip **43** extending distally from the lower wall **37** of the groove **32**. The locking element **34** is formed by the upward directed part or protrusion which defines the distally outer end of recess **36**.

In this case, the locking elements **33**–**34** have contact surfaces **38**–**39** which are parallel to each other and preferably extend in an inclined manner, according to a direction which simplifies the snapping-together of the panels. The common plane of tangency L which is determined by the common tangent at the meeting point or area of surfaces **38**–**39**, hereby forms an angle A sloping inwardly and downwardly from an outer region to an inner region relative to the underside **7**, which angle is smaller than 90°.

7

The locking elements **33–34** preferably are provided with inclined portions **40** and **41** which, when two floor panels **1** are engaged, cooperate with each other in such a manner that the locking elements **33–34** can easily be pushed over each other until they grip behind each other by means of a snap-together effect (FIGS. **6** and **7**).

The thickness W1 of the tongue **31** preferably is equal to the width W2 of the groove **32**, such that compression pressure P applied to the upper lip **42** is reacted by the tongue **31** which, in its turn, then is reacted by the lower lip **43**.

Analogous to the chamfer **24** and recess **25**, a recess **44** and a chamfer **45** are provided also at the edges **28–29**.

It is noted that such a snap-together coupling can also be applied at the edges **2–3**. Hereby, this can be a snap-together coupling analogous to these of FIGS. **5** to **7**, but this can also be a snap-together coupling using other forms of coupling configurations, for example, such as represented in FIGS. **8** and **9**. Contrary to the locking elements **33–34** which consist of rather local protrusions, in the forms of embodiment of FIGS. **8** and **9** use is made of locking elements **46–47** which, in comparison to the total width B of the coupling, extend over a rather large distance.

In this case, the locking elements **46–47** are also provided at the lower side **12** of the tongue **9** and the lower wall **14** of the groove **10**.

According to FIG. **8**, the locking elements **46–47** have contact surfaces **48–49** which are at an angle with the plane of the floor panel **1**. In this manner, a coupling is obtained which is interlocked in a particularly fixed manner.

As represented in FIG. **9**, the locking elements **46–47** possibly can be configured in such a manner that substantially only a linear contact is obtained, for example, because the contact surfaces directed towards each other are formed with different curvatures.

The surfaces, directed towards each other, of the locking elements **46–47** hereby consist of curved surfaces. The common plane of tangency L forms an angle A which is smaller than 90°, and more preferably is smaller than 70°.

In this manner, the locking element **46** preferably has two portions with a different curvature, on one hand, a portion **50** with a strong curvature and, on the other hand, a portion **51** with a weak curvature. The portion **50** with the strong curvature provides for the formation of a firm coupling. The portion **51** with the weak curvature facilitates the coupling parts **4–5** to be brought into each other easily. The intermediate space S forms a chamber which offers space for dust and the like which, when engaging two floor panes **1**, inevitably infiltrates there.

In the case of a snap-together connection, for example, a connection such as represented in FIGS. **7** to **9**, preferably the tongue **9–31** has a shape that thickens from below, which then can cooperate with a widened portion in the groove **10**.

In FIG. **10**, a variant is represented whereby at least at the level of the upper edges **15–16**, a sealing material **52** is provided, as a result of which a watertight sealing can be assured. This sealing material **52** may consist of a strip or covering which is provided previously at the floor panel **1**, either at one or both upperside edges **15–16**.

In FIG. **11**, a further variant is represented, whereby the locking element **6** is formed by an upward directed portion **53** at the tongue **9**, which as a result of a turning movement of the panel, is brought behind a downward-directed portion **54** on the upper wall **18**. More particularly, this is obtained by forming the upper side **17** and the upper wall **18** with a

8

curvature R3, the center of which is situated at the upperside edges **15–16**, and forming the lower side **12** and the lower wall **14** with a radius R4, the center of which is also situated at the upperside edges **15** and **16**, respectively. These radii R3–R4 can be chosen otherwise, too.

In general, according to the invention, the difference between, on one hand, the radius R1, R3 respectively, and, on the other hand, the radius R2, R4 respectively, preferably should not be larger than 2 mm.

It is also preferred that the center of these radii be situated inside the circle C1, C2 (see FIG. **2**) respectively, which extends with a radius R5 of 3 mm centered at upperside edge **15**, **16** respectively.

Finally is noted that, according to the invention, the lower lip **23–43**, as represented in FIGS. **2** to **7**, can be formed distally longer than the upper lip **22–42**. This has an advantage that the coupling parts **4–5–28–29** can be shaped in an easier manner by means of a milling cutter or the like. Furthermore, this simplifies the engagement of two floor panels **1**, because each subsequent floor panel **1** during installation can be placed upon the protruding lower lip **23–43**, as a result of which the tongue **9–31** and the groove **10–32** automatically are positioned in front of each other.

The embodiments wherein the lower lip **23** is equal to or distally shorter than the upper lip **22**, in their turn, offer the advantage that no protruding lip **23** remains at the extreme edge of the floor which might cause problems in finishing the floor installation.

In order to allow for a smooth assembly, to guarantee the necessary stability and firmness and in order to limit the quantity of material to be cut away, the difference E between the distally outer edge of the upper lip **22–42** and the distally outer edge of the lower lip **23–43**, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove **10**, should preferably be kept smaller than one time the total thickness F of the floor panel **1**. For stability's sake, normally this total thickness F shall never be less than 5 mm.

The small dimension of the difference E offers the advantage that the lower lip need not be strengthened by a reinforcement strip or the like.

According to a particular form of embodiment, the central line M1 through the tongue **9** and the groove **10** is situated lower than the center line M2 of the floor panel **1**, such, that the upper lip **22–42** is thicker than the lower lip **23–43**. In first instance, this is essential in this kind of connection, because then it is the lower lip **23–43** which bends, whereby the upper side of the floor panel **1** is kept free of possible deformations.

As explained in the introduction, for the core **8** a material is chosen from the following series:
a. a ground product which, by means of a binding agent or by means of melting together is made into a unitary composite material;
a product based on synthetic material;
chip board with fine chips.

The invention shows its usefulness, in first instance, preferably with laminated flooring, due to the reasons explained in the introduction.

As represented in the examples of the FIGS. **2** to **11**, such laminated flooring preferably consists of a core **8** made of MDF medium density fiberboard board, HDF high density fiberboard board or similar, whereby at least at the upper side of this core **8** one or more layers of material are provided.

More particularly, it is preferred that the laminated flooring is provided with a decorative layer **55** and a protective

9

top layer 56. The decorative layer 55 is a layer, impregnated with resin, for example, made of paper, which can be imprinted with a variety of patterns, such as a wood pattern, a pattern in the form of stone, cork, or similar or even with a fancy pattern. The protective top layer 56 preferably also consists of a layer saturated with resin, for example, melamine resin, which in the final product is transparent.

It is clear that still other layers can be applied, such as an intermediate layer 57 upon which the decorative layer 55 is provided.

Preferably, also a backing layer 58 shall be applied at the underside 7, forming a counterbalancing element for the top layers and, thus, guaranteeing the stability of the form of the floor panel 1. This backing layer 58 may consist of a material, for example a layer impregnated with a resin, for example, a melamine resin.

As represented schematically in FIG. 12, the tongue 9 and the groove 10, and preferably also the tongue 31 and the groove 32 are formed by means of a milling process. In the case that a profile has to be applied on all four sides, the floor panels 1 preferably shall be displaced by means of two sequential perpendicular movements V1 and V2, whereby during the first movement profiles at two opposite edges are provided, in this case the longitudinal edges, by means of milling devices 59–60, whereas during the second movement profiles are provided at the other edges, in this case the small edges, by means of milling devices 61–62. During these processing, the floor panels 1 preferably are put with their decorative layer directed downward.

According to an important characteristic of the invention, each respective tongue 9–31 and groove 10–32 are formed by means of a milling process with at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in reference to the related floor panel 1.

This is illustrated in FIGS. 13, 14 and 15, wherein it is represented how a groove 10 is realized by means of two milling cycles by means of two milling cutters 63 and 64. FIGS. 16 and 17 represent how the tongue 9 is shaped by means of milling cutters 65 and 66.

The FIGS. 18–19 and 20–21 represent similar views showing how the groove 32 and the tongue 31 are shaped by means of milling cutters 67–68 and 69–70, positioned at an angle.

During each of the aforementioned milling passes, substantially the final shape of one flank is fully realized. For example, the milling cutter 63 of FIG. 14 determines the final shape of the lower flank 71 of the groove 10, whereas the milling cutter 64 determines the final shape of the upper flank 72.

As mentioned in the introduction, preferably milling cutters 63 to 72 shall be used, having diameters G which are at least 5 times, and even better at least 20 times larger than the thickness F of the floor panels 1.

Apart of the mentioned milling cutters, preferably still other milling cutters are applied, for example, in order to remove a part of the material to be removed during a first premachining cycle.

In the FIGS. 22 to 25, a particularly preferred form of embodiment of a floor panel 1 according to the invention is represented. Hereby, the parts which correspond with the previous embodiments are indicated with corresponding references.

An important characteristic herein consists in that the coupling parts 4–5 are provided with locking elements 6 which, in engaged condition with the panels in a common plane, exert a tension force upon each other, as a result of

10

which the engaged floor panels 1 are forced towards each other in compression. As represented, this is realized preferably by providing the coupling parts with an elastically yieldable or bendable portion, in this case the lower lip 43, which, in engaged condition, is at least partially bent and in this way creates a tension force which results in the engaged floor panels 1 being forced towards each other. The resultant bending V, as well as the tension force K, are indicated in the enlargement view of FIG. 23.

In order to obtain the tension force K pressing together the engaged floor panels 1, the bendable portion, in this case the lip 43, preferably is provided, as represented, with an inwardly and downwardly inclined contact surface 73 which preferably can cooperate with a corresponding contact surface 74 on tongue 9. These contact surfaces 73–74 are similar to the aforementioned contact surfaces 39–38 and also similar to the inclined portions of the lower lip of FIGS. 2 to 4.

In the FIGS. 2 and 5, the portions form complementary matching shapes; it is, however, clear that, by a modification, also a tension effect similar to that shown in FIG. 23 can be realized.

Due to, on one hand, the contact along the angle A, and, on the other hand, the fact that a tension force K is created, a compression force component K1 is produced, as a result of which the floor panels 1 are drawn against each other in compression.

Preferably, the angle A of the mutual plane of tangency of contact surfaces 73–74 relative to the horizontal plane is situated between 30 and 70 degrees. In the case that use is made of the embodiment whereby a tension force K is realized, an angle A of 30 to 70 degrees is ideal in order, on one hand, to effect an optimum pressing-together of the floor panels 1 and, on the other hand, to ensure that the floor panels 1 can easily be engaged and respectively disassembled.

Although the pressing or compression force component K1 preferably is delivered by the aforementioned lip 43, the invention does not exclude other forms of locking elements or structures whereby this force is delivered by other bendable portions.

It is noted that the bending V is relatively small, for example, several hundredths up to several tenths of a millimeter, and does not have an influence upon the placement of the floor covering. Furthermore it should be noted that such floor covering generally is placed upon an underlayer (not shown) which is elastically compressible, as a result of which the bending V of the lip 43 only produces local bending of the underlayer.

Due to the fact that the lip 43 is bent apart and that it remains somewhat bent apart in engaged position, the additional advantage is obtained that, when exerting a pressure upon the floor covering, for example, when placing an object thereupon, the pressing-together compressive force is enhanced and, thus, the development of gaps is counteracted even more.

It is noted that the inventors have found that, contrary to all expectations, an ideal tension force can be realized by manufacturing the coupling parts 4–5, including the locking elements 33–34, and preferably the complete core 8, of HDF board or MDF board, although these material normally only allow a minor elastic deformation.

HDF and MDF also offer the advantage that smooth surfaces are obtained, as a result of which the locking elements can be moved easily over each other.

According to a variant of the invention, the tension force can also be supplied by means of an elastic compression of

11

the material of the coupling parts themselves, to which end these coupling parts, and preferably the complete core 8, would be manufactured using an elastically compressible material.

A further particular characteristic of the embodiment of FIGS. 22 to 25 consists in that the floor panels 1 can be selectively engaged by means of a turning movement, as represented in FIG. 24, as well as by means of laterally shifting them towards each other in substantially a common plane, as represented in FIG. 25, preferably in such a manner that, during the engagement by means of the turning movement with the coupling parts partially engaged, a maximum bending Vm results in the coupling parts, more particularly in the lip 43, which bending Vm is less pronounced, if not nonexistent, as in the FIGS. 2 to 4, in comparison to the bending Vm which results when the floor panels 1 are engaged by means of shifting them towards each other, as in FIG. 15.

The advantage of this consists in that the floor panels 1 can be engaged easily by means of a turning movement, without necessitating use of a tool therefore, whereas it still remains possible to engage the floor panels also by means of shifting them laterally. This latter is useful, in first instance, when the last panel has to be placed partially under a door frame or similar situation. In this case, the floor panel 1 can be pushed under the door frame with the side which does not have to be engaged and subsequently, possibly by means of tools, can be snapped into the adjacent floor panel by lateral sliding together.

It is noted that the shapes of the coupling parts 4–5 shown in FIGS. 22 to 25 can also be used for the coupling parts 28–29 of the short sides of the panels.

According to the invention, in the case that the floor panels 2–3–26–27 are provided with coupling pars 4–5–28–29, these coupling parts can be formed in such a manner that in one direction a firmer engagement than in the other direction is effected. In the case of elongated floor panels 1, for example, such as represented in FIG. 1, the locking at the small sides 26–27 preferably shall be more pronounced than at the longitudinal sides 2–3. The length of the parts at the small sides, namely, is smaller and, in principle, less firm. This is compensated for by providing a more pronounced locking.

This difference in engagement can be obtained by shaping the contact surfaces 73–74 with different angles.

Preferably, the aforementioned protrusion, more particularly the locking element 33, is bounded by at least two portions 75–76 (shown in FIG. 22), respectively a portion 75 with a strong (steep) inclination which provides for the locking, and a portion 76 with a weaker (less inclined) inclination which renders the engagement or guidance of the coupling parts easier. In the embodiment of FIGS. 22 to 25, these portions 75–76 are formed by straight planes, but, as already described with reference to FIG. 9, use can also be made of curved portions 50–51. In FIG. 5, these are the contact surface 38 and the inclined portion 40.

In the preferred form of the invention, the floor panels 1 comprise coupling parts 4–5 and/or 28–29 exhibiting one of the following or the combination of two or more of the following features:

a curvature 77 (shown in FIG. 22) at the lower side of the tongue 9 and/or a curvature 78 at the lower lip 43 which form a guidance when turning two floor panels 1 into each other, with the advantage that the floor panels 1 can be engaged into each other easily during installation;

roundings 79–80 at the edges of the locking elements 33–34, with the advantages that the locking elements

12

can easily shift over each other during their engagement, or during disassembly of the floor panels 1 and that the locking elements will not be damaged, for example, crumble away at their edges, even if the floor panels are engaged and disassembled;

dust chambers 81, or spaces 21 as in FIG. 4, between all sides, directed laterally towards each other, of the engaged floor panels 1, with the advantage that inclusions which get between the floor panels 1 during the engagement do not exert an adverse influence upon good engagement;

a shaping of the tongue 9 which is such, for example, by the presence of a chamfer 82, that the upper side of the tongue 9 becomes situated from the first joining together or substantial contact of the panels, under the lower side of the upper lip 42 when the floor panels 1 are pushed towards each other in substantially the same plane, as indicated in FIG. 25, with the advantage that the front extremity or end of the tongue 9 does not press against the front side of the upper lip 42 or the front edge of the bottom lip 43 when the floor panels are pushed towards each other in the same plane;

a ramp surface 83, hereinbefore also called inclined portion 41, formed at the distally outer end of the lower lip 43, with the advantage that the locking elements 33–34 shift smoothly over each other and that the lower lip 43 is bent uniformly;

in the engagement direction only one important contact point which is formed by a section 84 at the location of the upperside edges of the floor panels 1, with the advantage that the aforementioned tension force is optimally transferred to the upper side of the floor panels 1 and that the development of openings between the floor panels 1 is counteracted;

contact surfaces 85–86, more particularly abutment surfaces, formed by the upper side of the tongue 9 and the upper side of the groove 10 which, over the largest portion of their length, are flat and run parallel to the plane which is defined by the floor panels 1, as well as contact surfaces cooperating with each other, formed by curvatures 77–78, with the advantage that no mutual displacement in height between two engaged floor panels 1 is possible, even if the insertion depth of the tongue 9 into the groove 10 should vary due to various causes; in other words, no height differences may occur between the adjacent floor panels.

In the embodiment of FIGS. 22 to 25, all these characteristics are combined; it is, however, clear that, as becomes evident from FIGS. 2 to 11, these features can also be provided separately or in a limited combination with one another.

As becomes evident from FIGS. 5 to 7 and 22 to 25, an important characteristic of the preferred embodiment of the invention consists in that the cooperative locking element 6, in other words, the portion providing for the snap-together and engagement effect, are situated in that portion of the lower lip 23–43 which extends beyond the distal edge of the upper lip 22–42, more particularly, the lowermost point 87 of the locking part 33 is situated under the top layer of the floor panel 1. For clarity's sake, this top layer is indicated in the FIGS. 22–25 only as a single layer.

It should be noted that the combination of features, the lower lip 23–43 extending further than the upper lip 22–42; the locking elements 6 being formed at least by means of a contact surface portion which inwardly slopes downward, and wherein this portion, at least partially, is located in the

13                                          14

portion of the lower lip 23–43 which extends distally beyond
the upper lip 22–42, is particularly advantageous, among
others, in comparison with the couplings for floor panels
described in the documents WO 94/01628, WO 94/26999,
WO 96/27719 and WO 96/27721. The sloping contact
surface portion offers the advantage that the floor panels 1
can be disassembled again. The fact that this sloping portion
is situated in the extended portion of the lower lip 23–43
adds the advantage that no deformations can occur during
coupling which manifest themselves up to the top layer.

According to a preferred characteristic of the invention,
the aforementioned portion, i.e. the contact surface 39 or 73,
preferably extends in such a manner that the distance
between the upper edge 16 of the panel to the contact surface
39, 73 diminishes between the proximal and distal ends of
the sloping contact surface 39, 73, in other words, such that,
as represented in FIG. 22, the distance X2 is smaller than the
distance X1. This is also the case in FIG. 7.

Still preferably, this portion only starts at a clear distance
E1 from the outer edge of upper lip 42.

It is obvious that the coupling parts 22 to 25 can also be
shaped by means of said milling process.

According to a particular characteristic of the invention,
the floor panels 1 are treated at their sides 2–3 and/or 26–27
with a surface densifying agent, more particularly a surface
hardening agent, which preferably is chosen from the fol-
lowing series of products: impregnation agents, pore-sealing
agents, lacquers, resins, oils, paraffins and the like.

In FIG. 22, such impregnation 88 is represented sche-
matically. This treatment can be performed over the com-
plete surface of the sides 2–3 and/or 26–27 or only over
specific portions hereof, for example exclusively on the
surfaces of the tongue 9 and the groove 10.

The treatment with a surface densifying agent offers, in
combination with the snap-together effect, the advantage
that in various aspects better coupling characteristics are
obtained. As a result of this, the coupling parts 4–5 and/or
28–29 better keep their shape and strength, even if the floor
panels 1 are engaged and disassembled repeatedly. In
particular, if the core 8 is made of HDF, MDF or similar
materials, by means of this treatment a better quality of
surface condition is obtained, such that no abrasion of
material occurs during engaging, or during disassembling.

This treatment also offers the advantage that, at least in
the case of a surface hardening, the aforementioned elastic
tensioning effect is enhanced.

The present invention is in no way limited to the forms of
embodiment described by way of example and represented
in the figures, however, such floor covering and the pertain-
ing floor panels 1 can be embodied in various forms and
dimensions without departing from the scope of the inven-
tion.

For example, the various characteristics which are
described by means of the represented embodiments or
examples may be selectively combined with each other.

Furthermore, all embodiments of coupling elements
described before can be applied at the longer side as well as
at the shorter side of a panel.

What is claimed is:

1. A floor covering comprising a hard floor panel having
a substantially planar underside and at least two opposed
side edges, said side edges including complementary cou-
pling parts configured to cooperate with identical coopera-
tive complementary coupling parts of another one of said
panel, said coupling parts comprising substantially a tongue
and a groove extending along panel side edges generally
parallel to the panel underside and including integrated

mechanical locking elements, said tongue, groove and lock-
ing elements formed in one piece with the panel, said
tongue, groove and locking elements arranged to prevent
drifting apart of the floor panel when coupled by said
coupling parts to another one of said floor panel in a
direction perpendicular to the adjacent side edges of the
coupled panels, and parallel to the underside of the panel; a
coupling part of said panel, when engaged with a comple-
mentary coupling part of another one of said panel, config-
ured and arranged to produce a biasing force between such
coupled panels tending to urge the panels towards each
other; at least one of said coupling parts including an
elastically bendable portion having a relaxed unbent
position, and which, when in a coupled condition, is at least
partially bent out of its normal relaxed position and thereby
provides said biasing force;

wherein the elastically bendable portion of said one of
said coupling part comprises a lower lip defined at least
in part by a lower side of the groove of said coupling
parts, said lower lip cooperating with a mating portion
of a tongue of a cooperating coupling part;

wherein said lip when bent extends in a downward
direction relative to the panel underside when the panel
is coupled by cooperative complementary coupling
parts to another one of said panel;

wherein the panel comprises a core comprising a material
selected from the group consisting of HDF and MDF
board; said lower lip is substantially formed of said
core; one of said locking elements comprises a recess
in said lower lip, said recess having a lowermost
bottom area; said groove having a deepest point within
the panel; and wherein said elastically bendable portion
of the lower lip comprises a portion of said lower lip
located between the deepest point of said groove and
the lowermost bottom area of said recess;

wherein the bendable portion of the lower lip includes a
side wall of said recess that slopes downwardly in a
direction extending from a distally outer area of said lip
towards a proximally inner area of said lip.

2. A floor covering comprising a hard floor panel having
a substantially planar underside and at least two opposed
side edges, said side edges including complementary cou-
pling parts configured to cooperate with identical coopera-
tive complementary coupling parts of another one of said
panel, said coupling parts comprising substantially a tongue
and a groove extending along panel side edges generally
parallel to the panel underside and including integrated
mechanical locking elements, said tongue, groove and lock-
ing elements formed in one piece with the panel, said
tongue, groove and locking elements arranged to prevent
drifting apart of the floor panel when coupled by said
coupling parts to another one of said floor panel in a
direction perpendicular to the adjacent side edges of the
coupled panels, and parallel to the underside of the panel; a
coupling part of said panel, when engaged with a comple-
mentary coupling part of another one of said panel, config-
ured and arranged to produce a biasing force between such
coupled panels tending to urge the panels towards each
other; at least one of said coupling parts including an
elastically bendable portion having a relaxed unbent
position, and which, when in a coupled condition, is at least
partially bent out of its normal relaxed position and thereby
provides said biasing force;

wherein said floor panel is rectangular and includes two
pairs of opposed side edges; said coupling parts and
locking elements are provided on all side edges of the

15

panel; and wherein said locking elements are provided on at least two side edges that are perpendicular to and meet each other whereby, when the panel is coupled with complementary coupling parts of identical ones of said panel at all opposed edges, the panels are locked together by said locking elements at all coupled side edges;

wherein said coupling parts are configured and arranged to enable coupling of complementary coupling parts of identical ones of said panel to each other by rotation of one panel relative to the other, said coupling parts configured such that upon rotation of one panel relative to the other panel the elastically bendable portion of one coupling part is bent; and wherein at coupled side edges of the coupled panels the coupling parts are configured such that one panel is movable relative to the other by shifting the one relative to the other in a direction parallel to the coupled side edges; said shifting of one panel relative to the other maintaining the bent condition of the elastically bendable portion of the lower lip while the panels are coupled.

3. A method of assembling a floor covering comprising cooperating rectangular hard floor panels each having a substantially planar underside and at least two opposed side edges including complementary coupling parts arranged to cooperate with identical complementary coupling parts of another one of said panels, said complementary coupling parts substantially comprising a tongue and a groove extending generally parallel to said underside, said coupling parts further including integrated mechanical locking elements which prevent the drifting apart of coupled ones of said panels away from each other in directions perpendicular to the respective coupled side edges and parallel to the undersides of the panels, said coupling parts defining at least in part a lower lip which defines at least a portion of a lower side of each groove of the coupling parts and an upper lip located above each groove area adjacent the upper surface of the panel; said lower lip extending distally beyond the upper lip; said locking elements including a portion of said lower lip which slopes downwardly in a direction extending from a distally outer location towards a proximally inner location, said portion located at least in part on a part of the lower lip extending beyond said upper lip, a lower side of said tongue that is inclined downwardly in a direction extending from proximal inner location of said tongue to a distally outer location thereof; said portion of said lower lip that slopes downwardly cooperating with said lower side of the tongue that is inclined, said lower lip including an elastically bendable portion that must be elastically bent downwardly to enable coupling of a complementary pair of tongue and groove coupling parts; comprising the steps of:

laying a first one of said panels on a support surface;

coupling a second one of said panels to said first one panel along first and second complementary side edges of the panels by fitting a tongue of one panel into a complementary groove of the other panel until said downwardly sloping portion of said lower lip engages said downwardly inclined lower side of said tongue while bending the lower lip elastically in a downward direction; and

maintaining said lower lip in a bent condition after such coupling to effectively bias the sloped and inclined portions of the lower lip and tongue together and to produce a resultant biasing force maintaining the panels compressed against each other at the coupled side edges.

4. A method according to claim 3, wherein said second panel is coupled to the first panel by first fitting the tongue

16

and groove into each other with the second panel angled upwardly with respect to the first panel and then subsequently angling down the second panel to bring the two panels into a coplanar relationship, and causing by said angling down that the bendable portion of the lower lip of the first panel is resiliently bent downwardly over a small distance.

5. The method according to claim 3, wherein the second panel is coupled to the first panel by first fitting the tongue and groove into each other, said fitting being carried out by shifting the second panel relative to the first panel with both panels in a substantially coplanar relationship, and causing by said shifting that the bendable portion of the lower lip of the first panel is deflected downwardly over a small distance.

6. The method according to claim 3, wherein said tongue, groove, lips and locking elements are provided on coupling parts located at opposed pairs of opposite side edges, said method comprising the additional step of:

coupling a third one of said panels to the first and second ones of said panels respectively along complementary third and fourth side edges of the panels that extend perpendicular to each other; and causing by said coupling that an elastically bendable portion of a lower lip of the last recited side edges is elastically deflected in a downward direction, the return force of the deflected portion of the lip providing the resultant biasing force maintaining the panels compressed against each other along said third and fourth side edges.

7. The method according to claim 6, wherein the coupling of the panels is created by the steps of:

coupling the third panel to the first panel by first fitting a tongue of the third panel into a complementary groove of the first panel with the third panel angled upwardly with respect to the first panel, then angling down the third panel so that the first and third panels are coplanar, and causing by said angling down that the bendable portion of the lower lip of the first panel is deflected downwardly over a small distance to provide a resilient biasing force urging said first and third panels together;

coupling the third panel to the second panel by first partially fitting a tongue of the third panel into a complementary groove of the second panel and then shifting the third panel toward the second panel with the second and third panels in a coplanar relationship to fully couple the respective tongue and groove of the third and second panels; said third and second panels being thereby located in a coplanar condition with the bendable portion of the lower lip of the second panel remaining in a downwardly deflected condition to provide a resilient biasing force urging the third and second panels together.

8. The method according to claim 6, wherein the coupling of the panels is created by the steps of:

coupling the third panel to the first panel by first fully coupling together a tongue and groove of the third and first panels by shifting the third panel relative to first panel with both panels in a coplanar relationship, said shifting causing a bendable portion of the lower lip of the first panel to become and remain deflected downwardly over a small distance while the panels are coupled; and

coupling the third panel to the second panel by coupling the tongue and groove of the respective third and second panels, said coupling being carried out by shifting the third panel relative to the second panel with the panels in a substantially coplanar relationship;

17

causing the bendable portion of the lower lip of the second panel to become and remain deflected downwardly over a small distance while the third and second panels are coupled.

9. The method according to claim 3, including the step of laying all the panels over a flexible underlay, said flexible underlay accommodating the downwardly bent portions of the panel lips with the upper surfaces of the panels lying in a common plane.

10. A floor covering comprising

a laminated hard floor panel having a wood-based core material selected from the group consisting of High Density Fibreboard (HDF) and Medium Density Fibreboard (MDF), said panel comprising a first pair and a second pair of opposed side edges,

said panel further comprising generally complementary coupling parts located at both of the pairs of said side edges, said coupling parts comprising a tongue and a groove, said tongue and groove when coupled along adjacent side edges of two ones of said panel comprising integral mechanical locking elements, said coupling parts as well as said mechanical locking elements being integral and made in one piece with said core material,

said coupling parts together with said locking elements arranged so as to enable a locking in a direction perpendicular to the plane of the floor covering as well as in a direction perpendicular to the coupled side edges and parallel to a plane including the panels that are coupled,

wherein said coupling parts and the mechanical locking elements of at least second pair of opposite side edges are configured such that two identical ones of said floor panel are coupled by shifting them laterally towards each other in a substantial planar fashion, and

wherein the locking elements of said second pair of opposite side edges provide a snap-action during the coupling of two panels by shifting them laterally towards each other, said snap action being delivered substantially by said core material;

wherein said locking elements comprise a recess located in a lower lip extending at least to a side edge and defining at least in part a lower side of said groove; and a protrusion provided at a lower side of said tongue;

wherein the-panels at the side edge comprising the groove, of at least one of the side edge of both pairs of the side edges, include an upper lip above the groove, said upper lip defining at least in part an upper side of said groove, and said upper lip terminating at a distal outer end, wherein said lower lip extends distally beyond the distal outer end of the upper lip, and further wherein the recess is located in the lower lip in an area of the lower lip that is located at least partly beyond the distal outer end of the upper lip.

11. The floor covering according to claim 10, wherein the configuration of the tongue and the lower lip are such that a tongue of said panel becomes automatically lodged in the groove of another identical one of said panels by laterally moving the panels towards each other in approximately a plane including the panels during which the tongue is partially inserted into the groove before the lower lip is deformed.

12. The floor covering according to claim 11, wherein said panel becomes automatically lodged in the groove of another identical one of said panels by laterally moving the panels towards each other in approximately a plane including the panels starting from positions at which the panels are completely separated from each other.

13. The floor covering according to claim 10, wherein the first pair of side edges as well as the second pair of the side edges comprise coupling parts and locking elements including a lower lip extending beyond the upper lip.

14. The floor covering according to claim 10, wherein one pair of the side edges comprises coupling parts in the form of a tongue and a groove and wherein the locking elements of this pair of side edges are located completely inside the groove.

15. The floor covering according to claim 14, wherein the groove is formed by upper and lower lips, the upper lip and the lower lip bordering the groove are of equal length.

16. The floor covering according to claim 15, wherein said floor panels are elongated and the side edges having the upper lip and the lower lip of equal length is located at one of the short sides of the panels.

17. The floor covering according to claim 10, wherein the lower lip extends beyond the upper lip over a distance which is smaller than the thickness of the panel.

18. The floor covering according to claim 10, wherein at least one pair of the edges, the locking elements comprise inclined contact surfaces.

19. The floor covering according to claim 18, wherein the contact surfaces define a tangent line which in respect to the plane of the floor covering shows an inclination which is comprised between 30° and 70°.

20. The floor covering according to claim 11, wherein the locking elements comprise at least one contact surface which is perpendicular to the plane of the panels.

21. The floor covering according to claim 14, wherein one pair of the side edges comprises coupling parts in the form of a tongue and a groove and wherein the locking elements of this pair of side edges are located completely inside the groove; and wherein the locking elements comprise at least one contact surface which is perpendicular to the plane of the panels.

22. The floor covering according to claim 10, wherein said lower lip comprises an increasing thickness from the recess towards the innermost point of said groove.

23. A floor covering comprising

a laminated hard floor panel having a wood-based core material selected from the group consisting of High Density Fibreboard (HDF) and Medium Density Fibreboard (MDF), said panel comprising a first pair and a second pair of opposed side edges,

said panel further comprising generally complementary coupling parts located at both of the pairs of said side edges, said coupling parts comprising a tongue and a groove, said tongue and groove when coupled along adjacent side edges of two ones of said panel comprising integral mechanical locking elements, said coupling parts as well as said mechanical locking elements being integral and made in one piece with said core material,

said coupling parts together with said locking elements arranged so as to enable a locking in a direction perpendicular to the plane of the floor covering as well as in a direction perpendicular to the coupled side edges and parallel to a plane including the panels that are coupled,

wherein said coupling parts and the mechanical locking elements of at least said second pair of opposite side edges are configured such that two identical ones of said floor panel are coupled by shifting them laterally towards each other in a substantial planar fashion, and

wherein the locking elements of said second pair of opposite side edges provide a snap-together coupling

19

providing a snap-action during the coupling of two panels by shifting them laterally towards each other, said snap action being delivered substantially by said core material;

at least one of said pairs of edges comprising a lower lip defining at least in part a bottom side of a groove of said coupling parts and extending distally beyond a respective groove opening, and wherein said locking elements comprise a protrusion extending from the lower side of a tongue of said pairs of edges and a cooperating recess in said lower lip, said protrusion and recess fitting together when ones of said panel are coupled by said tongue and groove;

wherein, when a complementary tongue and groove are coupled, said protrusion and recess meet each other at contiguous contact surfaces at a common plane of tangency that with respect to a common plane of the coupled panels is inclined inwardly from a distally outer area towards a distally inner area at an angle less than 90°.

**24.** The floor panel according to claim 23, wherein the angle is between 30–70°.

**25.** A floor covering comprising

a laminated hard floor panel having a wood-based core material selected from the group consisting of High Density Fibreboard (HDF) and Medium Density Fibreboard (MDF), said panel comprising a first pair and a second pair of opposed side edges,

said panel further comprising generally complementary coupling parts located at both of the pairs of said side edges, said coupling parts comprising a tongue and a groove, said tongue and groove when coupled along adjacent side edges of two ones of said panel comprising integral mechanical locking elements, said coupling parts as well as said mechanical locking elements being integral and made in one piece with said core material,

said coupling parts together with said locking elements arranged so as to enable a locking in a direction perpendicular to the plane of the floor covering as well as in a direction perpendicular to the coupled side edges and parallel to a plane including the panels that are coupled,

wherein said coupling parts and the mechanical locking elements of at least said second pair of opposite side edges are configured such that two identical ones of said floor panel are coupled by shifting them laterally towards each other in a substantial planar fashion, and

wherein the locking elements of said second pair of opposite side edges provide a snap-together coupling providing a snap-action during the coupling of two panels by shifting them laterally towards each other, said snap action being delivered substantially by said core material;

at least one of said pairs of edges comprising a lower lip defining at least in part a bottom side of a groove of said coupling parts and extending distally beyond a respective groove opening, and wherein said locking elements comprise a protrusion extending from the lower side of a tongue of said pairs of edges and a cooperating recess in said lower lip, said protrusion and recess fitting together when ones of said panel are coupled by said tongue and groove;

said panel including an upper outer edge and wherein the protrusion and recess include engageable complementary contact surfaces located on radii (R1–R2) centered within a circle which extends within a radius of 3 mm around the upper outer edge of the panel.

20

**26.** A method of assembling a floor covering comprising hard floor panels of rectangular shape, said panels each including complementary coupling parts at opposed side edges of the panels, said coupling parts arranged to cooperate with complementary coupling parts of another one of said panel, said coupling parts comprising substantially a tongue, a groove, and integrated locking elements collectively arranged to prevent the drifting apart of two coupled ones of said floor panel in a direction parallel to the edges along which the panels are coupled and parallel to a plane including the floor panels, said panels each including distally extending upper and lower lips on opposite sides of said groove, said lower lip including an elastically flexible portion and defining at least in part a lower side of the groove and extending distally beyond the upper lip, and wherein one of said locking elements comprises at least in part a portion of the elastically flexible portion of the lower lip that extends beyond the upper lip and which is inclined downwardly in a direction extending inwardly from the distal end area of said lip, said locking element cooperating with a surface of the lower side of the tongue which slopes downwardly in a direction extending outwardly from a proximal area of the tongue toward a distal area thereof, said method comprising the steps of:

laying a first one of said hard floor panel on a support surface;

placing a second one of said panel next to a side edge of the first one of said panel, such that a tongue of one of said panel side edges lies next to a groove of the other one of said panel side edges;

shifting the panels towards each other to move a tongue into a groove and to bend a flexible portion of a lower lip downwardly, said shifting causing the inclined and sloped surfaces of the tongue and groove respectively to engage each other in coupled relationship with the panels biased towards each other by the returning force of the downwardly bent lower lip;

wherein a third panel is coupled to a previously laid one or more of said first and second ones of said panel by placing the tongue of the third panel in a complementary groove of one or more of the previously laid panels, and wherein the second one of said panel, before being coupled with the first one of said panel, is coupled to an already previously laid one or more of said panel using the steps of:

directing a tongue of the third one of said panel towards a groove of an already laid panel or panels and inserting a tongue of the third one of said panel at least partially into the groove of an already laid panel or panels while the third one panel is angled upwardly relative to the already laid panel or panels;

angling down the third one of said panel so that the inclined locking elements are brought adjacent each other;

after such angling down the third one of said panel, laterally moving the third one of said panel towards the previously laid one or more panels with the panels in a common plane to completely engage the tongue, groove and locking elements of the third one of said panel with a complementary tongue, groove and locking element of the previously laid panel or panels.

**27.** A floor covering comprising

a laminated hard floor panel having a wood-based core material selected from the group consisting of High Density Fibreboard (HDF) and Medium Density Fibre-

US 6,490,836 B1

**21**

board (MDF), said panel comprising a first pair and a second pair of opposed side edges,

said panel further comprising generally complementary coupling parts located at both of the pairs of said side edges, said coupling parts comprising a tongue and a groove, said tongue and groove when coupled along adjacent side edges of two ones of said panel comprising integral mechanical locking elements, said coupling parts as well as said mechanical locking elements being integral and made in one piece with said core material,

said coupling parts together with said locking elements arranged so as to enable a locking in a direction perpendicular to the plane of the floor covering as well as in a direction perpendicular to the coupled side edges and parallel to a plane including the panels that are coupled,

wherein said coupling parts and the mechanical locking elements of at least said second pair of opposite side edges are configured such that two identical ones of said floor panel are coupled by shifting them laterally towards each other in a substantial planar fashion, and

wherein the locking elements of said second pair of opposite side edges provide a snap-together coupling providing a snap-action during the coupling of two panels by shifting them laterally towards each other,

**22**

said snap action being delivered substantially by said core material;

wherein said coupling parts and locking elements of the first pair of side edges are configured and dimensioned so as to enable two identical ones of said floor panel to be coupled at the side edges at least by turning one of said floor panels relative to the other.

**28**. The floor covering according to claim **27**, wherein said coupling parts and locking elements of the first pair of side edges are configured and dimensioned so as to enable identical ones of said floor panel to be laterally coupled at these side edges exclusively by turning one of said floor panels relative to the other.

**29**. The floor covering according to claim **27**, wherein said floor panels are elongated and the first pair of opposed side edges is formed by the longer side edges, whereas the second pair of opposed side edges is formed by the shorter side edges.

**30**. The floor covering according to claim **27**, wherein said coupling parts and said locking elements of both of the pairs of side edges are configured and dimensioned so as to enable identical ones of said floor panel to be laterally engaged, as well as disengaged, at their side edges by turning one of said floor panel relative to the other.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,490,836 B1                                      Page 1 of  7
DATED          : December 10, 2002
INVENTOR(S)    : Moriau et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:


The title page showing the illustrative figure should be deleted, and substituted therefore
the new title page with the illustrated figure attached.

Drawings,
The drawing sheets 1-4 & 9, consisting of figures 3, 5, 8, 11, 22 & 23, should be deleted
to be replaced with the drawing sheets 1-4 & 9, consisting of figures 3, 5, 8, 11, 22 &
23, as shown on the attached sheets.


Signed and Sealed this

Twenty-fourth Day of June, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

(12) **United States Patent**
Moriau et al.

(10) Patent No.: **US 6,490,836 B1**
(45) Date of Patent: **\*Dec. 10, 2002**

(54) **FLOOR PANEL WITH EDGE CONNECTORS**

(75) Inventors: **Stefan Simon Gustaaf Moriau**, Ghent (BE); **Mark Gaston Maurits Cappelle**, Staden (BE); **Bernard Paul Joseph Thiers**, Oostrozebeke (BE)

(73) Assignee: **Unilin Beheer B.V. Besloten Vennootschap**, Nieuwerkerk A/D Ijssel (NL)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/471,014**

(22) Filed: **Dec. 23, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 08/872,044, filed on Jun. 10, 1997, now Pat. No. 6,006,486.

(30) **Foreign Application Priority Data**

| Jun. 11, 1996 | (BE) | ................................. | 09600527 |
| Apr. 15, 1997 | (BE) | ................................. | 09700344 |

(51) Int. Cl.⁷ ............................................... E04B 2/08
(52) U.S. Cl. ................... 52/589.1; 52/592.1; 52/586.1; 52/590.2; 52/592.3
(58) Field of Search .............................. 52/578.1, 589.1, 52/592.1, 590.2, 592.7, 586.1, 570, 572, 591.1, 590.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 753,791 | A | 3/1904 | Fulghum |
| 1,124,228 | A | 1/1915 | Houston |
| 1,986,739 | A | 1/1935 | Mitte |
| 1,988,201 | A | 1/1935 | Hall |
| 2,276,071 | A | 3/1942 | Scull |
| 2,430,200 | A | 11/1947 | Wilson |
| 2,740,167 | A | 4/1956 | Rowley |
| 3,045,294 | A | 7/1962 | Livezey, Jr. |
| 3,267,630 | A | 8/1966 | Omholt |
| 3,310,919 | A | 3/1967 | Bue et al. |
| 3,387,422 | A | 6/1968 | Wanzer |
| 3,526,420 | A | 9/1970 | Brancaleone |
| 3,538,565 | A | 11/1970 | Gall |
| 3,694,983 | A | 10/1972 | Couquet |
| 3,731,445 | A | 5/1973 | Hoffmann et al. |
| 3,759,007 | A | 9/1973 | Thiele |
| 3,859,000 | A | 1/1975 | Webster |
| 4,164,832 | A | 8/1979 | Van Zandt |
| 4,169,688 | A | 10/1979 | Toshio |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| AU | A 13098/83 | 10/1983 |
| BE | 417526 | 9/1936 |

(List continued on next page.)

OTHER PUBLICATIONS

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Oct. 18, 2001.

(List continued on next page.)

*Primary Examiner*—Yvonne M. Horton
(74) *Attorney, Agent, or Firm*—Bacon & Thomas

(57) **ABSTRACT**

Floor covering, including hard floor panels (1) which, at least at the edges of two opposite sides (2–3, 26–27), are provided with coupling parts (4–5, 28–29), cooperating which each other, substantially in the form of a tongue (9–31) and a groove (10–32), wherein the coupling parts (4–5, 28–29) are provided with integrated mechanical locking elements (6) which prevent the drifting apart of two coupled floor panels in a direction (R) perpendicular to the related edges (2–3, 26–27) and parallel to the underside (7) of the coupled floor panels (1).

**30 Claims, 10 Drawing Sheets**



**U.S. Patent**        Dec. 10, 2002        Sheet 1 of 10        **6,490,836 B1**



Fig.1



Fig.8



*Fig. 2*

*Fig. 3*

*Fig. 4*

*Fig. 5*





Fig.9

Fig.10

Fig.11



*Fig.22*

*Fig.23*

# Exhibit G

US006874292B2

(12) **United States Patent**  (10) Patent No.: **US 6,874,292 B2**
Moriau et al.  (45) Date of Patent: **Apr. 5, 2005**

(54) **FLOOR PANELS WITH EDGE CONNECTORS**

(75) Inventors: **Stefan Simon Gustaaf Moriau**, Gent (BE); **Mark Gaston Maurits Cappelle**, Staden (BE); **Bernard Paul Joseph Thiers**, Oostrozebeke (BE)

(73) Assignee: **Unilin Beheer BV, Besloten Vennootschap**, Ijssel (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/266,667**

(22) Filed: **Oct. 9, 2002**

(65) **Prior Publication Data**

US 2003/0024201 A1 Feb. 6, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/471,014, filed on Dec. 23, 1999, now Pat. No. 6,490,836, which is a continuation of application No. 08/872,044, filed on Jun. 10, 1997, now Pat. No. 6,006,486.

(30) **Foreign Application Priority Data**

Jun. 11, 1996  (BE) ............................................. 9600527
Apr. 15, 1997  (BE) ............................................. 9700344

(51) Int. Cl.[7] ................................................. **E04B 2/08**
(52) U.S. Cl. .................... **52/590.2**; 52/586.1; 52/589.1; 52/592.1; 52/592.3
(58) Field of Search ............................. 52/586.1, 589.1, 52/592.1, 592.3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 753,791 A | 3/1904 | Fulghum |
| 1,124,228 A | 1/1915 | Houston |
| 1,986,739 A | 1/1935 | Mitte |
| 1,988,201 A | 1/1935 | Hall |
| 2,276,071 A | 3/1942 | Scull |
| 2,430,200 A | 11/1944 | Wilson |
| 2,740,167 A | 4/1956 | Rowley |
| 3,045,294 A | 7/1962 | Livezey, Jr. |
| 3,267,630 A | 8/1966 | Omholt |
| 3,310,919 A | 3/1967 | Bue et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | A 13098/83 | 10/1983 |
| BE | 417526 | 9/1936 |
| BE | 557844 | 5/1957 |
| CA | 991373 | 6/1976 |
| CH | 200949 | 11/1938 |

(Continued)

OTHER PUBLICATIONS

Abgustaff Kahr Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

Akzenta Brief (Arguments) in Support of Intervention in Opposition Against Unilin European Patent Application No. 00201515.4 (Including Partial Translation of Document E2 Cited Therein) (Oct. 10, 2001).

(Continued)

Primary Examiner—Carl D. Friedman
Assistant Examiner—Yvonne M. Horton
(74) Attorney, Agent, or Firm—Bacon & Thomas, PLLC

(57) **ABSTRACT**

Floor covering, including hard floor panels which, at least at the edges of two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels in a direction (R) perpendicular to the related edges and parallel to the underside of the coupled floor panels, and provide a snap-action coupling.

**6 Claims, 10 Drawing Sheets**



## US 6,874,292 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,387,422 A | | 6/1968 | Wanzer |
| 3,526,420 A | | 9/1970 | Brancaleone |
| 3,538,665 A | | 11/1970 | Gall |
| 3,694,983 A | | 10/1972 | Couquet |
| 3,731,445 A | | 5/1973 | Hoffmann et al. |
| 3,759,007 A | | 9/1973 | Thiele |
| 3,859,000 A | | 1/1975 | Webster |
| 4,164,832 A | | 8/1979 | Van Zandt |
| 4,169,688 A | | 10/1979 | Toshio |
| 4,426,820 A | * | 1/1984 | Terbrack et al. ............... 52/594 |
| 4,501,102 A | | 2/1985 | Knowles |
| 4,641,469 A | | 2/1987 | Wood |
| 4,738,071 A | | 4/1988 | Ezard |
| 4,769,963 A | | 9/1988 | Meyerson |
| 4,819,932 A | | 4/1989 | Trotter |
| 5,029,425 A | | 7/1991 | Bogataj |
| 5,179,812 A | | 1/1993 | Hill |
| 5,216,861 A | | 6/1993 | Meyerson |
| 5,295,341 A | | 3/1994 | Kajiwara |
| 5,349,796 A | | 9/1994 | Meyerson |
| 5,502,939 A | | 4/1996 | Zadok et al. |
| 5,630,304 A | | 5/1997 | Austin |
| 5,706,621 A | * | 1/1998 | Pervan ...................... 52/403.1 |
| 5,768,850 A | | 6/1998 | Chen |
| 5,797,175 A | | 8/1998 | Schneider |
| 5,797,237 A | | 8/1998 | Finkell, Jr. |
| 5,860,267 A | | 1/1999 | Pervan |
| 6,023,907 A | | 2/2000 | Pervan |
| 6,029,416 A | * | 2/2000 | Andersson ................. 52/592.1 |
| 6,182,410 B1 | * | 2/2001 | Pervan ...................... 52/403.1 |
| 6,588,166 B2 | * | 7/2003 | Martensson et al. ...... 52/578 |
| 2002/0020127 A1 | * | 2/2002 | Theirs et al. ............. 52/403.1 |
| 2003/0033777 A1 | * | 2/2003 | Theirs et al. ................. 52/390 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CH | 211877 | 10/1940 | |
| CH | 562 377 | 4/1975 | |
| DE | 1212275 | 3/1966 | |
| DE | 1 534 802 | 4/1970 | |
| DE | 7102476 | 1/1971 | |
| DE | 1534278 | 11/1971 | |
| DE | 2238600 | 2/1974 | |
| DE | 7402354 | 5/1974 | |
| DE | 2502992 | 7/1976 | |
| DE | 2616077 | 10/1977 | |
| DE | 2917025 | 11/1980 | |
| DE | 3041781 | 6/1982 | |
| DE | 3246376 | 6/1984 | |
| DE | 3343601 | 6/1985 | |
| DE | 8604004 | 6/1986 | |
| DE | 3512204 | 10/1986 | |
| DE | 3544845 | 6/1987 | |
| DE | 4215273 | 11/1993 | |
| DE | 4242530 | 6/1994 | |
| EP | 0248127 | 12/1987 | |
| EP | 0 667 936 B2 | 7/2000 | |
| FR | 424057 | 2/1935 | |
| FR | 1293043 | 11/1962 | |
| FR | 2568295 | 1/1986 | |
| FR | 2630149 | 10/1989 | |
| FR | 2675174 | 10/1992 | |
| FR | 2691491 | 11/1993 | |
| FR | 2697275 | 4/1994 | |
| GB | 1127915 | 9/1968 | |
| GB | 1237744 | 6/1971 | |
| GB | 1275511 | 5/1972 | |
| GB | 1430423 | 3/1976 | |
| GB | 2117813 | 10/1983 | |
| GB | 2243381 | 10/1991 | |
| GB | 2256023 | 11/1992 | |
| JP | 54-65528 | 5/1979 | |
| JP | 57-119056 | 7/1982 | |
| JP | 3-169967 | 7/1991 | |
| JP | 5-148984 | 6/1993 | |
| JP | 6-146553 | 5/1994 | |
| JP | 6-200611 | 7/1994 | |
| JP | 6-56310 | 8/1994 | |
| JP | 6-320510 | 11/1994 | |
| JP | 7-076923 | 3/1995 | |
| JP | 07180333 | 7/1995 | |
| JP | 7-300979 | 11/1995 | |
| JP | 7-310426 | 11/1995 | |
| JP | 8-109734 | 4/1996 | |
| JP | 8-270193 | 11/1996 | |
| NL | 76 01773 | 8/1976 | |
| SE | 372051 | 12/1974 | |
| SE | 450141 | 5/1987 | |
| SE | 501014 | 10/1994 | |
| SE | 502994 | 3/1996 | |
| WO | WO 84/02155 | 6/1984 | |
| WO | WO 93/13280 | 7/1993 | |
| WO | WO 94/01628 | 1/1994 | |
| WO | WO 94/01688 | 1/1994 | |
| WO | WO 94/26999 | 11/1994 | |
| WO | WO 96/23942 | 8/1996 | |
| WO | WO 96/27719 | 9/1996 | |
| WO | WO 96/27721 | 9/1996 | |

### OTHER PUBLICATIONS

EFP Floor Products Opposition Against Unilin European Patent No. EP 0 843 763 (Oct. 27, 2000).

Hornitex–Werke Opposition to Unilin European Patent No. EP 0 843 763 (Jul. 4, 2001).

Kronospan Action to Nullify Unilin German Utility Model Patent No. 297 24 428 U1, including Cited Documents E2 (with Partial Translation) E3; E5 and E6 (with Translation) (Aug. 9, 2001).

Kronospan Opposition Against Unilin European Patent No. EP 0 843 763 (Jul. 14, 2001).

Kronotex Arguments in Appeal from Decision of Germany Patent Court Upholding Validity of Unilin German Utility Model Patent No. DE–UM 29 710 175 (Jul. 17, 2000).

Kronotex Arguments filed before Federal Patent Court in Appeal from Adverse Decision of German Patent Office Upholding Validity on Unilin German Utility Model Patent No. DE–UM 297 10 175 (Jul. 24, 2001).

Kronotex Opposition Against Unilin Australian Patent Application No. 713,628 AU–B (32569/97) (Sep. 1, 2000).

Kronotex Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

Observations by Third Party (Kandl) Regarding Patentability of Unilin European Patent Application No. 00201515.4 (including Partial Translation of Document E2 Cited Therein) (Oct. 10, 2001).

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Oct. 18, 2001.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Dec. 18, 2001.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 14, 2002.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 24, 2002.

US 6,874,292 B2

Page 3

"Selbst Teppichböden, PVC und Parkett verlegen", 1985 Compact Verlag München.

Valinge Aluminum Observations Regarding Unilin European Patent No. EP 0 83 763 (Nov. 19, 1998).

Valinge Aluminum Opposition Against Unilin Australia Patent Application No. 713 628 (AU–B 325 60/97) (Jun. 6, 2000).

Valinge Aluminum Opposition Against Unilin New Zealand Patent 3,29,581 (Jun. 2001).

Valinge Aluminum Opposition Against Unilin European Patent No. EP 0 843 763 with Copies of Cited Documents (Aug. 6, 2001).

*Webster's Dictionary*, definition of "scarf", p. 862, 1992, PAMCO Publ. Comp. Inc. (N.Y.)

Judgment of British Patents County Court in Patent Infringement Action PAT Nos. 02010 and 02014 involving British Patent No. EP (UK) 1 024 034 of Unilin Beheer, Sep. 25, 2003.

Transcript of Proceedings—Day 5, County Court of Patent Infringement Action PAT Nos. 02010 and 02014 involving British Patent No. EP (UK) 1 024 034 of Unilin Beheer, Jul. 18, 2003.

Expert Report of Dr. Hugh David Mansfield–Williams in British Patents County Court cases PAT 02010 and 02014, signed Jul. 7, 2003.

Expert Report of Mark Anthony Irle, signed Jul. 7, 2003, with Bundle 8A (Exhibits to report).

Notification from German PTO regarding utility model revocation proceedings against Unilin Beheer B.V. utility model No. 297 24 428 (Apr. 7, 2003). (with translation).

"Decision of Opposition Division of European Patent Office regarding EP 1 024 234 of Unilin Beheer N.V., mailed Jul. 18, 2004.".

* cited by examiner



*Fig.1*



*Fig.8*







*Fig.9*

*Fig.10*

*Fig.11*



*Fig. 12*

*Fig. 13*



*Fig.14*



*Fig.15*



*Fig.16*



*Fig.17*

*Fig.18*

*Fig.19*



*Fig.20*

*Fig.21*





*Fig.22*

*Fig.23*



*Fig.24*



*Fig.25*

US 6,874,292 B2

1

# FLOOR PANELS WITH EDGE CONNECTORS

## RELATED APPLICATION DATA

This application is a continuation of U.S. patent application Ser. No. 09/471,014, filed Dec. 23, 1999, now U.S. Pat. No. 6,490,836; which is a continuation of application Ser. No. 08/872,044 filed Jun. 10, 1997, now U.S. Pat. No. 6,006,486.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to a floor covering made of hard floor panels.

### 2. Related Technology

In the first instance, the invention is intended for so-called laminated floors, but generally it can also be applied for other kinds of floor covering, consisting of hard floor panels, such as veneer parquet, prefabricated parquet, or other floor panels which can be compared to laminated flooring.

It is known that such floor panels can be applied in various ways.

According to a first possibility, the floor panels are attached at the underlying floor, either by glueing or by nailing them on. This technique has a disadvantage that is rather complicated and that subsequent changes can only be made by breaking out the floor panels.

According to a second possibility, the floor panels are installed loosely onto the subflooring, whereby the floor panels mutually match into each other by means of a tongue and groove coupling, whereby mostly they are glued together in the tongue and groove, too. The floor obtained in this manner, also called a floating parquet flooring, has as an advantage that it is easy to install and that the complete floor surface can move which often is convenient in order to receive possible expansion and shrinkage phenomena.

A disadvantage with a floor covering of the abovementioned type, above all, if the floor panels are installed loosely onto the subflooring, consists in that during the expansion of the floor and its subsequent shrinkage, the floor panels themselves can drift apart, as a result of which undesired gaps can be formed, for example, if the glue connection breaks.

In order to remedy this disadvantage, techniques have already been through of whereby connection elements made of metal are provided between the single floor panels in order to keep them together. Such connection elements, however, are rather expensive to make and, furthermore, their provision or the installation thereof is a time-consuming occupation.

Examples of embodiments which apply such metal connection elements are described, among others, in the documents WO 94/26999 and WO 93/13280.

Furthermore, couplings are known which allow coupling parts to snap fit into each other, e.g., from the documents WO 94/1628, WO 96/27719 and WO 96/27721. The snapping-together effect obtained with these forms of embodiment, however, does not guarantee a 100-percent optimum counteraction against the development of gaps between the floor panels, more particularly, because in fact well-defined plays have to be provided in order to be sure that the snapping-together is possible.

From GB 424.057, a coupling for parquetry parts is known which, in consideration of the nature of the coupling, only is appropriate for massive wooden parquetry.

2

Furthermore, there are also couplings for panels known from the documents GB 2.117.813, GB 2,256.023 and DE 3.544.845. These couplings, however, are not appropriate for connecting floor panels.

## BRIEF SUMMARY OF THE INVENTION

The invention aims at an improved floor covering of the aforementioned type, the floor panels of which can be coupled to each other in an optimum manner and/or the floor panels of which can be manufactured in a smooth manner, and whereby preferably one or more of the aforementioned disadvantages are excluded.

The invention also aims at a floor covering which has the advantage that no mistakes during installing, such as gaps and such, can be created.

Furthermore, the invention also aims at a floor covering whereby the subsequent development of gaps is excluded or at least counteracted in an optimum manner, whereby also the possibility of the penetration of dirt and humidity is minimalized.

To this aim, the invention relates to a floor covering, consisting of hard floor panels which, at least at the edges of the two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels into a direction perpendicular to the related edges and parallel to the underside of the coupled floor panels. Hereby, these coupling parts are optimized in such a manner that they allow that any form of play is counteracted and preferably is excluded.

By integrated mechanical locking elements is understood that these form a fixed part of the floor panels, either by being connected in a fixed manner to the floor panels, or by being formed in one piece therewith.

In a first important preferred form of embodiment, the coupling parts are provided with locking elements which, in the engaged position of two or more of such floor panels, exert a tension force upon each other which force the floor panels towards each other. As a result of this that not only the formation of gaps counteracted during installation, but also in a later stage the development of gaps, from any causes whatsoever, is counteracted.

According to another characteristic of the intention, the coupling parts, hereby are formed in one piece with the core of the floor panels.

According to a second important preferred embodiment, the aforementioned optimization is achieved in that the floor covering panel possesses the following combination of characteristics: the coupling parts and locking elements are formed in one piece with the core of the floor panels; the coupling parts have such a shape that two subsequent floor panels can be engaged into each other exclusively by snapping together and/or turning, whereby each subsequent floor panel can be inserted laterally into the previous; the coupling parts are interlocked free from play in all directions in a plane extending perpendicular to the aforementioned edges; the possible difference between the upper and lower lip of the lips which border the aforementioned grooves, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove, is smaller than one time the total of the thickness of the panel; the total thickness of each related floor panel is larger than or equal to 5 mm; and that the basic material of the floor panels, of which the aforementioned core and locking elements are

US 6,874,292 B2

3

formed, consists of a ground product which, by means of a binding agent or by means of melting together, is made into a unitary composite, and/or of a product on the basis of synthetic material and/or of a chip board with fine chips.

Due to the fact that the coupling parts provide for an interlocking free from play, as well as due to the fact that these coupling parts are manufactured in one piece, from the basic material of the floor panels, a perfect connection between adjacent floor panels can always be guaranteed, even with repeated expansion and shrinkage of the floor surface.

This combination of characteristics can be combined or not with the aforementioned characteristic that the locking elements exert a tension force upon each other when panels are joined together.

According to a third important preferred embodiment, the characteristics of which may or may not be combined with the characteristics of the embodiments described above, the floor covering is characterized in that the lower lip which limits or defines the lower side of the groove, extends beyond the upper lip in the plane of the panel; the locking elements are formed at least of a contact portion which inwardly slopes downward; and that this portion, at least partially, is located in the portion of the lower lip which extends beyond the upper lip. The advantages of these features will appear from the further description.

According to a preferred form of embodiment, the floor panels are configured as elongated panels and the coupling parts described above are applied along the longitudinal sides of these panels.

According to a particular form of embodiment, coupling parts are provided at the other two sides, too, either of another construction than described above or not.

In the most preferred form of embodiment, for the basic material use shall be made of the aforementioned product, which, as said, is ground and, by means of a binding agent, made into a unitary composite material. More particularly, for the core use shall be made of finely-ground wood which preferably is glued, more particularly, moisture resistant glued. Still more particularly, for the core use shall be made of so-called HDF board (High Density Fibreboard) or MDF board (Medium Density Fibreboard) which is highly compressed ground wood particles (fibers) and binder material. Hereinafter, the wood component of the core material shall be referred to as "wood product".

The fact that the invention is applied to floor panels the basic material of which consists of the material described above, offers the advantage that with the processing of this material, very smooth surfaces are obtained whereby very precise couplings can be realized, which, in first instance, is important in the case of a snap-together connection and/or turning connection free from play. Also, very special forms of coupling parts can be manufactured in a very simple manner because the aforementioned kinds of material can be processed particularly easy.

The surfaces obtained with HDF and MDF also have the advantage that the floor panels mutually can be shifted readily alongside each other in interlocked condition, even when engaged with a tensioning force.

The applicants also discovered that the aforementioned materials, in particular HDF and MDF, show ideal features in order to realize a connection, such as mentioned above, as these material show the right features in respect to elastic deformation in order to, on the one hand, realize a snap-together effect, and, on the other hand, receive expansion and shrinkage forces in an elastic manner, whereby it is

4

avoided that the floor panels come unlocked or are damaged in an irreparable manner.

In the case that for the core use is made of a material based on synthetic material, to this end solid synthetic material can be used as well as a mixture of synthetic materials, eventually composed of recycled materials.

The floor covering preferably is formed by joining the floor panels into each other free of glue. Hereby, the connections are of such nature that the floor panels can be disassembled without being damaged, such that, for example, when moving from one residence or location to another, they can be taken along in order to be placed down again. It is, however, clear that a glueing between tongue and groove is not excluded.

The invention, of course, also relates to floor panels which allow the realization of the aforementioned floor covering.

The invention also relates to a method for the manufacturing of the aforementioned floor panels with which the advantage that the tongues and/or grooves, including the corresponding locking means, can be provided at the floor panels at high production speeds without problems. More particularly, it aims at a method which allows that the rather complicated forms of the tongue and the groove of the aforementioned floor panels can be formed completely by means of milling cutters, the diameter of which can be chosen independent of the form to be realized, such that the use of small milling cutters, for example finger cutters, with diameters smaller than the depth of the tongue or groove can be excluded.

In accordance with this method the tongue and/or groove is formed by means of a milling process using at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in respect to the related floor panel. During each of the aforementioned milling cycles, preferably substantially the final form of one flank, either of the tongue or of the groove, is formed.

For the aforementioned two milling cycles, thus, milling cutters are used which extend outside the groove, respectively the tongue. More particularly the diameters of these milling cutters shall at least be 5 times and even better 20 times larger than the thickness of the floor panels.

The use of milling cutters having the aforementioned diameters has as an advantage that the normal production speeds can be maintained which are also applied during milling of a classical straight tongue and groove. There is also the advantage obtained that the installation of such milling cutters induce only minor or no additional costs because such milling cutters can be placed directly upon a motor shaft and/or the conventional machines can be used.

BRIEF DESCRIPTION OF THE DRAWINGS

With the intention of better showing the characteristics according to the invention, in the following, as an example without any limitative character, several preferred forms of embodiment are described, with reference to the accompanying drawings, wherein:

FIG. 1 represents a floor panel of a floor covering according to the invention;

FIG. 2, on a larger scale, represents a cross-section according to line II—II in FIG. 1;

FIGS. 3 and 4 represent how two floor panels with coupling parts according to FIG. 2 match into each other;

FIG. 5, on a larger scale, represents a cross-section according to line V—V in FIG. 1;

FIGS. 6 and 7 represent how two floor panels with coupling parts according to FIG. 5 match into each other;

US 6,874,292 B2

5

FIGS. 8 to 11 represent a number of variants of coupling parts of floor panels according to the invention;

FIG. 12 schematically represents how the floor parts can be provided with coupling parts;

FIG. 13 represents a cross-section according to line XIII—XIII in FIG. 12;

FIGS. 14 to 21, on a larger scale and in cross-section, represent the penetration of the milling cutters which are indicated in FIG. 12 with arrows F14 to F21;

FIG. 22 represents a floor panel according to the invention;

FIG. 23, on a larger scale, represents the coupling of two floor panels of FIG. 22;

FIGS. 24 and 25 represent two manners of coupling floor panels according to FIG. 22 to each other.

DETAILED DESCRIPTION

The invention relates to a floor covering which is composed of hard floor panels 1, for example, such as a laminated panel as shown in FIG. 1.

These floor panels 1 can be of various shape, for example, rectangular or square, or of any other shape.

In the most preferred form of embodiment, they shall be manufactured in an elongated form, such as shown in FIG. 1, for example, with a length of 1 to 2 meters. The thickness, however, can also vary, but is preferably 0.5 to 1.5 cm, and more particularly 0.8 cm.

Each floor panel 1 is, at least at the edges of two opposite sides 2–3, provided with coupling parts 4–5 which permit two adjacent identical floor panels 1 to be coupled to each other.

According to the invention, the coupling parts 4–5, as represented in the FIGS. 2 to 4, are provided with integrated mechanical locking parts or locking elements 6 which prevent the drifting or sliding apart of two coupled floor panels 1 in a direction D perpendicular to the respective sides 2–3 and parallel to the underside 7 of the coupled floor panels 1; the coupling parts 4–5 and the locking elements 6 are formed in one piece with the core 8 of the floor panels 1; the coupling parts 4–5 have such a shape that two subsequent floor panels 1 can be engaged into each other solely by snapping-together and/or turning after the coupling parts are partially engaged, whereby each subsequent floor panel 1 can be laterally inserted into the previous; and the coupling parts 4–5 preferably are interlocked free from play in all directions in a plane which is located perpendicular to the aforementioned edges.

In the case of floor panels 1 with an elongated shape, as represented in FIG. 1, the respective coupling parts 4–5 are located at the longitudinal sides 2–3.

The coupling parts 4–5 can be realized in various forms, although the basic forms thereof will always be formed by a tongue 9 and a groove 10.

In the form of embodiment of FIGS. 2 to 4, the related floor panel 1 is provided with coupling parts 4–5 and locking means or locking elements 6 which allow two floor panels 1 to be mutually engaged by means of a turning movement, without the occurrence of any snap-together effect.

In the represented example, the locking elements 6 consist of a first locking element 11, formed by a protrusion with a bent round shape at the lower side 12 of the tongue 9, and a second locking element 13 (shown in FIG. 2), formed by a recess with a bent hollow or downwardly concave shape in the lower wall 14 of the groove 10.

6

The locking elements 11–13 ensure that two floor panels 1 which are coupled to each other can not move laterally in the horizontal plane with respect to each other.

In order to enable two floor panels 1 to be inserted into each other by means of a turning movement, the curvatures preferably are circular. The bottom side 12 of locking means or locking elements 6 has a curvature with a radius R1, the center of which coincides with the respective upper edge 15 of the floor part 1, whereas the lower wall 14 of the locking part 5 has a curvature with a radius R2 which is equal to the radius R1, but its center coincides with the respective upper edge 16. Radii R1 and R2 may also be applied which are larger or smaller than the distance to the upper edge 15, 16 respectively, and/or which differ from each other in size.

The upper side 17 of the tongue 9 and the upper wall or side 18 of the groove 10 are preferably flat and preferably are located in the horizontal plane.

The inner side 20 of the groove 10 and the front side 19 of the tongue 9 of the two interlocked floor panels 1 preferably do not fit closely against each other, such that an intermediate space 21 is created between them into which possible dust remainders or such can be pushed away by means of the tongue 9.

The tongue 9 and the groove 10 preferably have shapes which are complementary to each other, such that the tongue 9 in the engaged condition of two identical floor panels 1 precisely sits against the upper wall 18 and the lower wall 14 of the groove 10, whereby a pressure P, exerted against the upper lip 22, is received or reacted not only by this lip 22, but by the complete structure, because this pressure can be transmitted through the tongue 9 and the lower lip 23 to cause the panels to be urged towards each other.

It is, however, clear that a number of minor deviations to these complementary forms can occur which, anyhow, have no or almost no effect upon the receipt and transmission of pressure forces. For example, a chamfer 24 on lip 22 and a recess 25 can be provided, as represented in FIGS. 2 to 4, as a result of which the subsequent floor panels 1 can easily be pushed and guided into each other, such that no possible ridges in the subflooring or such render good insertion difficult.

As represented in the FIGS. 5 to 7, the floor panels 1 according to the invention can also, along the sides 26–27 which are at a right angle to the sides 2–3, be provided with coupling parts 28–29 which have locking elements 30, too. The coupling parts 28–29 are preferably also realized in the shape of a tongue 31 and a groove 32. Hereby, the locking elements 30 do not have to be of the same nature as the locking elements 6.

Preferably, at the sides 26–27 locking elements are provided which allow for an engagement and interlocking by means of a lateral translation movement in direction T only, as represented in FIGS. 6 and 7. To this aim, the locking elements 30 consist of a snap-together connection with locking elements 33 and 34 which grip behind each other.

As represented in FIGS. 5 to 7, the locking element 33 preferably consists of a protrusion of the lower side 35 of the tongue 31 which can be located in a recess 36 in a lower lip 43 extending distally from the lower wall 37 of the groove 32. The locking element 34 is formed by the upward directed part or protrusion which defines the distally outer end of recess 36.

In this case, the locking elements 33–34 have contact surfaces 38–39 which are parallel to each other and preferably extend in an inclined manner, according to a direction which simplifies the snapping-together of the panels. The

7

common plane of tangency L which is determined by the common tangent at the meeting point or area of surfaces 38–39, hereby forms an angle A sloping inwardly and downwardly from an outer region to an inner region relative to the underside 7, which angle is smaller than 90°.

The locking elements 33–34 preferably are provided with inclined portions 40 and 41 which, when two floor panels 1 are engaged, cooperate with each other in such a manner that the locking elements 33–34 can be pushed over each other until they grip behind each other by means of a snap-together effect (FIGS. 6 and 7).

The thickness W1 of the tongue 31 preferably is equal to the width W2 of the groove 32, such that compression pressure P applied to the upper lip 42 is reacted by the tongue 31 which, in its turn, then is reacted by the lower lip 43.

Analogous to the chamfer 24 and recess 25, a recess 44 and a chamfer 45 are provided also at the edges 28–29.

It is noted that such a snap-together coupling can also be applied at the edges 2–3. Hereby, this can be a snap-together coupling analogous to these of FIGS. 5 to 7, but this can also be a snap-together coupling using other forms of coupling configurations, for example, such as represented in FIGS. 8 and 9. Contrary to the locking elements 33–34 which consist of rather local protrusions, in the forms of embodiment of FIGS. 8 and 9 use is made of locking elements 46–47 which, in comparison to the total width B of the coupling, extend over a rather large distance.

In this case, the locking elements 46–47 are also provided at the lower side 12 of the tongue 9 and the lower wall 14 of the groove 10.

According to FIG. 8, the locking elements 46–47 have contact surfaces 48–49 which are at an angle with the plane of the floor panel 1. In this manner, a coupling is obtained which is interlocked in a particularly fixed manner.

As represented in FIG. 9, the locking elements 46–47 possibly can be configured in such a manner that substantially only a linear contact is obtained, for example, because the contact surfaces directed towards each other are formed with different curvatures.

The surfaces, directed towards each other, of the locking elements 46–47 hereby consist of curved surfaces. The common plane of tangency L forms an angle A which is smaller than 90°, and more preferably is smaller than 70°.

In this manner, the locking element 46 preferably has two portions with a different curvature, on one hand, a portion 50 with a strong curvature and, on the other hand, a portion 51 with a weak curvature. The portion 50 with the strong curvature provides for the formation of a firm coupling. The portion 51 with the weak curvature facilitates the coupling parts 4–5 to be brought into each other easily. The intermediate space S forms a chamber which offers space for dust and the like which, when engaging two floor panes 1, inevitably infiltrates there.

In the case of a snap-together connection, for example, a connection such as represented in FIGS. 7 to 9, preferably the tongue 9–31 has a shape that thickens from below, which then can cooperate with a widened portion in the groove 10.

In FIG. 10, a variant is represented whereby at least at the level of the upper edges 15–16, a sealing material 52 is provided, as a result of which a watertight sealing can be assured. This sealing material 52 may consist of a strip or covering which is provided previously at the floor panel 1, either at one or both upperside edges 15–16.

In FIG. 11, a further variant is represented, whereby the locking element 6 is formed by an upward directed portion

8

53 at the tongue 9, which as a result of a turning movement of the panel, is brought behind a downward-directed portion 54 on the upper wall 18. More particularly, this is obtained by forming the upper side 17 and the upper wall 18 with a curvature R3, the center of which is situated at the upperside edges 15–16, and forming the lower side 12 and the lower wall 14 with a radius R4, the center of which is also situated at the upperside edges 15 and 16, respectively. These radii R3–R4 can be chosen otherwise, too.

In general, according to the invention, the difference between, on one hand, the radius R1, R3 respectively, and, on the other hand, the radius R2, R4 respectively, preferably should not be larger than 2 mm.

It is also preferred that the center of these radii be situated inside the circle C1, C2 (see FIG. 2) respectively, which extends with a radius R5 of 3 mm centered at upperside edge 15, 16 respectively.

Finally is noted that, according to the invention, the lower lip 23–43, as represented in FIGS. 2 to 7, can be formed distally longer than the upper lip 22–42. This has an advantage that the coupling parts 4–5–28–29 can be shaped in an easier manner by means of a milling cutter or the like. Furthermore, this simplifies the engagement of two floor panels 1, because each subsequent floor panel 1 during installation can be placed upon the protruding lower lip 23–43, as a result of which the tongue 9–31 and the groove 10–32 automatically are positioned in front of each other.

The embodiments wherein the lower lip 23 is equal to or distally shorter than the upper lip 22, in their turn, offer the advantage that no protruding lip 23 remains at the extreme edge of the floor which might cause problems in finishing the floor installation.

In order to allow for a smooth assembly, to guarantee the necessary stability and firmness and in order to limit the quantity of material to be cut away, the difference E between the distally outer edge of the upper lip 22–42 and the distally outer edge of the lower lip 23–43, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove 10, should preferably be kept smaller than one time the total thickness F of the floor panel 1. For stability's sake, normally this total thickness F shall never be less than 5 mm.

The small dimension of the difference E offers the advantage that the lower lip need not be strengthened by a reinforcement strip or the like.

According to a particular form of embodiment, the central line M1 through the tongue 9 and the groove 10 is situated lower than the center line M2 of the floor panel 1, such, that the upper lip 22–42 is thicker than the lower lip 23–43. In first instance, this is essential in this kind of connection, because then it is the lower lip 23–43 which bends, whereby the upper side of the floor panel 1 is kept free of possible deformations.

As explained in the introduction, for the core 8 a material is chosen from the following series:

    a. a ground product which, by means of a binding agent or by means of melting together is made into a unitary composite material;

    a product based on synthetic material;

    chip board with fine chips.

The invention shows its usefulness, in first instance, preferably with laminated flooring, due to the reasons explained in the introduction.

As represented in the examples of the FIGS. 2 to 11, such laminated flooring preferably consists of a core 8 made of MDF medium density fiberboard board, HDF high density

US 6,874,292 B2

9

fiberboard board or similar, whereby at least at the upper side of this core 8 one or more layers of material are provided.

More particularly, it is preferred that the laminated flooring is provided with a decorative layer 55 and a protective top layer 56. The decorative layer 55 is a layer, impregnated with resin, for example, made of paper, which can be imprinted with a variety of patterns, such as a wood pattern, a pattern in the form of stone, cork, or similar or even with a fancy pattern. The protective top layer 56 preferably also consists of a layer saturated with resin, for example, melamine resin, which in the final product is transparent.

It is clear that still other layers can be applied, such as an intermediate layer 57 upon which the decorative layer 55 is provided.

Preferably, also a backing layer 58 shall be applied at the underside 7, forming a counterbalancing element for the top layers and, thus, guaranteeing the stability of the form of the floor panel 1. This backing layer 58 may consist of a material, for example paper, impregnated with a resin, for example, a melamine resin.

As represented schematically in FIG. 12, the tongue 9 and the groove 10, and preferably also the tongue 31 and the groove 32 are formed by means of a milling process. In the case that a profile has to be applied on all four sides, the floor panels 1 preferably shall be displaced by means of two sequential perpendicular movements V1 and V2, whereby during the first movement profiles at two opposite edges are provided, in this case the longitudinal edges, by means of milling devices 59–60, whereas during the second movement profiles are provided at the other edges, in this case the small edges, by means of milling devices 61–62. During these processing, the floor panels 1 preferably are put with their decorative layer directed downward.

According to an important characteristic of the invention, each respective tongue 9–31 and groove 10–32 are formed by means of a milling process with at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in reference to the related floor panel 1.

This is illustrated in FIGS. 13, 14 and 15, wherein it is represented how a groove 10 is realized by means of two milling cycles by means of two milling cutters 63 and 64. FIGS. 16 and 17 represent how the tongue 9 is shaped by means of milling cutters 65 and 66.

The FIGS. 18–19 and 20–21 represent similar views showing how the groove 32 and the tongue 31 are shaped by means of milling cutters 67–68 and 69–70, positioned at an angle.

During each of the aforementioned milling passes, substantially the final shape of one flank is fully realized. For example, the milling cutter 63 of FIG. 14 determines the final shape of the lower flank 71 of the groove 10, whereas the milling cutter 64 determines the final shape of the upper flank 72.

As mentioned in the introduction, preferably milling cutters 63 to 72 shall be used, having diameters G which are at least 5 times, and even better at least 20 times larger than the thickness F of the floor panels 1.

Apart of the mentioned milling cutters, preferably still other milling cutters are applied, for example, in order to remove a part of the material to be removed during a first premachining cycle.

In the FIGS. 22 to 25, a particularly preferred form of embodiment of a floor panel 1 according to the invention is represented. Hereby, the parts which correspond with the previous embodiments are indicated with corresponding references.

10

An important characteristic herein consists in that the coupling parts 4–5 are provided with locking elements 6 which, in engaged condition with the panels in a common plane, exert a tension force upon each other, as a result of which the engaged floor panels 1 are forced towards each other in compression. As represented, this is realized preferably by providing the coupling parts with an elastically yieldable or bendable portion, in this case the lower lip 43, which, in engaged condition, is at least partially bent from a relaxed, unbent position and in this way creates a tension force which results in the engaged floor panels 1 being forced towards each other. The resultant bending V, as well as the tension force K, are indicated in the enlargement view of FIG. 23.

In order to obtain the tension force K pressing together the engaged floor panels 1, the bendable portion, in this case the lip 43, preferably is provided, as represented, with an inwardly and downwardly inclined contact surface 73 which preferably can cooperate with a corresponding contact surface 74 on tongue 9. These contact surfaces 73–74 are similar to the aforementioned contact surfaces 39–38 and also similar to the inclined portions of the lower lip of FIGS. 2 to 4.

In the FIGS. 2 and 5, the portions form complementary matching shapes; it is, however, clear that, by a modification, also a tension effect similar to that shown in FIG. 23 can be realized.

Due to, on one hand, the contact along the angle A, and, on the other hand, the fact that a tension force K is created, a compression force component K1 is produced, as a result of which the floor panels 1 are drawn against each other in compression.

Preferably, the angle A of the mutual plane of tangency of contact surfaces 73–74 relative to the horizontal plane is situated between 30 and 70 degrees. In the case that use is made of the embodiment whereby a tension force K is realized, an angle A of 30 to 70 degrees is ideal in order, on one hand, to effect an optimum pressing-together of the floor panels 1 and, on the other hand, to ensure that the floor panels 1 can easily be engaged and respectively disassembled.

Although the pressing or compression force component K1 preferably is delivered by the aforementioned lip 43, the invention does not exclude other forms of locking elements or structures whereby this force is delivered by other bendable portions.

It is noted that the bending V is relatively small, for example, several hundredths up to several tenths of a millimeter, and does not have an influence upon the placement of the floor covering. Furthermore it should be noted that such floor covering generally is placed upon an underlayer (not shown) which is elastically compressible, as a result of which the bending V of the lip 43 only produces local bending of the underlayer.

Due to the fact that the lip 43 is bent apart and that it remains somewhat bent apart in engaged position, the additional advantage is obtained that, when exerting a pressure upon the floor covering, for example, when placing an object thereupon, the pressing-together compressive force is enhanced and, thus, the development of gaps is counteracted even more.

It is noted that the inventors have found that, contrary to all expectations, an ideal tension force can be realized by manufacturing the coupling parts 4–5, including the locking elements 33–34, and preferably the complete core 8, of HDF board or MDF board, although these material normally only allow a minor elastic deformation.

US 6,874,292 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

HDF and MDF also offer the advantage that smooth surfaces are obtained, as a result of which the locking elements can be moved easily over each other.

According to a variant of the invention, the tension force can also be supplied by means of an elastic compression of the material of the coupling parts themselves, to which end these coupling parts, and preferably the complete core **8**, would be manufactured using an elastically compressible material.

A further particular characteristic of the embodiment of FIGS. **22** to **25** consists in that the floor panels **1** can be selectively engaged by means of a turning movement, as represented in FIG. **24**, as well as by means of laterally shifting them towards each other in substantially a common plane, as represented in FIG. **25**, preferably in such a manner that, during the engagement by means of the turning movement with the coupling parts partially engaged, a maximum bending Vm results in the coupling parts, more particularly in the lip **43**, which bending Vm is less pronounced, if not nonexistent, as in the FIGS. **2** to **4**, in comparison to the bending Vm which results when the floor panels **1** are engaged by means of shifting them towards each other, as in FIG. **15**.

The advantage of this consists in that the floor panels **1** can be engaged easily by means of a turning movement, without necessitating use of a tool therefore, whereas it still remains possible to engage the floor panels also by means of shifting them laterally. This latter is useful, in first instance, when the last panel has to be placed partially under a door frame or similar situation. In this case, the floor panel **1** can be pushed under the door frame with the side which does not have to be engaged and subsequently, possibly by means of tools, can be snapped into the adjacent floor panel by lateral sliding together.

It is noted that the shapes of the coupling parts **4**–**5** shown in FIGS. **22** to **25** can also be used for the coupling parts **28**–**29** of the short sides of the panels.

According to the invention, in the case that the four sides **2**–**3**–**26**–**27** are provided with coupling pars **4**–**5**–**28**–**29**, these coupling parts can be formed in such a manner that in one direction a firmer engagement than in the other direction is effected. In the case of elongated floor panels **1**, for example, such as represented in FIG. **1**, the locking at the small sides **26**–**27** preferably shall be more pronounced than at the longitudinal sides **2**–**3**. The length of the parts at the small sides, namely, is smaller and, in principle, less firm. This is compensated for by providing a more pronounced locking.

This difference in engagement can be obtained by shaping the contact surfaces **73**–**74** with different angles.

Preferably, the aforementioned protrusion, more particularly the locking element **33**, is bounded by at least two portions **75**–**76** (shown in FIG. **22**), respectively a portion **75** with a strong (steep) inclination which provides for the locking, and a portion **76** with a weaker (less inclined) inclination which renders the engagement or guidance of the coupling parts easier. In the embodiment of FIGS. **22** to **25**, these portions **75**–**76** are formed by straight planes, but, as already described with reference to FIG. **9**, use can also be made of curved portions **50**–**51**. In FIG. **5**, these are the contact surface **38** and the inclined portion **40**.

In the preferred form of the invention, the floor panels **1** comprise coupling parts **4**–**5** and/or **28**–**29** exhibiting one of the following or the combination of two or more of the following features:

a curvature **77** (shown in FIG. **22**) at the lower side of the tongue **9** and/or a curvature **78** at the lower lip **43** which form a guidance when turning two floor panels **1** into each other, with the advantage that the floor panels **1** can be engaged into each other easily during installation;

roundings **79**–**80** at the edges of the locking elements **33**–**34**, with the advantages that the locking elements can easily shift over each other during their engagement, or during disassembly of the floor panels **1** and that the locking elements will not be damaged, for example, crumble away at their edges, even if the floor panels are engaged and disassembled;

dust chambers **81**, or spaces **21** as in FIG. **4**, between all sides, directed laterally towards each other, of the engaged floor panels **1**, with the advantage that inclusions which get between the floor panels **1** during the engagement do not exert an adverse influence upon good engagement;

a shaping of the tongue **9** which is such, for example, by the presence of a chamfer **82**, that the upper side of the tongue **9** becomes situated from the first joining together or substantial contact of the panels, under the lower side of the upper lip **42** when the floor panels **1** are pushed towards each other in substantially the same plane, as indicated in FIG. **25**, with the advantage that the front extremity or end of the tongue **9** does not press against the front side of the upper lip **42** or the front edge of the bottom lip **43** when the floor panels are pushed towards each other in the same plane;

a ramp surface **83**, hereinbefore also called inclined portion **41**, formed at the distally outer end of the lower lip **43**, with the advantage that the locking elements **33**–**34** shift smoothly over each other and that the lower lip **43** is bent uniformly;

in the engagement direction only one important contact point which is formed by a section **84** at the location of the upper side edges of the floor panels **1**, with the advantage that the aforementioned tension force is optimally transferred to the upper side of the floor panels **1** and that the development of openings between the floor panels **1** is counteracted;

contact surfaces **85**–**86**, more particularly abutment surfaces, formed by the upper side of the tongue **9** and the upper side of the groove **10** which, over the largest portion of their length, are flat and run parallel to the plane which is defined by the floor panels **1**, as well as contact surfaces cooperating with each other, formed by curvatures **77**–**78**, with the advantage that no mutual displacement in height between two engaged floor panels **1** is possible, even if the insertion depth of the tongue **9** into the groove **10** should vary due to various causes; in other words, no height differences may occur between the adjacent floor panels.

In the embodiment of FIGS. **22** to **25**, all these characteristics are combined; it is, however, clear that, as becomes evident from FIGS. **2** to **11**, these features can also be provided separately or in a limited combination with one another.

As becomes evident from FIGS. **5** to **7** and **22** to **25**, an important characteristic of the preferred embodiment of the invention consists in that the cooperative locking element **6**, in other words, the portion providing for the snap-together and engagement effect, are situated in that portion of the lower lip **23**–**43** which extends beyond the distal edge of the upper lip **22**–**42**, more particularly, the lowermost point **87** of the locking part **33** is situated under the top layer of the floor panel **1**. For clarity's sake, this top layer is indicated in the FIGS. **22**–**25** only as a single layer.

US 6,874,292 B2

13

It should be noted that the combination of features, the lower lip **23**–**43** extending further than the upper lip **22**–**42**; the locking elements **6** being formed at least by means of a contact surface portion which inwardly slopes downward, and wherein this portion, at least partially, is located in the portion of the lower lip **23**–**43** which extends distally beyond the upper lip **22**–**42**, is particularly advantageous, among others, in comparison with the couplings for floor panels described in the documents WO 94/01628, WO 94/26999, WO 96/27719 and WO 96/27721. The sloping contact surface portion offers the advantage that the floor panels **1** can be disassembled again. The fact that this sloping portion is situated in the extended portion of the lower lip **23**–**43** adds the advantage that no deformations can occur during coupling which manifest themselves up to the top layer.

According to a preferred characteristic of the invention, the aforementioned portion, i.e. the contact surface **39** or **73**, preferably extends in such a manner that the distance between the upper edge **16** of the panel to the contact surface **39**, **73** diminishes between the proximal and distal ends of the sloping contact surface **39**, **73**, in other words, such that, as represented in FIG. **22**, the distance X2 is smaller than the distance X1. This is also the case in FIG. **7**.

Still preferably, this portion only starts at a clear distance E1 from the outer edge of upper lip **42**.

It is obvious that the coupling parts **22** to **25** can also be shaped by means of said milling process.

According to a particular characteristic of the invention, the floor panels **1** are treated at their sides **2**–**3** and/or **26**–**27** with a surface densifying agent, more particularly a surface hardening agent, which preferably is chosen from the following series of products: impregnation agents, pore-sealing agents, lacquers, resins, oils, paraffins and the like.

In FIG. **22**, such impregnation **88** is represented schematically. This treatment can be performed over the complete surface of the sides **2**–**3** and/or **26**–**27** or only over specific portions hereof, for example exclusively on the surfaces of the tongue **9** and the groove **10**.

The treatment with a surface densifying agent offers, in combination with the snap-together effect, the advantage that in various aspects better coupling characteristics are obtained. As a result of this, the coupling parts **4**–**5** and/or **28**–**29** better keep their shape and strength, even if the floor panels **1** are engaged and disassembled repeatedly. In particular, if the core **8** is made of HDF, MDF or similar materials, by means of this treatment a better quality of surface condition is obtained, such that no abrasion of material occurs during engaging, or during disassembling.

This treatment also offers the advantage that, at least in the case of a surface hardening, the aforementioned elastic tensioning effect is enhanced.

The present invention is in no way limited to the forms of embodiment described by way of example and represented in the figures, however, such floor covering and the pertaining floor panels **1** can be embodied in various forms and dimensions without departing from the scope of the invention.

For example, the various characteristics which are described by means of the represented embodiments or examples may be selectively combined with each other.

Furthermore, all embodiments of coupling elements described before can be applied at the longer side as well as at the shorter side of a panel.

14

What is claimed is:

1. A floor covering panel comprising a substantially planar under side and at least two opposed side edges;

said side edges including cooperative coupling parts configured to cooperate with identical cooperative complementary coupling parts of another one of said panel;

said coupling parts comprising substantially a tongue and a groove extending distally transversely along panel side edges including mechanical locking elements;

said tongue, groove and locking elements formed in one piece with the panel;

said tongue groove and locking elements cooperating to prevent drifting apart of the floor panel when coupled by said coupling parts to another one of said floor panel in directions perpendicular to the adjacent side edges of the coupled panels, and parallel to the undersides of the coupled panels;

a coupling part of said panel, when engaged with a cooperating coupling part of another one of said panel, urging the coupled panels towards each other;

at least one of said coupling parts including an elastically bendable portion having a relaxed unbent position, and which, when in a coupled condition, is at least slightly bent out of its normal relaxed unbent position to effect said urging of the coupled panels together.

2. The floor covering panel according to claim **1**, wherein the elastically bendable portion of said one of said coupling parts comprises a lower lip defining at least in part a lower side of the groove of said coupling parts, said lower lip cooperating with a mating portion of a tongue of a cooperating coupling part when the cooperating parts are coupled.

3. The floor covering panel according to claim **2**, wherein said lip when elastically bent extends in a downward direction relative to the panel underside when the panel is coupled by said coupling parts to another one of said panel.

4. The floor covering panel according to claim **3**, wherein the panel comprises a core comprising a material selected from the group consisting of HDF and MDF;

a lower lip of a coupling parts is substantially formed of said core; one of said locking elements comprises a recess in said lower lip, said recess having a lowermost bottom area;

said groove of said coupling parts having a deepest point within the panel; and

wherein said elastically bendable portion of the lower lip comprises a portion of said lower lip located between the deepest point of said groove and the lowermost bottom area of said recess.

5. The floor covering panel according to claim **4**, wherein a portion of the lower lip that is elastically bendable includes a side wall area of said recess that slopes downwardly in a direction extending from a distally outer area of said lip towards a proximally inner area of said lip.

6. The floor covering according to any one of claims **1** to **5**, wherein upon coupling the coupled panels are urged together without play.

\* \* \* \* \*

Exhibit H

US006928779B2

(12) **United States Patent**     (10) **Patent No.:**     **US 6,928,779 B2**
Moriau et al.                      (45) **Date of Patent:**     **Aug. 16, 2005**

(54) **FLOOR PANELS WITH EDGE CONNECTORS**

(75) Inventors: **Stefan Simon Gustaaf Moriau**, Ghent (BE); **Mark Gaston Maurits Cappelle**, Staden (BE); **Bernard Paul Joseph Thiers**, Oostrozebeke (BE)

(73) Assignee: **Unilin Beheer BV, Besloten Vennootschap**, Ijssel (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 108 days.

(21) Appl. No.: **10/265,657**

(22) Filed: **Oct. 8, 2002**

(65) **Prior Publication Data**

US 2003/0029115 A1 Feb. 13, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/471,014, filed on Dec. 23, 1999, now Pat. No. 6,490,836, which is a continuation of application No. 08/872,044, filed on Jun. 10, 1997, now Pat. No. 6,006,486.

(30) **Foreign Application Priority Data**

Jun. 11, 1996 (BE) ........................... 09600527
Apr. 15, 1997 (BE) ........................... 09700344

(51) Int. Cl.[7] ................................. E04F 15/22

(52) U.S. Cl. ................... **52/403.1**; 52/480; 52/506.05; 52/506.1; 52/582.1; 52/592.2; 52/551

(58) Field of Search ............................... 52/403.1, 480, 52/506.1, 506.05, 582.1, 592.2, 551

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 753,791 A | 3/1904 | Fulghum |
| 1,124,228 A | 1/1915 | Houston |
| 1,986,739 A | 1/1935 | Mitte |
| 1,988,201 A | 1/1935 | Hall |
| 2,276,071 A | 3/1942 | Scull |
| 2,430,200 A | 11/1947 | Wilson |
| 2,740,167 A | 4/1956 | Rowley |
| 3,045,294 A | 7/1962 | Livezey, Jr. |
| 3,267,630 A | 8/1966 | Omholt |
| 3,310,919 A | 3/1967 | Bue et al. |
| 3,387,422 A | 6/1968 | Wanzer |
| 3,526,420 A | 9/1970 | Brancaleone |
| 3,538,665 A | 11/1970 | Gall |
| 3,694,983 A | 10/1972 | Couquet |
| 3,731,445 A | 5/1973 | Hoffmann et al. |
| 3,759,007 A | 9/1973 | Thiele |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | A 13098/83 | 10/1983 |
| BE | 417526 | 9/1936 |

(Continued)

OTHER PUBLICATIONS

Akzenta Brief (Arguments) in Support of Intervention in Opposition Against Unilin European Patent Application No. 00201515.4 (Including Partial Translation of Document E2 Cited Therein) (Oct. 10, 2001).

(Continued)

*Primary Examiner*—Carl D. Friedman
*Assistant Examiner*—Yvonne M. Horton
(74) *Attorney, Agent, or Firm*—Bacon & Thomas, PLLC

(57) **ABSTRACT**

Floor covering, including hard floor panels which, at least at the edges of two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels in a direction (R) perpendicular to the related edges and parallel to the underside of the coupled floor panels, and provide a snap-action coupling.

**29 Claims, 10 Drawing Sheets**



## US 6,928,779 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,859,000 | A | 1/1975 | Webster |
| 4,164,832 | A | 8/1979 | Van Zandt |
| 4,169,688 | A | 10/1979 | Toshio |
| 4,426,820 | A | 1/1984 | Terbrack et al. |
| 4,501,102 | A | 2/1985 | Knowles |
| 4,641,469 | A | 2/1987 | Wood |
| 4,738,071 | A | 4/1988 | Ezard |
| 4,769,963 | A | 9/1988 | Meyerson |
| 4,819,932 | A | 4/1989 | Trotter |
| 5,029,425 | A | 7/1991 | Bogataj |
| 5,179,812 | A | 1/1993 | Hill |
| 5,216,861 | A | 6/1993 | Meyerson |
| 5,295,341 | A | 3/1994 | Kajiwara |
| 5,349,796 | A | 9/1994 | Meyerson |
| 5,502,939 | A | 4/1996 | Zadok et al. |
| 5,630,304 | A | 5/1997 | Austin |
| 5,706,621 | A | 1/1998 | Pervan |
| 5,768,850 | A | 6/1998 | Chen |
| 5,797,175 | A | 8/1998 | Schneider |
| 5,797,237 | A | 8/1998 | Finhell, Jr. |
| 5,860,267 | A | 1/1999 | Pervan |
| 6,023,907 | A | 2/2000 | Pervan |
| 6,182,410 | B1 | 2/2001 | Pervan |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| BE | 557844 | 5/1957 | |
| CA | 991373 | 6/1976 | |
| CH | 200949 | 11/1938 | |
| CH | 211877 | 10/1940 | |
| CH | 562 377 | 4/1975 | |
| DE | 1212275 | 3/1966 | |
| DE | 1 534 802 | 4/1970 | |
| DE | 7102476 | 1/1971 | |
| DE | 1534278 | 11/1971 | |
| DE | 2238600 | 2/1974 | |
| DE | 7402354 | 5/1974 | |
| DE | 2502992 | 7/1976 | |
| DE | 2616077 | 10/1977 | |
| DE | 2917025 | 11/1980 | |
| DE | 3041781 | 6/1982 | |
| DE | 3246376 | 6/1984 | |
| DE | 3343601 | 6/1985 | |
| DE | 8604004 | 6/1986 | |
| DE | 3512204 | 10/1986 | |
| DE | 3544845 | 6/1987 | |
| DE | 4215273 | 11/1993 | |
| DE | 4242530 | 6/1994 | |
| EP | 0248127 | 12/1987 | |
| EP | 0 667 936 | B2 | 7/2000 |
| FR | GB424057 | 2/1935 | |
| FR | 1293043 | 11/1962 | |
| FR | 2568295 | 1/1986 | |
| FR | 2630149 | 10/1989 | |
| FR | 2675174 | 10/1992 | |
| FR | 2691491 | 11/1993 | |
| FR | 2697275 | 4/1994 | |
| GB | 1127915 | 9/1968 | |
| GB | 1237744 | 6/1971 | |
| GB | 1275511 | 5/1972 | |
| GB | 1430423 | 3/1976 | |
| GB | 2117813 | 10/1983 | |
| GB | 2243381 | 10/1991 | |
| GB | 2256023 | 11/1992 | |
| JP | 54-65528 | 5/1979 | |
| JP | 57-119056 | 7/1982 | |
| JP | 3-169967 | 7/1991 | |
| JP | 5-148984 | 6/1993 | |
| JP | 6-146553 | 5/1994 | |
| JP | 6-200611 | 7/1994 | |
| JP | 6-56310 | 8/1994 | |
| JP | 6-320510 | 11/1994 | |
| JP | 7-076923 | 3/1995 | |
| JP | 07180333 | 7/1995 | |
| JP | 7-300979 | 11/1995 | |
| JP | 7-310426 | 11/1995 | |
| JP | 8-109734 | 4/1996 | |
| JP | 8-270193 | 11/1996 | |
| NL | 76 01773 | 8/1976 | |
| SE | 372051 | 12/1974 | |
| SE | 450141 | 5/1987 | |
| SE | 501014 | 10/1994 | |
| SE | 502994 | 3/1996 | |
| WO | WO 84/02155 | 6/1984 | |
| WO | WO 93/13280 | 7/1993 | |
| WO | WO 94/01628 | 1/1994 | |
| WO | WO 94/01688 | 1/1994 | |
| WO | WO 94/26999 | 11/1994 | |
| WO | WO 96/27719 | 9/1996 | |
| WO | WO 96/27721 | 9/1996 | |

### OTHER PUBLICATIONS

EFP Floor Products Opposition Against Unilin European Patent No. EP 0 843 763 (Oct. 27, 2000).

Hornitex–Werke Opposition to Unilin European Patent No. EP 0 843 763 (Jul. 4, 2001).

Kronospan Action to Nullify Unilin German Utility Model Patent No. 297 24 428 U1, including Cited Documents E2 (with Partial Translation); E3; E5 and E6 (with Translation) (Aug. 9, 2001).

Kronospan Opposition Against Unilin European Patent No. 0 843 763 (Jul. 14, 2001).

Kronotex Arguments in Appeal from Decision of Germany Patent Court Upholding of Unilin German Utility Model Patent No. DE–UM 29 710 175 (Jul 17, 2000).

Kronotex Arguments filed before Federal Patent Court in Appeal from Adverse Decision of German Patent Office Upholding Validity on Unilin German Utility Model Patent No. DE–UM 297 10 175 (Jul. 24, 2001).

Kronotex Opposition Against Unilin Australian Patent Application No. 713,628 AU–B (32569/97) (Sep. 1, 2000).

Kronotex Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

Observations by Third Party (Kandl) Regarding Patentability of Unilin European Patent Application No. 00201515.4 (including Partial Translation of Document E2 Cited Therein) (Oct. 10, 2001).

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Oct. 18, 2001.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Dec. 18, 2001.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 14, 2002.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 24, 2002.

"Selbst Teppichböden, PVC und Parkett verlegen", 1985 Compact Verlag München.

Valinge Aluminum Observations Regarding Unilin European Patent No. EP 0 83 763 (Nov. 19, 1998).

Valinge Aluminum Opposition Against Unilin Australia Patent Application No. 713 628 (AU–B 325 60/97) (Jun. 6, 2000).

**US 6,928,779 B2**

Page 3

Valinge Aluminum Opposition Against Unilin New Zealand Patent 3,29,581 (Jun. 2001).

Valinge Aluminum Opposition Against Unilin European Patent No. EP 0 843 763 with Copies of Cited Documents (Aug. 6, 2001).

*Webster's Dictionary*, definition of "scarf", p. 862, 1992, PAMCO Publ. Comp. Inc. (N.Y.).

"Decision of Opposition Division of European Patent Office regarding EP 1 024 234 of Unilin Beheer N.V., mailed Jul. 18, 2004."



*Fig.1*



*Fig.8*





Fig.5

Fig.7

Fig.6



*Fig.9*

*Fig.10*

*Fig.11*



*Fig. 12*

*Fig. 13*



*Fig. 14*



*Fig. 15*



*Fig. 16*



*Fig.17*

*Fig.18*

*Fig.19*



*Fig.20*

*Fig.21*





*Fig.22*

*Fig.23*



*Fig.24*



*Fig.25*

US 6,928,779 B2

1

# FLOOR PANELS WITH EDGE CONNECTORS

## RELATED APPLICATION DATA

This application is a continuation of pending application Ser. No. 09/471,014, filed Dec. 23, 1999, now U.S. Pat. No. 6,490,836; which is a continuation of application Ser. No. 08/872,044 filed Jun. 10, 1997, now U.S. Pat. No. 6,006,486.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to floor panels.

2. Related Technology

In the first instance, the invention is intended for so-called laminated floors, but generally it can also be applied for other kinds of floor covering, consisting of hard floor panels, such as veneer parquet, prefabricated parquet, or other floor panels which can be compared to laminated flooring.

It is known that such floor panels can be applied in various ways.

According to a first possibility, the floor panels are attached at the underlying floor, either by glueing or by nailing them on. This technique has a disadvantage that is rather complicated and that subsequent changes can only be made by breaking out the floor panels.

According to a second possibility, the floor panels are installed loosely onto the subflooring, whereby the floor panels mutually match into each other by means of a tongue and groove coupling, whereby mostly they are glued together in the tongue and groove, too. The floor obtained in this manner, also called a floating parquet flooring, has as an advantage that it is easy to install and that the complete floor surface can move which often is convenient in order to receive possible expansion and shrinkage phenomena.

A disadvantage with a floor covering of the above-mentioned type, above all, if the floor panels are installed loosely onto the subflooring, consists in that during the expansion of the floor and its subsequent shrinkage, the floor panels themselves can drift apart, as a result of which undesired gaps can be formed, for example, if the glue connection breaks.

In order to remedy this disadvantage, techniques have already been through of whereby connection elements made of metal are provided between the single floor panels in order to keep them together. Such connection elements, however, are rather expensive to make and, furthermore, their provision or the installation thereof is a time-consuming occupation.

Examples of embodiments which apply such metal connection elements are described, among others, in the documents WO 94/26999 and WO 93/13280.

Furthermore, couplings are known which allow coupling parts to snap fit into each other, e.g., from the documents WO 94/1628, WO 96/27719 and WO 96/27721. The snapping-together effect obtained with these forms of embodiment, however, does not guarantee a 100-percent optimum counteraction against the development of gaps between the floor panels, more particularly, because in fact well-defined plays have to be provided in order to be sure that the snapping-together is possible.

From GB 424.057, a coupling for parquetry parts is known which, in consideration of the nature of the coupling, only is appropriate for massive wooden parquetry.

Furthermore, there are also couplings for panels known from the documents GB 2.117.813, GB 2,256.023 and DE

2

3.544.845. These couplings, however, are not appropriate for connecting floor panels.

## BRIEF SUMMARY OF THE INVENTION

The invention aims at an improved floor covering of the aforementioned type, the floor panels of which can be coupled to each other in an optimum manner and/or the floor panels of which can be manufactured in a smooth manner, and whereby preferably one or more of the aforementioned disadvantages are excluded.

The invention also aims at a floor covering which has the advantage that no mistakes during installing, such as gaps and such, can be created.

Furthermore, the invention also aims at a floor covering whereby the subsequent development of gaps is excluded or at least counteracted in an optimum manner, whereby also the possibility of the penetration of dirt and humidity is minimized.

To this aim, the invention relates to a floor covering, consisting of hard floor panels which, at least at the edges of the two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels into a direction perpendicular to the related edges and parallel to the underside of the coupled floor panels. Hereby, these coupling parts are optimized in such a manner that they allow that any form of play is counteracted and preferably is excluded.

By integrated mechanical locking elements is understood that these form a fixed part of the floor panels, either by being connected in a fixed manner to the floor panels, or by being formed in one piece therewith.

In a first important preferred form of embodiment, the coupling parts are provided with locking elements which, in the engaged position of two or more of such floor panels, exert a tension force upon each other which force the floor panels towards each other. As a result of this that not only the formation of gaps counteracted during installation, but also in a later stage the development of gaps, from any causes whatsoever, is counteracted.

According to another characteristic of the intention, the coupling parts, hereby are formed in one piece with the core of the floor panels.

According to a second important preferred embodiment, the aforementioned optimization is achieved in that the floor covering panel possesses the following combination of characteristics: the coupling parts and locking elements are formed in one piece with the core of the floor panels; the coupling parts have such a shape that two subsequent floor panels can be engaged into each other exclusively by snapping together and/or turning, whereby each subsequent floor panel can be inserted laterally into the previous; the coupling parts are interlocked free from play in all directions in a plane extending perpendicular to the aforementioned edges; the possible difference between the upper and lower lip of the lips which border the aforementioned grooves, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove, is smaller than one time the total of the thickness of the panel; the total thickness of each related floor panel is larger than or equal to 5 mm; and that the basic material of the floor panels, of which the aforementioned core and locking elements are formed, consists of a ground product which, by means of a binding agent or by means of melting together, is made into

US 6,928,779 B2

3                                                                                                    4

a unitary composite, and/or of a product on the basis of synthetic material and/or of a chip board with fine chips.

Due to the fact that the coupling parts provide for an interlocking free from play, as well as due to the fact that these coupling parts are manufactured in one piece, from the basic material of the floor panels, a perfect connection between adjacent floor panels can always be guaranteed, even with repeated expansion and shrinkage of the floor surface.

This combination of characteristics can be combined or not with the aforementioned characteristic that the locking elements exert a tension force upon each other when panels are joined together.

According to a third important preferred embodiment, the characteristics of which may or may not be combined with the characteristics of the embodiments described above, the floor covering is characterized in that the lower lip which limits or defines the lower side of the groove, extends beyond the upper lip in the plane of the panel; the locking elements are formed at least of a contact portion which inwardly slopes downward; and that this portion, at least partially, is located in the portion of the lower lip which extends beyond the upper lip. The advantages of these features will appear from the further description.

According to a preferred form of embodiment, the floor panels are configured as elongated panels and the coupling parts described above are applied along the longitudinal sides of these panels.

According to a particular form of embodiment, coupling parts are provided at the other two sides, too, either of another construction than described above or not.

In the most preferred form of embodiment, for the basic material use shall be made of the aforementioned product, which, as said, is ground and, by means of a binding agent, made into a unitary composite material. More particularly, for the core use shall be made of finely-ground wood which preferably is glued, more particularly, moisture resistant glued. Still more particularly, for the core use shall be made of so-called HDF board (High Density Fibreboard) or MDF board (Medium Density Fibreboard) which is highly compressed ground wood particles (fibers) and binder material. Hereinafter, the wood component of the core material shall be referred to as "wood product".

The fact that the invention is applied to floor panels the basic material of which consists of the material described above, offers the advantage that with the processing of this material, very smooth surfaces are obtained whereby very precise couplings can be realized, which, in first instance, is important in the case of a snap-together connection and/or turning connection free from play. Also, very special forms of coupling parts can be manufactured in a very simple manner because the aforementioned kinds of material can be processed particularly easy.

The surfaces obtained with HDF and MDF also have the advantage that the floor panels mutually can be shifted readily alongside each other in interlocked condition, even when engaged with a tensioning force.

The applicants also discovered that the aforementioned materials, in particular HDF and MDF, show ideal features in order to realize a connection, such as mentioned above, as these material show the right features in respect to elastic deformation in order to, on the one hand, realize a snap-together effect, and, on the other hand, receive expansion and shrinkage forces in an elastic manner, whereby it is avoided that the floor panels come unlocked or are damaged in an irreparable manner.

In the case that for the core use is made of a material based on synthetic material, to this end solid synthetic material can be used as well as a mixture of synthetic materials, eventually composed of recycled materials.

The floor covering preferably is formed by joining the floor panels into each other free of glue. Hereby, the connections are of such nature that the floor panels can be disassembled without being damaged, such that, for example, when moving from one residence or location to another, they can be taken along in order to be placed down again. It is, however, clear that a glueing between tongue and groove is not excluded.

The invention, of course, also relates to floor panels which allow the realization of the aforementioned floor covering.

The invention also relates to a method for the manufacturing of the aforementioned floor panels with which the advantage that the tongues and/or grooves, including the corresponding locking means, can be provided at the floor panels at high production speeds without problems. More particularly, it aims at a method which allows that the rather complicated forms of the tongue and the groove of the aforementioned floor panels can be formed completely by means of milling cutters, the diameter of which can be chosen independent of the form to be realized, such that the use of small milling cutters, for example finger cutters, with diameters smaller than the depth of the tongue or groove can be excluded.

In accordance with this method the tongue and/or groove is formed by means of a milling process using at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in respect to the related floor panel. During each of the aforementioned milling cycles, preferably substantially the final form of one flank, either of the tongue or of the groove, is formed.

For the aforementioned two milling cycles, thus, milling cutters are used which extend outside the groove, respectively the tongue. More particularly the diameters of these milling cutters shall at least be 5 times and even better 20 times larger than the thickness of the floor panels.

The use of milling cutters having the aforementioned diameters has as an advantage that the normal production speeds can be maintained which are also applied during milling of a classical straight tongue and groove. There is also the advantage obtained that the installation of such milling cutters induce only minor or no additional costs because such milling cutters can be placed directly upon a motor shaft and/or the conventional machines can be used.

BRIEF DESCRIPTION OF THE DRAWINGS

With the intention of better showing the characteristics according to the invention, in the following, as an example without any limitative character, several preferred forms of embodiment are described, with reference to the accompanying drawings, wherein:

FIG. 1 represents a floor panel of a floor covering according to the invention;

FIG. 2, on a larger scale, represents a cross-section according to line II—II in FIG. 1;

FIGS. 3 and 4 represent how two floor panels with coupling parts according to FIG. 2 match into each other;

FIG. 5, on a larger scale, represents a cross-section according to line V—V in FIG. 1;

FIGS. 6 and 7 represent how two floor panels with coupling parts according to FIG. 5 match into each other;

FIGS. 8 to 11 represent a number of variants of coupling parts of floor panels according to the invention;

US 6,928,779 B2

5

FIG. **12** schematically represents how the floor parts can be provided with coupling parts;

FIG. **13** represents a cross-section according to line XIII—XIII in FIG. **12**;

FIGS. **14** to **21**, on a larger scale and in cross-section, represent the penetration of the milling cutters which are indicated in FIG. **12** with arrows F**14** to F**21**;

FIG. **22** represents a floor panel according to the invention;

FIG. **23**, on a larger scale, represents the coupling of two floor panels of FIG. **22**;

FIGS. **24** and **25** represent two manners of coupling floor panels according to FIG. **22** to each other.

DETAILED DESCRIPTION

The invention relates to a floor covering which is composed of hard floor panels **1**, for example, such as a laminated panel as shown in FIG. **1**.

These floor panels **1** can be of various shape, for example, rectangular or square, or of any other shape.

In the most preferred form of embodiment, they shall be manufactured in an elongated form, such as shown in FIG. **1**, for example, with a length of 1 to 2 meters. The thickness, however, can also vary, but is preferably 0.5 to 1.5 cm, and more particularly 0.8 cm.

Each floor panel **1** is, at least at the edges of two opposite sides **2–3**, provided with coupling parts **4–5** which permit two adjacent identical floor panels **1** to be coupled to each other.

According to the invention, the coupling parts **4–5**, as represented in the FIGS. **2** to **4**, are provided with integrated mechanical locking parts or locking elements **6** which prevent the drifting or sliding apart of two coupled floor panels **1** in a direction D perpendicular to the respective sides **2–3** and parallel to the underside **7** of the coupled floor panels **1**; the coupling parts **4–5** and the locking elements **6** are formed in one piece with the core **8** of the floor panels **1**; the coupling parts **4–5** have such a shape that two subsequent floor panels **1** can be engaged into each other solely by snapping-together and/or turning after the coupling parts are partially engaged, whereby each subsequent floor panel **1** can be laterally inserted into the previous; and the coupling parts **4–5** preferably are interlocked free from play in all directions in a plane which is located perpendicular to the aforementioned edges.

In the case of floor panels **1** with an elongated shape, as represented in FIG. **1**, the respective coupling parts **4–5** are located at the longitudinal sides **2–3**.

The coupling parts **4–5** can be realized in various forms, although the basic forms thereof will always be formed by a tongue **9** and a groove **10**.

In the form of embodiment of FIGS. **2** to **4**, the related floor panel **1** is provided with coupling parts **4–5** and locking means or locking elements **6** which allow two floor panels **1** to be mutually engaged by means of a turning movement, without the occurrence of any snap-together effect.

In the represented example, the locking elements **6** consist of a first locking element **11**, formed by a protrusion with a bent round shape at the lower side **12** of the tongue **9**, and a second locking element **13** (shown in FIG. **2**), formed by a recess with a bent hollow or downwardly concave shape in the lower wall **14** of the groove **10**.

The locking elements **11–13** ensure that two floor panels **1** which are coupled to each other can not move laterally in the horizontal plane with respect to each other.

6

In order to enable two floor panels **1** to be inserted into each other by means of a turning movement, the curvatures preferably are circular. The bottom side **12** of locking means or locking elements **6** has a curvature with a radius R1, the center of which coincides with the respective upper edge **15** of the floor panel **1**, whereas the lower wall **14** of the locking part **5** has a curvature with a radius R2 which is equal to the radius R1, but its center coincides with the respective upper edge **16**. Radii R1 and R2 may also be applied which are larger or smaller than the distance to the upper edge **15**, **16** respectively, and/or which differ from each other in size.

The upper side **17** of the tongue **9** and the upper wall or side **18** of the groove **10** are preferably flat and preferably are located in the horizontal plane.

The inner side **20** of the groove **10** and the front side **19** of the tongue **9** of the two interlocked floor panels **1** preferably do not fit closely against each other, such that an intermediate space or clearance **21** is created between them into which possible dust remainders or such can be pushed away by means of the tongue **9**.

The tongue **9** and the groove **10** preferably have shapes which are complementary to each other, such that the tongue **9** in the engaged condition of two identical floor panels **1** precisely sits against the upper wall **18** and the lower wall **14** of the groove **10**, whereby a pressure P, exerted against the upper lip **22**, is received or reacted not only by this lip **22**, but by the complete structure, because this pressure can be transmitted through the tongue **9** and the lower lip **23** to cause the panels to be urged towards each other.

It is, however, clear that a number of minor deviations to these complementary forms can occur which, anyhow, have no or almost no effect upon th receipt and transmission of pressure forces. For example, a chamfer **24** on lip **22** and a recess or clearance **25** can be provided, as represented in FIGS. **2** to **4**, as a result of which the subsequent floor panels **1** can easily be pushed and guided into each other, such that no possible ridges in the subflooring or such render good insertion difficult. The recess **25** defines a chamber **25′** (FIG. **4**) when the floor panels are coupled, the chamber **25** created between the tongue **9** and the upper edges **15**, **16**. The upper lip **22** of edge **3** engages the opposing panel edge **2** below upper edge **15** along a contact surface that is perpendicular to the plane of the coupled panels, as shown.

As represented in the FIGS. **5** to **7**, the floor panels **1** according to the invention can also, along the sides **26–27** which are at a right angle to the sides **2–3**, be provided with coupling parts **28–29** which have locking elements **30**, too. The coupling parts **28–29** are preferably also realized in the shape of a tongue **31** and a groove **32**. Hereby, the locking elements **30** do not have to be of the same nature as the locking elements **6**.

Preferably, at the sides **26–27** locking elements are provided which allow for an engagement and interlocking by means of a lateral translation movement in direction T only, as represented in FIGS. **6** and **7**. To this aim, the locking elements **30** consist of a snap-together connection with locking elements **33** and **34** which grip behind each other.

As represented in FIGS. **5** to **7**, the locking element **33** preferably consists of a protrusion of the lower side **35** of the tongue **31** which can be located in a recess **36** in a lower lip **43** extending distally from the lower wall **37** of the groove **32**. The locking element **34** is formed by the upward directed part or protrusion which defines the distally outer end of recess **36**.

In this case, the locking elements **33–34** have contact surfaces **38–39** which are parallel to each other and prefer-

US 6,928,779 B2

7

ably extend in an inclined manner, according to a direction which simplifies the snapping-together of the panels. The common plane of tangency L which is determined by the common tangent at the meeting point or area of surfaces **38–39**, hereby forms an angle A sloping inwardly and downwardly from an outer region to an inner region relative to the underside **7**, which angle is smaller than 90°.

The locking elements **33–34** preferably are provided with inclined portions **40** and **41** which, when two floor panels **1** are engaged, cooperate with each other in such a manner that the locking elements **33–34** can easily be pushed over each other until they grip behind each other by means of a snap-together effect (FIGS. **6** and **7**).

The thickness W1 of the tongue **31** preferably is equal to the width W2 of the groove **32**, such that compression pressure P applied to the upper lip **42** is reacted by the tongue **31** which, in its turn, then is reacted by the lower lip **43**.

Analogous to the chamfer **24** and recess **25**, a recess or clearance **44** and a chamfer **45** are provided also at the edges **28–29**.

It is noted that such a snap-together coupling can also be applied at the edges **2–3**. Hereby, this can be a snap-together coupling analogous to these of FIGS. **5** to **7**, but this can also be a snap-together coupling using other forms of coupling configurations, for example, such as represented in FIGS. **8** and **9**. Contrary to the locking elements **33–34** which consist of rather local protrusions, in the forms of embodiment of FIGS. **8** and **9** use is made of locking elements **46–47** which, in comparison to the total width B of the coupling, extend over a rather large distance.

In this case, the locking elements **46–47** are also provided at the lower side **12** of the tongue **9** and the lower wall **10** of the groove **10**.

According to FIG. **8**, the locking elements **46–47** have contact surfaces **48–49** which are at a vertical angle with the plane of the floor panel **1**. In this manner, a coupling is obtained which is interlocked in a particularly fixed manner.

As represented in FIG. **9**, the locking elements **46–47** possibly can be configured in such a manner that substantially only a linear contact is obtained, for example, because the contact surfaces directed towards each other are formed with different curvatures.

The contact surfaces **48'**, **49'**, directed towards each other, of the locking elements **46–47** in this embodiment consist of curved surfaces. The common plane of tangency L forms an angle A which is smaller than 90°, and more preferably is smaller than 70°.

In this manner, the locking element **46** preferably has two portions with a different curvature, on one hand, a portion **50** with a strong curvature and, on the other hand, a portion **51** with a weak curvature. The portion **50** with the strong curvature provides for the formation of a firm coupling. The portion **51** with the weak curvature facilitates the coupling parts **4–5** to be brought into each other easily. The intermediate space S forms a chamber which offers space for dust and the like which, when engaging two floor panes **1**, inevitably infiltrates there. The chamber at intermediate space S, the chamber **25'** defined by recess **44**, and clearance **21** are or may be essentially independent clearances or chambers when the tongue and groove elements are coupled, as illustrated. It will be noted that the tongue **9** in FIGS. **9** and **10** has a cross-sectional periphery that defines the outer shape of the tongue in transverse cross-section. As illustrated, the tongue **9** includes an upper surface **9a**, a lower surface **9b** and a distalmost surface **9c**, the outer form

8

or profile of the tongue along and connecting these surfaces constituting a tongue periphery that includes an upper tongue contact surface **9d** that engages an upper groove or lip contact surface **22a** when panels are coupled as seen in FIG. **9** and a lower contact surface **48'** engaging the lower groove or lip contact surface **49'** intersecting the common plane of tangency L in this example.

As seen in FIGS. **5**, **6** and **7**, an intermediate lower tongue contact surface **31a** engages intermediate lower groove, or lip contact surface **32a** when the tongue **31** and groove **32** are coupled together. The intermediate contact surfaces are located along the periphery of tongue **31** and the surface of groove **32** between lower contact surfaces **38**, **39** and upper contact surfaces **85**, **86** between the tongue and groove elements.

In the case of a snap-together connection, for example, a connection such as represented in FIGS. **7** to **9**, preferably the tongue **9–31** has a shape that thickens from below, which then can cooperate with a widened portion in the groove **10**.

In FIG. **10**, a variant is represented whereby at least at the level of the upper edges **15–16**, a sealing material **52** is provided, as a result of which a watertight sealing can be assured. This sealing material **52** may consist of a strip or covering which is provided previously at the floor panel **1**, either at one or both upperside edges **15–16**.

In FIG. **11**, a further variant is represented, whereby the locking element **6** is formed by an upward directed portion **53** at the tongue **9**, which as a result of a turning movement of the panel, is brought behind a downward-directed portion **54** on the upper wall **18**. More particularly, this is obtained by forming the upper side **17** and the upper wall **18** with a curvature R3, the center of which is situated at the upperside edges **15–16**, and forming the lower side **12** and the lower wall **14** with a radius R4, the center of which is also situated at the upperside edges **15** and **16**, respectively. These radii R3–R4 can be chosen otherwise, too.

In general, according to the invention, the difference between, on one hand, the radius R1, R3 respectively, and, on the other hand, the radius R2, R4 respectively, preferably should not be larger than 2 mm.

It is also preferred that the center of these radii be situated inside the circle C1, C2 (see FIG. **2**) respectively, which extends with a radius R5 of 3 mm centered at upperside edge **15**,**16** respectively.

Finally is noted that, according to the invention, the lower lip **23–43**, as represented in FIGS. **2** to **7**, can be formed distally longer than the upper lip **22–42**. This has an advantage that the coupling parts **4–5–28–29** can be shaped in an easier manner by means of a milling cutter or the like. Furthermore, this simplifies the engagement of two floor panels **1**, because each subsequent floor panel **1** during installation can be placed upon the protruding lower lip **23–43**, as a result of which the tongue **9–31** and the groove **10–32** automatically are positioned in front of each other.

The embodiments wherein the lower lip **23** of the groove element is equal to or distally shorter than the upper lip **22**, in their turn, offer the advantage that no protruding lip **23** remains at the extreme edge of the floor which might cause problems in finishing the floor installation.

In order to allow for a smooth assembly, to guarantee the necessary stability and firmness and in order to limit the quantity of material to be cut away, the difference E between the distally outer edge of the upper lip **22–42** and the distally outer edge of the lower lip **23–43**, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove **10**, should preferably be kept smaller than

US 6,928,779 B2

9

one time the total thickness F of the floor panel **1**. For stability's sake, normally this total thickness F shall never be less than 5 mm.

The small dimension of the difference E offers the advantage that the lower lip need not be strengthened by a reinforcement strip or the like.

According to a particular form of embodiment, the central line Ml through the tongue **9** and the groove **10** is situated lower than the center line M2 of the floor panel **1**, such, that the upper lip **22–42** is thicker than the lower lip **23–43**. In first instance, this is essential in this kind of connection, because then it is the lower lip **23–43** which bends, whereby the upper side of the floor panel **1** is kept free of possible deformations.

As explained in the introduction, for the core **8** a material is chosen from the following series:

a. a ground product which, by means of a binding agent or by means of melting together is made into a unitary composite material;

a product based on synthetic material;

chip board with fine chips.

The invention shows its usefulness, in first instance, preferably with laminated flooring, due to the reasons explained in the introduction.

As represented in the examples of the FIGS. **2** to **11**, such laminated flooring preferably consists of a core **8** made of MDF medium density fiberboard board, HDF high density fiberboard board or similar, whereby at least at the upper side of this core **8** one or more layers of material are provided.

More particularly, it is preferred that the laminated flooring is provided with a decorative layer **55** and a protective top layer **56**. The decorative layer **55** is a layer, impregnated with resin, for example, made of paper, which can be imprinted with a variety of patterns, such as a wood pattern, a pattern in the form of stone, cork, or similar or even with a fancy pattern. The protective top layer **56** preferably also consists of a layer saturated with resin, for example, melamine resin, which in the final product is transparent.

It is clear that still other layers can be applied, such as an intermediate layer **57** upon which the decorative layer **55** is provided.

Preferably, also a backing layer **58** shall be applied at the underside **7**, forming a counterbalancing element for the top layers and, thus, guaranteeing the stability of the form of the floor panel **1**. This backing layer **58** may consist of a material, for example paper, impregnated with a resin, for example, a melamine resin.

As represented schematically in FIG. **12**, the tongue **9** and the groove **10**, and preferably also the tongue **31** and the groove **32** are formed by means of a milling process. In the case that a profile has to be applied on all four sides, the floor panels **1** preferably shall be displaced by means of two sequential perpendicular movements V1 and V2, whereby during the first movement profiles at two opposite edges are provided, in this case the longitudinal edges, by means of milling devices **59–60**, whereas during the second movement profiles are provided at the other edges, in this case the small edges, by means of milling devices **61–62**. During these processing, the floor panels **1** preferably are put with their decorative layer directed downward.

According to an important characteristic of the invention, each respective tongue **9–31** and groove **10–32** are formed by means of a milling process with at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in reference to the related floor panel **1**.

10

This is illustrated in FIGS. **13**, **14** and **15**, wherein it is represented how a groove **10** is realized by means of two milling cycles by means of two milling cutters **63** and **64**. FIGS. **16** and **17** represent how the cross section periphery of tongue **9** is shaped by means of milling cutters **65** and **66**.

The FIGS. **18–19** and **20–21** represent similar views showing how the groove **32** and the cross-section periphery of tongue **31** are shaped by means of milling cutters **67–68** and **69–70**, positioned at angle.

During each of the aforementioned milling passes, substantially the final shape of one flank is fully realized. For example, the milling cutter **63** of FIG. **14** determines the final shape of the lower flank **71** of the groove **10**, whereas the milling cutter **64** determines the final shape of the upper flank **72**.

As mentioned in the introduction, preferably milling cutters **63** to **72** shall be used, having diameters G which are at least 5 times, and even better at least 20 times larger than the thickness F of the floor panels **1**.

Apart of the mentioned milling cutters, preferably still other milling cutters are applied, for example, in order to remove a part of the material to be removed during a first premachining cycle.

In the FIGS. **22** to **25**, a particularly preferred form of embodiment of a floor panel **1** according to the invention is represented. Hereby, the parts which correspond with the previous embodiments are indicated with corresponding references.

An important characteristic herein consists in that the coupling parts **4–5** are provided with locking elements **6** which, in engaged condition with the panels in a common plane, exert a tension force upon each other, as a result of which the engaged floor panels **1** are forced towards each other in compression. As represented, this is realized preferably by providing the coupling parts with an elastically yieldable or bendable portion, in this case the lower lip **43**, which, in engaged condition, is at least partially bent and in this way creates a tension force which results in the engaged floor panels **1** being forced towards each other. The resultant bending V, as well as the tension force K, are indicated in the enlargement view of FIG. **23**.

In order to obtain the tension force K pressing together the engaged floor panels **1**, the bendable portion, in this case the lip **43**, preferably is provided, as represented, with an inwardly and downwardly inclined lower lip contact surface **73** which preferably can cooperate with a corresponding lower tongue contact surface **74** on tongue **9**. These contact surfaces **73–74** are similar to the aforementioned contact surfaces **39–38** and also similar to the inclined portions of the lower lip of FIGS. **2** to **4**.

In the FIGS. **2** and **5**, the portions form complementary matching shapes; it is, however, clear that, by a modification, also a tension effect similar to that shown in FIG. **23** can be realized.

Due to, on one hand, the contact along the angle A, and, on the other hand, the fact that a tension force K is created, a compression force component K1 is produced, as a result of which the floor panels **1** are drawn against each other in compression.

Preferably, the angle A of the mutual plane of tangency of contact surfaces **73–74** relative to the horizontal plane is situated between 30 and 70 degrees. In the case that use is made of the embodiment whereby a tension force K is realized, an angle A of 30 to 70 degrees is ideal in order, on one hand, to effect an optimum pressing–together of the floor panels **1** and, on the other hand, to ensure that the floor panels **1** can easily be engaged and respectively disassembled.

US 6,928,779 B2

11

Although the pressing or compression force component K1 preferably is delivered by the aforementioned lip 43, the invention does not exclude other forms of locking elements or structures whereby this force is delivered by other bendable portions.

It is noted that the bending V is relatively small, for example, several hundredths up to several tenths of a millimeter, and does not have an influence upon the placement of the floor covering. Furthermore it should be noted that such floor covering generally is placed upon an underlayer (not shown) which is elastically compressible, as a result of which the bending V of the lip 43 only produces local bending of the underlayer.

Due to the fact that the lip 43 is bent apart and that it remains somewhat bent apart in engaged position, the additional advantage is obtained that, when exerting a pressure upon the floor covering, for example, when placing an object thereupon, the pressing–together compressive force is enhanced and, thus, the development of gaps is counteracted even more.

It is noted that the inventors have found that, contrary to all expectations, an ideal tension force can be realized by manufacturing the coupling parts 4–5, including the locking elements 33–34, and preferably the complete core 8, of HDF board or MDF board, although these material normally only allow a minor elastic deformation.

HDF and MDF also offer the advantage that smooth surfaces are obtained, as a result of which the locking elements can be moved easily over each other.

According to a variant of the invention, the tension force can also be supplied by means of an elastic compression of the material of the coupling parts themselves, to which end these coupling parts, and preferably the complete core 8, would be manufactured using an elastically compressible material.

A further particular characteristic of the embodiment of FIGS. 22 to 25 consists in that the floor panels 1 can be selectively engaged by means of a turning movement, as represented in FIG. 24, as well as by means of laterally shifting them towards each other in substantially a common plane, as represented in FIG. 25, preferably in such a manner that, during the engagement by means of the turning movement with the coupling parts partially engaged, a maximum bending Vm results in the coupling parts, more particularly in the lip 43, which bending Vm is less pronounced, if not nonexistent, as in the FIGS. 2 to 4, in comparison to the bending Vm which results when the floor panels 1 are engaged by means of shifting them towards each other, as in FIG. 15.

The advantage of this consists in that the floor panels 1 can be engaged easily by means of a turning movement, without necessitating use of a tool therefore, whereas it still remains possible to engage the floor panels also by means of shifting them laterally. This latter is useful, in first instance, when the last panel has to be placed partially under a door frame or similar situation. In this case, the floor panel 1 can be pushed under the door frame with the side which does not have to be engaged and subsequently, possibly by means of tools, can be snapped into the adjacent floor panel by lateral sliding together.

It is noted that the shapes of the coupling parts 4–5 shown in FIGS. 22 to 25 can also be used for the coupling parts 28–29 of the short sides of the panels.

According to the invention, in the case that the four sides 2–3–26–27 are provided with coupling parts 4–5–28–29, these coupling parts can be formed in such a manner that in one direction a firmer engagement than in the other direction

12

is effected. In the case of elongated floor panels 1, for example, such as represented in FIG. 1, the locking at the small sides 26–27 preferably shall be more pronounced than at the longitudinal sides 2–3. The length of the parts at the small sides, namely, is smaller and, in principle, less firm. This is compensated for by providing a more pronounced locking.

This difference in engagement can be obtained by shaping the contact surfaces 73–74 with different angles.

Preferably, the aforementioned protrusion, more particularly the locking element 33, is bounded by at least two portions 75–76 (shown in FIG. 22), respectively a portion 75 with a strong (steep) inclination which provides for the locking, and a portion 76 with a weaker (less inclined) inclination which renders the engagement or guidance of the coupling parts easier. In the embodiment of FIGS. 22 to 25, these portions 75–76 are formed by straight planes to define local sharp protrusions, but as already described with reference to FIG. 9, use can also be made of curved portions 50–51. In FIG. 5, these are the contact surface 38 and the inclined portion 40.

In the preferred form of the invention, the floor panels 1 comprise coupling parts 4–5 and/or 28–29 exhibiting one of the following or the combination of two or more of the following features:

a curvature 77 (shown in FIG. 22) at the lower side of the tongue 9 and/or a curvature 78 at the lower lip 43 which form a guidance when turning two floor panels 1 into each other, with the advantage that the floor panels 1 can be engaged into each other easily during installation;

roundings 79–80 at the edges of the locking elements 33–34, with the advantages that the locking elements can easily shift over each other during their engagement, or during disassembly of the floor panels 1 and that the locking elements will not be damaged, for example, crumble away at their edges, even if the floor panels are engaged and disassembled;

dust chambers or clearances 81, or spaces 21 as in FIG. , or chamber 25' in FIG. 4, or spaces S in FIG. 9, between all sides, directed laterally towards each other, of the engaged floor panels 1, with the advantage that inclusions which get between the floor panels 1 during the engagement do not exert an adverse influence upon good engagement;

a shaping of the tongue 9 which is such, for example, by the presence of a chamfer 82, that the upper side of the tongue 9 becomes situated from the first joining together or substantial contact of the panels, under the lower side of the upper lip 42 when the floor panels 1 are pushed towards each other in substantially the same plane, as indicated in FIG. 25, with the advantage that the front extremity or end of the tongue 9 does not press against the front side of the upper lip 42 or the front edge of the bottom lip 43 when the floor panels are pushed towards each other in the same plane;

a ramp surface 83, hereinbefore also called inclined portion 41, formed at the distally outer end of the lower lip 43, with the advantage that the locking elements 33–34 shift smoothly over each other and that the lower lip 43 is bent uniformly;

in the engagement direction only one important contact point which is formed by a section 84 at the location of the upperside edges of the floor panels 1, with the advantage that the aforementioned tension force is optimally transferred to the upper side of the floor

US 6,928,779 B2

13

panels 1 and that the development of openings between the floor panels 1 is counteracted;

contact surfaces 85–86, more particularly abutment surfaces, formed by the upper side of the tongue 9 and the upper side of the groove 10 which, over the largest portion of their length, are flat and run parallel to the plane which is defined by the floor panels 1, as well as contact surfaces cooperating with each other, formed by curvatures 77–78, with the advantage that no mutual displacement in height between two engaged floor panels 1 is possible, even if the insertion depth of the tongue 9 into the groove 10 should vary due to various causes; in other words, no height differences may occur between the adjacent floor panels.

In the embodiment of FIGS. 22 to 25, all these characteristics are combined; it is, however, clear that, as becomes evident from FIGS. 2 to 11, these features can also be provided separately or in a limited combination with one another.

As becomes evident from FIGS. 5 to 7 and 22 to 25, an important characteristic of the preferred embodiment of the invention consists in that the cooperative locking element 6, in otherwords, the portion providing for the snap-together and engagement effect, are situated in that portion of the lower lip 23–43 which extend beyond the distal edge of the upper lip 22–42, more particularly, the lowermost point or apex 87 of the locking part 33 is situated under the top layer of the floor panel 1. For clarity's sake, this top layer is indicated in the FIGS. 22–25 only as a single layer.

It should be noted that the combination of features, the lower lip 23–43 extending further than the upper lip 22–42; the locking elements 6 being formed at least by means of a contact surface portion which inwardly slopes downward, and wherein this portion, at least partially, is located in the portion of the lower lip 23–43 which extends distally beyond the upper lip 22–42, is particularly advantageous, among others, in comparison with the couplings for floor panels described in the documents WO 94/01628, WO 94/26999, WO 96/27719 and WO 96/27721. The sloping contact surface portion offers the advantage that the floor panels 1 can be disassembled again. The fact that this sloping portion is situated in the extended portion of the lower lip 23–43 adds the advantage that no deformations can occur during coupling which manifest themselves up to the top layer.

According to a preferred characteristic of the invention, the aforementioned portion, i.e. the contact surface 39 or 73, preferably extends in such a manner that the distance between the upper edge 16 of the panel to the contact surface 39, 73 diminishes between the proximal and distal ends of the sloping contact surface 39, 73, in other words, such that, as represented in FIG. 22, the distance X2 is smaller than the distance X1. This is also the case in FIG. 7.

Still preferably, this portion only starts at a clear distance El from the outer edge of upper lip 42.

It is obvious that the coupling parts 22 to 25 can also be shaped by means of said milling process.

According to a particular characteristic of the invention, the floor panels 1 are treated at their sides 2–3 and/or 26–27 with a surface densifying agent, more particularly a surface hardening agent, which preferably is chosen from the following series of products: impregnation agents, pore-sealing agents, lacquers, resins, oils, paraffins and the like.

In FIG. 22, such impregnation 88 is represented schematically. This treatment can be performed over the complete surface of the sides 2–3 and/or 26–27 or only over specific portions hereof, for example exclusively on the surfaces of the tongue 9 and the groove 10.

14

The treatment with a surface densifying agent offers, in combination with the snap-together effect, the advantage that in various aspects better coupling characteristics are obtained. As a result of this, the coupling parts 4–5 and/or 28–29 better keep their shape and strength, even if the floor panels 1 are engaged and disassembled repeatedly. In particular, if the core 8 is made of HDF, MDF or similar materials, by means of this treatment a better quality of surface condition is obtained, such that no abrasion of material occurs during engaging, or during disassembling.

This treatment also offers the advantage that, at least in the case of a surface hardening, the aforementioned elastic tensioning effect is enhanced.

The present invention is in no way limited to the forms of embodiment described by way of example and represented in the figures, however, such floor covering and the pertaining floor panels 1 can be embodied in various forms and dimensions without departing from the scope of the invention.

For example, the various characteristics which are described by means of the represented embodiments or examples may be selectively combined with each other.

Furthermore, all embodiments of coupling elements described before can be applied at the longer side as well as at the shorter side of a panel.

What is claimed is:

1. A floor covering panel comprising laminated hard floor panel having a wood-based core material comprising a ground wood product and a binding agent unified to form a cured composite;

said floor panel having a decorative layer above said core material;

said floor panel having an upper side, an under side and a perimeter defining first and second pairs of opposed substantially parallel sides;

said first and second pairs of sides both being provided with coupling parts substantially in the form of a tongue and a groove the coupling parts further including locking elements;

said groove of at least said first pair of sides including an upper lip and a lower lip, said lower lip extending distally beyond said upper lip;

said coupling parts cooperating to establish a locking between coupled parts in a direction perpendicular to the plane of the panel as well as in a direction perpendicular to the side edges and parallel to a plane including the panel when the coupling parts of a plurality of ones of said panel are coupled;

said tongue, groove and locking elements being monolithically formed in said composite core;

said coupling parts and locking elements of at least said first pair of sides enabling coupling of two of such panels so that the panels are coupled without play in the plane of the coupled panels;

the coupling parts of said first pair of sides being engageable and coupled by rotational motion relative to each other;

said tongue of said first pair of sides including an upper tongue contact surface and a lower tongue contact surface and an outer peripheral portion of the tongue defined along and between said tongue contact surfaces;

said groove of said first pair of sides including corresponding upper and lower groove contact surfaces which engage the upper and lower tongue contact surfaces of said tongue upon coupling of said coupling parts;

15

said lower tongue and groove contact surfaces comprising said coupling and locking elements enabling coupling of two of such panels so that the panels are coupled without play in a plane including the coupled panels;

said coupling parts of said first pair of sides upon coupling defining a plurality of separate clearances adjacent at least a portion of said outer peripheral portion of said tongue between said groove and said tongue;

said panel at said first pair of sides comprising at least one intermediate tongue contact surface on said tongue positioned along the outer peripheral portion of said tongue intermediate the upper and lower tongue contact surfaces;

said panel at said first pair of sides comprising at least one intermediate groove contact surface intermediate the upper and lower groove contact surfaces; and

said intermediate tongue and groove contact surfaces of two of said panels cooperating with each other upon coupling of two of said panels.

**2**. The floor panel according to claim **1**, wherein said intermediate contact surface on said groove is disposed proximally relative to a distalmost portion of said upper lip.

**3**. The floor covering according to claim **1**, wherein at least one clearance is defined by said engaged tongue and groove in an area between the respective intermediate tongue and groove contact surfaces and the lower tongue and groove contact surfaces of said engaged tongue and groove.

**4**. The floor covering panel according to claim **1**, wherein the coupling parts of said second pair of sides are engageable and coupled by rotational motion relative to each other about an axis extending parallel to said sides.

**5**. The floor panel according to claim **1**, wherein the cured composite core comprises MDF/HDF.

**6**. The floor covering according to claim **1**, wherein the locking elements include a locking protrusion defined on the tongue and a cooperating recess defined in the groove.

**7**. The floor covering panel according to claim **6**, wherein the locking protrusion is defined on an under side of said tongue.

**8**. The floor covering panel according to claim **6**, wherein the locking protrusion is in the form of a local sharp protrusion on the under side of said tongue.

**9**. The floor covering panel according to claim **6**, wherein the cooperating recess formed in the lower lip defines a portion of a clearance between the tongue and the groove that is established when the coupling parts are coupled.

**10**. The floor covering panel according to claim **7**, wherein the locking protrusion provided in the under side of the tongue extends substantially downward from the under side of the tongue and the recess defined in the groove is aligned with the locking protrusion when the coupling parts are coupled.

**11**. The floor covering panel according to claim **1**, wherein the lower lip has a cross-section configuration uniform along the length of the respective edge including the lower lip and has a non-uniform thickness between upper and under sides thereof.

**12**. The floor covering panel according to claim **11**, wherein the lower lip has a thickness adjacent a proximal inner portion of the groove that becomes non-uniformly thinner in the distal direction of the lip.

**13**. A floor covering panel comprising hard floor panel having a perimeter defining at least a first pair of opposed substantially parallel edges and substantially planar and parallel upper and lower sides;

16

said pair of edges being provided with complementary coupling parts substantially in the form of a tongue and groove extending distally along the length of said pair of edges and being provided in the panel material which is located between said planar upper and lower sides;

the coupling parts further including locking elements;

said coupling parts and locking elements cooperating upon coupling of said coupling parts such that coupled ones of said panel are locked in a direction perpendicular to the plane of the panel as well as in a direction perpendicular to the edges and parallel to a plane including the panel;

said groove having an upper lip and a lower lip, said lower lip extending distally beyond said upper lip:

said upper lip defining a first clearance below said upper side of said panel and defining an upper lip contact surface adjacent said clearance, said first clearance defining an upper chamber below said upper side and above said tongue upon coupling of cooperating coupling parts;

said lower lip having an inwardly and downwardly inclined lower lip contact surface formed therein;

said tongue having an upper tongue contact surface and a lower tongue contact surface located along the tongue periphery such that the upper and lower tongue contact surfaces respectively abut the upper and lower lip contact surfaces when adjacent panels are coupled; and

at least one second chamber being defined between the tongue and groove in the area along the tongue periphery between the respective upper tongue contact surface and the lower tongue contact surface when adjacent panels are coupled.

**14**. The floor covering panel according to claim **13**, wherein the tongue and groove may be coupled to each other by rotating one coupling part relative to another cooperating coupling part about an axis extending parallel to the respective coupled edges.

**15**. The floor covering panel according to claim **13**, wherein said first clearance is a closed chamber bounded on a lower side by abutting upper lip and upper tongue contact surfaces upon coupling of said coupled parts.

**16**. The floor covering panel according to claim **15**, said upper lip contact surface extending along the panel edge and parallel to the plane of the panel.

**17**. The floor covering panel according to claim **13**, wherein said floor panel is a laminate including an MDF/HDF core.

**18**. The floor covering panel according to claim **13**, wherein said tongue, groove and locking elements of at least said first pair of edges enable two of such panels to be coupled to each other without play in the plane of the coupled panels.

**19**. The floor covering panel according to claim **13**, wherein said second chamber is located in front of the distal end of the tongue tip.

**20**. The floor covering panel according to claim **13**, wherein said locking elements include a locking protrusion at the lower side of the tongue, said second chamber being located below said tongue and in front of said locking protrusion.

**21**. The floor covering panel according to claim **13**, wherein the panel is a laminate and includes a core, and said coupling parts as well as said locking elements are made in one piece with said solid core.

**22**. The floor covering panel according to claim **13**, wherein the locking elements include a locking protrusion at

US 6,928,779 B2

17

18

the lower side of the tongue, said protrusion having a convex rounded bottom profile.

**23**. The floor covering panel according to claim **13**, wherein the locking elements include a locking protrusion at the lower side of the tongue, said protrusion having a convex rounded profile and a recess in the lower lip, said recess having a concave rounded profile.

**24**. The floor covering panel according to claim **23**, wherein said rounded profiles are substantially circle-shaped.

**25**. The floor covering panel according to claim **23**, wherein said lower lip contact surface and said lower tongue contact surface comprise said locking elements.

**26**. The floor covering panel according to claim **23**, wherein said locking protrusion, seen in cross-section, extends over a substantial portion of the lower side of the tongue.

**27**. A floor covering panel for forming a floating floor:

said floor panel having a core material and a decorative layer material above said core material;

said floor having a thickness between 0.5 and 1.5 cm;

said floor panel having an upper side, an under side and a perimeter defining first and second pairs of opposed substantially parallel sides;

said first and second pairs of sides both being provided with coupling parts, the coupling parts further including locking elements;

said groove of at least said first pair of sides including an upper lip and a lower lip, said lower lip extending distally beyond the upper lip;

said coupling parts of at least said first pair of side cooperating to establish a locking between coupled parts in a direction perpendicular to the plane of the panel as well as in a direction perpendicular to the side edges and parallel to a plane including the panel when the coupling parts of a plurality of ones said panel are coupled;

said tongue, groove and locking elements or said first pair of sides being formed in one piece with the panel, the coupling parts of said first pair of sides being engageable and coupled by rotational motion relative to each other;

said locking elements of at least said first pair of sides including a locking protrusion defined on the tongue and a cooperating recess defined in the groove;

said locking protrusion being in the form of a local sharp protrusion on the under side of said tongue;

said protrusion in one direction laterally being delimited by a first surface, said first surface acting as a locking element preventing relative movement between coupled panels in a direction parallel to a plane including the coupled panels;

said protrusion, in the opposite direction being limited by a second surface; and

said tongue and groove defining a clearance which is located directly adjacent said second surface and below the tongue portion which is located distally beyond said protrusion.

**28**. The floor covering panel according to claim **27**, wherein the core material is MDF or HDF.

**29**. The floor covering panel according to claim **27**, wherein said coupling parts of said at least first pair of sides are configured so that when coupled they are free of play.

*   *   *   *   *

# Exhibit I

US006955020B2

(12) **United States Patent**　　(10) **Patent No.:**　　**US 6,955,020 B2**
　Moriau et al.　　　　　　　　　　(45) **Date of Patent:**　　**Oct. 18, 2005**

(54) **FLOOR PANELS WITH EDGE CONNECTORS**

(75) Inventors: **Stefan Simon Gustaaf Moriau**, Ghent (BE); **Mark Gaston Maurits Cappelle**, Staden (BE); **Bernard Paul Joseph Thiers**, Oostrozebeke (BE)

(73) Assignee: **Unilin Beheer BV, Besloten Vennootschap**, Ijssel (NL)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 112 days.

(21) Appl. No.: **10/266,700**

(22) Filed: **Oct. 9, 2002**

(65)　　　　　**Prior Publication Data**

US 2003/0029117 A1 Feb. 13, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/471,014, filed on Dec. 23, 1999, now Pat. No. 6,490,836, which is a continuation of application No. 08/872,044, filed on Jun. 10, 1997, now Pat. No. 6,006,486.

(30)　　　**Foreign Application Priority Data**

　Jun. 11, 1996　(BE) .............................. 9600527
　Apr. 15, 1997　(BE) .............................. 9700344

(51) **Int. Cl.**[7] .............................. **E04F 15/22**
(52) **U.S. Cl.** ...................... **52/592.2**; 52/403.1; 52/480; 52/582.1; 52/591.3
(58) **Field of Search** .............................. 52/403.1, 480; 52/582.1, 591.3

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

　　753,791 A　　3/1904　Fulghum
　1,124,228 A　　1/1915　Houston

(Continued)

FOREIGN PATENT DOCUMENTS

| AU | A 13098/83 | 10/1983 |
| BE | 417526 | 9/1936 |
| BE | 557844 | 5/1957 |

(Continued)

OTHER PUBLICATIONS

Abgustaff Kahr Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

Akzenta Brief (Arguments) in Support of Intervention in Opposition Against Unilin European Patent Application No. 00201515.4 (Including Partial Translation of Document E2 Cited Therein) (Oct. 10, 2001).

EFP Floor Products Opposition Against Unilin European Patent No. EP 0 843 763 (Oct. 27, 2000).

Hornitex–Werke Opposition to Unilin European Patent No. EP 0 843 763 (Jul. 4, 2001).

(Continued)

*Primary Examiner*—Jeanette Chapman
*Assistant Examiner*—Yvonne M. Horton
(74) *Attorney, Agent, or Firm*—Bacon & Thomas, PLLC

(57)　　　　　**ABSTRACT**

A floor covering panel made of a hard laminated assembly including a wood-base core includes coupling parts formed in one piece with the core, wherein the coupling parts provide locking elements for preventing the drifting apart of coupled panels in directions perpendicular to the mutual edges along which the panels are coupled and perpendicular to the mutual edges and parallel to a plane including coupled floor panels, and further wherein the mechanical locking elements include an upper surface portion of the tongue extending toward the panel upper side and cooperating with a portion of an upper wall of the groove in which the tongue is coupled in locking relationship, and wherein a portion of the upper surface of the tongue includes the surface sloping away from the panel upper side in a distal direction of the tongue at the distal upper end area of the tongue.

**8 Claims, 10 Drawing Sheets**



**US 6,955,020 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,986,739 | A | 1/1935 | Mitte |
| 1,988,201 | A | 1/1935 | Hall |
| 2,142,305 | A | 1/1939 | Davis |
| 2,276,071 | A | 3/1942 | Scull |
| 2,430,200 | A | 12/1947 | Wilson |
| 2,740,167 | A | 4/1956 | Rowley |
| 3,045,294 | A | 7/1962 | Livezey, Jr. |
| 3,267,630 | A | 8/1966 | Omholt |
| 3,310,919 | A | 3/1967 | Bue et al. |
| 3,387,422 | A | 6/1968 | Wanzer |
| 3,526,420 | A | 9/1970 | Brancaleone |
| 3,538,665 | A | 11/1970 | Gall |
| 3,694,983 | A | 10/1972 | Couquet |
| 3,731,445 | A | 5/1973 | Hoffmann et al. |
| 3,759,007 | A | 9/1973 | Thiele |
| 3,859,000 | A | 1/1975 | Webster |
| 4,164,832 | A | 8/1979 | Van Zandt |
| 4,169,688 | A | 10/1979 | Toshio |
| 4,426,820 | A  * | 1/1984 | Terbrack et al. .............. 52/594 |
| 4,501,102 | A | 2/1985 | Knowles |
| 4,641,469 | A | 2/1987 | Wood |
| 4,738,071 | A | 4/1988 | Ezard |
| 4,769,963 | A | 9/1988 | Meyerson |
| 4,819,932 | A | 4/1989 | Trotter |
| 5,029,425 | A | 7/1991 | Bogataj |
| 5,179,812 | A | 1/1993 | Hill |
| 5,216,861 | A | 6/1993 | Meyerson |
| 5,295,341 | A | 3/1994 | Kajiwara |
| 5,349,796 | A | 9/1994 | Meyerson |
| 5,502,939 | A | 4/1996 | Zadok et al. |
| 5,630,304 | A | 5/1997 | Austin |
| 5,706,621 | A  * | 1/1998 | Pervan ...................... 52/403.1 |
| 5,768,850 | A | 6/1998 | Chen |
| 5,797,175 | A | 8/1998 | Schneider |
| 5,797,237 | A | 8/1998 | Finhell, Jr. |
| 5,860,267 | A | 1/1999 | Pervan |
| 6,023,907 | A | 2/2000 | Pervan |
| 6,029,416 | A  * | 2/2000 | Andersson ................. 52/592.1 |
| 6,182,410 | B1  * | 2/2001 | Pervan .................... 52/403.1 |
| 6,588,166 | B2  * | 7/2003 | Martensson et al. ....... 52/578 |
| 2002/0020127 | A1  * | 2/2002 | Theirs et al. .............. 52/403.1 |
| 2003/0033777 | A1  * | 2/2003 | Theirs et al. ................. 52/390 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 991373 | 6/1976 |
| CH | 200949 | 11/1938 |
| CH | 211877 | 10/1940 |
| CH | 562 377 | 4/1975 |
| DE | 1212275 | 3/1966 |
| DE | 1 534 802 | 4/1970 |
| DE | 7102476 | 1/1971 |
| DE | 1534278 | 11/1971 |
| DE | 2238600 | 2/1974 |
| DE | 7402354 | 5/1974 |
| DE | 2502992 | 7/1976 |
| DE | 2616077 | 10/1977 |
| DE | 2917025 | 11/1980 |
| DE | 3041781 | 6/1982 |
| DE | 3246376 | 6/1984 |
| DE | 3343601 | 6/1985 |
| DE | 8604004 | 6/1986 |
| DE | 3512204 | 10/1986 |
| DE | 3544845 | 6/1987 |
| DE | 4215273 | 11/1993 |
| DE | 4242530 | 6/1994 |
| EP | 0248127 | 12/1987 |
| EP | 0 667 936 B2 | 7/2000 |
| FR | 424057 | 2/1935 |
| FR | 1293043 | 11/1962 |

| | | |
|---|---|---|
| FR | 2568295 | 1/1986 |
| FR | 2630149 | 10/1989 |
| FR | 2675174 | 10/1992 |
| FR | 2691491 | 11/1993 |
| FR | 2697275 | 4/1994 |
| GB | 1127915 | 9/1968 |
| GB | 1237744 | 6/1971 |
| GB | 1275511 | 5/1972 |
| GB | 1430423 | 3/1976 |
| GB | 2117813 | 10/1983 |
| GB | 2243381 | 10/1991 |
| GB | 2256023 | 11/1992 |
| JP | 54-65528 | 5/1979 |
| JP | 57-119056 | 7/1982 |
| JP | 3-169967 | 7/1991 |
| JP | 5-148984 | 6/1993 |
| JP | 6-146553 | 5/1994 |
| JP | 6-200611 | 7/1994 |
| JP | 6-56310 | 8/1994 |
| JP | 6-320510 | 11/1994 |
| JP | 7-076923 | 3/1995 |
| JP | 07180333 | 7/1995 |
| JP | 7-300979 | 11/1995 |
| JP | 7-310426 | 11/1995 |
| JP | 8-109734 | 4/1996 |
| JP | 8-270193 | 11/1996 |
| NL | 76 01773 | 8/1976 |
| SE | 372051 | 12/1974 |
| SE | 450141 | 5/1987 |
| SE | 501014 | 10/1994 |
| SE | 502994 | 3/1996 |
| WO | WO 84/02155 | 6/1984 |
| WO | WO 93/13280 | 7/1993 |
| WO | WO 94/01628 | 1/1994 |
| WO | WO 94/01688 | 1/1994 |
| WO | WO 94/26999 | 11/1994 |
| WO | WO 96/23942 | 8/1996 |
| WO | WO 96/27719 | 9/1996 |
| WO | WO 96/27721 | 9/1996 |

### OTHER PUBLICATIONS

Kronospan Action to Nullify Unilin German Utility Model Patent No. 297 24 428 U1, including Cited Documents E2 (with Partial Translation); E3; E5 and E6 (with Translation) (Aug. 9, 2001).

Kronospan Opposition Against Unilin European Patent No. EP 0 843 763 (Jul. 14, 2001).

Kronotex Arguments in Appeal from Decision of Germany Patent Court Upholding Validity of Unilin German Utility Model Patent No. DE–UM 29 710 175 (Jul. 17, 2000).

Kronotex Arguments filed before Federal Patent Court in Appeal from Adverse Decision of German Patent Office Upholding Validity on Unilin German Utility Model Patent No. DE–UM 297 10 175 (Jul. 24, 2001).

Kronotex Opposition Against Unilin Australian Patent Application No. 713,628 AU–B (32569/97) (Sep. 1, 2000).

Kronotex Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

Observations by Third Party (Kandl) Regarding Patentability of Unilin European Patent Application No. 00201515.4 (including Partial Translation of Document E2 Cited Therein) (Oct. 10, 2001).

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Oct. 18, 2001.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Dec. 18, 2001.

## US 6,955,020 B2
Page 3

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 14, 2002.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 24, 2002.

"Selbst Teppichböden, PVC and Parkett verlegen", 1985 Compact Verlag München.

Valinge Aluminum Observations Regarding Unilin European Patent No. EP 0 83 763 (Nov. 19, 1998).

Valinge Aluminum Opposition Against Unilin Australia Patent Application No. 713 628 (AU–B 325 60/97) (Jun. 6, 2000).

Valinge Aluminum Opposition Against Unilin New Zealand Patent 3,29,581 (Jun. 2001).

Valinge Aluminum Opposition Against Unilin European Patent No. EP 0 843 763 with Copies of Cited Documents (Aug. 6, 2001).

*Webster's Dictionary*, definition of "scarf", p. 862, 1992, PAMCO Publ. Comp. Inc. (N.Y.).

Judgment of British Patents County Court in Patent Infringement Action PAT Nos. 02010 and 02014 involving British Patent No. EP (UK) 1 024 034 of Unilin Beheer, Sep. 25, 2003.

Transcript of Proceedings—Day 5, County Court of Patent Infringement Action PAT Nos. 02010 and 02014 involving British Patent No. EP (UK) 1 024 034 of Unilin Beheer, Jul. 18, 2003.

Expert Report of Dr. Hugh David Mansfield–Williams in British Patents County Court cases PAT 02010 and 02014, signed Jul. 7, 2003.

Expert Report of Mark Anthony Irle, signed Jul. 7, 2003, with Bundle 8A (Exhibits to report).

Notification from German PTO regarding utility model revocaton proceedings against Unilin Beheer B.V. utility model No. 297 24 428 (Apr. 7, 2003). (with translation).

"Decision of Opposition Division of European Patent Office regarding EP 1 024 234 of Unilin Beheer N.V., mailed Jul. 18, 2004."

* cited by examiner



*Fig.1*



*Fig.8*





Fig.5

Fig.7

Fig.6



*Fig.9*

*Fig.10*

*Fig.11*



*Fig.12*

*Fig.13*



*Fig.14*



*Fig.15*



*Fig.16*



*Fig.17*

*Fig.18*

*Fig.19*



*Fig.20*



*Fig.21*



*Fig.22*

*Fig.23*



*Fig.24*



*Fig.25*

US 6,955,020 B2

**1**

# FLOOR PANELS WITH EDGE CONNECTORS

## RELATED APPLICATION DATA

This application is a continuation of application Ser. No. 09/471,014, filed Dec. 23, 1999 now U.S. Pat. No. 6,490, 836; which is a continuation of application Ser. No. 08/872, 044 filed Jun. 10, 1997, now U.S. Pat. No. 6,006,486.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to floor panels.

2. Related Technology

In the first instance, the invention is intended for so-called laminated floors, but generally it can also be applied for other kinds of floor covering, consisting of hard floor panels, such as veneer parquet, prefabricated parquet, or other floor panels which can be compared to laminated flooring.

It is known that such floor panels can be applied in various ways.

According to a first possibility, the floor panels are attached at the underlying floor, either by glueing or by nailing them on. This technique has a disadvantage that is rather complicated and that subsequent changes can only be made by breaking out the floor panels.

According to a second possibility, the floor panels are installed loosely onto the subflooring, whereby the floor panels mutually match into each other by means of a tongue and groove coupling, whereby mostly they are glued together in the tongue and groove, too. The floor obtained in this manner, also called a floating parquet flooring, has as an advantage that it is easy to install and that the complete floor surface can move which often is convenient in order to receive possible expansion and shrinkage phenomena.

A disadvantage with a floor covering of the above-mentioned type, above all, if the floor panels are installed loosely onto the subflooring, consists in that during the expansion of the floor and its subsequent shrinkage, the floor panels themselves can drift apart, as a result of which undesired gaps can be formed, for example, if the glue connection breaks.

In order to remedy this disadvantage, techniques have already been through of whereby connection elements made of metal are provided between the single floor panels in order to keep them together. Such connection elements, however, are rather expensive to make and, furthermore, their provision or the installation thereof is a time-consuming occupation.

Examples of embodiments which apply such metal connection elements are described, among others, in the documents WO 94/26999 and WO 93/13280.

Furthermore, couplings are known which allow coupling parts to snap fit into each other, e.g., from the documents WO 94/1628, WO 96/27719 and WO 96/27721. The snapping-together effect obtained with these forms of embodiment, however, does not guarantee a 100-percent optimum counteraction against the development of gaps between the floor panels, more particularly, because in fact well-defined plays have to be provided in order to be sure that the snapping-together is possible.

From GB 424,057, a coupling for parquetry parts is known which, in consideration of the nature of the coupling, only is appropriate for massive wooden parquetry.

Furthermore, there are also couplings for panels known from the documents GB 2.117.813, GB 2,256.023 and DE 3.544.845. These couplings, however, are not appropriate for connecting floor panels.

## BRIEF SUMMARY OF THE INVENTION

The invention aims at an improved floor covering of the aforementioned type, the floor panels of which can be coupled to each other in an optimum manner and/or the floor panels of which can be manufactured in a smooth manner, and whereby preferably one or more of the aforementioned disadvantages are excluded.

The invention also aims at a floor covering which has the advantage that no mistakes during installing, such as gaps and such, can be created.

Furthermore, the invention also aims at a floor covering whereby the subsequent development of gaps is excluded or at least counteracted in an optimum manner, whereby also the possibility of the penetration of dirt and humidity is minimized.

To this aim, the invention relates to a floor covering, consisting of hard floor panels which, at least at the edges of the two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels into a direction perpendicular to the related edges and parallel to the underside of the coupled floor panels. Hereby, these coupling parts are optimized in such a manner that they allow that any form of play is counteracted and preferably is excluded.

By integrated mechanical locking elements is understood that these form a fixed part of the floor panels, either by being connected in a fixed manner to the floor panels, or by being formed in one piece therewith.

In a first important preferred form of embodiment, the coupling parts are provided with locking elements which, in the engaged position of two or more of such floor panels, exert a tension force upon each other which force the floor panels towards each other. As a result of this that not only the formation of gaps counteracted during installation, but also in a later stage the development of gaps, from any causes whatsoever, is counteracted.

According to another characteristic of the intention, the coupling parts, hereby are formed in one piece with the core of the floor panels.

According to a second important preferred embodiment, the aforementioned optimization is achieved in that the floor covering panel possesses the following combination of characteristics: the coupling parts and locking elements are formed in one piece with the core of the floor panels; the coupling parts have such a shape that two subsequent floor panels can be engaged into each other exclusively by snapping together and/or turning, whereby each subsequent floor panel can be inserted laterally into the previous; the coupling parts are interlocked free from play in all directions in a plane extending perpendicular to the aforementioned edges; the possible difference between the upper and lower lip of the lips which border the aforementioned grooves, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove, is smaller than one time the total of the thickness of the panel; the total thickness of each related floor panel is larger than or equal to 5 mm; and that the basic material of the floor panels, of which the aforementioned core and locking elements are formed, consists of a ground product which, by means of a binding agent or by means of melting together, is made into

US 6,955,020 B2

3

4

a unitary composite, and/or of a product on the basis of synthetic material and/or of a chip board with fine chips.

Due to the fact that the coupling parts provide for an interlocking free from play, as well as due to the fact that these coupling parts are manufactured in one piece, from the basic material of the floor panels, a perfect connection between adjacent floor panels can always be guaranteed, even with repeated expansion and shrinkage of the floor surface.

This combination of characteristics can be combined or not with the aforementioned characteristic that the locking elements exert a tension force upon each other when panels are joined together.

According to a third important preferred embodiment, the characteristics of which may or may not be combined with the characteristics of the embodiments described above, the floor covering is characterized in that the lower lip which limits or defines the lower side of the groove, extends beyond the upper lip in the plane of the panel; the locking elements are formed at least of a contact portion which inwardly slopes downward; and that this portion, at least partially, is located in the portion of the lower lip which extends beyond the upper lip. The advantages of these features will appear from the further description.

According to a preferred form of embodiment, the floor panels are configured as elongated panels and the coupling parts described above are applied along the longitudinal sides of these panels.

According to a particular form of embodiment, coupling parts are provided at the other two sides, too, either of another construction than described above or not.

In the most preferred form of embodiment, for the basic material use shall be made of the aforementioned product, which, as said, is ground and, by means of a binding agent, made into a unitary composite material. More particularly, for the core use shall be made of finely-ground wood which preferably is glued, more particularly, moisture resistant glued. Still more particularly, for the core use shall be made of so-called HDF board (High Density Fibreboard) or MDF board (Medium Density Fibreboard) which is highly compressed ground wood particles (fibers) and binder material. Hereinafter, the wood component of the core material shall be referred to as "wood product".

The fact that the invention is applied to floor panels the basic material of which consists of the material described above, offers the advantage that with the processing of this material, very smooth surfaces are obtained whereby very precise couplings can be realized, which, in first instance, is important in the case of a snap-together connection and/or turning connection free from play. Also, very special forms of coupling parts can be manufactured in a very simple manner because the aforementioned kinds of material can be processed particularly easy.

The surfaces obtained with HDF and MDF also have the advantage that the floor panels mutually can be shifted readily alongside each other in interlocked condition, even when engaged with a tensioning force.

The applicants also discovered that the aforementioned materials, in particular HDF and MDF, show ideal features in order to realize a connection, such as mentioned above, as these material show the right features in respect to elastic deformation in order to, on the one hand, realize a snap-together effect, and, on the other hand, receive expansion and shrinkage forces in an elastic manner, whereby it is avoided that the floor panels come unlocked or are damaged in an irreparable manner.

In the case that for the core use is made of a material based on synthetic material, to this end solid synthetic material can be used as well as a mixture of synthetic materials, eventually composed of recycled materials.

The floor covering preferably is formed by joining the floor panels into each other free of glue. Hereby, the connections are of such nature that the floor panels can be disassembled without being damaged, such that, for example, when moving from one residence or location to another, they can be taken along in order to be placed down again. It is, however, clear that a glueing between tongue and groove is not excluded.

The invention, of course, also relates to floor panels which allow the realization of the aforementioned floor covering.

The invention also relates to a method for the manufacturing of the aforementioned floor panels with which the advantage that the tongues and/or grooves, including the corresponding locking means, can be provided at the floor panels at high production speeds without problems. More particularly, it aims at a method which allows that the rather complicated forms of the tongue and the groove of the aforementioned floor panels can be formed completely by means of milling cutters, the diameter of which can be chosen independent of the form to be realized, such that the use of small milling cutters, for example finger cutters, with diameters smaller than the depth of the tongue or groove can be excluded.

In accordance with this method the tongue and/or groove is formed by means of a milling process using at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in respect to the related floor panel. During each of the aforementioned milling cycles, preferably substantially the final form of one flank, either of the tongue or of the groove, is formed.

For the aforementioned two milling cycles, thus, milling cutters are used which extend outside the groove, respectively the tongue. More particularly the diameters of these milling cutters shall at least be 5 times and even better 20 times larger than the thickness of the floor panels.

The use of milling cutters having the aforementioned diameters has as an advantage that the normal production speeds can be maintained which are also applied during milling of a classical straight tongue and groove. There is also the advantage obtained that the installation of such milling cutters induce only minor or no additional costs because such milling cutters can be placed directly upon a motor shaft and/or the conventional machines can be used.

BRIEF DESCRIPTION OF THE DRAWINGS

With the intention of better showing the characteristics according to the invention, in the following, as an example without any limitative character, several preferred forms of embodiment are described, with reference to the accompanying drawings, wherein:

FIG. 1 represents a floor panel of a floor covering according to the invention;

FIG. 2, on a larger scale, represents a cross-section according to line II—II in FIG. 1;

FIGS. 3 and 4 represent how two floor panels with coupling parts according to FIG. 2 match into each other;

FIG. 5, on a larger scale, represents a cross-section according to line V—V in FIG. 1;

FIGS. 6 and 7 represent how two floor panels with coupling parts according to FIG. 5 match into each other;

FIGS. 8 to 11 represent a number of variants of coupling parts of floor panels according to the invention;

US 6,955,020 B2

5

FIG. 12 schematically represents how the floor parts can be provided with coupling parts;

FIG. 13 represents a cross-section according to line XIII—XIII in FIG. 12;

FIGS. 14 to 21, on a larger scale and in cross-section, represent the penetration of the milling cutters which are indicated in FIG. 12 with arrows F14 to F21;

FIG. 22 represents a floor panel according to the invention;

FIG. 23, on a larger scale, represents the coupling of two floor panels of FIG. 22;

FIGS. 24 and 25 represent two manners of coupling floor panels according to FIG. 22 to each other.

DETAILED DESCRIPTION

The invention relates to a floor covering which is composed of hard floor panels 1, for example, such as a laminated panel as shown in FIG. 1.

These floor panels 1 can be of various shape, for example, rectangular or square, or of any other shape.

In the most preferred form of embodiment, they shall be manufactured in an elongated form, such as shown in FIG. 1, for example, with a length of 1 to 2 meters. The thickness, however, can also vary, but is preferably 0.5 to 1.5 cm, and more particularly 0.8 cm.

Each floor panel 1 is, at least at the edges of two opposite sides 2-3, provided with coupling parts 4-5 which permit two adjacent identical floor panels 1 to be coupled to each other.

According to the invention, the coupling parts 4-5, as represented in the FIGS. 2 to 4, are provided with integrated mechanical locking parts or locking elements 6 which prevent the drifting or sliding apart of two coupled floor panels 1 in a direction D perpendicular to the respective sides 2-3 and parallel to the underside 7 of the coupled floor panels 1; the coupling parts 4-5 and the locking elements 6 are formed in one piece with the core 8 of the floor panels 1; the coupling parts 4-5 have such a shape that two subsequent floor panels 1 can be engaged into each other solely by snapping-together and/or turning after the coupling parts are partially engaged, whereby each subsequent floor panel 1 can be laterally inserted into the previous; and the coupling parts 4-5 preferably are interlocked free from play in all directions in a plane which is located perpendicular to the aforementioned edges.

In the case of floor panels 1 with an elongated shape, as represented in FIG. 1, the respective coupling parts 4-5 are located at the longitudinal sides 2-3.

The coupling parts 4-5 can be realized in various forms, although the basic forms thereof will always be formed by a tongue 9 and a groove 10.

In the form of embodiment of FIGS. 2 to 4, the related floor panel 1 is provided with coupling parts 4-5 and locking means or locking elements 6 which allow two floor panels 1 to be mutually engaged by means of a turning movement, without the occurrence of any snap-together effect.

In the represented example, the locking elements 6 consist of a first locking element 11, formed by a protrusion with a bent round shape at the lower side 12 of the tongue 9, and a second locking element 13 (shown in FIG. 2), formed by a recess with a bent hollow or downwardly concave shape in the lower wall 14 of the groove 10.

The locking elements 11-13 ensure that two floor panels 1 which are coupled to each other can not move laterally in the horizontal plane with respect to each other.

6

In order to enable two floor panels 1 to be inserted into each other by means of a turning movement, the curvatures preferably are circular. The bottom side 12 of locking means or locking elements 6 has a curvature with a radius R1, the center of which coincides with the respective upper edge 15 of the floor panel 1, whereas the lower wall 14 of the locking part 5 has a curvature with a radius R2 which is equal to the radius R1, but its center coincides with the respective upper edge 16. Radii R1 and R2 may also be applied which are larger or smaller than the distance to the upper edge 15, 16 respectively, and/or which differ from each other in size.

The upper side 17 of the tongue 9 and the upper wall or side 18 of the groove 10 are preferably flat and preferably are located in the horizontal plane.

The inner side 20 of the groove 10 and the front side 19 of the tongue 9 of the two interlocked floor panels 1 preferably do not fit closely against each other, such that an intermediate space 21 is created between them into which possible dust remainders or such can be pushed away by means of the tongue 9.

The tongue 9 and the groove 10 preferably have shapes which are complementary to each other, such that the tongue 9 in the engaged condition of two identical floor panels 1 precisely sits against the upper wall 18 and the lower wall 14 of the groove 10, whereby a pressure P, exerted against the upper lip 22, is received or reacted not only by this lip 22, but by the complete structure, because this pressure can be transmitted through the tongue 9 and the lower lip 23 to cause the panels to be urged towards each other.

It is, however, clear that a number of minor deviations to these complementary forms can occur which, anyhow, have no or almost no effect upon the receipt and transmission of pressure forces. For example, a chamfer 24 on lip 22 and a recess 25 can be provided, as represented in FIGS. 2 to 4, as a result of which the subsequent floor panels 1 can easily be pushed and guided into each other, such that no possible ridges in the subflooring or such render good insertion difficult.

As represented in the FIGS. 5 to 7, the floor panels 1 according to the invention can also, along the sides 26-27 which are at a right angle to the sides 2-3, be provided with coupling parts 28-29 which have locking elements 30, too. The coupling parts 28-29 are preferably also realized in the shape of a tongue 31 and a groove 32. Hereby, the locking elements 30 do not have to be of the same nature as the locking elements 6.

Preferably, at the sides 26-27 locking elements are provided which allow for an engagement and interlocking by means of a lateral translation movement in direction T only, as represented in FIGS. 6 and 7. To this aim, the locking elements 30 consist of a snap-together connection with locking elements 33 and 34 which grip behind each other.

As represented in FIGS. 5 to 7, the locking element 33 preferably consists of a protrusion of the lower side 35 of the tongue 31 which can be located in a recess 36 in a lower lip 43 extending distally from the lower wall 37 of the groove 32. The locking element 34 is formed by the upward directed part or protrusion which defines the distally outer end of recess 36.

In this case, the locking elements 33-34 have contact surfaces 38-39 which are parallel to each other and preferably extend in an inclined manner, according to a direction which simplifies the snapping-together of the panels. The common plane of tangency L which is determined by the common tangent at the meeting point or area of surfaces 38-39, hereby forms an angle A sloping inwardly and

US 6,955,020 B2

7

downwardly from an outer region to an inner region relative to the underside 7, which angle is smaller than 90°.

The locking elements 33-34 preferably are provided with inclined portions 40 and 41 which, when two floor panels 1 are engaged, cooperate with each other in such a manner that the locking elements 33-34 can easily be pushed over each other until they grip behind each other by means of a snap-together effect (FIGS. 6 and 7).

The thickness W1 of the tongue 31 preferably is equal to the width W2 of the groove 32, such that compression pressure P applied to the upper lip 42 is reacted by the tongue 31 which, in its turn, then is reacted by the lower lip 43.

Analogous to the chamfer 24 and recess 25, a recess 44 and a chamfer 45 are provided also at the edges 28-29.

It is noted that such a snap-together coupling can also be applied at the edges 2-3. Hereby, this can be a snap-together coupling analogous to these of FIGS. 5 to 7, but this can also be a snap-together coupling using other forms of coupling configurations, for example, such as represented in FIGS. 8 and 9. Contrary to the locking elements 33-34 which consist of rather local protrusions, in the forms of embodiment of FIGS. 8 and 9 use is made of locking elements 46-47 which, in comparison to the total width B of the coupling, extend over a rather large distance.

In this case, the locking elements 46-47 are also provided at the lower side 12 of the tongue 9 and the lower wall 14 of the groove 10.

According to FIG. 8, the locking elements 46-47 have contact surfaces 48-49 which are at an angle with the plane of the floor panel 1. In this manner, a coupling is obtained which is interlocked in a particularly fixed manner.

As represented in FIG. 9, the locking elements 46-47 possibly can be configured in such a manner that substantially only a linear contact is obtained, for example, because the contact surfaces directed towards each other are formed with different curvatures.

The surfaces, directed towards each other, of the locking elements 46-47 hereby consist of curved surfaces. The common plane of tangency L forms an angle A which is smaller than 90°, and more preferably is smaller than 70°.

In this manner, the locking element 46 preferably has two portions with a different curvature, on one hand, a portion 50 with a strong curvature and, on the other hand, a portion 51 with a weak curvature. The portion 50 with the strong curvature provides for the formation of a firm coupling. The portion 51 with the weak curvature facilitates the coupling parts 4-5 to be brought into each other easily. The intermediate space S forms a chamber which offers space for dust and the like which, when engaging two floor panes 1, inevitably infiltrates there.

In the case of a snap-together connection, for example, a connection such as represented in FIGS. 7 to 9, preferably the tongue 9-31 has a shape that thickens from below, which then can cooperate with a widened portion in the groove 10.

In FIG. 10, a variant is represented whereby at least at the level of the upper edges 15-16, a sealing material 52 is provided, as a result of which a watertight sealing can be assured. This sealing material 52 may consist of a strip or covering which is provided previously at the floor panel 1, either at one or both upper side edges 15-16.

In FIG. 11, a further variant is represented, whereby the locking element 6 is formed by an upward directed portion 53 at the tongue 9, which as a result of a turning movement of the panel, is brought behind a downward-directed portion

8

54 on the upper wall 18. More particularly, this is obtained by forming the tongue upper side surface portion (first surface portion) 17 and the groove upper wall 18 with a curvature R3, the center of which is situated at the upper side edges 15-16, and forming the lower side 12 and the lower wall 14 with a radius R4, the center of which is also situated at the upper side edges 15 and 16, respectively. These radii R3–R4 can be chosen otherwise, too. The tongue upper side also includes a planar surface 17a that slopes away from the upper side of the panel 1 towards a distal direction of the tongue.

In general, according to the invention, the difference between, on one hand, the radius R1, R3 respectively, and, on the other hand, the radius R2, R4 respectively, preferably should not be larger than 2 mm.

It is also preferred that the center of these radii be situated inside the circle C1, C2 (see FIG. 2) respectively, which extends with a radius R5 of 3 mm centered at upper side edge 15, 16 respectively.

Finally is noted that, according to the invention, the lower lip 23-43, as represented in FIGS. 2 to 7, can be formed distally longer than the upper lip 22-42. This has an advantage that the coupling parts 4-5-28-29 can be shaped in an easier manner by means of a milling cutter or the like. Furthermore, this simplifies the engagement of two floor panels 1, because each subsequent floor panel 1 during installation can be placed upon the protruding lower lip 23-43, as a result of which the tongue 9-31 and the groove 10-32 automatically are positioned in front of each other.

The embodiments wherein the lower lip 23 is equal to or distally shorter than the upper lip 22, in their turn, offer the advantage that no protruding lip 23 remains at the extreme edge of the floor which might cause problems in finishing the floor installation.

In order to allow for a smooth assembly, to guarantee the necessary stability and firmness and in order to limit the quantity of material to be cut away, the difference E between the distally outer edge of the upper lip 22-42 and the distally outer edge of the lower lip 23-43, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove 10, should preferably be kept smaller than one time the total thickness F of the floor panel 1. For stability's sake, normally this total thickness F shall never be less than 5 mm.

The small dimension of the difference E offers the advantage that the lower lip need not be strengthened by a reinforcement strip or the like.

According to a particular form of embodiment, the central line M1 through the tongue 9 and the groove 10 is situated lower than the center line M2 of the floor panel 1, such, that the upper lip 22-42 is thicker than the lower lip 23-43. In first instance, this is essential in this kind of connection, because then it is the lower lip 23-43 which bends, whereby the upper side of the floor panel 1 is kept free of possible deformations.

As explained in the introduction, for the core 8 a material is chosen from the following series:

a. a ground product which, by means of a binding agent or by means of melting together is made into a unitary composite material;

a product based on synthetic material;

chip board with fine chips.

The invention shows its usefulness, in first instance, preferably with laminated flooring, due to the reasons explained in the introduction.

As represented in the examples of the FIGS. 2 to 11, such laminated flooring preferably consists of a core 8 made of

9            10

MDF medium density fiberboard board, HDF high density fiberboard board or similar, whereby at least at the upper side of this core **8** one or more layers of material are provided.

More particularly, it is preferred that the laminated flooring is provided with a decorative layer **55** and a protective top layer **56**. The decorative layer **55** is a layer, impregnated with resin, for example, made of paper, which can be imprinted with a variety of patterns, such as a wood pattern, a pattern in the form of stone, cork, or similar or even with a fancy pattern. The protective top layer **56** preferably also consists of a layer saturated with resin, for example, melamine resin, which in the final product is transparent.

It is clear that still other layers can be applied, such as an intermediate layer **57** upon which the decorative layer **55** is provided.

Preferably, also a backing layer **58** shall be applied at the underside **7**, forming a counterbalancing element for the top layers and, thus, guaranteeing the stability of the form of the floor panel **1**. This backing layer **58** may consist of a material, for example paper, impregnated with a resin, for example, a melamine resin.

As represented schematically in FIG. **12**, the tongue **9** and the groove **10**, and preferably also the tongue **31** and the groove **32** are formed by means of a milling process. In the case that a profile has to be applied on all four sides, the floor panels **1** preferably shall be displaced by means of two sequential perpendicular movements V1 and V2, whereby during the first movement profiles at two opposite edges are provided, in this case the longitudinal edges, by means of milling devices **59-60**, whereas during the second movement profiles are provided at the other edges, in this case the small edges, by means of milling devices **61-62**. During these processing, the floor panels **1** preferably are put with their decorative layer directed downward.

According to an important characteristic of the invention, each respective tongue **9-31** and groove **10-32** are formed by means of a milling process with at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in reference to the related floor panel **1**.

This is illustrated in FIGS. **13**, **14** and **15**, wherein it is represented how a groove **10** is realized by means of two milling cycles by means of two milling cutters **63** and **64**. FIGS. **16** and **17** represent how the tongue **9** is shaped by means of milling cutters **65** and **66**.

The FIGS. **18–19** and **20–21** represent similar views showing how the groove **32** and the tongue **31** are shaped by means of milling cutters **67-68** and **69-70**, positioned at an angle.

During each of the aforementioned milling passes, substantially the final shape of one flank is fully realized. For example, the milling cutter **63** of FIG. **14** determines the final shape of the lower flank **71** of the groove **10**, whereas the milling cutter **64** determines the final shape of the upper flank **72**.

As mentioned in the introduction, preferably milling cutters **63** to **72** shall be used, having diameters G which are at least 5 times, and even better at least 20 times larger than the thickness F of the floor panels **1**.

Apart of the mentioned milling cutters, preferably still other milling cutters are applied, for example, in order to remove a part of the material to be removed during a first premachining cycle.

In the FIGS. **22** to **25**, a particularly preferred form of embodiment of a floor panel **1** according to the invention is represented. Hereby, the parts which correspond with the previous embodiments are indicated with corresponding references.

An important characteristic herein consists in that the coupling parts **4-5** are provided with locking elements **6** which, in engaged condition with the panels in a common plane, exert a tension force upon each other, as a result of which the engaged floor panels **1** are forced towards each other in compression. As represented, this is realized preferably by providing the coupling parts with an elastically yieldable or bendable portion, in this case the lower lip **43**, which, in engaged condition, is at least partially bent and in this way creates a tension force which results in the engaged floor panels **1** being forced towards each other. The resultant bending V, as well as the tension force $K_1$ are indicated in the enlargement view of FIG. **23**.

In order to obtain the tension force K pressing together the engaged floor panels **1**, the bendable portion, in this case the lip **43**, preferably is provided, as represented, with an inwardly and downwardly inclined contact surface **73** which preferably can cooperate with a corresponding contact surface **74** on tongue **9**. These contact surfaces **73-74** are similar to the aforementioned contact surfaces **39-38** and also similar to the inclined portions of the lower lip of FIGS. **2** to **4**.

In the FIGS. **2** and **5**, the portions form complementary matching shapes; it is, however, clear that, by a modification, also a tension effect similar to that shown in FIG. **23** can be realized.

Due to, on one hand, the contact along the angle A, and, on the other hand, the fact that a tension force K is created, a compression force component K1 is produced, as a result of which the floor panels **1** are drawn against each other in compression.

Preferably, the angle A of the mutual plane of tangency of contact surfaces **73-74** relative to the horizontal plane is situated between 30 and 70 degrees. In the case that use is made of the embodiment whereby a tension force K is realized, an angle A of 30 to 70 degrees is ideal in order, on one hand, to effect an optimum pressing-together of the floor panels **1** and, on the other hand, to ensure that the floor panels **1** can easily be engaged and respectively disassembled.

Although the pressing or compression force component K1 preferably is delivered by the aforementioned lip **43**, the invention does not exclude other forms of locking elements or structures whereby this force is delivered by other bendable portions.

It is noted that the bending V is relatively small, for example, several hundredths up to several tenths of a millimeter, and does not have an influence upon the placement of the floor covering. Furthermore it should be noted that such floor covering generally is placed upon an underlayer (not shown) which is elastically compressible, as a result of which the bending V of the lip **43** only produces local bending of the underlayer.

Due to the fact that the lip **43** is bent apart and that it remains somewhat bent apart in engaged position, the additional advantage is obtained that, when exerting a pressure upon the floor covering, for example, when placing an object thereupon, the pressing-together compressive force is enhanced and, thus, the development of gaps is counteracted even more.

It is noted that the inventors have found that, contrary to all expectations, an ideal tension force can be realized by manufacturing the coupling parts **4-5**, including the locking elements **33-34**, and preferably the complete core **8**, of HDF board or MDF board, although these material normally only allow a minor elastic deformation.

HDF and MDF also offer the advantage that smooth surfaces are obtained, as a result of which the locking elements can be moved easily over each other.

11

According to a variant of the invention, the tension force can also be supplied by means of an elastic compression of the material of the coupling parts themselves, to which end these coupling parts, and preferably the complete core 8, would be manufactured using an elastically compressible material.

A further particular characteristic of the embodiment of FIGS. 22 to 25 consists in that the floor panels 1 can be selectively engaged by means of a turning movement, as represented in FIG. 24, as well as by means of laterally shifting them towards each other in substantially a common plane, as represented in FIG. 25, preferably in such a manner that, during the engagement by means of the turning movement with the coupling parts partially engaged, a maximum bending Vm results in the coupling parts, more particularly in the lip 43, which bending Vm is less pronounced, if not nonexistent, as in the FIGS. 2 to 4, in comparison to the bending Vm which results when the floor panels 1 are engaged by means of shifting them towards each other, as in FIG. 15.

The advantage of this consists in that the floor panels 1 can be engaged easily by means of a turning movement, without necessitating use of a tool therefore, whereas it still remains possible to engage the floor panels also by means of shifting them laterally. This latter is useful, in first instance, when the last panel has to be placed partially under a door frame or similar situation. In this case, the floor panel 1 can be pushed under the door frame with the side which does not have to be engaged and subsequently, possibly by means of tools, can be snapped into the adjacent floor panel by lateral sliding routine.

It is noted that the shapes of the coupling parts 4-5 shown in FIGS. 22 to 25 can also be used for the coupling parts 28-29 of the short sides of the panels.

According to the invention, in the case that the four sides 2-3-26-27 are provided with coupling pars 4-5-28-29, these coupling parts can be formed in such a manner that in one direction a firmer engagement than in the other direction is effected. In the case of elongated floor panels 1, for example, such as represented in FIG. 1, the locking at the small sides 26-27 preferably shall be more pronounced than at the longitudinal sides 2-3. The length of the parts at the small sides, namely, is smaller and, in principle, less firm. This is compensated for by providing a more pronounced locking. This difference in engagement can be obtained by shaping the contact surfaces 73-74 with different angles.

Preferably, the aforementioned protrusion, more particularly the locking element 33, is bounded by at least two portions 75-76 (shown in FIG. 22), respectively a portion 75 with a strong (steep) inclination which provides for the locking, and a portion 76 with a weaker (less inclined) inclination which renders the engagement or guidance of the coupling parts easier. In the embodiment of FIGS. 22 to 25, these portions 75-76 are formed by straight planes, but, as already described with reference to FIG. 9, use can also be made of curved portions 50-51. In FIG. 5, these are the contact surface 38 and the inclined portion 40.

In the preferred form of the invention, the floor panels 1 comprise coupling parts 4-5 and/or 28-29 exhibiting one of the following or the combination of two or more of the following features:

a curvature 77 (shown in FIG. 22) at the lower side of the tongue 9 and/or a curvature 78 at the lower lip 43 which form a guidance when turning two floor panels 1 into each other, with the advantage that the floor panels 1 can be engaged into each other easily during installation;

12

roundings 79-80 at the edges of the locking elements 33-34, with the advantages that the locking elements can easily shift over each other during their engagement, or during disassembly of the floor panels 1 and that the locking elements will not be damaged, for example, crumble away at their edges, even if the floor panels are engaged and disassembled;

dust chambers 81, or spaces 21 as in FIG. 4, between all sides, directed laterally towards each other, of the engaged floor panels 1, with the advantage that inclusions which get between the floor panels 1 during the engagement do not exert an adverse influence upon good engagement;

a shaping of the tongue 9 which is such, for example, by the presence of a chamfer 82, that the upper side of the tongue 9 becomes situated from the first joining together or substantial contact of the panels, under the tower side of the upper lip 42 when the floor panels 1 are pushed towards each other in substantially the same plane, as indicated in FIG. 25, with the advantage that the front extremity or end of the tongue 9 does not press against the front side of the upper lip 42 or the front edge of the bottom lip 43 when the floor panels are pushed towards each other in the same plane;

a ramp surface 83, hereinbefore also called inclined portion 41, formed at the distally outer end of the lower lip 43, with the advantage that the locking elements 33-34 shift smoothly over each other and that the lower lip 43 is bent uniformly;

in the engagement direction only one important contact point which is formed by a section 84 at the location of the upper side edges of the floor panels 1, with the advantage that the aforementioned tension force is optimally transferred to the upper side of the floor panels 1 and that the development of openings between the floor panels 1 is counteracted;

contact surfaces 85-86, more particularly abutment surfaces, formed by the upper side of the tongue 9 and the upper side of the groove 10 which, over the largest portion of their length, are flat and run parallel to the plane which is defined by the floor panels 1, as well as contact surfaces cooperating with each other, formed by curvatures 77-78, with the advantage that no mutual displacement in height between two engaged floor panels 1 is possible, even if the insertion depth of the tongue 9 into the groove 10 should vary due to various causes; in other words, no height differences may occur between the adjacent floor panels.

In the embodiment of FIGS. 22 to 25, all these characteristics are combined; it is, however, clear that, as becomes evident from FIGS. 2 to 11, these features can also be provided separately or in a limited combination with one another.

As becomes evident from FIGS. 5 to 7 and 22 to 25, an important characteristic of the preferred embodiment of the invention consists in that the cooperative locking element 6, in other words, the portion providing for the snap-together and engagement effect, are situated in that portion of the lower lip 23-43 which extends beyond the distal edge of the upper lip 22-42, more particularly, the lowermost point 87 of the locking part 33 is situated under the top layer of the floor panel 1. For clarity's sake, this top layer is indicated in the FIGS. 22–25 only as a single layer.

It should be noted that the combination of features, the lower lip 23-43 extending further than the upper lip 22-42; the locking elements 6 being formed at least by means of a

13

14

contact surface portion which inwardly slopes downward, and wherein this portion, at least partially, is located in the portion of the lower lip **23-43** which extends distally beyond the upper lip **22-42**, is particularly advantageous, among others, in comparison with the couplings for floor panels described in the documents WO 94/01628, WO 94/26999, WO 96/27719 and WO 96/27721. The sloping contact surface portion offers the advantage that the floor panels **1** can be disassembled again. The fact that this sloping portion is situated in the extended portion of the lower lip **23-43** adds the advantage that no deformations can occur during coupling which manifest themselves up to the top layer.

According to a preferred characteristic of the invention, the aforementioned portion, i.e. the contact surface **39** or **73**, preferably extends in such a manner that the distance between the upper edge **16** of the panel to the contact surface **39**, **73** diminishes between the proximal and distal ends of the sloping contact surface **39**, **73**, in other words, such that, as represented in FIG. **22**, the distance X2 is smaller than the distance X1. This is also the case in FIG. **7**.

Still preferably, this portion only starts at a clear distance E1 from the outer edge of upper lip **42**.

It is obvious that the coupling parts **22** to **25** can also be shaped by means of said milling process.

According to a particular characteristic of the invention, the floor panels **1** are treated at their sides **2-3** and/or **26-27** with a surface densifying agent, more particularly a surface hardening agent, which preferably is chosen from the following series of products: impregnation agents, pore-sealing agents, lacquers, resins, oils, paraffins and the like.

In FIG. **22**, such impregnation **88** is represented schematically. This treatment can be performed over the complete surface of the sides **2-3** and/or **26-27** or only over specific portions hereof, for example exclusively on the surfaces of the tongue **9** and the groove **10**.

The treatment with a surface densifying agent offers, in combination with the snap-together effect, the advantage that in various aspects better coupling characteristics are obtained. As a result of this, the coupling parts **4-5** and/or **28-29** better keep their shape and strength, even if the floor panels **1** are engaged and disassembled repeatedly. In particular, if the core **8** is made of HDF, MDF or similar materials, by means of this treatment a better quality of surface condition is obtained, such that no abrasion of material occurs during engaging, or during disassembling.

This treatment also offers the advantage that, at least in the case of a surface hardening, the aforementioned elastic tensioning effect is enhanced.

The present invention is in no way limited to the forms of embodiment described by way of example and represented in the figures, however, such floor covering and the pertaining floor panels **1** can be embodied in various forms and dimensions without departing from the scope of the invention.

For example, the various characteristics which are described by means of the represented embodiments or examples may be selectively combined with each other.

Furthermore, all embodiments of coupling elements described before can be applied at the longer side as well as at the shorter side of a panel.

What is claimed is:

1. A floor covering panel comprising:

an upper side and an under side;

said panel formed as a hard laminated assembly including a wood-base core comprising a ground wood product and a binding agent unified to form a cured composite;

at least one decorative layer on the upper side of the panel and a backing layer on the underside of the panel;

said panel having at least one pair of opposed side edges including coupling parts formed to couple with each other to couple similar panels along mutual side edges when brought together;

said coupling parts comprising substantially a tongue, a groove and mechanical locking elements all formed in one piece with the core of the panel;

said locking elements arranged so that they prevent the drifting apart of coupled panels in a direction perpendicular to the mutual edges along which the panels are coupled and in a direction perpendicular to said mutual edges and parallel to a plane including coupled panels;

said mechanical locking elements comprising at least a first upper surface portion of said tongue extending toward said panel upper side, and a portion of an upper wall of said groove formed to cooperate in locking relationship in a direction perpendicular to the mutual edges along which the panels may be coupled with at least a portion of the first upper surface portion of said tongue when similar panels are coupled and said tongue including a second upper surface portion disposed at a distal upper end of the tongue, said second upper surface portion comprising a planar surface sloping away from said panel upper side in a distal direction of the tongue.

2. The floor covering panel according to claim **1**, wherein the panel includes two opposed pairs of side edges, all of said side edges including a coupling part, with opposed edges having one of a tongue and a groove but not both a tongue or a groove.

3. A floor covering panel comprising:

an upper side and an under side;

said panel formed as a hard laminated assembly including a wood-base core comprising a ground wood product and a binding agent unified to form a cured composite;

at least one decorative layer on the upper side of the panel and a backing layer on the underside of the panel;

said panel having at least one pair of opposed side edges including coupling parts formed to cooperate with each other to couple similar panels along mutual side edges when brought together;

said coupling parts comprising substantially a tongue, a groove and mechanical locking elements all formed in one piece with the core of the panel;

said locking elements arranged so that they prevent the drifting apart of coupled panels in a direction perpendicular to the mutual edges along which the panels are coupled and in a direction perpendicular to said mutual edges and parallel to a plane including coupled panels;

said mechanical locking elements comprising at least a first upper surface portion of said tongue extending toward said panel upper side, and a portion of an upper wall of said groove formed to cooperate in locking relationship in a direction perpendicular to the mutual edges along which the panels may be coupled with at least a portion of the first upper surface portion of said tongue when similar panels are coupled and said tongue including a second upper surface portion disposed at a distal upper end of the tongue, said second upper surface portion comprising a planar surface sloping away from said panel upper side in a distal direction of the tongue;

wherein said first upper surface portion of said tongue and said cooperating upper wall portion of said groove are arcuately curved.

US 6,955,020 B2

15

**4**. The floor covering panel according to claim **3**, wherein the arcuate curvature is a circular segment.

**5**. The floor covering panel according to claim **1**, wherein the coupling parts are configured to couple similar panels together without play.

**6**. The floor covering panel according to claim **5**, wherein the panel includes two opposed pairs of side edges, all of said side edges including a coupling part, with opposed edges having one of a tongue and a groove but not both a tongue or a groove.

**7**. The floor covering panel according to claim **5**, wherein the coupling parts are configured to couple similar panels together without play.

**8**. A floor covering panel comprising:

an upper side and an underside;

said panel formed as a hard laminated assembly including a wood-base core made of a material selected from the group consisting of MDF and HDF;

at least one decorative layer on the upper side of the panel and a backing layer on the underside of the panel;

said panel having at least one pair of opposed side edges including coupling parts formed to cooperate with each other to couple similar panels along mutual side edges when brought together;

16

said coupling parts comprising substantially a tongue, a groove and mechanical locking elements all formed in one piece with the core of the panel;

said locking elements arranged so that they prevent the drifting apart of coupled panels in a direction perpendicular to the mutual edges along which the panels are coupled and in a direction perpendicular to said mutual edges and parallel to a plane including coupled panels;

said mechanical locking elements comprising at least a first upper surface portion of said tongue extending toward said panel upper side, and a portion of an upper wall of said groove formed to cooperate in locking relationship in a direction perpendicular to the mutual edges along which the panels may be coupled with at least a portion of the first upper surface portion of said tongue when similar panels are coupled;

said locking elements formed at exposed side edges of the core material and being entirely located between said decorative and backing layers and not intersecting either of said decorative and backing layers.

\*  \*  \*  \*  \*

# Exhibit J

US006993877B2

(12) **United States Patent** (10) Patent No.: **US 6,993,877 B2**
Moriau et al. (45) **Date of Patent:** **Feb. 7, 2006**

(54) **FLOOR PANELS WITH EDGE CONNECTORS**

(75) Inventors: **Stefan Simon Gustaaf Moriau**, Ghent (BE); **Mark Gaston Maurits Cappelle**, Staden (BE); **Bernard Paul Joseph Thiers**, Oostrozebeke (BE)

(73) Assignee: **Unilin Beheer B.V., Besloten Vennootschap**, Ijssel (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/266,669**

(22) Filed: **Oct. 9, 2002**

(65) **Prior Publication Data**

US 2003/0029116 A1    Feb. 13, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/471,014, filed on Dec. 23, 1999, now Pat. No. 6,490,836, which is a continuation of application No. 08/872,044, filed on Jun. 10, 1997, now Pat. No. 6,006,486.

(30) **Foreign Application Priority Data**

Jun. 11, 1996    (BE)    ................................... 9600527
Apr. 15, 1997    (BE)    ................................... 9700344

(51) **Int. Cl.**
*E04B 2/32*    (2006.01)

(52) **U.S. Cl.** .................. **52/592.2**; 52/582.1; 52/586.1; 52/592.4; 52/480; 52/403.1

(58) **Field of Classification Search** ............... 52/403.1, 52/480, 582.1, 587.1, 586.1, 588.1, 592.1, 52/592.4, 591.3, 590.2, 578, 177, 747.1, 52/747.11, 748.11; 403/364, 375, 381
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 753,791 | A | 3/1904 | Fulghum |
| 1,124,228 | A | 1/1915 | Houston |
| 1,986,739 | A | 1/1935 | Mitte |
| 1,988,201 | A | 1/1935 | Hall |
| 2,276,071 | A | 3/1942 | Scull |
| 2,430,200 | A | 11/1947 | Wilson |
| 2,740,167 | A | 4/1956 | Rowley |
| 3,045,294 | A | 7/1962 | Livezey, Jr. |
| 3,267,630 | A | 8/1966 | Omholt |
| 3,310,919 | A | 3/1967 | Bue et al. |
| 3,387,422 | A | 6/1968 | Wanzer |

(Continued)

FOREIGN PATENT DOCUMENTS

AU    A 13098/83    10/1983

(Continued)

OTHER PUBLICATIONS

Abgustaff Kahr Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

(Continued)

*Primary Examiner*—Joanette Chapman
*Assistant Examiner*—Yvonne M. Horton
(74) *Attorney, Agent, or Firm*—Bacon & Thomas, PLLC

(57) **ABSTRACT**

Floor covering, including hard floor panels which, at least at the edges of two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels in a direction (R) perpendicular to the related edges and parallel to the underside of the coupled floor panels, and provide a snap-action coupling.

**15 Claims, 10 Drawing Sheets**



## US 6,993,877 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,526,420 A | | 9/1970 | Brancaleone |
| 3,538,665 A | | 11/1970 | Gall |
| 3,694,983 A | | 10/1972 | Couquet |
| 3,731,445 A | | 5/1973 | Hoffmann et al. |
| 3,759,007 A | | 9/1973 | Thiele |
| 3,859,000 A | | 1/1975 | Webster |
| 4,164,832 A | | 8/1979 | Van Zandt |
| 4,169,688 A | | 10/1979 | Toshio |
| 4,426,820 A | * | 1/1984 | Terbrack et al. ............... 52/594 |
| 4,501,102 A | | 2/1985 | Knowles |
| 4,641,469 A | | 2/1987 | Wood |
| 4,738,071 A | | 4/1988 | Ezard |
| 4,769,963 A | | 9/1988 | Meyerson |
| 4,819,932 A | | 4/1989 | Trotter |
| 5,029,425 A | | 7/1991 | Bogataj |
| 5,179,812 A | | 1/1993 | Hill |
| 5,216,861 A | | 6/1993 | Meyerson |
| 5,295,341 A | | 3/1994 | Kajiwara |
| 5,349,796 A | | 9/1994 | Meyerson |
| 5,502,939 A | | 4/1996 | Zadok et al. |
| 5,630,304 A | | 5/1997 | Austin |
| 5,706,621 A | * | 1/1998 | Pervan ...................... 52/403.1 |
| 5,768,850 A | | 6/1998 | Chen |
| 5,797,175 A | | 8/1998 | Schneider |
| 5,797,237 A | | 8/1998 | Finkell, Jr. |
| 5,860,267 A | | 1/1999 | Pervan |
| 6,023,907 A | | 2/2000 | Pervan |
| 6,029,416 A | * | 2/2000 | Andersson ................. 52/592.1 |
| 6,182,410 B1 | * | 2/2001 | Pervan ...................... 52/403.1 |
| 6,588,166 B2 | * | 7/2003 | Martensson et al. .......... 52/578 |
| 2002/0020127 A1 | * | 2/2002 | Theirs et al. ................. 52/403.1 |
| 2003/0033777 A1 | * | 2/2003 | Theirs et al. ................. 52/390 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| BE | 417526 | 9/1936 |
| BE | 557844 | 5/1957 |
| CA | 991373 | 6/1976 |
| CH | 200949 | 11/1938 |
| CH | 211877 | 10/1940 |
| CH | 562 377 | 4/1975 |
| DE | 1212275 | 3/1966 |
| DE | 1 534 802 | 4/1970 |
| DE | 7102476 | 1/1971 |
| DE | 1534278 | 11/1971 |
| DE | 2238600 | 2/1974 |
| DE | 7402354 | 5/1974 |
| DE | 2502992 | 7/1976 |
| DE | 2616077 | 10/1977 |
| DE | 2917025 | 11/1980 |
| DE | 3041781 | 6/1982 |
| DE | 3246376 | 6/1984 |
| DE | 3343601 | 6/1985 |
| DE | 8604004 | 6/1986 |
| DE | 3512204 | 10/1986 |
| DE | 3544845 | 6/1987 |
| DE | 4215273 | 11/1993 |
| DE | 4242530 | 6/1994 |
| EP | 0248127 | 12/1987 |
| EP | 0 667 936 B2 | 7/2000 |
| FR | GB 424057 | 2/1935 |
| FR | 1293043 | 11/1962 |
| FR | 2568295 | 1/1986 |
| FR | 2630149 | 10/1989 |
| FR | 2675174 | 10/1992 |
| FR | 2691491 | 11/1993 |
| FR | 2697275 | 4/1994 |
| GB | 1127915 | 9/1968 |
| GB | 1237744 | 6/1971 |
| GB | 1275511 | 5/1972 |
| GB | 1430423 | 3/1976 |
| GB | 2117813 | 10/1983 |

| | | |
|---|---|---|
| GB | 2243381 | 10/1991 |
| GB | 2256023 | 11/1992 |
| JP | 54-65528 | 5/1979 |
| JP | 57-119056 | 7/1982 |
| JP | 3-169967 | 7/1991 |
| JP | 5-148984 | 6/1993 |
| JP | 6-146553 | 5/1994 |
| JP | 6-200611 | 7/1994 |
| JP | 6-56310 | 8/1994 |
| JP | 6-320510 | 11/1994 |
| JP | 7-076923 | 3/1995 |
| JP | 07180333 | 7/1995 |
| JP | 7-300979 | 11/1995 |
| JP | 7-310426 | 11/1995 |
| JP | 8-109734 | 4/1996 |
| JP | 8-270193 | 11/1996 |
| NL | 76 01773 | 8/1976 |
| SE | 372051 | 12/1974 |
| SE | 450141 | 5/1987 |
| SE | 501014 | 10/1994 |
| SE | 502994 | 3/1996 |
| WO | WO 84/02155 | 6/1984 |
| WO | WO 93/13280 | 7/1993 |
| WO | WO 94/01628 | 1/1994 |
| WO | WO 94/01688 | 1/1994 |
| WO | WO 94/26999 | 11/1994 |
| WO | WO 96/23942 | 8/1996 |
| WO | WO 96/27719 | 9/1996 |
| WO | WO 96/27721 | 9/1996 |

### OTHER PUBLICATIONS

Akzenta Brief (Arguments) in Support of Intervention in Opposition Against Unilin European Patent Application No. 00201515.4 (Including Partial Translation of Document E2 Cited Therein) (Oct. 10, 2001).

EFP Floor Products Opposition Against Unilin European Patent No. EP 0 843 763 (Oct. 27, 2000).

Hornitex-Werke Opposition to Unilin European Patent No. EP 0 843 763 (Jul. 4, 2001).

Kronospan Action to Nullify Unilin German Utility Model Patent No. 297 24 428 U1, including Cited Documents E2 (with Partial Translation); E3; E5 and E6 (with Translation) (Aug. 9, 2001).

Kronospan Opposition Against Unilin European Patent No. EP 0 843 763 (Jul. 14, 2001).

Kronotex Arguments in Appeal from Decision of Germany Patent Court Upholding Validity of Unilin German Utility Model Patent No. DE-UM 29 710 175 (Jul. 17, 2000).

Kronotex Arguments filed before Federal Patent Court in Appeal from Adverse Decision of German Patent Office Upholding Validity on Unilin German Utility Model Patent No. DE-UM 297 10 175 (Jul. 24, 2001).

Kronotex Opposition Against Unilin Australian Patent Application No. 713,628 AU-B (32569/97) (Sep. 1, 2000).

Kronotex Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

Observations by Third Party (Kandl) Regarding Patentability of Unilin European Patent Application No. 00201515.4 (including Partial Translation of Document E2 Cited Therein) (Oct. 10, 2001).

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Oct. 18, 2001.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Dec. 18, 2001.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 14, 2002.

**US 6,993,877 B2**

Page 3

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 24, 2002.

"Selbst Teppichböden, PVC und Parkett verlegen", 1985 Compact Verlag München .

Valinge Aluminum Observations Regarding Unilin European Patent No. EP 0 83 763 (Nov. 19, 1998).

Valinge Aluminum Opposition Against Unilin Australia Patent Application No. 713 628 (AU-B 325 60/97) (Jun. 6, 2000).

Valinge Aluminum Opposition Against Unilin New Zealand Patent 3,29,581 (Jun. 2001).

Valinge Aluminum Opposition Against Unilin European Patent No. EP 0 843 763 with Copies of Cited Documents (Aug. 6, 2001).

Webster's Dictionary, definition of "scarf", p. 862, 1992, PAMCO Publ. Comp. Inc. (N.Y.).

Judgment of British Patents County Court in Patent Infringement Action PAT Nos. 02010 and 02014 involving British Patent No. EP (UK) 1 024 034 of Unilin Beheer, Sep. 25, 2003.

Transcript of Proceedings—Day 5, County Court of Patent Infringement Action PAT Nos. 02010 and 02014 involving British Patent No. EP (UK) 1 024 034 of Unilin Beheer, Jul. 18, 2003.

Expert Report of Dr. Hugh David Mansfield-Williams in British Patents County Court cases PAT 02010 and 02014, signed Jul. 7, 2003.

Expert Report of Mark Anthony Irle, signed Jul. 7, 2003, with Bundle 8A (Exhibits to report).

Notification from German PTO regarding utility model revocation proceedings against Unilin Beheer B.V. utility model No. 297 24 428 (Apr. 7, 2003), (with translation).

"Decision of Opposition Division of European Patent Office regarding EP 1 024 234 of Unilin Beheer N.V., mailed Jul. 18, 2004."

* cited by examiner



*Fig.1*



*Fig.8*



Fig.1

Fig.4

Fig.2

Fig.3





*Fig.9*

*Fig.10*

*Fig.11*



*Fig. 12*

*Fig. 13*



*Fig. 14*

*Fig. 15*



*Fig. 16*



*Fig.17*

*Fig.18*

*Fig.19*



*Fig.20*



*Fig.21*



*Fig.22*

*Fig.23*



*Fig.24*



*Fig.25*

US 6,993,877 B2

**1**

# FLOOR PANELS WITH EDGE CONNECTORS

### RELATED APPLICATION DATA

This application is a continuation of application Ser. No. 09/471,014, filed Dec. 23, 1999 now U.S. Pat. No. 6,490, 836; which is a continuation of application Ser. No. 08/872, 044 filed Jun. 10, 1997, now U.S. Pat. No. 6,006,486.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to floor panels.

2. Related Technology

In the first instance, the invention is intended for so-called laminated floors, but generally it can also be applied for other kinds of floor covering, consisting of hard floor panels, such as veneer parquet, prefabricated parquet, or other floor panels which can be compared to laminated flooring.

It is known that such floor panels can be applied in various ways.

According to a first possibility, the floor panels are attached at the underlying floor, either by glueing or by nailing them on. This technique has a disadvantage that is rather complicated and that subsequent changes can only be made by breaking out the floor panels.

According to a second possibility, the floor panels are installed loosely onto the subflooring, whereby the floor panels mutually match into each other by means of a tongue and groove coupling, whereby mostly they are glued together in the tongue and groove, too. The floor obtained in this manner, also called a floating parquet flooring, has as an advantage that it is easy to install and that the complete floor surface can move which often is convenient in order to receive possible expansion and shrinkage phenomena.

A disadvantage with a floor covering of the above-mentioned type, above all, if the floor panels are installed loosely onto the subflooring, consists in that during the expansion of the floor and its subsequent shrinkage, the floor panels themselves can drift apart, as a result of which undesired gaps can be formed, for example, if the glue connection breaks.

In order to remedy this disadvantage, techniques have already been through of whereby connection elements made of metal are provided between the single floor panels in order to keep them together. Such connection elements, however, are rather expensive to make and, furthermore, their provision or the installation thereof is a time-consuming occupation.

Examples of embodiments which apply such metal connection elements are described, among others, in the documents WO 94/26999 and WO 93/13280.

Furthermore, couplings are known which allow coupling parts to snap fit into each other, e.g., from the documents WO 94/1628, WO 96/27719 and WO 96/27721. The snapping-together effect obtained with these forms of embodiment, however, does not guarantee a 100-percent optimum counteraction against the development of gaps between the floor panels, more particularly, because in fact well-defined plays have to be provided in order to be sure that the snapping-together is possible.

From GB 424.057, a coupling for parquetry parts is known which, in consideration of the nature of the coupling, only is appropriate for massive wooden parquetry.

**2**

Furthermore, there are also couplings for panels known from the documents GB 2.117.813, GB 2,256.023 and DE 3.544.845. These couplings, however, are not appropriate for connecting floor panels.

### BRIEF SUMMARY OF THE INVENTION

The invention aims at an improved floor covering of the aforementioned type, the floor panels of which can be coupled to each other in an optimum manner and/or the floor panels of which can be manufactured in a smooth manner, and whereby preferably one or more of the aforementioned disadvantages are excluded.

The invention also aims at a floor covering which has the advantage that no mistakes during installing, such as gaps and such, can be created.

Furthermore, the invention also aims at a floor covering whereby the subsequent development of gaps is excluded or at least counteracted in an optimum manner, whereby also the possibility of the penetration of dirt and humidity is minimized.

To this aim, the invention relates to a floor covering, consisting of hard floor panels which, at least at the edges of the two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels into a direction perpendicular to the related edges and parallel to the underside of the coupled floor panels. Hereby, these coupling parts are optimized in such a manner that they allow that any form of play is counteracted and preferably is excluded.

By integrated mechanical locking elements is understood that these form a fixed part of the floor panels, either by being connected in a fixed manner to the floor panels, or by being formed in one piece therewith.

In a first important preferred form of embodiment, the coupling parts are provided with locking elements which, in the engaged position of two or more of such floor panels, exert a tension force upon each other which force the floor panels towards each other. As a result of this that not only the formation of gaps counteracted during installation, but also in a later stage the development of gaps, from any causes whatsoever, is counteracted.

According to another characteristic of the intention, the coupling parts, hereby are formed in one piece with the core of the floor panels.

According to a second important preferred embodiment, the aforementioned optimalization is achieved in that the floor covering panel possesses the following combination of characteristics: the coupling parts and locking elements are formed in one piece with the core of the floor panels; the coupling parts have such a shape that two subsequent floor panels can be engaged into each other exclusively by snapping together and/or turning, whereby each subsequent floor panel can be inserted laterally into the previous; the coupling parts are interlocked free from play in all directions in a plane extending perpendicular to the aforementioned edges; the possible difference between the upper and lower lip of the lips which border the aforementioned grooves, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove, is smaller than one time the total of the thickness of the panel; the total thickness of each related floor panel is larger than or equal to 5 mm; and that the basic material of the floor panels, of which the aforementioned core and locking elements are

US 6,993,877 B2

3

formed, consists of a ground product which, by means of a binding agent or by means of melting together, is made into a unitary composite, and/or of a product on the basis of synthetic material and/or of a chip board with fine chips.

Due to the fact that the coupling parts provide for an interlocking free from play, as well as due to the fact that these coupling parts are manufactured in one piece, from the basic material of the floor panels, a perfect connection between adjacent floor panels can always be guaranteed, even with repeated expansion and shrinkage of the floor surface.

This combination of characteristics can be combined or not with the aforementioned characteristic that the locking elements exert a tension force upon each other when panels are joined together.

According to a third important preferred embodiment, the characteristics of which may or may not be combined with the characteristics of the embodiments described above, the floor covering is characterized in that the lower lip which limits or defines the lower side of the groove, extends beyond the upper lip in the plane of the panel; the locking elements are formed at least of a contact portion which inwardly slopes downward; and that this portion, at least partially, is located in the portion of the lower lip which extends beyond the upper lip. The advantages of these features will appear from the further description.

According to a preferred form of embodiment, the floor panels are configured as elongated panels and the coupling parts described above are applied along the longitudinal sides of these panels.

According to a particular form of embodiment, coupling parts are provided at the other two sides, too, either of another construction than described above or not.

In the most preferred form of embodiment, for the basic material use shall be made of the aforementioned product, which, as said, is ground and, by means of a binding agent, made into a unitary composite material. More particularly, for the core use shall be made of finely-ground wood which preferably is glued, more particularly, moisture resistant glued. Still more particularly, for the core use shall be made of so-called HDF board (High Density Fibreboard) or MDF board (Medium Density Fibreboard) which is highly compressed ground wood particles (fibers) and binder material. Hereinafter, the wood component of the core material shall be referred to as "wood product".

The fact that the invention is applied to floor panels the basic material of which consists of the material described above, offers the advantage that with the processing of this material, very smooth surfaces are obtained whereby very precise couplings can be realized, which, in first instance, is important in the case of a snap-together connection and/or turning connection free from play. Also, very special forms of coupling parts can be manufactured in a very simple manner because the aforementioned kinds of material can be processed particularly easy.

The surfaces obtained with HDF and MDF also have the advantage that the floor panels mutually can be shifted readily alongside each other in interlocked condition, even when engaged with a tensioning force.

The applicants also discovered that the aforementioned materials, in particular HDF and MDF, show ideal features in order to realize a connection, such as mentioned above, as these material show the right features in respect to elastic deformation in order to, on the one hand, realize a snap-together effect, and, on the other hand, receive expansion

4

and shrinkage forces in an elastic manner, whereby it is avoided that the floor panels come unlocked or are damaged in an irreparable manner.

In the case that for the core use is made of a material based on synthetic material, to this end solid synthetic material can be used as well as a mixture of synthetic materials, eventually composed of recycled materials.

The floor covering preferably is formed by joining the floor panels into each other free of glue. Hereby, the connections are of such nature that the floor panels can be disassembled without being damaged, such that, for example, when moving from one residence or location to another, they can be taken along in order to be placed down again. It is, however, clear that a glueing between tongue and groove is not excluded.

The invention, of course, also relates to floor panels which allow the realization of the aforementioned floor covering.

The invention also relates to a method for the manufacturing of the aforementioned floor panels with which the advantage that the tongues and/or grooves, including the corresponding locking means, can be provided at the floor panels at high production speeds without problems. More particularly, it aims at a method which allows that the rather complicated forms of the tongue and the groove of the aforementioned floor panels can be formed completely by means of milling cutters, the diameter of which can be chosen independent of the form to be realized, such that the use of small milling cutters, for example finger cutters, with diameters smaller than the depth of the tongue or groove can be excluded.

In accordance with this method the tongue and/or groove is formed by means of a milling process using at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in respect to the related floor panel. During each of the aforementioned milling cycles, preferably substantially the final form of one flank, either of the tongue or of the groove, is formed.

For the aforementioned two milling cycles, thus, milling cutters are used which extend outside the groove, respectively the tongue. More particularly the diameters of these milling cutters shall at least be 5 times and even better 20 times larger than the thickness of the floor panels.

The use of milling cutters having the aforementioned diameters has as an advantage that the normal production speeds can be maintained which are also applied during milling of a classical straight tongue and groove. There is also the advantage obtained that the installation of such milling cutters induce only minor or no additional costs because such milling cutters can be placed directly upon a motor shaft and/or the conventional machines can be used.

BRIEF DESCRIPTION OF THE DRAWINGS

With the intention of better showing the characteristics according to the invention, in the following, as an example without any limitative character, several preferred forms of embodiment are described, with reference to the accompanying drawings, wherein:

FIG. 1 represents a floor panel of a floor covering according to the invention;

FIG. 2, on a larger scale, represents a cross-section according to line II—II in FIG. 1;

FIGS. 3 and 4 represent how two floor panels with coupling parts according to FIG. 2 match into each other;

FIG. 5, on a larger scale, represents a cross-section according to line V—V in FIG. 1;

US 6,993,877 B2

5

6

FIGS. 6 and 7 represent how two floor panels with coupling parts according to FIG. 5 match into each other;

FIGS. 8 to 11 represent a number of variants of coupling parts of floor panels according to the invention;

FIG. 12 schematically represents how the floor parts can be provided with coupling parts;

FIG. 13 represents a cross-section according to line XIII—XIII in FIG. 12;

FIGS. 14 to 21, on a larger scale and in cross-section, represent the penetration of the milling cutters which are indicated in FIG. 12 with arrows F14 to F21;

FIG. 22 represents a floor panel according to the invention;

FIG. 23, on a larger scale, represents the coupling of two floor panels of FIG. 22;

FIGS. 24 and 25 represent two manners of coupling floor panels according to FIG. 22 to each other.

DETAILED DESCRIPTION

The invention relates to a floor covering which is composed of hard floor panels 1, for example, such as a laminated panel as shown in FIG. 1.

These floor panels 1 can be of various shape, for example, rectangular or square, or of any other shape.

In the most preferred form of embodiment, they shall be manufactured in an elongated form, such as shown in FIG. 1, for example, with a length of 1 to 2 meters. The thickness, however, can also vary, but is preferably 0.5 to 1.5 cm, and more particularly 0.8 cm.

Each floor panel 1 is, at least at the edges of two opposite sides 2–3, provided with coupling parts 4–5 which permit two adjacent identical floor panels 1 to be coupled to each other.

According to the invention, the coupling parts 4–5, as represented in the FIGS. 2 to 4, are provided with integrated mechanical locking parts or locking elements 6 which prevent the drifting or sliding apart of two coupled floor panels 1 in a direction D perpendicular to the respective sides 2–3 and parallel to the underside 7 of the coupled floor panels 1; the coupling parts 4–5 and the locking elements 6 are formed in one piece with the core 8 of the floor panels 1; the coupling parts 4–5 have such a shape that two subsequent floor panels 1 can be engaged into each other solely by snapping-together and/or turning after the coupling parts are partially engaged, whereby each subsequent floor panel 1 can be laterally inserted into the previous; and the coupling parts 4–5 preferably are interlocked free from play in all directions in a plane which is located perpendicular to the aforementioned edges.

In the case of floor panels 1 with an elongated shape, as represented in FIG. 1, the respective coupling parts 4–5 are located at the longitudinal sides 2–3.

The coupling parts 4–5 can be realized in various forms, although the basic forms thereof will always be formed by a tongue 9 and a groove 10.

In the form of embodiment of FIGS. 2 to 4, the related floor panel 1 is provided with coupling parts 4–5 and locking means or locking elements 6 which allow two floor panels 1 to be mutually engaged by means of a turning movement, without the occurrence of any snap-together effect.

In the represented example, the locking elements 6 consist of a first locking element 11, formed by a protrusion with a bent round (arcuate) shape at the lower side 12 of the tongue 9 (tongue arcuate lower surface), and a second locking element 13 (shown in FIG. 2), formed by a first recess with

a bent hollow or downwardly concave shape in the lower wall 14 of the groove 10 (groove arcuate lower surface portion).

The locking elements 11–13 ensure that two floor panels 1 which are coupled to each other can not move laterally in the horizontal plane with respect to each other.

In order to enable two floor panels 1 to be inserted into each other by means of a turning movement, the curvatures preferably are circular segment shaped. The bottom side 12 of locking means or locking elements 6 has a curvature with a radius R1, the center of which coincides with the respective upper edge 15 of the floor panel 1, whereas the lower wall 14 of the locking part 5 has a curvature with a radius R2 which is equal to the radius R1, but its center coincides with the respective upper edge 16. Radii R1 and R2 may also be applied which are larger or smaller than the distance to the upper edge 15, 16 respectively, and/or which differ from each other in size.

The upper side or surface 17 of the tongue 9 (tongue planar upper surface portion) and the upper surface or side 18 of the groove 10 (groove planar upper surface portion) are preferably planar and preferably are located in the horizontal plane.

The inner side 20 of the groove 10 and the front side or distal end 19 of the tongue 9 of the two interlocked floor panels 1 preferably do not fit closely against each other, such that an intermediate space 21 is created between them into which possible dust remainders or such can be pushed away by means of the tongue 9.

The tongue 9 and the groove 10 preferably have shapes which are complementary to each other, such that the tongue planar upper surface portion of tongue 9 in the engaged condition of two identical floor panels 1 precisely sits against the groove planar upper surface portion of upper wall 18 and the arcuate lower surface portion 14 of the groove 10 engages the tongue arcuate lower surface portion of tongue 9, whereby a pressure P, exerted against the first upper edge contact surface at the end of upper lip 22 by the second upper edge contact surface above the tongue 9, is received or reacted not only by this lip 22, but by the complete structure, because this pressure can be transmitted through the tongue 9 and the lower lip 23 to cause the panels to be urged towards each other.

It is, however, clear that a number of minor deviations to these complementary forms can occur which, anyhow, have no or almost no effect upon the receipt and transmission of pressure forces. For example, a chamfer 24 on lip 22 and a second recess 25 can be provided, as represented in FIGS. 2 to 4, as a result of which the subsequent floor panels 1 can easily be pushed and guided into each other, such that no possible ridges in the subflooring or such render good insertion difficult.

As represented in the FIGS. 5 to 7, the floor panels 1 according to the invention can also, along the sides 26–27 which are at a right angle to the sides 2–3, be provided with coupling parts 28–29 which have locking elements 30, too. The coupling parts 28–29 are preferably also realized in the shape of a tongue 31 and a groove 32. Hereby, the locking elements 30 do not have to be of the same nature as the locking elements 6.

Preferably, at the sides 26–27 locking elements are provided which allow for an engagement and interlocking by means of a lateral translation movement in direction T only, as represented in FIGS. 6 and 7. To this aim, the locking elements 30 consist of a snap-together connection with locking elements 33 and 34 which grip behind each other.

US 6,993,877 B2

7

As represented in FIGS. 5 to 7, the locking element 33 preferably consists of a protrusion of the lower side 35 of the tongue 31 which can be located in a recess 36 in a lower lip 43 extending distally from the lower wall 37 of the groove 32. The locking element 34 is formed by the upward directed part or protrusion which defines the distally outer end of recess 36.

In this case, the locking elements 33–34 have contact surfaces 38–39 which are parallel to each other and preferably extend in an inclined manner, according to a direction which simplifies the snapping-together of the panels. The common plane of tangency L which is determined by the common tangent at the meeting point or area of surfaces 38–39, hereby forms an angle A sloping inwards and downwardly from an outer region to an inner region relative to the underside 7, which angle is smaller than 900.

The locking elements 33–34 preferably are provided with inclined portions 40 and 41 which, when two floor panels 1 are engaged, cooperate with each other in such a manner that the locking elements 33–34 can easily be pushed over each other until they grip behind each other by means of a snap-together effect (FIGS. 6 and 7).

The thickness W1 of the tongue 31 preferably is equal to the width W2 of the groove 32, such that compression pressure P applied to the upper lip 42 is reacted by the tongue 31 which, in its turn, then is reacted by the lower lip 43.

Analogous to the chamfer 24 and recess 25, a recess or clearance 44 and a chamfer 45 are provided also at the edges 28–29 above a tongue planar upper surface as shown when panels are coupled along cooperating edges 28–29 the recess 44 defines a chamber 25' as shown in FIG. 4. Panel edges contact each other above the recess 44, as shown at upper edge contact surfaces.

It is noted that such a snap-together coupling can also be applied at the edges 2–3. Hereby, this can be a snap-together coupling analogous to these of FIGS. 5 to 7, but this can also be a snap-together coupling using other forms of coupling configurations, for example, such as represented in FIGS. 8 and 9. Contrary to the locking elements 33–34 which consist of rather local protrusions, in the forms of embodiment of FIGS. 8 and 9 use is made of locking elements 46–47 which, in comparison to the total width B of the coupling, extend over a rather large distance.

In this case, the locking elements 46–47 are also provided at the lower side 12 of the tongue 9 and the lower wall 14 of the groove 10.

According to FIG. 8, the locking elements 46–47 have contact surfaces 48–49 which are at an angle with the plane of the floor panel 1. In this manner, a coupling is obtained which is interlocked in a particularly fixed manner.

As represented in FIG. 9, the locking elements 46–47 possibly can be configured in such a manner that substantially only a linear contact is obtained, for example, because the contact surfaces directed towards each other are formed with different curvatures.

The surfaces, directed towards each other, of the locking elements 46–47 hereby consist of curved surfaces. The common plane of tangency L forms an angle A which is smaller than 90°, and more preferably is smaller than 70°.

In this manner, the locking element 46 preferably has two portions with a different curvature, on one hand, a portion 50 with a strong curvature and, on the other hand, a portion 51 with a weak curvature. The portion 50 with the strong curvature provides for the formation of a firm coupling. The portion 51 with the weak curvature facilitates the coupling parts 4–5 to be brought into each other easily. The collective

8

surfaces 50 and 51 may be referred to as the tongue arcuate lower surface portion, in the same manner as the tongue arcuate lower surface portion in FIGS. 2 to 4 described above. The tongue 9 in FIGS. 9 and 10 include tongue planar upper surface portions and the groove 10 includes a groove planar upper surface portion and a groove arcuate lower surface portion similar to the example shown in FIGS. 2 to 4. The intermediate shape S forms a chamber which offers space for dust and the like which, when engaging two floor panels 1, inevitably infiltrates there. The chamber at intermediate space 5, the chamber 25' defined by recess 44, and clearance 21 are or may be essentially independent clearances or chambers when the tongue and groove elements are coupled, as illustrated. It will be noted that the tongue 9 in FIGS. 9 and 10 has a cross-sectional periphery that defines the outer shape of the tongue in transverse cross-section. As illustrated, the tongue 9 includes an upper surface 9a, a lower surface 9b and a distalmost surface 9c, the outer form or profile of the tongue along and connecting these surfaces constituting a tongue periphery that includes an upper tongue contact surface 9d that engages an upper groove or lip contact surface 22a when panels are coupled as seen in FIG. 9 and the lower contact surface 48' engaging the lower groove or lip contact surface 49' intersecting the common plane of tangency L in this example.

As seen in FIGS. 5, 6 and 7, an intermediate lower tongue contact surface 31a engages intermediate lower groove, or lip contact surface 32a when the tongue 31 and groove 32 are coupled together. The intermediate contact surfaces are located along the periphery of tongue 31 and the surface of groove 32 between lower contact surfaces 38, 39 and upper contact surfaces 85, 86 between the tongue and groove elements.

In the case of a snap-together connection, for example, a connection such as represented in FIGS. 7 to 9, preferably the tongue 9–31 has a shape that thickens from below, which then can cooperate with a widened portion in the groove 10.

In FIG. 10, a variant is represented whereby at least at the level of the upper contact edges 15–16, a sealing material 52 is provided, as a result of which a watertight sealing can be assured. This sealing material 52 may consist of a strip or covering which is provided previously at the floor panel 1, either at one or both upperside edges 15–16.

In FIG. 11, a further variant is represented, whereby the locking element 6 is formed by an upward directed portion 53 at the tongue 9, which as a result of a turning movement of the panel, is brought behind a downward-directed portion 54 on the upper wall 18. More particularly, this is obtained by forming the upper side 17 and the upper wall 18 with a curvature R3, the center of which is situated at the upperside edges 15–16, and forming the lower side 12 and the lower wall 14 with a radius R4, the center of which is also situated at the upperside edges 15 and 16, respectively. These radii R3–R4 can be chosen otherwise, too.

In general, according to the invention, the difference between, on one hand, the radius R1, R3 respectively, and, on the other hand, the radius R2, R4 respectively, preferably should not be larger than 2 mm.

It is also preferred that the center of these radii be situated inside the circle C1, C2 (see FIG. 2) respectively, which extends with a radius R5 of 3 mm centered at upperside edge 15, 16 respectively.

Finally it is noted that, according to the invention, the lower lip 23–43, as represented in FIGS. 2 to 7, can be formed distally longer than the upper lip 22–42. This has an advantage that the coupling parts 4–5–28–29 can be shaped in an easier manner by means of a milling cutter or the like.

US 6,993,877 B2

9

Furthermore, this simplifies the engagement of two floor panels **1**, because each subsequent floor panel **1** during installation can be placed upon the protruding lower lip **23**–**43**, as a result of which the tongue **9**–**31** and the groove **10**–**32** automatically are positioned in front of each other. On the other hand, in accordance with FIGS. **9**–**11**, the upper and lower lips **22**, **23** can be substantially the same length so as to terminate in a common vertical plane.

The embodiments wherein the lower lip **23** is equal to or distally shorter than the upper lip **22**, in their turn, offer the advantage that no protruding lip **23** remains at the extreme edge of the floor which might cause problems in finishing the floor installation.

In order to allow for a smooth assembly, to guarantee the necessary stability and firmness and in order to limit the quantity of material to be cut away, the difference E between the distally outer edge of the upper lip **22**–**42** and the distally outer edge of the lower lip **23**–**43**, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove **10**, should preferably be kept smaller than one time the total thickness F of the floor panel **1**. For stability's sake, normally this total thickness F shall never be less than 5 mm.

The small dimension of the difference E offers the advantage that the lower lip need not be strengthened by a reinforcement strip or the like.

According to a particular form of embodiment, the central line M1 through the tongue **9** and the groove **10** is situated lower than the center line M2 of the floor panel **1**, such, that the upper lip **22**–**42** is thicker than the lower lip **23**–**43**. In first instance, this is essential in this kind of connection, because then it is the lower lip **23**–**43** which bends, whereby the upper side of the floor panel **1** is kept free of possible deformations.

As explained in the introduction, for the core **8** a material is chosen from the following series:

a. a ground product which, by means of a binding agent or by means of melting together is made into a unitary composite material;

a product based on synthetic material;

chip board with fine chips.

The invention shows its usefulness, in first instance, preferably with laminated flooring, due to the reasons explained in the introduction.

As represented in the examples of the FIGS. **2** to **11**, such laminated flooring preferably consists of a core **8** made of MDF medium density fiberboard board, HDF high density fiberboard board or similar, whereby at least at the upper side of this core **8** one or more layers of material are provided.

More particularly, it is preferred that the laminated flooring is provided with a decorative layer **55** and a protective top layer **56**. The decorative layer **55** is a layer, impregnated with resin, for example, made of paper, which can be imprinted with a variety of patterns, such as a wood pattern, a pattern in the form of stone, cork, or similar or even with a fancy pattern. The protective top layer **56** preferably also consists of a layer saturated with resin, for example, melamine resin, which in the final product is transparent.

It is clear that still other layers can be applied, such as an intermediate layer **57** upon which the decorative layer **55** is provided.

Preferably, also a backing layer **58** shall be applied at the underside **7**, forming a counterbalancing element for the top layers and, thus, guaranteeing the stability of the form of the

10

floor panel **1**. This backing layer **58** may consist of a material, for example paper, impregnated with a resin, for example, a melamine resin.

As represented schematically in FIG. **12**, the tongue **9** and the groove **10**, and preferably also the tongue **31** and the groove **32** are formed by means of a milling process. In the case that a profile has to be applied on all four sides, the floor panels **1** preferably shall be displaced by means of two sequential perpendicular movements V1 and V2, whereby during the first movement profiles at two opposite edges are provided, in this case the longitudinal edges, by means of milling devices **59**–**60**, whereas during the second movement profiles are provided at the other edges, in this case the small edges, by means of milling devices **61**–**62**. During these processing, the floor panels **1** preferably are put with their decorative layer directed downward.

According to an important characteristic of the invention, each respective tongue **9**–**31** and groove **10**–**32** are formed by means of a milling process with at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in reference to the related floor panel **1**.

This is illustrated in FIGS. **13**, **14** and **15**, wherein it is represented how a groove **10** is realized by means of two milling cycles by means of two milling cutters **63** and **64**. FIGS. **16** and **17** represent how the tongue **9** is shaped by means of milling cutters **65** and **66**.

The FIGS. **18**–**19** and **20**–**21** represent similar views showing how the groove **32** and the tongue **31** are shaped by means of milling cutters **67**–**68** and **69**–**70**, positioned at an angle.

During each of the aforementioned milling passes, substantially the final shape of one flank is fully realized. For example, the milling cutter **63** of FIG. **14** determines the final shape of the lower flank **71** of the groove **10**, whereas the milling cutter **64** determines the final shape of the upper flank **72**.

As mentioned in the introduction, preferably milling cutters **63** to **72** shall be used, having diameters G which are at least 5 times, and even better at least 20 times larger than the thickness F of the floor panels **1**.

Apart of the mentioned milling cutters, preferably still other milling cutters are applied, for example, in order to remove a part of the material to be removed during a first premachining cycle.

In the FIGS. **22** to **25**, a particularly preferred form of embodiment of a floor panel **1** according to the invention is represented. Hereby, the parts which correspond with the previous embodiments are indicated with corresponding references.

An important characteristic herein consists in that the coupling parts **4**–**5** are provided with locking elements **6** which, in engaged condition with the panels in a common plane, exert a tension force upon each other, as a result of which the engaged floor panels **1** are forced towards each other in compression. As represented, this is realized preferably by providing the coupling parts with an elastically yieldable or bendable portion, in this case the lower lip **43**, which, in engaged condition, is at least partially bent and in this way creates a tension force which results in the engaged floor panels **1** being forced towards each other. The resultant bending V, as well as the tension force K, are indicated in the enlargement view of FIG. **23**.

In order to obtain the tension force K pressing together the engaged floor panels **1**, the bendable portion, in this case the lip **43**, preferably is provided, as represented, with an inwardly and downwardly inclined contact surface **73** which

US 6,993,877 B2

11                                          12

preferably can cooperate with a corresponding contact surface 74 on tongue 9. These contact surfaces 73–74 are similar to the aforementioned contact surfaces 39–38 and also similar to the inclined portions of the lower lip of FIGS. 2 to 4.

In the FIGS. 2 and 5, the portions form complementary matching shapes; it is, however, clear that, by a modification, also a tension effect similar to that shown in FIG. 23 can be realized.

Due to, on one hand, the contact along the angle A, and, on the other hand, the fact that a tension force K is created, a compression force component K1 is produced, as a result of which the floor panels 1 are drawn against each other in compression.

Preferably, the angle A of the mutual plane of tangency of contact surfaces 73–4 relative to the horizontal plane is situated between 30 and 70 degrees. In the case that use is made of the embodiment whereby a tension force K is realized, an angle A of 30 to 70 degrees is ideal in order, on one hand, to effect an optimum pressing-together of the floor panels 1 and, on the other hand, to ensure that the floor panels 1 can easily be engaged and respectively disassembled.

Although the pressing or compression force component K1 preferably is delivered by the aforementioned lip 43, the invention does not exclude other forms of locking elements or structures whereby this force is delivered by other bendable portions.

It is noted that the bending V is relatively small, for example, several hundredths up to several tenths of a millimeter, and does not have an influence upon the placement of the floor covering. Furthermore it should be noted that such floor covering generally is placed upon an underlayer (not shown) which is elastically compressible, as a result of which the bending V of the lip 43 only produces local bending of the underlayer.

Due to the fact that the lip 43 is bent apart and that it remains somewhat bent apart in engaged position, the additional advantage is obtained that, when exerting a pressure upon the floor covering, for example, when placing an object thereupon, the pressing-together compressive force is enhanced and, thus, the development of gaps is counteracted even more.

It is noted that the inventors have found that, contrary to all expectations, an ideal tension force can be realized by manufacturing the coupling parts 4–5, including the locking elements 33–34, and preferably the complete core 8, of HDF board or MDF board, although these material normally only allow a minor elastic deformation.

HDF and MDF also offer the advantage that smooth surfaces are obtained, as a result of which the locking elements can be moved easily over each other.

According to a variant of the invention, the tension force can also be supplied by means of an elastic compression of the material of the coupling parts themselves, to which end these coupling parts, and preferably the complete core 8, would be manufactured using an elastically compressible material.

A further particular characteristic of the embodiment of FIGS. 22 to 25 consists in that the floor panels 1 can be selectively engaged by means of a turning movement, as represented in FIG. 24, as well as by means of laterally shifting them towards each other in substantially a common plane, as represented in FIG. 25, preferably in such a manner that, during the engagement by means of the turning movement with the coupling parts partially engaged, a maximum bending Vm results in the coupling parts, more particularly

in the lip 43, which bending Vm is less pronounced, if not nonexistent, as in the FIGS. 2 to 4, in comparison to the bending Vm which results when the floor panels 1 are engaged by means of shifting them towards each other, as in FIG. 15.

The advantage of this consists in that the floor panels 1 can be engaged easily by means of a turning movement, without necessitating use of a tool therefore, whereas it still remains possible to engage the floor panels also by means of shifting them laterally. This latter is useful, in first instance, when the last panel has to be placed partially under a door frame or similar situation. In this case, the floor panel 1 can be pushed under the door frame with the side which does not have to be engaged and subsequently, possibly by means of tools, can be snapped into the adjacent floor panel by lateral sliding together.

It is noted that the shapes of the coupling parts 4–5 shown in FIGS. 22 to 25 can also be noted for the coupling parts 28–29 of the short sides of the panels.

According to the invention, in the case that the four sides 2–3–26–27 are provided with coupling pars 45–28–29, these coupling parts can be formed in such a manner that in one direction a firmer engagement than in the other direction is effected. In the case of elongated floor panels 1, for example, such as represented in FIG. 1, the locking at the small sides 26–27 preferably shall be more pronounced than at the longitudinal sides 2–3. The length of the parts at the small sides, namely, is smaller and, in principle, less firm. This is compensated for by providing a more pronounced locking.

This difference in engagement can be obtained by shaping the contact surfaces 73–74 with different angles.

Preferably, the aforementioned protrusion, more particularly the locking element 33, is bounded by at least two portions 75–76 (shown in FIG. 22), respectively a portion 75 with a strong (steep) inclination which provides for the locking, and a portion 76 with a weaker (less inclined) inclination which renders the engagement or guidance of the coupling parts easier. In the embodiment of FIGS. 22 to 25, these portions 75–76 are formed by straight planes, but, as already described with reference to FIG. 9, use can also be made of curved portions 50–51. In FIG. 5, these are the contact surface 38 and the inclined portion 40.

In the preferred form of the invention, the floor panels 1 comprise coupling parts 4–5 and/or 28–29 exhibiting one of the following or the combination of two or more of the following features:

a curvature 77 (shown in FIG. 22) at the lower side of the tongue 9 and/or a curvature 78 at the lower lip 43 which form a guidance when turning two floor panels 1 into each other, with the advantage that the floor panels 1 can be engaged into each other easily during installation;

roundings 79–80 at the edges of the locking elements 33–34, with the advantages that the locking elements can easily shift over each other during their engagement, or during disassembly of the floor panels 1 and that the locking elements will not be damaged, for example, crumble away at their edges, even if the floor panels are engaged and disassembled;

dust chambers 81, or spaces 21 as in FIG. 4, between all sides, directed laterally towards each other, of the engaged floor panels 1, with the advantage that inclusions which get between the floor panels 1 during the engagement do not exert an adverse influence upon good engagement;

a shaping of the tongue 9 which is such, for example, by the presence of a chamfer 82, that the upper side of the

US 6,993,877 B2

13 14

tongue 9 becomes situated from the first joining together or substantial contact of the panels, under the lower side of the upper lip 42 when the floor panels 1 are pushed towards each other in substantially the same plane, as indicated in FIG. 25, with the advantage that the front extremity or end of the tongue 9 does not press against the front side of the upper lip 42 or the front edge of the bottom lip 43 when the floor panels are pushed towards each other in the same plane;

a ramp surface 83, hereinbefore also called inclined portion 41, formed at the distally outer end of the lower lip 43, with the advantage that the locking elements 33–34 shift smoothly over each other and that the lower lip 43 is bent uniformly;

in the engagement direction only one important contact point which is formed by a section 84 at the location of the upperside edges of the floor panels 1, with the advantage that the aforementioned tension force is optimally transferred to the upper side of the floor panels 1 and that the development of openings between the floor panels 1 is counteracted;

contact surfaces 85–86, more particularly abutment surfaces, formed by the upper side of the tongue 9 and the upper side of the groove 10 which, over the largest portion of their length, are flat and run parallel to the plane which is defined by the floor panels 1, as well as contact surfaces cooperating with each other, formed by curvatures 77–78, with the advantage that no mutual displacement in height between two engaged floor panels 1 is possible, even if the insertion depth of the tongue 9 into the groove 10 should vary due to various causes; in other words, no height differences may occur between the adjacent floor panels.

In the embodiment of FIGS. 22 to 25, all these characteristics are combined; it is, however, clear that, as becomes evident from FIGS. 2 to 11, these features can also be provided separately or in a limited combination with one another.

As becomes evident from FIGS. 5 to 7 and 22 to 25, an important characteristic of the preferred embodiment of the invention consists in that the cooperative locking element 6, in other words, the portion providing for the snap-together and engagement effect, are situated in that portion of the lower lip 23–43 which extends beyond the distal edge of the upper lip 22–42, more particularly, the lowermost point 87 of the locking part 33 is situated under the top layer of the floor panel 1. For clarity's sake, this top layer is indicated in the FIGS. 22–25 only as a single layer.

It should be noted that the combination of features, the lower lip 23–43 extending further than the upper lip 22–42; the locking elements 6 being formed at least by means of a contact surface portion which inwardly slopes downward, and wherein this portion, at least partially, is located in the portion of the lower lip 23–43 which extends distally beyond the upper lip 22–42, is particularly advantageous, among others, in comparison with the couplings for floor panels described in the documents WO 94/01628, WO 94/26999, WO 96/27719 and WO 96/27721. The sloping contact surface portion offers the advantage that the floor panels 1 can be disassembled again. The fact that this sloping portion is situated in the extended portion of the lower lip 23–43 adds the advantage that no deformations can occur during coupling which manifest themselves up to the top layer.

According to a preferred characteristic of the invention, the aforementioned portion, i.e. the contact surface 39 or 73, preferably extends in such a manner that the distance between the upper edge 16 of the panel to the contact surface

39, 73 diminishes between the proximal and distal ends of the sloping contact surface 39, 73, in other words, such that, as represented in FIG. 22, the distance X2 is smaller than the distance X1. This is also the case in FIG. 7.

Still preferably, this portion only starts at a clear distance E1 from the outer edge of upper lip 42.

It is obvious that the coupling parts 22 to 25 can also be shaped by means of said milling process.

According to a particular characteristic of the invention, the floor panels 1 are treated at their sides 2–3 and/or 26–27 with a surface densifying agent, more particularly a surface hardening agent, which preferably is chosen from the following series of products: impregnation agents, pore-sealing agents, lacquers, resins, oils, paraffins and the like.

In FIG. 22, such impregnation 88 is represented schematically. This treatment can be performed over the complete surface of the sides 2–3 and/or 26–27 or only over specific portions hereof, for example exclusively on the surfaces of the tongue 9 and the groove 10.

The treatment with a surface densifying agent offers, in combination with the snap-together effect, the advantage that in various aspects better coupling characteristics are obtained. As a result of this, the coupling parts 4–5 and/or 28–29 better keep their shape and strength, even if the floor panels 1 are engaged and disassembled repeatedly. In particular, if the core 8 is made of HDF, MDF or similar materials, by means of this treatment a better quality of surface condition is obtained, such that no abrasion of material occurs during engaging, or during disassembling.

This treatment also offers the advantage that, at least in the case of a surface hardening, the aforementioned elastic tensioning effect is enhanced.

The present invention is in no way limited to the forms of embodiment described by way of example and represented in the figures, however, such floor covering and the pertaining floor panels 1 can be embodied in various forms and dimensions without departing from the scope of the invention.

For example, the various characteristics which are described by means of the represented embodiments or examples may be selectively combined with each other.

Furthermore, all embodiments of coupling elements described before can be applied at the longer side as well as at the shorter side of a panel.

What is claimed is:

1. Floor covering panel comprising a hard floor panel having opposed long and short side edges to define a rectangular shape, said panel comprising a laminated construction including a core portion, and upper and lower surface layers, and at least one opposed pair of said side edges each provided with a coupling part;

each coupling part configured to cooperate with a cooperating coupling part of another one of said panel to enable coupling of the panels along contiguous side edges;

said coupling parts comprising substantially a tongue, a groove and mechanical locking elements all formed in one piece with the core portion of the panel;

said core portion being formed of MDF/HDF;

said locking elements cooperating when coupled to prevent the drifting apart of two coupled ones of said panel in a direction perpendicular to the plane of the coupled panels, and in a direction perpendicular to the contiguous edges along which the panels are coupled and parallel to undersides of the coupled panels;

said tongue of one of said coupling parts defining one locking element as at least one protrusion having an

US 6,993,877 B2

15

arcuate shape on the lower side of the tongue and a cooperating other locking element associated with a groove of said coupling parts located on a side edge of the panel opposite the edge on which the tongue is located;

a lower lip extending from a lower wall of said groove and an upper lip of said groove defined at least partly by an upper wall of the groove, said upper lip terminating at an upper lip wall and said lower lip extending distally beyond the upper lip wall;

said other locking element comprising a first recess in an upper surface of the lower lip, said first recess located at least partly distally beyond said upper lip wall;

a chamfer on the upper lip wall adjacent the intersection of the upper lip wall with the upper wall of the groove, said chamfer sloping inwardly towards the interior of the groove;

said upper wall of said groove comprising a substantially planar groove upper wall surface portion located between said upper lip wall and an inner side of the groove;

said tongue including a substantially planar tongue upper surface portion;

said coupling parts configured such that said groove upper wall surface portion and said tongue upper surface portion engage and cooperate with each other when similar ones of the panel are coupled.

**2**. The floor covering panel according to claim **1**, wherein said first recess comprising said other locking element is arcuate and possesses a curvature substantially complementary to the curvature of the at least one protrusion.

**3**. The floor covering panel according to claim **2**, wherein the protrusion and first recess extend along circular curved segments.

**4**. The floor covering panel according to claim **1**, wherein said substantially planar groove upper wall surface portion and said tongue upper surface portion extend substantially parallel with the underside of said panel.

**5**. The floor covering panel according to claim **1**, including a second recess adjacent the inner end of the tongue upper surface portion in the panel side edge including said tongue; said chamfer and second recess defining a clearance between coupled ones of the panel below the upper surface layer and above the tongue of the coupling parts upon coupling of similar panels.

**6**. The floor covering according to claim **1**, wherein said coupling parts are configured such that coupling between similar ones of said panel is enabled by rotating one panel relative to another panel about their adjacent side edges having respectively a tongue and a groove, whereby upon coupling said protrusion engages said first recess in cooperating relationship.

**7**. The floor covering according to claim **1**, wherein said tongue terminates at a distal end, and said groove and tongue are configured such that upon coupling of cooperating coupling parts of similar ones of said panel, a clearance is provided between the distal end of the tongue of one coupling part and the inner side of the groove of the other coupling part.

**8**. The floor covering panel according to claim **7**, wherein similar coupling parts configured to cooperate with a cooperating coupling part of another one of said panel are provided at both said opposed side edges.

**9**. A floor covering panel comprising a substantially rectangular, inclusive of rectangular and square shapes, interlocking hard floor panel, said hard floor panel having an

16

upper side, an underside and a perimeter defining first and second pairs of opposed substantially parallel edges;

said panel having a thickness of 0.5 to 1.5 cm. and comprising a laminated construction including a core portion made of MDF/HDF;

said first pair of edges being provided with cooperating coupling parts substantially in the form of a tongue and a groove extending substantially along the length of the first pair of edges, said tongue and groove formed entirely of said core portion;

the tongue defining locking elements in the form of a tongue planar upper surface portion and a tongue arcuate lower surface portion that is convex relative to the underside of the floor panel;

said groove defining locking elements in the form of a groove upper wall planar surface portion and a groove arcuate lower wall surface portion that is concave relative to the underside of the floor panel;

said coupling parts configured to be coupled by rotating similar ones of said panel relative to each other about adjacent panel edges to couple the panels against movement relative to each other in a directions perpendicular to the adjacent edges of the coupled panels when the coupling parts are coupled with said tongue planar upper surface portion and said groove planar upper surface portion in engagement with each other;

wherein the groove includes a lower lip and an upper lip, said lower lip extending distally beyond the upper lip;

wherein the groove arcuate lower wall surface portion is located partly distally beyond the upper lip;

wherein said tongue terminates at a distal end, said groove terminates at its inner end at a groove inner side, and said groove and tongue are configured such that upon coupling of cooperating coupling parts of similar ones of said panel, a clearance is provided between the distal end of the tongue of one coupling part and the groove inner side of the other coupling part.

**10**. A floor covering panel comprising a substantially rectangular, inclusive of rectangular and square shares, interlocking hard floor panel, said hard floor panel having an upper side, an underside and a perimeter defining first and second pairs of opposed substantially parallel edges;

said panel having a thickness of 0.5 to 1.5 cm. and comprising a laminated construction including a core portion made of MDF/HDF;

said first pair of edges being provided with cooperating coupling parts substantially in the form of a tongue and a groove extending substantially along the length of the first pair of edges, said tongue and groove formed entirely of said core portion;

the tongue defining locking elements in the form of a tongue planar upper surface portion and a tongue arcuate lower surface portion that is convex relative to the underside of the floor panel;

said groove defining locking elements in the form of a groove upper wall planar surface portion and a groove arcuate lower wall surface portion that is concave relative to the underside of the floor panel;

said coupling parts configured to be coupled by rotating similar ones of said panel relative to each other about adjacent panel edges to couple the panels against movement relative to each other in a directions perpendicular to the adjacent edges of the coupled panels when the coupling parts are coupled with said tongue planar upper surface portion and said groove planar upper surface portion in engagement with each other;

US 6,993,877 B2

17                                                    18

wherein the groove includes a lower lip and an upper lip,
said lower lip extending distally beyond the upper lip;
wherein the groove arcuate lower wall surface portion is
located partly distally beyond the upper lip;
wherein said tongue planar upper surface portion includes
an upper contact surface and said tongue arcuate lower
surface portion includes a lower contact surface;
a peripheral portion of said tongue extending along the
tongue outer surface and between said contact surfaces
defining an outer peripheral portion of said tongue;
said groove including corresponding upper and lower
groove contact surfaces on said groove planar upper
surface portion and the groove arcuate lower surface
portions that are respectively in contact with the upper
and lower contact surface portions of said tongue when
said coupling parts are coupled;
said coupling parts when coupled defining at least one
chamber therebetween along an area adjacent said outer
peripheral portion of said tongue.

11. A floor covering panel comprising a substantially
rectangular, inclusive of rectangular and square shapes,
interlocking hard floor panel, said hard floor panel having an
upper side, an underside and a perimeter defining first and
second pairs of opposed substantially parallel edges,
said panel having a thickness of 0.5 to 1.5 cm. and
comprising a laminated construction including a core
portion made of MDF/HDF;
said first pair of edges being provided with cooperating
coupling parts substantially in the form of a tongue and
a groove extending substantially along the length of the
first pair of edges, said tongue and groove formed
entirely of said core portion;
the tongue defining locking elements in the form of a
tongue planar upper surface portion and a tongue
arcuate lower surface portion that is convex relative to
the underside of the floor panel;
said groove defining locking elements in the form of a
groove upper wall planar surface portion and a groove

arcuate lower wall surface portion that is concave
relative to the underside of the floor panel;
said coupling parts configured to be coupled by rotating
similar ones of said panel relative to each other about
adjacent panel edges to couple the panels against
movement relative to each other in a directions per-
pendicular to the adjacent edges of the coupled panels
when the coupling parts are coupled with said tongue
planar upper surface portion and said groove planar
upper surface portion in engagement with each other;
wherein the groove includes a lower lip and an upper lip,
said lower lip extending distally beyond the upper lip;
wherein the groove arcuate lower wall surface portion is
located partly distally beyond the upper lip;
wherein a portion of the panel edge adjacent said tongue
planar upper surface portion defines at least a portion of
a clearance upon coupling of similar ones of the panel.

12. The floor covering panel according to claim 11,
wherein said clearance is defined between said upper side of
coupled similar panels and said tongue planar upper surface
portion.

13. The floor covering panel according to claim 12,
wherein when adjacent panels are coupled along at least one
of said opposed parallel sides, and said clearance defines an
enclosed volume in cross-section below said upper sides of
said adjacent panels.

14. The floor covering panel according to claim 11,
wherein said portion of said panel edge adjacent said tongue
planar upper side portion further defines a first upper edge
contact surface located above said clearance.

15. The floor covering panel according to claim 14,
wherein a portion of said panel edge including said groove
above said planar upper groove wall portion defines a
second upper edge contact surface cooperating with said first
upper edge contact surface located above said clearance.

*   *   *   *   *

Exhibit K

US007040068B2

(12) **United States Patent**
Moriau et al.

(10) Patent No.: **US 7,040,068 B2**
(45) Date of Patent: **May 9, 2006**

(54) **FLOOR PANELS WITH EDGE CONNECTORS**

(75) Inventors: **Stefan Simon Gustaaf Moriau**, Gent (BE); **Mark Gaston Maurits Cappelle**, Staden (BE); **Bernard Paul Joseph Thiers**, Oostrozebeke (BE)

(73) Assignee: **Unilin Beheer B.V., besloten vennootschap**, Ijssel (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 182 days.

(21) Appl. No.: **10/256,183**

(22) Filed: **Sep. 27, 2002**

(65) **Prior Publication Data**

US 2003/0024200 A1 Feb. 6, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/471,014, filed on Dec. 23, 1999, now Pat. No. 6,490,836, which is a continuation of application No. 08/872,044, filed on Jun. 10, 1997, now Pat. No. 6,006,486.

(30) **Foreign Application Priority Data**

Jun. 11, 1996  (BE) .......................................... 09600527
Apr. 15, 1997  (BE) .......................................... 09700344

(51) **Int. Cl.**
**E04B 2/46** (2006.01)

(52) **U.S. Cl.** .................... **52/591.3**; 52/586.1; 52/590.2; 52/592.2

(58) **Field of Classification Search** ............... 52/403.1, 52/480, 588.1, 582.1, 586.1, 592.1, 592.4, 52/591.3, 590.2, 578; 403/364, 375, 381
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 753,791 A | 3/1904 | Fulghum |
| 1,124,228 A | 1/1915 | Houston |
| 1,986,739 A | 1/1935 | Mitte |

(Continued)

FOREIGN PATENT DOCUMENTS

| AU | A 13098/83 | 10/1983 |
|---|---|---|
| BE | 417526 | 9/1936 |
| BE | 557844 | 5/1957 |

(Continued)

OTHER PUBLICATIONS

Abgustaff Kahr Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).
Akzenta Brief (Arguments) in Support of Intervention in Opposition Against Unilin European Patent Application No. 00201515.4 (Including Partial Translation of Document E2 Cited Therein) (Oct. 10, 2001).

(Continued)

*Primary Examiner*—Carl D. Friedman
*Assistant Examiner*—Yvonne M. Horton
(74) *Attorney, Agent, or Firm*—Bacon & Thomas PLLC

(57) **ABSTRACT**

Floor covering, including hard floor panels which, at least at the edges of two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels in a direction (R) perpendicular to the related edges and parallel to the underside of the coupled floor panels, and provide a snap-action coupling.

**57 Claims, 10 Drawing Sheets**



## US 7,040,068 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,988,201 A | 1/1935 | Hall | |
| 2,276,071 A | 3/1942 | Scull | |
| 2,430,200 A | 11/1947 | Wilson | |
| 2,740,167 A | 4/1956 | Rowley | |
| 3,045,294 A | 7/1962 | Livezey, Jr. | |
| 3,267,630 A | 8/1966 | Omholt | |
| 3,310,919 A | 3/1967 | Bue et al. | |
| 3,387,422 A | 6/1968 | Wanzer | |
| 3,526,420 A | 9/1970 | Brancaleone | |
| 3,538,665 A | 11/1970 | Gall | |
| 3,694,983 A | 10/1972 | Couquet | |
| 3,731,445 A | 5/1973 | Hoffmann et al. | |
| 3,759,007 A | 9/1973 | Thiele | |
| 3,859,000 A | 1/1975 | Webster | |
| 4,164,832 A | 8/1979 | Van Zandt | |
| 4,169,688 A | 10/1979 | Toshio | |
| 4,426,820 A * | 1/1984 | Terbrack et al. | 52/594 |
| 4,501,102 A | 2/1985 | Knowles | |
| 4,641,469 A | 2/1987 | Wood | |
| 4,738,071 A | 4/1988 | Ezard | |
| 4,769,963 A | 9/1988 | Meyerson | |
| 4,819,932 A | 4/1989 | Trotter | |
| 5,029,425 A | 7/1991 | Bogataj | |
| 5,179,812 A | 1/1993 | Hill | |
| 5,216,861 A | 6/1993 | Meyerson | |
| 5,295,341 A * | 3/1994 | Kajiwara | 52/586.2 |
| 5,349,796 A | 9/1994 | Meyerson | |
| 5,502,939 A | 4/1996 | Zadok et al. | |
| 5,630,304 A | 5/1997 | Austin | |
| 5,706,621 A * | 1/1998 | Pervan | 52/403.1 |
| 5,768,850 A | 6/1998 | Chen | |
| 5,797,175 A | 8/1998 | Schneider | |
| 5,797,237 A | 8/1998 | Finhell, Jr. | |
| 5,860,267 A | 1/1999 | Pervan | |
| 6,023,907 A | 2/2000 | Pervan | |
| 6,029,416 A * | 2/2000 | Andersson | 52/592.1 |
| 6,182,410 B1 * | 2/2001 | Pervan | 52/403.1 |
| 6,588,166 B1 * | 7/2003 | Martensson et al. | 52/578 |
| 2002/0020127 A1 * | 2/2002 | Theirs et al. | 52/403.1 |
| 2003/0033777 A1 * | 2/2003 | Theirs et al. | 52/390 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 991373 | 6/1976 |
| CH | 200949 | 11/1938 |
| CH | 211877 | 10/1940 |
| CH | 562 377 | 4/1975 |
| DE | 1212275 | 3/1966 |
| DE | 1 534 802 | 4/1970 |
| DE | 7102476 | 1/1971 |
| DE | 1534278 | 11/1971 |
| DE | 2238600 | 2/1974 |
| DE | 7402354 | 5/1974 |
| DE | 2502992 | 7/1976 |
| DE | 2616077 | 10/1977 |
| DE | 2917025 | 11/1980 |
| DE | 3041781 | 6/1982 |
| DE | 3246376 | 6/1984 |
| DE | 3343601 | 6/1985 |
| DE | 8604004 | 6/1986 |
| DE | 3512204 | 10/1986 |
| DE | 3544845 | 6/1987 |
| DE | 4215273 | 11/1993 |
| DE | 4242530 | 6/1994 |
| EP | 0248127 | 1/1987 |
| EP | 0 667 936 B2 | 7/2000 |
| FR | 424057 | 2/1935 |
| FR | 1293043 | 11/1962 |
| FR | 2568295 | 1/1986 |
| FR | 2630149 | 10/1989 |

| | | |
|---|---|---|
| FR | 2675174 | 10/1992 |
| FR | 2691491 | 11/1993 |
| FR | 2697275 | 4/1994 |
| GB | 1127915 | 9/1968 |
| GB | 1237744 | 6/1971 |
| GB | 1275511 | 5/1972 |
| GB | 1430423 | 3/1976 |
| GB | 2117813 | 10/1983 |
| GB | 2243381 | 10/1991 |
| GB | 2256023 | 11/1992 |
| JP | 54-65528 | 5/1979 |
| JP | 57-119056 | 7/1982 |
| JP | 3-169967 | 7/1991 |
| JP | 5-148984 | 6/1993 |
| JP | 6-146553 | 5/1994 |
| JP | 6-200611 | 7/1994 |
| JP | 6-56310 | 8/1994 |
| JP | 6-320510 | 11/1994 |
| JP | 7-076923 | 3/1995 |
| JP | 07180333 | 7/1995 |
| JP | 7-300979 | 11/1995 |
| JP | 7-310426 | 11/1995 |
| JP | 8-109734 | 4/1996 |
| JP | 8-270193 | 11/1996 |
| NL | 76 01773 | 8/1976 |
| SE | 372051 | 12/1974 |
| SE | 450141 | 5/1987 |
| SE | 501014 | 10/1994 |
| SE | 502994 | 3/1996 |
| WO | WO 84/02155 | 6/1984 |
| WO | WO 93/13280 | 7/1993 |
| WO | WO 94/01628 | 1/1994 |
| WO | WO 94/01688 | 1/1994 |
| WO | WO 94/26999 | 11/1994 |
| WO | WO 96/27719 | 9/1996 |
| WO | WO 96/27721 | 9/1996 |

### OTHER PUBLICATIONS

EFP Floor Products Opposition Against Unilin European Patent No. EP 0 843 763 (Oct. 27, 2000).

Hornitex–Werke Opposition to Unilin European Patent No. 0 843 763 (Jul. 4, 2001).

Kronospan Action to Nullify Unilin German Utility Model Patent No. 297 24 428 U1, including Cited Documents E2 (with Partial Translation); E3; E5 and E6 (with Translation) (Aug. 9, 2001).

Kronospan Opposition Against Unilin European Patent No. EP 0 843 763 (Jul. 14, 2001).

Kronotex Arguments in Appeal from Decision of Germany Patent Court Upholding Validity of Unilin German Utility Model Patent No. DE–UM 29 710 175 (Jul. 17, 2000).

Kronotex Arguments filed before Federal Patent Court in Appeal from Adverse Decision of German Patent Office Upholding Validity on Unilin German Utility Model Patent No. DE–UM 297 10 175 (Jul. 24, 2001).

Kronontex Opposition Against Unilin Australian Patent Application No. 713,628 AU–B (32569/97) (Sep. 1, 2000).

Kronotex Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

Observations by Third Party (Kandl) Regarding Patentability of Unilin European Patent Application No. 00201515.4 (including Partial Translation of Document E2 Cited Therein) (Oct. 10, 2001).

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Oct. 18, 2001.

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Dec. 18, 2001.

**US 7,040,068 B2**

Page 3

Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 14, 2002.
Observations of M. Kandl submitted in European patent application No. 00201515.4 of Unilin Beheer, Jan. 24, 2002.
"Selbst Teppichböden, PVC und Parkett verlegen", 1985 Compact Verlag München.
Valinge Aluminum Observations Regarding Unilin European Patent No. EP 0 83 763 (Nov. 19, 1998).
Valinge Aluminum Opposition Against Unilin Australia Patent No. 713 628 (AU–B 325 60/97) (Jun. 6, 2000).
Valinge Aluminum Opposition Against Unilin New Zealand Patent 3,29,581 (Jun. 2000).
Valinge Aluminum Opposition Against Unilin European Patent No. EP 0 843 763 with Copies of Cited Documents (Aug. 6, 2001).
*Webster's Dictionary,* definition of "scarf", p. 862, 1992, PAMCO Publ. Comp. Inc. (N.Y.).

Judgment of British Patents County Court in Patent infringement Action PAT Nos. 02010 and 02014 involving British Patent No. EP (UK) 1 024 034 of Unilin Beheer, Sep. 25, 2003.
Expert Report of Dr. Hugh David Mansfield–Williams in British Patents County Court cases PAT 02010 and 02014, signed Jul. 7, 2003.
Expert Report of Mark Anthony Irle, signed Jul. 7, 2003, with Bundle BA (Exhibits to report).
Notification from German PTO regarding utility model revocation proceedings against Unilin Beheer B.V. utility model No. 297 24 428 (Apr. 7, 2003), (with translation).
"Decision of Opposition Division of European Patent Office regarding EP 1 024 234 of Unilin Beheer N.V., mailed Jul. 18, 2004."

* cited by examiner



*Fig.1*



*Fig.8*



Fig.2

Fig.4

Fig.5





*Fig.9*

*Fig.10*

*Fig.11*



*Fig. 12*

*Fig. 13*



*Fig. 14*



*Fig. 15*



*Fig. 16*



*Fig.17*

*Fig.18*

*Fig.19*



*Fig.20*



*Fig.21*



*Fig.22*

*Fig.23*



*Fig.24*



*Fig.25*

1

# FLOOR PANELS WITH EDGE CONNECTORS

## RELATED APPLICATION DATA

This application is a continuation of application Ser. No. 09/471,014, filed Dec. 23, 1999 now U.S. Pat. No. 6,490, 836; which is a continuation of application Ser. No. 08/872, 044 filed Jun. 10, 1997, now U.S. Pat. No. 6,006,486.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a floor covering made of hard floor panels.

2. Related Technology

In the first instance, the invention is intended for so-called laminated floors, but generally it can also be applied for other kinds of floor covering, consisting of hard floor panels, such as veneer parquet, prefabricated parquet, or other floor panels which can be compared to laminated flooring.

It is known that such floor panels can be applied in various ways.

According to a first possibility, the floor panels are attached at the underlying floor, either by glueing or by nailing them on. This technique has a disadvantage that is rather complicated and that subsequent changes can only be made by breaking out the floor panels.

According to a second possibility, the floor panels are installed loosely onto the subflooring, whereby the floor panels mutually match into each other by means of a tongue and groove coupling, whereby mostly they are glued together in the tongue and groove, too. The floor obtained in this manner, also called a floating parquet flooring, has as an advantage that it is easy to install and that the complete floor surface can move which often is convenient in order to receive possible expansion and shrinkage phenomena.

A disadvantage with a floor covering of the above-mentioned type, above all, if the floor panels are installed loosely onto the subflooring, consists in that during the expansion of the floor and its subsequent shrinkage, the floor panels themselves can drift apart, as a result of which undesired gaps can be formed, for example, if the glue connection breaks.

In order to remedy this disadvantage, techniques have already been through of whereby connection elements made of metal are provided between the single floor panels in order to keep them together. Such connection elements, however, are rather expensive to make and, furthermore, their provision or the installation thereof is a time-consuming occupation.

Examples of embodiments which apply such metal connection elements are described, among others, in the documents WO 94/26999 and WO 93/13280.

Furthermore, couplings are known which allow coupling parts to snap fit into each other. e.g., from the documents U.S. Pat. No. 5,295,341, WO 96/27719 and 96/27721. The snapping-together effect obtained with these forms of embodiment, however, does not guarantee a 100-percent optimum counteraction against the development of gaps between the floor panels, more particularly, because in fact at least in WO 96/27719 well-defined plays have to be provided in order to be sure that the snapping-together is possible.

From GB 424.057, a coupling for parquetry parts is known which, in consideration of the nature of the coupling, only is appropriate for massive wooden parquetry.

2

Furthermore, there are also couplings for panels known from the documents GB 2.117.813, GB 2,256.023 and DE 3.544.845. These couplings, however, are not appropriate for connecting floor panels.

## BRIEF SUMMARY OF THE INVENTION

The invention aims at an improved floor covering of the aforementioned type, the floor panels of which can be coupled to each other in an optimum manner and/or the floor panels of which can be manufactured in a smooth manner, and whereby preferably one or more of the aforementioned disadvantages are excluded.

The invention also aims at a floor covering which has the advantage that no mistakes during installing, such as gaps and such, can be created.

Furthermore, the invention also aims at a floor covering whereby the subsequent development of gaps is excluded or at least counteracted in an optimum manner, whereby also the possibility of the penetration of dirt and humidity is minimized.

To this aim, the invention relates to a floor covering, consisting of hard floor panels which, at least at the edges of the two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels into a direction perpendicular to the related edges and parallel to the underside of the coupled floor panels. Hereby, these coupling parts are optimized in such a manner that they allow that any form of play is counteracted and preferably is excluded.

By integrated mechanical locking elements is understood that these form a fixed part of the floor panels, either by being connected in a fixed manner to the floor panels, or by being formed in one piece therewith.

In a first important preferred form of embodiment, the coupling parts are provided with locking elements which, in the engaged position of two or more of such floor panels, exert a tension force upon each other which force the floor panels towards each other. As a result of this that not only the formation of gaps counteracted during installation, but also in a later stage the development of gaps, from any causes whatsoever, is counteracted.

According to another characteristic of the intention, the coupling parts, hereby are formed in one piece with the core of the floor panels.

According to a second important preferred embodiment, the aforementioned optimization is achieved in that the floor covering panel possesses the following combination of characteristics: the coupling parts and locking elements are formed in one piece with the core of the floor panels; the coupling parts have such a shape that two subsequent floor panels can be engaged into each other exclusively by snapping together and/or turning, whereby each subsequent floor panel can be inserted laterally into the previous; the coupling parts are interlocked free from play in all directions in a plane extending perpendicular to the aforementioned edges; the possible difference between the upper and lower lip of the lips which border the aforementioned grooves, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove, is smaller than one time the total of the thickness of the panel; the total thickness of each related floor panel is larger than or equal to 5 mm; and that the basic material of the floor panels, of which the aforementioned core and locking elements are

**3**

formed, consists of a ground product which, by means of a binding agent or by means of melting together, is made into a unitary composite, and/or of a product on the basis of synthetic material and/or of a chip board with fine chips.

Due to the fact that the coupling parts provide for an interlocking free from play, as well as due to the fact that these coupling parts are manufactured in one piece, from the basic material of the floor panels, a perfect connection between adjacent floor panels can always be guaranteed, even with repeated expansion and shrinkage of the floor surface.

This combination of characteristics can be combined or not with the aforementioned characteristic that the locking elements exert a tension force upon each other when panels are joined together.

According to a third important preferred embodiment, the characteristics of which may or may not be combined with the characteristics of the embodiments described above, the floor covering is characterized in that the lower lip which limits or defines the lower side of the groove, extends beyond the upper lip in the plane of the panel; the locking elements are formed at least of a contact portion which inwardly slopes downward; and that this portion, at least partially, is located in the portion of the lower lip which extends beyond the upper lip. The advantages of these features will appear from the further description.

According to a preferred form of embodiment, the floor panels are configured as elongated panels and the coupling parts described above are applied along the longitudinal sides of these panels.

According to a particular form of embodiment, coupling parts are provided at the other two sides, too, either of another construction than described above or not.

In the most preferred form of embodiment, for the basic material use shall be made of the aforementioned product, which, as said, is ground and, by means of a binding agent, made into a unitary composite material. More particularly, for the core use shall be made of finely-ground wood which preferably is glued, more particularly, moisture resistant glued. Still more particularly, for the core use shall be made of so-called HDF board (High Density Fibreboard) or MDF board (Medium Density Fibreboard) which is highly compressed ground wood particles (fibers) and binder material. Hereinafter, the wood component of the core material shall be referred to as "wood product".

The fact that the invention is applied to floor panels the basic material of which consists of the material described above, offers the advantage that with the processing of this material, very smooth surfaces are obtained whereby very precise couplings can be realized, which, in first instance, is important in the case of a snap-together connection and/or turning connection free from play. Also, very special forms of coupling parts can be manufactured in a very simple manner because the aforementioned kinds of material can be processed particularly easy.

The surfaces obtained with HDF and MDF also have the advantage that the floor panels mutually can be shifted readily alongside each other in interlocked condition, even when engaged with a tensioning force.

The applicants also discovered that the aforementioned materials, in particular HDF and MDF, show ideal features in order to realize a connection, such as mentioned above, as these material show the right features in respect to elastic deformation in order to, on the one hand, realize a snap-together effect, and, on the other hand, receive expansion and shrinkage forces in an elastic manner, whereby it is

**4**

avoided that the floor panels come unlocked or are damaged in an irreparable manner.

In the case that for the core use is made of a material based on synthetic material, to this end solid synthetic material can be used as well as a mixture of synthetic materials, eventually composed of recycled materials.

The floor covering preferably is formed by joining the floor panels into each other free of glue. Hereby, the connections are of such nature that the floor panels can be disassembled without being damaged, such that, for example, when moving from one residence or location to another, they can be taken along in order to be placed down again. It is, however, clear that a glueing between tongue and groove is not excluded.

The invention, of course, also relates to floor panels which allow the realization of the aforementioned floor covering.

The invention also relates to a method for the manufacturing of the aforementioned floor panels with which the advantage that the tongues and/or grooves, including the corresponding locking means, can be provided at the floor panels at high production speeds without problems. More particularly, it aims at a method which allows that the rather complicated forms of the tongue and the groove of the aforementioned floor panels can be formed completely by means of milling cutters, the diameter of which can be chosen independent of the form to be realized, such that the use of small milling cutters, for example finger cutters, with diameters smaller than the depth of the tongue or groove can be excluded.

In accordance with this method the tongue and/or groove is formed by means of a milling process using at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in respect to the related floor panel. During each of the aforementioned milling cycles, preferably substantially the final form of one flank, either of the tongue or of the groove, is formed.

For the aforementioned two milling cycles, thus, milling cutters are used which extend outside the groove, respectively the tongue. More particularly the diameters of these milling cutters shall at least be 5 times and even better 20 times larger than the thickness of the floor panels.

The use of milling cutters having the aforementioned diameters has as an advantage that the normal production speeds can be maintained which are also applied during milling of a classical straight tongue and groove. There is also the advantage obtained that the installation of such milling cutters induce only minor or no additional costs because such milling cutters can be placed directly upon a motor shaft and/or the conventional machines can be used.

BRIEF DESCRIPTION OF THE DRAWINGS

With the intention of better showing the characteristics according to the invention, in the following, as an example without any limitative character, several preferred forms of embodiment are described, with reference to the accompanying drawings, wherein:

FIG. 1 represents a floor panel of a floor covering according to the invention;

FIG. 2, on a larger scale, represents a cross-section according to line II—II in FIG. 1;

FIGS. 3 and 4 represent how two floor panels with coupling parts according to FIG. 2 match into each other;

FIG. 5, on a larger scale, represents a cross-section according to line V—V in FIG. 1;

FIGS. 6 and 7 represent how two floor panels with coupling parts according to FIG. 5 match into each other;

US 7,040,068 B2

5

FIGS. **8** to **11** represent a number of variants of coupling parts of floor panels according to the invention;

FIG. **12** schematically represents how the floor parts can be provided with coupling parts;

FIG. **13** represents a cross-section according to line XIII—XIII in FIG. **12**;

FIGS. **14** to **21**, on a larger scale and in cross-section, represent the penetration of the milling cutters which are indicated in FIG. **12** with arrows F**14** to F**21**;

FIG. **22** represents a floor panel according to the invention;

FIG. **23**, on a larger scale, represents the coupling of two floor panels of FIG. **22**;

FIGS. **24** and **25** represent two manners of coupling floor panels according to FIG. **22** to each other.

## DETAILED DESCRIPTION

The invention relates to a floor covering which is composed of hard floor panels **1**, for example, such as a laminated panel as shown in FIG. **1**.

These floor panels **1** can be of various shape, for example, rectangular or square, or of any other shape.

In the most preferred form of embodiment, they shall be manufactured in an elongated form, such as shown in FIG. **1**, for example, with a length of 1 to 2 meters. The thickness, however, can also vary, but is preferably 0.5 to 1.5 cm, and more particularly 0.8 cm.

Each floor panel **1** is, at least at the edges of two opposite sides **2**–**3**, provided with coupling parts **4**–**5** which permit two adjacent identical floor panels **1** to be coupled to each other.

According to the invention, the coupling parts **4**–**5**, as represented in the FIGS. **2** to **4**, are provided with integrated mechanical locking parts or locking elements **6** which prevent the drifting or sliding apart of two coupled floor panels **1** in a direction D perpendicular to the respective sides **2**–**3** and parallel to the underside **7** of the coupled floor panels **1**; the coupling parts **4**–**5** and the locking elements **6** are formed in one piece with the core **8** of the floor panels **1**; the coupling parts **4**–**5** have such a shape that two subsequent floor panels **1** can be engaged into each other solely by snapping-together and/or turning after the coupling parts are partially engaged, whereby each subsequent floor panel **1** can be laterally inserted into the previous; and the coupling parts **4**–**5** preferably are interlocked free from play in all directions in a plane which is located perpendicular to the aforementioned edges.

In the case of floor panels **1** with an elongated shape, as represented in FIG. **1**, the respective coupling parts **4**–**5** are located at the longitudinal sides **2**–**3**.

The coupling parts **4**–**5** can be realized in various forms, although the basic forms thereof will always be formed by a tongue **9** and a groove **10**.

In the form of embodiment of FIGS. **2** to **4**, the related floor panel **1** is provided with coupling parts **4**–**5** and locking means or locking elements **6** which allow two floor panels **1** to be mutually engaged by means of a turning movement, without the occurrence of any snap-together effect.

In the represented example, the locking elements **6** consist of a first locking element **11**, formed by a protrusion with a bent round shape at the lower side **12** of the tongue **9**, and a second locking element **13** (shown in FIG. **2**), formed by a recess with a bent hollow or downwardly concave shape in the lower wall **14** of the groove **10**.

6

The locking elements **11**–**13** ensure that two floor panels **1** which are coupled to each other can not move laterally in the horizontal plane with respect to each other.

In order to enable two floor panels **1** to be inserted into each other by means of a turning movement, the curvatures preferably are circular. The bottom side **12** of locking means or locking elements **6** has a curvature with a radius R1, the center of which coincides with the respective upper edge **15** of the locking part **1**, whereas the lower wall **14** of the locking part **5** has a curvature with a radius R2 which is equal to the radius R1, but its center coincides with the respective upper edge **16**. Radii R1 and R2 may also be applied which are larger or smaller than the distance to the upper edge **15**, **16** respectively, and/or which differ from each other in size.

The upper side **17** of the tongue **9** and the upper wall or side **18** of the groove **10** are preferably flat and preferably are located in the horizontal plane.

The inner side **20** of the groove **10** and the front side **19** of the tongue **9** of the two interlocked floor panels **1** preferably do not fit closely against each other, such that an intermediate space **21** is created between them into which possible dust remainders or such can be pushed away by means of the tongue **9**.

The tongue **9** and the groove **10** preferably have shapes which are complementary to each other, such that the tongue **9** in the engaged condition of two identical floor panels **1** precisely sits against the upper wall **18** and the lower wall **14** of the groove **10**, whereby a pressure P, exerted against the upper lip **22**, is received or reacted not only by this lip **22**, but by the complete structure, because this pressure can be transmitted through the tongue **9** and the lower lip **23** to cause the panels to be urged towards each other.

It is, however, clear that a number of minor deviations to these complementary forms can occur which, anyhow, have no or almost no effect upon the receipt and transmission of pressure forces. For example, a chamfer **24** on lip **22** and a recess **25** can be provided, as represented in FIGS. **2** to **4**, as a result of which the subsequent floor panels **1** can easily be pushed and guided into each other, such that no possible ridges in the subflooring or such render good insertion difficult.

As represented in the FIGS. **5** to **7**, the floor panels **1** according to the invention can also, along the sides **26**–**27** which are at a right angle to the sides **2**–**3**, be provided with coupling parts **28**–**29** which have locking elements **30**, too. The coupling parts **28**–**29** are preferably also realized in the shape of a tongue **31** and a groove **32**. Hereby, the locking elements **30** do not have to be of the same nature as the locking elements **6**.

Preferably, at the sides **26**–**27** locking elements are provided which allow for an engagement and interlocking by means of a lateral translation movement in direction T only, as represented in FIGS. **6** and **7**. To this aim, the locking elements **30** consist of a snap-together connection with locking elements **33** and **34** which grip behind each other.

As represented in FIGS. **5** to **7**, the locking element **33** preferably consists of a local sharp protrusion of the lower side **35** of the tongue **31** which can be located in a recess **36** in a lower lip **43** extending distally from the lower wall **37** of the groove **32**. The locking element **34** is formed by the upward directed part or protrusion which defines the distally outer end of recess **36**.

In this case, the locking elements **33**–**34** have contact surfaces **38**–**39** which are parallel to each other and preferably extend in an inclined manner, according to a direction which simplifies the snapping-together of the panels. The

7

common plane of tangency L which is determined by the common tangent at the meeting point or area of surfaces 38–39, hereby forms an angle A sloping inwardly and downwardly from an outer region to an inner region relative to the underside 7, which angle is smaller than 90°.

The locking elements 33–34 preferably are provided with inclined portions 40 and 41 which, when two floor panels 1 are engaged, cooperate with each other in such a manner that the locking elements 33–34 can easily be pushed over each other until they grip behind each other by means of a snap-together effect (FIGS. 6 and 7).

The thickness W1 of the tongue 31 preferably is equal to the width W2 of the groove 32, such that compression pressure P applied to the upper lip 42 is reacted by the tongue 31 which, in its turn, then is reacted by the lower lip 43.

Analogous to the chamfer 24 and recess 25, a recess 44 and a chamfer 45 are provided also at the edges 28–29.

It is noted that such a snap-together coupling can also be applied at the edges 2–3. Hereby, this can be a snap-together coupling analogous to these of FIGS. 5 to 7, but this can also be a snap-together coupling using other forms of coupling configurations, for example, such as represented in FIGS. 8 and 9. Contrary to the locking elements 33–34 which consist of rather local protrusions, in the forms of embodiment of FIGS. 8 and 9 use is made of locking elements 46–47 which, in comparison to the total width B of the coupling, extend over a rather large distance.

In this case, the locking elements 46–47 are also provided at the lower side 12 of the tongue 9 and the lower wall 14 of the groove 10.

According to FIG. 8, the locking elements 46–47 have contact surfaces 48–49 which are at an angle with the plane of the floor panel 1. In this manner, a coupling is obtained which is interlocked in a particularly fixed manner.

As represented in FIG. 9, the locking elements 46–47 possibly can be configured in such a manner that substantially only a linear contact is obtained, for example, because the contact surfaces directed towards each other are formed with different curvatures.

The surfaces, directed towards each other, of the locking elements 46–47 hereby consist of curved surfaces. The common plane of tangency L forms an angle A which is smaller than 90°, and more preferably is smaller than 90°.

In this manner, the locking element 46 preferably has two portions with a different curvature, on one hand, a portion 50 with a strong curvature and, on the other hand, a portion 51 with a weak curvature. The portion 50 with the strong curvature provides for the formation of a firm coupling. The portion 51 with the weak curvature facilitates the coupling parts 4–5 to be brought into each other easily. The intermediate space S forms a chamber which offers space for dust and the like which, when engaging two floor panes 1, inevitably infiltrates there.

In the case of a snap-together connection, for example, a connection such as represented in FIGS. 7 to 9, preferably the tongue 9–31 has a shape that thickens from below, which then can cooperate with a widened portion in the groove 10.

In FIG. 10, a variant is represented whereby at least at the level of the upper edges 15–16, a sealing material 52 is provided, as a result of which a watertight sealing can be assured. This sealing material 52 may consist of a strip or covering which is provided previously at the floor panel 1, either at one or both upperside edges 15–16.

In FIG. 11, a further variant is represented, whereby the locking element 6 is formed by an upward directed portion

8

53 at the tongue 9, which as a result of a turning movement of the panel, is brought behind a downward-directed portion 54 on the upper wall 18. More particularly, this is obtained by forming the upper side 17 and the upper wall 18 with a curvature R3, the center of which is situated at the upperside edges 15–16, and forming the lower side 12 and the lower wall 14 with a radius R4, the center of which is also situated at the upperside edges 15 and 16, respectively. These radii R3–R4 can be chosen otherwise, too.

In general, according to the invention, the difference between, on one hand, the radius R1, R3 respectively and, on the other hand, the radius R2, R4 respectively, preferably should not be larger than 2 mm.

It is also preferred that the center of these radii be situated inside the circle C1, C2 (see FIG. 2) respectively, which extends with a radius R5 of 3 mm centered at upperside edge 15, 16 respectively.

Finally is noted that, according to the invention, the lower lip 23–43, as represented in FIGS. 2 to 7, can be formed distally longer than the upper lip 22–42. This has an advantage that the coupling parts 4–5–28–29 can be shaped in an easier manner by means of a milling cutter or the like. Furthermore, this simplifies the engagement of two floor panels 1, because each subsequent floor panel 1 during installation can be placed upon the protruding lower lip 23–43, as a result of which the tongue 9–31 and the groove 10–32 automatically are positioned in front of each other.

The embodiments wherein the lower lip 23 is equal to or distally shorter than the upper lip 22, in their turn, offer the advantage that no protruding lip 23 remains at the extreme edge of the floor which might cause problems in finishing the floor installation.

In order to allow for a smooth assembly, to guarantee the necessary stability and firmness and in order to limit the quantity of material to be cut away, the difference E between the distally outer edge of the upper lip 22–42 and the distally outer edge of the lower lip 23–43, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove 10, should preferably be kept smaller than one time the total thickness F of the floor panel 1. For stability's sake, normally this total thickness F shall never be less than 5 mm.

The small dimension of the difference E offers the advantage that the lower lip need not be strengthened by a reinforcement strip or the like.

According to a particular form of embodiment, the central line M1 through the tongue 9 and the groove 10 is situated lower than the center line M2 of the floor panel 1, such, that the upper lip 22–42 is thicker than the lower lip 23–43. In first instance, this is essential in this kind of connection, because then it is the lower lip 23–43 which bends, whereby the upper side of the floor panel 1 is kept free of possible deformations.

As explained in the introduction, for the core 8 a material is chosen from the following series:

a. a ground product which, by means of a binding agent or by means of melting together is made into a unitary composite material;
   a product based on synthetic material;
   chip board with fine chips.

The invention shows its usefulness, in first instance, preferably with laminated flooring, due to the reasons explained in the introduction.

As represented in the examples of the FIGS. 2 to 11, such laminated flooring preferably consists of a core 8 made of MDF medium density fiberboard board, HDF high density

US 7,040,068 B2

9
10

fiberboard board or similar, whereby at least at the upper side of this core **8** one or more layers of material are provided.

More particularly, it is preferred that the laminated flooring is provided with a decorative layer **55** and a protective top layer **56**. The decorative layer **55** is a layer, impregnated with resin, for example, made of paper, which can be imprinted with a variety of patterns, such as a wood pattern, a pattern in the form of stone, cork, or similar or even with a fancy pattern. The protective top layer **56** preferably also consists of a layer saturated with resin, for example, melamine resin, which in the final product is transparent.

It is clear that still other layers can be applied, such as an intermediate layer **57** upon which the decorative layer **55** is provided.

Preferably, also a backing layer **58** shall be applied at the underside **7**, forming a counterbalancing element for the top layers and, thus, guaranteeing the stability of the form of the floor panel **1**. This backing layer **58** may consist of a material, for example paper, impregnated with a resin, for example, a melamine resin.

As represented schematically in FIG. **12**, the tongue **9** and the groove **10**, and preferably also the tongue **31** and the groove **32** are formed by means of a milling process. In the case that a profile has to be applied on all four sides, the floor panels **1** preferably shall be displaced by means of two sequential perpendicular movements V1 and V2, whereby during the first movement profiles at two opposite edges are provided, in this case the longitudinal edges, by means of milling devices **59**–**60**, whereas during the second movement profiles are provided at the other edges, in this case the small edges, by means of milling devices **61**–**62**. During these processing, the floor panels **1** preferably are put with their decorative layer directed downward.

According to an important characteristic of the invention, each respective tongue **9**–**31** and groove **10**–**32** are formed by means of a milling process with at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in reference to the related floor panel **1**.

This is illustrated in FIGS. **13**, **14** and **15**, wherein it is represented how a groove **10** is realized by means of two milling cycles by means of two milling cutters **63** and **64**. FIGS. **16** and **17** represent how the tongue **9** is shaped by means of milling cutters **65** and **66**.

The FIGS. **18**–**19** and **20**–**21** represent similar views showing how the groove **32** and the tongue **31** are shaped by means of milling cutters **67**–**68** and **69**–**70**, positioned at an angle.

During each of the aforementioned milling passes, substantially the final shape of one flank is fully realized. For example, the milling cutter **63** of FIG. **14** determines the final shape of the lower flank **71** of the groove **10**, whereas the milling cutter **64** determines the final shape of the upper flank **72**.

As mentioned in the introduction, preferably milling cutters **63** to **72** shall be used, having diameters G which are at least 5 times, and even better at least 20 times larger than the thickness F of the floor panels **1**.

Apart of the mentioned milling cutters, preferably still other milling cutters are applied, for example, in order to remove a part of the material to be removed during a first premachining cycle.

In the FIGS. **22** to **25**, a particularly preferred form of embodiment of a floor panel **1** according to the invention is represented. Hereby, the parts which correspond with the previous embodiments are indicated with corresponding references.

An important characteristic herein consists in that the coupling parts **4**–**5** are provided with locking elements **6** which, in engaged condition with the panels in a common plane, exert a tension force upon each other, as a result of which the engaged floor panels **1** are forced towards each other in compression. As represented, this is realized preferably by providing the coupling parts with an elastically yieldable or bendable portion, in this case the lower lip **43**, which, in engaged condition, is at least partially bent and in this way creates a tension force which results in the engaged floor panels **1** being forced towards each other. The resultant bending V, as well as the tension force K, are indicated in the enlargement view of FIG. **23**.

In order to obtain the tension force K pressing together the engaged floor panels **1**, the bendable portion, in this case the lip **43**, preferably is provided, as represented, with an inwardly and downwardly inclined contact surface **73** which preferably can cooperate with a corresponding contact surface **74** on tongue **9**. These contact surfaces **73**–**74** are similar to the aforementioned contact surfaces **39**–**38** and also similar to the inclined portions of the lower lip of FIGS. **2** to **4**.

In the FIGS. **2** and **5**, the portions form complementary matching shapes; it is, however, clear that, by a modification, also a tension effect similar to that shown in FIG. **23** can be realized.

Due to, on one hand, the contact along the angle A, and, on the other hand, the fact that a tension force K is created, a compression force component K1 is produced, as a result of which the floor panels **1** are drawn against each other in compression.

Preferably, the angle A of the mutual plane of tangency of contact surfaces **73**–**74** relative to the horizontal plane is situated between 30 and 70 degrees. In the case that use is made of the embodiment whereby a tension force K is realized, an angle A of 30 to 70 degrees is ideal in order, on one hand, to effect an optimum pressing-together of the floor panels **1** and, on the other hand, to ensure that the floor panels **1** can easily be engaged and respectively disassembled.

Although the pressing or compression force component K1 preferably is delivered by the aforementioned lip **43**, the invention does not exclude other forms of locking elements or structures whereby this force is delivered by other bendable portions.

It is noted that the bending V is relatively small, for example, several hundredths up to several tenths of a millimeter, and does not have an influence upon the placement of the floor covering. Furthermore it should be noted that such floor covering generally is placed upon an underlayer (not shown) which is elastically compressible, as a result of which the bending V of the lip **43** only produces local bending of the underlayer.

Due to the fact that the lip **43** is bent apart and that it remains somewhat bent apart in engaged position, the additional advantage is obtained that, when exerting a pressure upon the floor covering, for example, when placing an object thereupon, the pressing-together compressive force is enhanced and, thus, the development of gaps is counteracted even more.

It is noted that the inventors have found that, contrary to all expectations, an ideal tension force can be realized by manufacturing the coupling parts **4**–**5**, including the locking elements **33**–**34**, and preferably the complete core **8**, of HDF board or MDF board, although these material normally only allow a minor elastic deformation.

HDF and MDF also offer the advantage that smooth surfaces are obtained, as a result of which the locking elements can be moved easily over each other.

11                                                                              12

According to a variant of the invention, the tension force can also be supplied by means of an elastic compression of the material of the coupling parts themselves, to which end these coupling parts, and preferably the complete core 8, would be manufactured using an elastically compressible material.

A further particular characteristic of the embodiment of FIGS. 22 to 25 consists in that the floor panels 1 can be selectively engaged by means of a turning movement, as represented in FIG. 24, as well as by means of laterally shifting them towards each other in substantially a common plane, as represented in FIG. 25, preferably in such a manner that, during the engagement by means of the turning movement with the coupling parts partially engaged, a maximum bending Vm results in the coupling parts, more particularly in the lip 43, which bending Vm is less pronounced, if not nonexistent, as in the FIGS. 2 to 4, in comparison to the bending Vm which results when the floor panels 1 are engaged by means of shifting them towards each other, as in FIG. 15.

The advantage of this consists in that the floor panels 1 can be engaged easily by means of a turning movement, without necessitating use of a tool therefore, whereas it still remains possible to engage the floor panels also by means of shifting them laterally. This latter is useful, in first instance, when the last panel has to be placed partially under a door frame or similar situation. In this case, the floor panel 1 can be pushed under the door frame with the side which does not have to be engaged and subsequently, possibly by means of tools, can be snapped into the adjacent floor panel by lateral sliding together.

It is noted that the shapes of the coupling parts 4–5 shown in FIGS. 22 to 25 can also be used for the coupling parts 28–29 of the short sides of the panels.

According to the invention, in the case that the four sides 2–3–26–27 are provided with coupling pars 4–5–28–29, these coupling parts can be formed in such a manner that in one direction a firmer engagement than in the other direction is effected. In the case of elongated floor panels 1, for example, such as represented in FIG. 1, the locking at the small sides 26–27 preferably shall be more pronounced than at the longitudinal sides 2–3. The length of the parts at the small sides, namely, is smaller and, in principle, less firm. This is compensated for by providing a more pronounced locking.

This difference in engagement can be obtained by shaping the contact surfaces 73–74 with different angles.

Preferably, the aforementioned protrusion, more particularly the locking element 33, is bounded by at least two portions 75–76 (shown in FIG. 22), respectively a portion 75 with a strong (steep) inclination which provides for the locking, and a portion 76 with a weaker (less inclined) inclination which renders the engagement or guidance of the coupling parts easier. In the embodiment of FIGS. 22 to 25, these portions 75–76 are formed by straight planes, but, as already described with reference to FIG. 9, use can also be made of curved portions 50–51. In FIG. 5, these are the contact surface 38 and the inclined portion 40.

In the preferred form of the invention, the floor panels 1 comprise coupling parts 4–5 and/or 28–29 exhibiting one of the following or the combination of two or more of the following features:

  a curvature 77 (shown in FIG. 22) at the lower side of the tongue 9 and/or a curvature 78 at the lower lip 43 which form a guidance when turning two floor panels 1 into each other, with the advantage that the floor panels 1 can be engaged into each other easily during installation;

roundings 79–80 at the edges of the locking elements 33–34, with the advantages that the locking elements can easily shift over each other during their engagement, or during disassembly of the floor panels 1 and that the locking elements will not be damaged, for example, crumble away at their edges, even if the floor panels are engaged and disassembled;

dust chambers 81, or spaces 21 as in FIG. 4, between all sides, directed laterally towards each other, of the engaged floor panels 1, with the advantage that inclusions which get between the floor panels 1 during the engagement do not exert an adverse influence upon good engagement;

a shaping of the tongue 9 which is such, for example, by the presence of a chamfer 82, that the upper side of the tongue 9 becomes situated from the first joining together or substantial contact of the panels, under the lower side of the upper lip 42 when the floor panels 1 are pushed towards each other in substantially the same plane, as indicated in FIG. 25, with the advantage that the front extremity or end of the tongue 9 does not press against the front side of the upper lip 42 or the front edge of the bottom lip 43 when the floor panels are pushed towards each other in the same plane;

a ramp surface 83, hereinbefore also called inclined portion 41, formed at the distally outer end of the lower lip 43, with the advantage that the locking elements 33–34 shift smoothly over each other and that the lower lip 43 is bent uniformly;

in the engagement direction only one important contact point which is formed by a section 84 at the location of the upperside edges of the floor panels 1, with the advantage that the aforementioned tension force is optimally transferred to the upper side of the floor panels 1 and that the development of openings between the floor panels 1 is counteracted;

contact surfaces 85–86, more particularly abutment surfaces, formed by the upper side of the tongue 9 and the upper side of the groove 10 which, over the largest portion of their length, are flat and run parallel to the plane which is defined by the floor panels 1, as well as contact surfaces cooperating with each other, formed by curvatures 77–78, with the advantage that no mutual displacement in height between two engaged floor panels 1 is possible, even if the insertion depth of the tongue 9 into the groove 10 should vary due to various causes; in other words, no height differences may occur between the adjacent floor panels.

In the embodiment of FIGS. 22 to 25, all these characteristics are combined; it is, however, clear that, as becomes evident from FIGS. 2 to 11, these features can also be provided separately or in a limited combination with one another.

As becomes evident from FIGS. 5 to 7 and 22 to 25, an important characteristic of the preferred embodiment of the invention consists in that the cooperative locking element 6, in other words, the portion providing for the snap-together and engagement effect, are situated in that portion of the lower lip 23–43 which extends beyond the distal edge of the upper lip 22–42, more particularly, the lowermost point 37 of the locking part 33 is situated under the top layer of the floor panel 1. For clarity's sake, this top layer is indicated in the FIGS. 22–25 only as a single layer.

It should be noted that the combination of features, the lower lip 23–43 extending further than the upper lip 22–42; the locking elements 6 being formed at least by means of a

13

contact surface portion which inwardly slopes downward, and wherein this portion, at least partially, is located in the portion of the lower lip 23–43 which extends distally beyond the upper lip 22–42, is particularly advantageous, among others, in comparison with the couplings for floor panels described in the documents WO 94/01628, WO 94/26999, WO 96/27719 and WO 96/27721. The sloping contact surface portion offers the advantage that the floor panels 1 can be disassembled again. The fact that this sloping portion is situated in the extended portion of the lower lip 23–43 adds the advantage that no deformations can occur during coupling which manifest themselves up to the top layer.

According to a preferred characteristic of the invention, the aforementioned portion, i.e. the contact surface 39 or 73, preferably extends in such a manner that the distance between the upper edge 16 of the panel to the contact surface 39, 73 diminishes between the proximal and distal ends of the sloping contact surface 39, 73, in other words, such that, as represented in FIG. 22, the distance X2 is smaller than the distance X1. This is also the case in FIG. 7.

Still preferably, this portion only starts at a clear distance El from the outer edge of upper lip 42.

It is obvious that the coupling parts 22 to 25 can also be shaped by means of said milling process.

According to a particular characteristic of the invention, the floor panels 1 are treated at their sides 2–3 and/or 26–27 with a surface densifying agent, more particularly a surface hardening agent, which preferably is chosen from the following series of products: impregnation agents, pore-sealing agents, lacquers, resins, oils, paraffins and the like.

In FIG. 22, such impregnation 88 is represented schematically. This treatment can be performed over the complete surface of the sides 2–3 and/or 26–27 or only over specific portions hereof, for example exclusively on the surfaces of the tongue 9 and the groove 10.

The treatment with a surface densifying agent offers, in combination with the snap-together effect, the advantage that in various aspects better coupling characteristics are obtained. As a result of this, the coupling parts 4–5 and/or 28–29 better keep their shape and strength, even if the floor panels 1 are engaged and disassembled repeatedly. In particular, if the core 8 is made of HDF, MDF or similar materials, by means of this treatment a better quality of surface condition is obtained, such that no abrasion of material occurs during engaging, or during disassembling.

This treatment also offers the advantage that, at least in the case of a surface hardening, the aforementioned elastic tensioning effect is enhanced.

The present invention is in no way limited to the forms of embodiment shown by way of example and represented in the figures, however, such floor covering and the pertaining floor panels 1 can be embodied in various forms and dimensions without departing from the scope of the invention.

For example, the various characteristics which are described by means of the represented embodiments or examples may be selectively combined with each other.

Furthermore, all embodiments of coupling elements described before can be applied at the longer side as well as at the shorter side of a panel.

What is claimed is:

1. A floor covering panel comprising:
    a laminated hard floor panel having a wood-based core material selected from the group consisting of High Density Fibreboard (HDF) and Medium Density Fibreboard (MDF), said panel comprising a first pair and a second pair of opposed side edges, and upper and under sides;

14

    said panel further comprising coupling parts being integrally made in one piece with said core material and located at both of the pairs of side edges, said coupling parts comprising a tongue, a groove and integrated locking elements, said tongue, groove and locking elements when coupled along adjacent side edges of two ones of said panel cooperating to establish a mechanical lock preventing relative movement between the coupled parts in a direction perpendicular to the plane of the panel as well as in a direction perpendicular to the side edges and parallel to a plane including the panels;

    said coupling parts of at least one pair of opposite side edges having a form enabling coupling of the coupling parts by shifting them laterally towards each other with the panels located substantially in the same plane to couple the coupling parts of said one pair of side edges; and

    wherein the coupling parts of said one pair of side edges define a snap-together coupling providing a snap-action during coupling of two panels obtained by shifting them laterally towards each other, said snap-action involving an elastic deformation of the groove and being delivered substantially entirely by said core material; and

    wherein said groove of said coupling parts includes a lower lip, and wherein said snap-action involves an elastic deformation of said lower lip.

2. The floor covering panel according to claim 1, wherein said coupling parts upon coupling are secured so that they are coupled without play in the plane of coupled panels.

3. The floor covering panel according to claim 1, at least one edge of said one pair of edges comprising said lower lip, said lower lip defining at least in part a lower wall of the groove of said coupling parts and extending distally beyond a respective opening defined by the groove, said lower lip including a recess in an upper side of the lip;
    wherein the opposed edge of said one pair of edges comprises a protrusion extending from an under side of the tongue of said coupling parts;
    said locking elements and said snap-together coupling comprising said protrusion and recess.

4. The floor covering panel according to claim 3, wherein said recess and protrusion include arcuate portions.

5. The floor covering panel according to claim 1, including a surface densifying agent on the coupling parts and locking elements of the floor panel, including the locking elements.

6. The floor covering panel according to claim 5, wherein said side edges including the coupling parts and locking elements include said surface densifying agent thereon.

7. The floor covering panel according to claim 1, wherein said coupling parts comprise a recess located in said lower lip, said lower lip extending at least to a side edge of a respective panel; and
    a protrusion provided on an under side of a tongue part of the coupling parts.

8. The floor covering panel according to said lip having a progressively increasing thickness from said recess and towards an area of the lip located proximally inwardly of the recess.

9. The floor covering panel according to claim 8, said lip area of a progressively increasing thickness extending along an area of the lower lip.

US 7,040,068 B2

**10**. The floor covering panel according to claim **1**, wherein;

a lower wall of the groove defines in part said lower lip;

the tongue is formed to become lodged in the groove upon lateral motion of the panels towards each other in substantially a common plane to couple the panels with the tongue becoming at least partially inserted into the groove before any deformation of the coupling parts during coupling and before any snap-action between the coupling parts.

**11**. The floor covering panel according to claim **10**, wherein the lodging of said tongue in said groove occurs when the lateral motion of the panels is started from positions at which the panels are completely separated from each other.

**12**. The floor covering panel according to claim **10**, wherein said tongue includes an under side adapted to slide over a distal upper portion of the lower lip when the panels are moved towards each other to establish coupling between coupling parts of the panels;

and said lower lip including a distal upper end portion that is upwardly inclined from the distal end towards a proximal direction of the lip to thereby facilitate sliding of the under side of the tongue over the distal upper end portion of the lower lip upon lateral shifting motion of the tongue and groove towards each other to couple the coupled parts.

**13**. The floor covering panel according to claim **10**, including a planar tongue surface on an upper side of said tongue and a planar upper wall surface on an upper wall of said groove, said planar tongue and groove upper wall surfaces cooperating in contacting relationship when the coupled parts are coupled to each other to prevent drifting apart of coupled floor panels in a direction perpendicular to the plane of each panel.

**14**. The floor covering panel according to claim **10**, wherein a distal upper end portion of the tongue includes an inclined contact surface inclined downwardly in the distal direction of the tongue, said inclined contact surface located so as to engage a distal end of an upper wall of the groove upon initial engagement between the tongue and groove when the coupling parts are coupled together.

**15**. A floor covering panel comprising:

a laminated hard floor panel having a wood-based core material including a material selected from the group consisting of High Density Fibreboard (HDF) and Medium Density Fibreboard (MDF), said panel comprising a first pair and a second pair of opposed side edges, and upper and under sides;

said panel further comprising coupling parts being integrally made in one piece with said core material and located along at least one of said pairs of side edges, said coupling parts comprising a tongue, a groove, and integrated locking elements when coupled along adjacent side edges of two ones of said panel establishing a mechanical lock between the coupled parts of coupled panels and locking the coupled panels against relative movement in a direction perpendicular to the plane of the panel as well as in a direction perpendicular to the side edges and parallel to a plane including the panels when the coupling parts are coupled;

wherein said coupling parts of said at least one pair of opposite side edges are formed to enable coupling of two ones of said floor panel by shifting them laterally towards each other to couple the coupling parts of said

at least one pair of side edges with the panels located substantially in the same plane;

wherein the coupling parts of said at least one pair of side edges define a snap-together coupling providing a snap-action during coupling of two panels obtained by shifting them laterally towards each other, said snap-action involving an elastic deformation of the groove.

**16**. The floor covering panel according to claim **15**, wherein locking elements comprise a recess located on the upper side of a lip defined at least in part by a lower wall of said groove and a protrusion extending downward from the under side of said tongue;

a planar tongue surface on an upper side of said tongue and a planar upper wall surface on an upper wall of said groove, said planar tongue and groove upper wall surfaces cooperating in contacting relationship upon coupling of said coupled parts to prevent relative motion of coupled floor panels in a direction perpendicular to the plane of each panel.

**17**. The floor covering panel according to claim **16**, wherein said lip progressively increases in thickness along at least a portion of said area of the lip defining at least in part a lower wall of said groove.

**18**. The floor covering panel according to claim **16**, wherein said under side of said tongue includes an arcuate portion between said protrusion and a distal end portion of said tongue.

**19**. The floor covering panel according to claim **15**, wherein said coupling parts upon coupling are secured so that they are coupled without play in the plane of coupled panels.

**20**. A floor covering panel comprising:

a laminated hard floor panel having a wood-based core comprising HDF/MDF material, said panel further comprising a first pair and a second pair of opposed side edges, and upper and under sides;

said panel further comprising coupling parts integrally made in one piece with said core material and located at both of the pairs of side edges, said coupling parts comprising a tongue, a groove, and integrated locking elements, said tongue, groove and locking elements when coupled along adjacent side edges of two ones of said panel cooperating to establish a mechanical lock preventing relative movement between the coupled parts of coupled panels in a direction perpendicular to the plane of the panel as well as in a direction perpendicular to the side edges and parallel to a plane including the panels;

said coupling parts of said at least one pair of opposite side edges having a form enabling coupling of two ones of said floor panel by shifting them laterally towards each other with the panels located substantially in the same plane; and

wherein the coupling parts of said one pair of side edges define a snap-together coupling providing a snap-action during coupling of two panels obtained by shifting them laterally towards each other, said snap-action involving an elastic deformation of the groove;

at least one edge of said one pair of edges comprising a lower lip defining at least in part a lower side wall of the groove of said coupling parts and extending distally beyond an upper lip of the groove, said lower lip including a recess in an upper side of the lower lip;

wherein an opposed edge of said one pair of edges comprises a tongue comprising said coupling parts, said tongue including a protrusion extending from an under side of the tongue;

US 7,040,068 B2

17

said protrusion and recess comprising said snap-together coupling, and snap-fitting together upon laterally shifting and coupling the coupling parts;

said lower lip having an area of progressively increasing thickness along an area of said lower lip extending proximally relative to said recess.

**21.** The floor covering panel according to claim **20,** wherein said lower lip area of progressively increasingly thickness extends along at least a portion of said lower lip defining said lower wall of said groove.

**22.** A flooring panel according to claim **20,** wherein said snap-action involves an elastic deformation of said lower lip.

**23.** A floor covering panel formed of HDF/MDF core material:

said panel having upper and under sides, and comprising at least two opposed side edges monolithically formed of said core material, said at least two side edges having coupling parts monolithically formed in the core material of each of said side edges;

one of said side edges including a tongue comprising one of said coupling parts and the other of said side edges having a groove with at least one lip comprising another of said coupling parts, said lip being elastically deflectable relative to said panel such that when the coupling parts of adjacent side edges of two of said panels are coupled, the coupled coupling parts define integral snap-fit mechanical locking elements;

said locking elements preventing drifting apart of coupled floor panels in a direction perpendicular to the plane of the coupled panels and in a direction parallel to a plane including the coupled panels and perpendicular to the coupled edges.

**24.** The floor covering panel according to claim **23,** wherein the snap-fit mechanical locking elements include a locking protrusion defined on the tongue and a cooperating recess defined in the groove.

**25.** The floor covering panel according to claim **24,** wherein the locking protrusion is defined on a lower side of said tongue.

**26.** The floor covering panel according to claim **24,** wherein said at least one lip is a lower lip, and the groove includes an upper lip, said lower lip extending distally beyond the upper lip.

**27.** The floor covering panel according to claim **26,** wherein the cooperating recess formed in the lower lip further defines a portion of a clearance that is established when the coupling parts are coupled.

**28.** The floor covering panel according to claim **25,** wherein the locking protrusion extends substantially downward from the under side of the tongue and the recess defined in the groove is oriented in juxtaposed alignment with the locking protrusion when the coupling parts are coupled.

**29.** The floor covering panel according to claim **23,** wherein said coupling parts upon coupling are secured so that they are coupled without play in the plane of coupled panels.

**30.** The floor covering panel according to claim **23,** wherein at least one clearance is formed at a portion of an area between the tongue and groove of adjacent coupled coupling parts, and wherein said coupling parts upon coupling are secured so that they are coupled without play in the plane of coupled panels.

**31.** The floor covering panel according to claim **23,** wherein said at least one lip is a lower lip, and the lower lip has a cross-section configuration uniform along the panel

18

edge and has a non-uniform thickness between upper and under sides thereof.

**32.** The floor covering panel according to claim **24,** wherein the respective tongue and groove of coupled coupling parts snap-fit together when coupled by shifting them laterally towards each other in a substantially common plane.

**33.** The floor covering panel according to claim **24,** wherein the respective tongue and groove of coupled coupling parts exhibit snap-action when coupled or uncoupled by rotational motion relative to one another about an axis extending parallel to said adjacent side edges.

**34.** The floor covering panel according to claim **33,** wherein the groove of coupled coupling parts defines at least one portion of a clearance adjacent at least one area of contact between said tongue and groove.

**35.** The floor covering panel according to claim **24,** wherein the at least one lip is a lower lip and the groove includes an upper lip, each lip extending distally substantially the same length.

**36.** The floor covering panel according to claim **23,** further comprising other coupling parts monolithically formed in the core material of the other pair of opposed side edges of the panel, said other coupling parts including a tongue and groove.

**37.** The floor covering panel according to claim **36,** wherein the tongue and groove of the other coupling parts include monolithically formed mechanical locking elements.

**38.** The floor covering panel according to claim **37,** wherein the groove includes upper and lower lips, said lower lip extending distally beyond said upper lip.

**39.** The floor covering panel according to claim **38,** wherein the groove includes upper and lower lips, and the locking elements include a locking protrusion provided in an under side of the tongue and a cooperating recess defined in the lower lip.

**40.** The floor covering panel according to claim **36,** wherein at least one clearance is formed at a portion of an area between the tongue and groove of adjacent coupled coupling parts.

**41.** The floor covering panel according to claim **37,** wherein the groove includes upper and lower lips, wherein the lower lip has a cross-section configuration uniform along the respective panel edge and has a non-uniform thickness between upper and under sides thereof.

**42.** The floor covering panel according to claim **37,** wherein the at least one lip is a lower lip, and at least a distal end portion of the lower lip is elastically bendable relative to a proximal end portion of the lower lip.

**43.** The floor covering panel according to claim **42,** wherein the respective tongue and groove of coupled coupling parts snap-fit together when coupled by shifting them laterally towards each other in a substantially common plane.

**44.** The floor covering panel according to claim **36,** wherein the respective tongue and groove of coupled coupling parts of said opposed pairs of side edges exhibit snap-action when coupled or uncoupled by rotational motion relative to one another about an axis extending parallel to said adjacent side edges.

**45.** A floor covering panel comprising:

a laminated hard floor panel having a wood-based core material including a material selected from the group consisting of High Density Fibreboard (HDF) and Medium Density Fibreboard (MDF), said panel comprising a first pair and a second pair of opposed side edges, and upper and under sides;

US 7,040,068 B2

19

said panel further comprising coupling parts being integrally made in one piece with said core material and located along at least one of said pairs of side edges, said coupling parts comprising a tongue, a groove, and integrated locking elements, said tongue, groove and locking elements when coupled along adjacent side edges of two ones of said panel establishing a mechanical lock between the coupled parts of coupled panels and locking the coupled panels against relative movement in a direction perpendicular to the plane of the panel as well as in a direction perpendicular to the side edges and parallel to a plane including the panels when the coupling parts are coupled;

wherein said coupling parts of said at least one pair of opposite side edges are formed to enable coupling of two ones of said floor panel by shifting them laterally towards each other to couple the coupling parts of said at least one pair of side edges with the panels located substantially in the same plane;

wherein the coupling parts of said at least one pair of side edges define a snap-together coupling providing a snap-action during coupling of two panels obtained by shifting them laterally towards each other, said snap-action involving an elastic deformation of the groove;

wherein said locking elements comprise a recess located on the upper side of a lip defined at least in part by a lower wall of said groove and a protrusion extending downward from the under side of said tongue;

a planar tongue surface on an upper side of said tongue and a planar upper wall surface on an upper wall of said groove, said planar tongue and groove upper wall surfaces cooperating in contacting relationship upon coupling of said coupled parts to prevent relative motion of coupled floor panels in a direction perpendicular to the plane of each panel;

wherein said under side of said tongue includes an arcuate portion between said protrusion and a distal end portion of said tongue; and

wherein said protrusion is a local sharp protrusion.

46. A floor covering panel comprising:

a laminated hard floor panel having a wood-based core material including a material selected from the group consisting of High Density Fibreboard (HDF) and Medium Density Fibreboard (MDF), said panel comprising a first pair and a second pair of opposed side edges, and upper and under sides;

said panel further comprising coupling parts being integrally made in one piece with said core material and located along at least one of said pairs of side edges, said coupling parts comprising a tongue, a groove, and integrated locking elements, said tongue, groove and locking elements when coupled along adjacent side edges of two ones of said panel establishing a mechanical lock between the coupled parts of coupled panels and locking the coupled panels against relative movement in a direction perpendicular to the plane of the panel as well as in a direction perpendicular to the side edges and parallel to a plane including the panels when the coupling parts are coupled;

wherein said coupling parts of said at least one pair of opposite side edges are formed to enable coupling of two ones of said floor panel by shifting them laterally towards each other to couple the coupling parts of said at least one pair of side edges with the panels located substantially in the same plane;

wherein the coupling parts of said at least one pair of side edges define a snap-together coupling providing a

20

snap-action during coupling of two panels obtained by shifting them laterally towards each other, said snap-action involving an elastic deformation of the groove;

wherein said locking elements comprise a recess located on the upper side of a lip defined at least in part by a lower wall of said groove and a protrusion extending downward from the under side of said tongue;

a planar tongue surface on an upper side of said tongue and a planar upper wall surface on an upper wall of said groove, said planar tongue and groove upper wall surfaces cooperating in contacting relationship upon coupling of said coupled parts to prevent relative motion of coupled floor panels in a direction perpendicular to the plane of each panel; and

wherein said under side of said tongue includes an arcuate portion, said arcuate portion defining said protrusion.

47. A floor covering panel comprising:

a laminated hard floor panel having a wood-based core material including a material selected from the group consisting of High Density Fibreboard (HDF) and Medium Density Fibreboard (MDF), said panel comprising a first pair and a second pair of opposed side edges, and upper and under sides;

said panel further comprising coupling parts being integrally made in one piece with said core material and located along at least one of said pairs of side edges, said coupling parts comprising a tongue, a groove, and integrated locking elements, said tongue, groove and locking elements when coupled along adjacent side edges of two ones of said panel establishing a mechanical lock between the coupled parts of coupled panels and locking the coupled panels against relative movement in a direction perpendicular to the plane of the panel as well as in a direction perpendicular to the side edges and parallel to a plane including the panels when the coupling parts are coupled;

wherein said coupling parts of said at least one pair of opposite side edges are formed to enable coupling of two ones of said floor panel by shifting them laterally towards each other to couple the coupling parts of said at least one pair of side edges with the panels located substantially in the same plane;

wherein the coupling parts of said at least one pair of side edges define a snap-together coupling providing a snap-action during coupling of two panels obtained by shifting them laterally towards each other, said snap-action involving an elastic deformation of the groove;

wherein said locking elements comprise a recess located on the upper side of a lip defined at least in part by a lower wall of said groove and a protrusion extending downward from the under side of said tongue;

a planar tongue surface on an upper side of said tongue and a planar upper wall surface on an upper wall of said groove, said planar tongue and groove upper wall surfaces cooperating in contacting relationship upon coupling of said coupled parts to prevent relative motion of coupled floor panels in a direction perpendicular to the plane of each panel; and

wherein said protrusion is a local sharp protrusion and wherein said lip defines in part a lower wall of said groove, said lip and lower wall progressively increasing in thickness between said recess and an area of said lip located within said groove at proximally inner area of said lip.

US 7,040,068 B2

21

**48**. A floor covering panel comprising:

a laminated hard floor panel having a wood-based core HDF/MDF material, said panel further comprising a first pair and a second pair of opposed side edges, and upper and under sides;

said panel further comprising coupling parts integrally made in one piece with said core material and located at both of the pairs of side edges, said coupling parts comprising a tongue, a groove, and integrated locking elements, said tongue, groove and locking elements when coupled along adjacent side edges of two ones of said panel cooperating to establish a mechanical lock preventing relative movement between the coupled parts of coupled panels in a direction perpendicular to the plane of the panel as well as in a direction perpendicular to the side edges and parallel to a plane including the panels;

said coupling parts of at least one pair of opposite side edges having a form enabling coupling of two ones of said floor panel by shifting them laterally towards each other with the panels located substantially in the same plane; and

wherein the coupling parts of said one pair of side edges define a snap-together coupling providing a snap-action during coupling of two panels obtained by shifting them laterally towards each other, said snap-action involving an elastic deformation of the groove;

at least one edge of said one pair of edges comprising a lower lip defining at least in part a lower side wall of the groove of said coupling parts and extending distally beyond an upper lip of the groove, said lower lip including a recess in an upper side of the lower lip;

wherein an opposed edge of said one pair of edges comprises a tongue comprising said coupling parts, said tongue including a protrusion extending from an under side of the tongue;

said protrusion and recess comprising said snap-together coupling, and snap-fitting together upon laterally shifting and coupling the coupling parts;

said lower lip having an area of progressively increasing thickness along an area of said lower lip extending proximally relative to said recess;

wherein said lower lip area of progressively increasingly thickness extends along at least a portion of said lower lip defining said lower wall of said groove;

wherein said snap-action involves an elastic deformation of said lower lip; and

wherein upon coupling of said coupling parts said lower lip remains slightly bent relative to a relaxed, non-deformed position of the lower lip.

**49**. A floor covering panel formed of HDF/MDF core material:

said panel having upper and under sides, and comprising at least two opposed side edges monolithically formed of said core material, said at least two side edges having coupling parts monolithically formed in the core material of each of said side edges;

one of said side edges including a tongue comprising one of said coupling parts and the other of said side edges having a groove with at least one lip comprising another of said coupling parts, said lip being elastically deflectable relative to said panel such that when the coupling parts of adjacent side edges of two of said panels are coupled, the coupled coupling parts define integral snap-fit mechanical locking elements;

22

said locking elements preventing drifting apart of coupled floor panels in a direction perpendicular to the plane of the coupled panels and in a direction parallel to a plane including the coupled panels and perpendicular to the coupled edges;

wherein the snap-fit mechanical locking elements include a locking protrusion defined on the tongue and a cooperating recess defined in the groove; and

wherein the locking protrusion is in the form of a local sharp protrusion on the under side of said tongue.

**50**. A floor covering panel formed of HDF/MDF core material:

said panel having upper and under sides, and comprising at least two opposed side edges monolithically formed of said core material, said at least two side edges having coupling parts monolithically formed in the core material of each of said side edges;

one of said side edges including a tongue comprising one of said coupling parts and the other of said side edges having a groove with at least one lip comprising another of said coupling parts, said lip being elastically deflectable relative to said panel such that when the coupling parts of adjacent side edges of two of said panels are coupled, the coupled coupling parts define integral snap-fit mechanical locking elements;

said locking elements preventing drifting apart of coupled floor panels in a direction perpendicular to the plane of the coupled panels and in a direction parallel to a plane including the coupled panels and perpendicular to the coupled edges;

wherein the snap-fit mechanical locking elements include a locking protrusion defined on the tongue and a cooperating recess defined in the groove; and

wherein the locking protrusion on said tongue has a profile including an apex.

**51**. The floor covering panel according to claim **50**, wherein the locking protrusion includes a first and second sloping surface extending from said apex.

**52**. The floor covering panel according to claim **51**, wherein the slope of the first sloping surface relative to the tongue is greater than the slope of the second sloping surface relative to the tongue.

**53**. A floor covering panel formed of HDF/MDF core material:

said panel having upper and under sides, and comprising at least two opposed side edges monolithically formed of said core material, said at least two side edges having coupling parts monolithically formed in the core material of each of said side edges;

one of said side edges including a tongue comprising one of said coupling parts and the other of said side edges having a groove with at least one lip comprising another of said coupling parts, said lip being elastically deflectable relative to said panel such that when the coupling parts of adjacent side edges of two of said panels are coupled, the coupled coupling parts define integral snap-fit mechanical locking elements;

said locking elements preventing drifting apart of coupled floor panels in a direction perpendicular to the plane of the coupled panels and in a direction parallel to a plane including the coupled panels and perpendicular to the coupled edges;

wherein the snap-fit mechanical locking elements include a locking protrusion defined on the tongue and a cooperating recess defined in the groove; and

US 7,040,068 B2

23

the locking protrusion is substantially triangular in shape.

**54**. A floor covering panel formed of HDF/MDF core material:

said panel having upper and under sides, and comprising at least two opposed side edges monolithically formed of said core material, said at least two side edges having coupling parts monolithically formed in the core material of each of said side edges;

one of said side edges including a tongue comprising one of said coupling parts and the other of said side edges having a groove with at least one lip comprising another of said coupling parts, said lip being elastically deflectable relative to said panel such that when the coupling parts of adjacent side edges of two of said panels are coupled, the coupled coupling parts define integral snap-fit mechanical locking elements;

said locking elements preventing drifting apart of coupled floor panels in a direction perpendicular to the plane of the coupled panels and in a direction parallel to a plane including the coupled panels and perpendicular to the coupled edges;

24

wherein at least one lip is a lower lip, and the lower lip has a cross-section configuration uniform along the panel edge and has a non-uniform thickness between upper and under sides thereof; and

wherein the lower lip is thicker at a proximal portion of the groove and becomes non-uniformly thinner in a direction extending distally away from said proximal portion over at least a portion of its length.

**55**. The floor covering panel according to any one of claims **15**, **20**, **45**, **46**, **47**, **48**, **49**, **50**, **53**, or **54**, wherein the coupling parts upon coupling are secured so they are coupled without play in the plane of the coupled panels.

**56**. The floor covering panel according to claim **54**, wherein the locking protrusion on said tongue includes an apex in juxtaposed alignment with a cooperating recess formed in the lip when the coupling parts are coupled.

**57**. The floor covering panel according to claim **54**, wherein at least a distal end portion of the lower lip is elastically bendable relative to a proximal end portion of the lower lip.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,040,068 B2                                        Page 1 of 1
APPLICATION NO. : 10/256183
DATED             : May 9, 2006
INVENTOR(S)       : Stefan Simon Gustaaf Moriau et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 14, line 61, should read: --8.  The floor covering according to claim 7, said lip having a--

Signed and Sealed this

Seventeenth Day of October, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# Exhibit L

US007328536B2

(12) **United States Patent** (10) Patent No.: **US 7,328,536 B2**
Moriau et al. (45) **Date of Patent:** **Feb. 12, 2008**

(54) **FLOOR PANELS WITH EDGE CONNECTORS**

(75) Inventors: **Stefan Simon Gustaaf Moriau**, Sint-Denijs Westrem (BE); **Mark Gaston Maurits Cappelle**, Staden (BE); **Bernard Paul Joseph Thiers**, Oostrozebeke (BE)

(73) Assignee: **Unilin Beheer B.V.**, besloten vennootschap, Ijssel (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/449,667**

(22) Filed: **Jun. 9, 2006**

(65) **Prior Publication Data**

US 2006/0236643 A1    Oct. 26, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 11/417,189, filed on May 4, 2006, which is a continuation of application No. 10/256,183, filed on Sep. 27, 2002, now Pat. No. 7,040,068, which is a continuation of application No. 09/471,014, filed on Dec. 23, 1999, now Pat. No. 6,490,836, which is a continuation of application No. 08/872,044, filed on Jun. 10, 1997, now Pat. No. 6,006,486.

(30) **Foreign Application Priority Data**

Jun. 11, 1996    (BE) .................................... 9600527
Apr. 15, 1997    (BE) .................................... 9700344

(51) **Int. Cl.**
*E04B 2/00* (2006.01)

(52) **U.S. Cl.** .................... **52/588.1**; 52/586.1; 52/586.2

(58) **Field of Classification Search** ............... 52/588.1, 52/578, 586.1, 586.2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 213,740 | A | 4/1879 | Conner |
| 714,987 | A | 12/1902 | Wolfe |
| 753,791 | A | 3/1904 | Fulghum |
| 956,046 | A | 4/1910 | Davis |
| 1,078,776 | A | 11/1913 | Dunton |

(Continued)

FOREIGN PATENT DOCUMENTS

AU    13098/83    10/1983

(Continued)

OTHER PUBLICATIONS

Final Opinion (Public Version) of Full Commission, *In the Matter of Certain Laminated Floor Panels,* International Trade Commission, Inv. No. 337-TA-545, Jan. 24, 2007.

(Continued)

*Primary Examiner*—Basil Katcheves
(74) *Attorney, Agent, or Firm*—Bacon & Thomas, PLLC

(57) **ABSTRACT**

Floor covering, including hard floor panels which, at least at the edges of two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels in a direction (R) perpendicular to the related edges and parallel to the underside of the coupled floor panels, and provide a snap-action coupling.

**10 Claims, 10 Drawing Sheets**



## US 7,328,536 B2

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,124,228 A | 1/1915 | Houston |
| 1,371,856 A | 3/1921 | Cade |
| 1,407,679 A | 2/1922 | Ruthrauff |
| 1,454,250 A | 5/1923 | Parsons |
| 1,468,288 A | 9/1923 | Een |
| 1,477,813 A | 12/1923 | Daniels et al. |
| 1,510,924 A | 10/1924 | Daniels et al. |
| 1,540,128 A | 6/1925 | Houston |
| 1,575,821 A | 3/1926 | Daniels |
| 1,602,256 A | 10/1926 | Sellin |
| 1,602,267 A | 10/1926 | Karwisch |
| 1,615,096 A | 1/1927 | Meyers |
| 1,622,103 A | 3/1927 | Fulton |
| 1,622,104 A | 3/1927 | Fulton |
| 1,637,634 A | 8/1927 | Carter |
| 1,644,710 A | 10/1927 | Crooks |
| 1,660,480 A | 2/1928 | Daniels |
| 1,714,738 A | 5/1929 | Smith |
| 1,718,702 A | 6/1929 | Pfeister |
| 1,734,826 A | 11/1929 | Pick |
| 1,764,331 A | 6/1930 | Moratz |
| 1,778,069 A | 10/1930 | Fetz |
| 1,787,027 A | 12/1930 | Wasleff |
| 1,823,039 A | 9/1931 | Gruner |
| 1,838,098 A | 12/1931 | Holbrook |
| 1,859,667 A | 5/1932 | Gruner |
| 1,898,364 A | 2/1933 | Gynn |
| 1,906,411 A | 5/1933 | Potvin |
| 1,923,928 A | 8/1933 | Jacobs |
| 1,929,871 A | 10/1933 | Jones |
| 1,940,377 A | 12/1933 | Storm |
| 1,953,306 A | 4/1934 | Moratz |
| 1,986,739 A | 1/1935 | Mitte |
| 1,988,201 A | 1/1935 | Hall |
| 2,004,193 A | 6/1935 | Cherry |
| 2,044,216 A | 6/1936 | Klages |
| 2,142,305 A | 1/1939 | Davis |
| 2,226,540 A | 12/1940 | Boettcher |
| 2,266,464 A | 12/1941 | Kraft |
| 2,276,071 A | 3/1942 | Scull |
| 2,279,670 A | 4/1942 | Ford et al. |
| 2,306,328 A | 12/1942 | Biberthaler |
| 2,317,223 A | 4/1943 | Rottman |
| 2,324,628 A | 7/1943 | Kähr |
| 2,398,632 A | 4/1946 | Frost et al. |
| 2,430,200 A | 11/1947 | Wilson |
| 2,740,167 A | 4/1956 | Rowley |
| 2,780,253 A | 2/1957 | Joa |
| 2,807,401 A | 9/1957 | Smith |
| 2,858,969 A | 11/1958 | Williams et al. |
| 2,894,292 A | 7/1959 | Gramelspacher |
| 2,947,040 A | 8/1960 | Schultz |
| 3,045,294 A | 7/1962 | Livezey, Jr. |
| 3,098,600 A | 7/1963 | Hagan et al. |
| 3,100,556 A | 8/1963 | De Ridder |
| 3,125,138 A | 3/1964 | Bolenbach |
| 3,178,093 A | 4/1965 | Wasyluka |
| 3,182,769 A | 5/1965 | De Ridder |
| 3,203,149 A | 8/1965 | Soddy |
| 3,267,630 A | 8/1966 | Omholt |
| 3,282,010 A | 11/1966 | King, Jr. |
| 3,310,919 A | 3/1967 | Bue et al. |
| 3,347,048 A | 10/1967 | Brown et al. |
| 3,387,422 A | 6/1968 | Wanzer |
| 3,425,543 A | 2/1969 | Harvey et al. |
| 3,460,304 A | 8/1969 | Braeuninger et al. |
| 3,469,762 A | 9/1969 | Torre |
| 3,481,810 A | 12/1969 | Waite |
| 3,526,420 A | 9/1970 | Brancaleone |
| 3,538,665 A | 11/1970 | Gall |
| 3,548,559 A | 12/1970 | Levine |
| 3,553,919 A | 1/1971 | Omholt |
| 3,555,762 A | 1/1971 | Costanzo. Jr. |
| 3,559,876 A | 2/1971 | Conescu |
| 3,657,852 A | 4/1972 | Worthington et al. |
| 3,694,983 A | 10/1972 | Couquet |
| 3,698,548 A | 10/1972 | Stenzel et al. |
| 3,714,747 A | 2/1973 | Curran |
| 3,731,445 A | 5/1973 | Hoffmann et al. |
| 3,740,914 A | 6/1973 | Diez |
| 3,742,672 A | 7/1973 | Schaeufele |
| 3,759,007 A | 9/1973 | Thiele |
| 3,760,548 A | 9/1973 | Sauer et al. |
| 3,768,846 A | 10/1973 | Hensley et al. |
| 3,780,469 A | 12/1973 | Hancovsky |
| 3,786,608 A | 1/1974 | Boettcher |
| 3,859,000 A | 1/1975 | Webster |
| 3,902,293 A | 9/1975 | Witt et al. |
| 3,908,053 A | 9/1975 | Hettich |
| 3,936,551 A | 2/1976 | Elmendorf et al. |
| 3,964,607 A | 6/1976 | Wagner |
| 3,988,187 A | 10/1976 | Witt et al. |
| 4,021,087 A | 5/1977 | Fegurson |
| 4,037,377 A | 7/1977 | Howell et al. |
| 4,074,496 A | 2/1978 | Fischer |
| 4,090,338 A | 5/1978 | Bourgade |
| 4,095,913 A | 6/1978 | Pettersson et al. |
| 4,099,358 A | 7/1978 | Compaan |
| 4,100,710 A | 7/1978 | Kowallik |
| 4,156,048 A | 5/1979 | Davis |
| 4,164,832 A | 8/1979 | Van Zandt |
| 4,169,688 A | 10/1979 | Toshio |
| 4,242,390 A | 12/1980 | Nemeth |
| 4,260,442 A | 4/1981 | Ford et al. |
| 4,299,070 A | 11/1981 | Oltmanns et al. |
| 4,426,820 A | 1/1984 | Terbrack et al. |
| 4,471,012 A | 9/1984 | Maxwell |
| 4,489,115 A | 12/1984 | Layman et al. |
| 4,501,102 A | 2/1985 | Knowles |
| 4,503,115 A | 3/1985 | Hemels et al. |
| 4,538,392 A | 9/1985 | Hamar et al. |
| 4,561,233 A | 12/1985 | Harter et al. |
| 4,599,841 A | 7/1986 | Haid |
| 4,612,745 A | 9/1986 | Hovde |
| 4,635,815 A | 1/1987 | Grigsby |
| 4,641,469 A | 2/1987 | Wood |
| 4,643,237 A | 2/1987 | Rosa |
| 4,646,494 A | 3/1987 | Saarinen et al. |
| 4,653,242 A | 3/1987 | Ezard |
| 4,703,597 A | 11/1987 | Eggemar |
| 4,715,162 A | 12/1987 | Brightwell |
| 4,724,187 A | 2/1988 | Ungar et al. |
| 4,738,071 A | 4/1988 | Ezard |
| 4,769,963 A | 9/1988 | Meyerson |
| 4,804,138 A | 2/1989 | McFarland |
| 4,819,932 A | 4/1989 | Trotter |
| 4,831,806 A | 5/1989 | Niese et al. |
| 4,845,907 A | 7/1989 | Meek |
| 4,905,442 A | 3/1990 | Daniels |
| 5,029,425 A | 7/1991 | Bogataj |
| 5,109,898 A | 5/1992 | Schacht |
| 5,113,632 A | 5/1992 | Hanson |
| 5,117,603 A | 6/1992 | Weintraub |
| 5,148,850 A | 9/1992 | Urbanick |
| 5,165,816 A | 11/1992 | Parasin |
| 5,179,812 A | 1/1993 | Hill |
| 5,216,861 A | 6/1993 | Meyerson |
| 5,247,773 A | 9/1993 | Weir |
| 5,253,464 A | 10/1993 | Nilsen |
| 5,274,979 A | 1/1994 | Tsai |
| 5,283,102 A | 2/1994 | Sweet et al. |
| 5,295,341 A | 3/1994 | Kajiwara |
| 5,349,796 A | 9/1994 | Meyerson |
| 5,390,457 A | 2/1995 | Sjölander |

## US 7,328,536 B2
Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 5,433,806 | A | 7/1995 | Pasquali et al. | EP | 0 279 278 | 8/1988 |
| 5,474,831 | A | 12/1995 | Nystrom | EP | 0 562 402 | 9/1993 |
| 5,475,960 | A | 12/1995 | Lindal | EP | 0 623 724 | 11/1994 |
| 5,495,727 | A | 3/1996 | Strong et al. | EP | 0 652 340 | 5/1995 |
| 5,497,589 | A | 3/1996 | Porter | EP | 0 690 185 | 1/1996 |
| 5,502,939 | A | 4/1996 | Zadok et al. | FR | 1293043 | 4/1962 |
| 5,540,025 | A | 7/1996 | Takehara et al. | FR | 2 209 024 | 6/1974 |
| 5,545,501 | A | 8/1996 | Tavernier et al. | FR | 2 278 876 | 2/1976 |
| 5,570,554 | A | 11/1996 | Searer | FR | 2568295 | 1/1986 |
| 5,618,602 | A | 4/1997 | Nelson | FR | 2630149 | 10/1989 |
| 5,630,304 | A | 5/1997 | Austin | FR | 2 637 932 | 4/1990 |
| 5,706,621 | A | 1/1998 | Pervan | FR | 2675174 | 10/1992 |
| 5,755,068 | A | 5/1998 | Ormiston | FR | 2691491 | 11/1993 |
| 5,768,850 | A | 6/1998 | Chen | FR | 2697275 | 4/1994 |
| 5,797,237 | A | 8/1998 | Finhell, Jr. | FR | 2 712 329 | 5/1995 |
| 5,860,267 | A | 1/1999 | Pervan | GB | 356270 | 9/1931 |
| D406,360 | S | 3/1999 | Finkell, Jr. | GB | 424057 | 2/1935 |
| 6,023,907 | A | 2/2000 | Pervan | GB | 589635 | 6/1947 |
| 6,029,416 | A | 2/2000 | Andersson | GB | 599793 | 3/1948 |
| 6,182,410 | B1 | 2/2001 | Pervan | GB | 647812 | 12/1950 |
| 6,588,166 | B2 | 7/2003 | Martensson et al. | GB | 1027709 | 4/1966 |
| 6,606,834 | B2 * | 8/2003 | Martensson et al. .......... 52/578 | GB | 1039949 | 8/1966 |
| | | | | GB | 1127915 | 9/1968 |
| | | FOREIGN PATENT DOCUMENTS | | GB | 1237744 | 6/1971 |
| | | | | GB | 1275511 | 5/1972 |
| BE | | 417526 | 9/1936 | GB | 1308011 | 2/1973 |
| BE | | 557844 | 5/1957 | GB | 1430423 | 3/1976 |
| BE | | 765.817 | 9/1971 | GB | 2117813 | 10/1983 |
| CA | | 991373 | 6/1976 | GB | 2 126 106 | 3/1984 |
| CA | | 2162836 | 5/1997 | GB | 2 168 732 | 6/1986 |
| CH | | 200949 | 11/1938 | GB | 2 221 740 | 2/1990 |
| CH | | 211877 | 10/1940 | GB | 2 228 753 | 9/1990 |
| CH | | 562 377 | 4/1975 | GB | 2243381 | 10/1991 |
| DE | | 1 212 275 | 3/1966 | GB | 2256023 | 11/1992 |
| DE | | 1 534 802 | 4/1970 | JP | 54-65528 | 5/1979 |
| DE | | 7 102 476 | 1/1971 | JP | 57-119056 | 7/1982 |
| DE | | 1 658 875 | 9/1971 | JP | 59-41560 | 3/1984 |
| DE | | 2 007 129 | 9/1971 | JP | 3-169967 | 7/1991 |
| DE | | 1 534 278 | 11/1971 | JP | 4-106264 | 4/1992 |
| DE | | 2 139 283 | 2/1972 | JP | 5-148984 | 6/1993 |
| DE | | 2 102 537 | 8/1972 | JP | 6-146553 | 5/1994 |
| DE | | 2 238 660 | 2/1974 | JP | 6-200611 | 7/1994 |
| DE | | 2 252 643 | 5/1974 | JP | 6-56310 | 8/1994 |
| DE | | 7 402 354 | 5/1974 | JP | 6-320510 | 11/1994 |
| DE | | 2 502 992 | 7/1976 | JP | 7-076923 | 3/1995 |
| DE | | 2 616 077 | 10/1977 | JP | 7-180333 | 7/1995 |
| DE | | 7 836 825 | 6/1980 | JP | 7-300979 | 11/1995 |
| DE | | 2 917 025 | 11/1980 | JP | 7-310426 | 11/1995 |
| DE | | 2 916 482 | 12/1980 | JP | 96-1207 | 2/1996 |
| DE | | 2 297 425 | 1/1981 | JP | 8-109734 | 4/1996 |
| DE | | 2 940 945 | 4/1981 | JP | 8-270193 | 11/1996 |
| DE | | 7 911 924 | 6/1981 | KR | 95-33446 | 12/1995 |
| DE | | 7 928 703 | 7/1981 | NL | 76 01773 | 8/1976 |
| DE | | 3 041 781 | 6/1982 | NL | 7708519 | 2/1978 |
| DE | | 3 214 207 | 11/1982 | PL | 90960 | 2/1977 |
| DE | | 3 246 376 | 6/1984 | RU | 857393 | 8/1981 |
| DE | | 3 343 601 | 6/1985 | SE | 372 051 | 12/1974 |
| DE | | 3 412 882 | 10/1985 | SE | 450 141 | 5/1987 |
| DE | | 8 604 004 | 6/1986 | SE | 457 737 | 1/1989 |
| DE | | 3 512 204 | 10/1986 | SE | 501 014 | 10/1994 |
| DE | | 3 538 538 | 5/1987 | SE | 502 994 | 3/1996 |
| DE | | 3 544 845 | 6/1987 | WO | WO 84/02155 | 6/1984 |
| DE | | 3 741 041 | 9/1988 | WO | WO 87/03839 | 7/1987 |
| DE | | 4 002 547 | 8/1991 | WO | WO 92/17657 | 10/1992 |
| DE | | 3 932 980 | 11/1991 | WO | WO 93/13280 | 7/1993 |
| DE | | 4 130 115 | 3/1993 | WO | WO 93/19910 | 10/1993 |
| DE | | 4 215 273 | 11/1993 | WO | WO 94/01628 | 1/1994 |
| DE | | 4 242 530 | 6/1994 | WO | WO 94/04773 | 3/1994 |
| DE | | 295 20 966 | 10/1996 | WO | WO 94/26999 | 11/1994 |
| DE | | 197 09 641 | 9/1998 | WO | WO 95/05274 | 2/1995 |
| DK | | 3726-84 | 8/1984 | WO | WO 95/06176 | 3/1995 |
| EP | | 0 196 672 | 10/1986 | WO | WO 96/23942 | 8/1996 |
| EP | | 0248127 | 12/1987 | WO | WO 96/27719 | 9/1996 |

**US 7,328,536 B2**

Page 4

| | | |
|---|---|---|
| WO | WO 96/27721 | 9/1996 |
| WO | WO 96/30177 | 10/1996 |
| WO | WO97/19232 * | 5/1997 |

OTHER PUBLICATIONS

Träindustrins Handbook "Snickeriarbete", 2nd Ed., Malmö 1952. p. 827, Fig. 614 and p. 855, 2nd Para.

Alu-Profil-Technik—Drawing Pring 25/6107 Aluminum Profile. Jun. 12, 1985.

Rhodes and Gehts. "MDF—A New Member of the Family of Wood-Based Panels." *1995 European Plastics Laminates Forum. TAPPI Proceedings.*

Final and Recommended Determinations of U.S. International Trade Commission In the Matter of Certain Laminated Flooring Panels, Aug. 24, 2006.

Abgustaff Kahr Oppositon Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

Akzento Opposition to Unilin European Patent No. EP 0 843 763 B1 (Jul. 9, 2001).

Akzenta Brief (Arguments) in Support of Intervention in Opposition Against Unilin European Patent Application No. 00201515.4 (Including Partial Translation of Document E2 Cited Therein) (Sep. 11, 2001).

EFP Floor Products Oppositon Against Unilin European Patent No. EP 0 843 763 (Oct. 27, 2000).

Hornitex-Werke Oppositon to Unilin European Patent No. EP 0 843 763 (Jul. 4. 2001).

Kronospan Action to Nullify Unilin German Utility Model Patent No. 297 24 428 U1, including Cited Documents E2 ( with Partial Translation): E3; E5 and E6 (with Translation) (Aug. 9, 2001).

Kronospan Opposition Against Unilin European Patent No. EP 0 843 763 (Jul. 14, 2001).

Kronotex Arguments in Appeal from Decision of Germany Patent Court Upholding Validity of Unilin German Utility Model Patent No. DE-UM 29 710 175 (Jul. 17, 2000).

Kronotex Arguments filed before Federal Patent Court in Appeal from Adverse Decision of German Patent Office Upholding Validity on Unilin German Utility Model Patent No. DE-UM 297 10 175 (Jul. 24, 2001).

Kronotex Opposition Against Unilin Australian Patent Applicaiton No. 713.628 AU-B (32569/97) (Sep. 1, 2000).

Kronotex Opposition Against Unilin European Patent No. EP 0 843 763 (Jun. 29, 2001).

Observations of M. Kandl Submitted Against European Patent Application 00 201 515.4 of Unilin Beheer, Oct. 18, 2001.

"Selbst Tepplchböden, PVC und Parkett verlegen", 1985 Compact Verlag München.

Valinge Aluminum Observations Regarding Unilin European Patent No. EP 0 843 763 (Nov. 19, 1998).

Valinge Aluminum Opposition Against Unilin Australia Patent Application No. 713 628 (AU-B 325 60/97) (Jun. 6, 2000).

Valinge Aluminum Opposition Against Unilin New Zealand Patent 3,29,581 (Jun. 2001).

Valinge Aluminum Opposition Against Unilin European Patent No. EP 0 843 763 with Copies of Cited Documents (Aug. 6, 2001).

*Webster's Dictionary,* definition of "scarf", p. 862, 1992, PAMCO Publ. Comp. Inc. (N.Y.).

Judgment of British Patents County Court in Patent Infringement Action PAT Nos. 02010 and 02014 involving British Patent No. EP (UK) 1 024 034 of Unilin Beheer, Sep. 25, 2003.

Transcript of Proceedings—Day 5, County Court of Patent Infringement Action PAT Nos. 02010 and 02014 involving British Patent No. EP (UK) 1 024 034 of Unilin Beheer, Jul. 18, 2003.

Expert Report of Dr. Hugh David Mansfield—Williams in British Patents County Court cases PAT 02010 and 02014, signed Jul. 7, 2003.

Expert Report of Mark Anthony Irle, signed Jul. 7, 2003, with Bundle 8A (Exhibits to report).

Notification from German PTO regarding utility model revocation proceedings against Unilin Beheer B.V. utility model 297 24 428 (Apr. 7, 2003). (with translation).

"Decision of Opposition Division of European Patent Office regarding EP 1 024 234 of Unilin Beheer N.V., Aug. 5, 2004".

* cited by examiner



*Fig.1*



*Fig.8*





*Fig.5*

*Fig.6*

*Fig.7*



*Fig.9*

*Fig.10*

*Fig.11*



*Fig.12*

*Fig.13*



*Fig. 14*

*Fig. 15*



*Fig. 16*



*Fig.17*

*Fig.18*

*Fig.19*



*Fig.20*



*Fig.21*



*Fig.22*

*Fig.23*



*Fig. 24*



*Fig. 25*

US 7,328,536 B2

1

# FLOOR PANELS WITH EDGE CONNECTORS

## RELATED APPLICATION DATA

This application is a continuation of pending application Ser. No. 11/417,189 filed May 4, 2006; which is a continuation of application Ser. No. 10/256,183 filed Sep. 27, 2002, now U.S. Pat. No. 7,040,068; which is a continuation of application Ser. No. 09/471,014, filed Dec. 23, 1999, now U.S. Pat. No. 6,490,836; which is a continuation of application Ser. No. 08/872,044 filed Jun. 10, 1997, now U.S. Pat. No. 6,006,486.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a floor covering made of hard floor panels.

2. Related Technology

In the first instance, the invention is intended for so-called laminated floors, but generally it can also be applied for other kinds of floor covering, consisting of hard floor panels, such as veneer parquet, prefabricated parquet, or other floor panels which can be compared to laminated flooring.

It is known that such floor panels can be applied in various ways.

According to a first possibility, the floor panels are attached to the underlying floor, either by glueing or by nailing them on. This technique has a disadvantage that is rather complicated and that subsequent changes can only be made by breaking out the floor panels.

According to a second possibility, the floor panels are installed loosely onto the subflooring, whereby the floor panels mutually match into each other by means of a tongue and groove coupling, whereby mostly they are glued together in the tongue and groove, too. The floor obtained in this manner, also called a floating parquet flooring, has as an advantage that it is easy to install and that the complete floor surface can move which often is convenient in order to receive possible expansion and shrinkage phenomena.

A disadvantage with a floor covering of the above-mentioned type, above all, if the floor panels are installed loosely onto the subflooring, consists in that during the expansion of the floor and its subsequent shrinkage, the floor panels themselves can drift apart, as a result of which undesired gaps can be formed, for example, if the glue connection breaks.

In order to remedy this disadvantage, techniques have already been through of whereby connection elements made of metal are provided between the single floor panels in order to keep them together. Such connection elements, however, are rather expensive to make and, furthermore, their provision or the installation thereof is a time-consuming occupation.

Examples of embodiments which apply such metal connection elements are described, among others, in the documents WO 94/26999 and WO 93/13280.

Furthermore, couplings are known which allow coupling parts to snap fit into each other, e.g., from the documents WO 94/1628, WO 96/27719 and WO 96/27721. The snapping-together effect obtained with these forms of embodiment, however, does not guarantee a 100-percent optimum counteraction against the development of gaps between the floor panels, more particularly, because in fact well-defined plays have to be provided in order to be sure that the snapping-together is possible.

2

From GB 424.057, a coupling for parquetry parts is known which, in consideration of the nature of the coupling, only is appropriate for massive wooden parquetry.

Furthermore, there are also couplings for panels known from the documents GB 2.117.813, GB 2,256.023 and DE 3.544.845. These couplings, however, are not appropriate for connecting floor panels.

## BRIEF SUMMARY OF THE INVENTION

The invention aims at an improved floor covering of the aforementioned type, the floor panels of which can be coupled to each other in an optimum manner and/or the floor panels of which can be manufactured in a smooth manner, and whereby preferably one or more of the aforementioned disadvantages are excluded.

The invention also aims at a floor covering which has the advantage that no mistakes during installing, such as gaps and such, can be created.

Furthermore, the invention also aims at a floor covering whereby the subsequent development of gaps is excluded or at least counteracted in an optimum manner, whereby also the possibility of the penetration of dirt and humidity is minimized.

To this aim, the invention relates to a floor covering, consisting of hard floor panels which, at least at the edges of the two opposite sides, are provided with coupling parts, cooperating which each other, substantially in the form of a tongue and a groove, wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels into a direction perpendicular to the related edges and parallel to the underside of the coupled floor panels. Hereby, these coupling parts are optimized in such a manner that they allow that any form of play is counteracted and preferably is excluded.

By integrated mechanical locking elements is understood that these form a fixed part of the floor panels, either by being connected in a fixed manner to the floor panels, or by being formed in one piece therewith.

In a first important preferred form of embodiment, the coupling parts are provided with locking elements which, in the engaged position of two or more of such floor panels, exert a tension force upon each other which force the floor panels towards each other. As a result of this that not only the formation of gaps counteracted during installation, but also in a later stage the development of gaps, from any causes whatsoever, is counteracted.

According to another characteristic of the intention, the coupling parts, hereby are formed in one piece with the core of the floor panels.

According to a second important preferred embodiment, the aforementioned optimization is achieved in that the floor covering panel possesses the following combination of characteristics: the coupling parts and locking elements are formed in one piece with the core of the floor panels; the coupling parts have such a shape that two subsequent floor panels can be engaged into each other exclusively by snapping together and/or turning, whereby each subsequent floor panel can be inserted laterally into the previous; the coupling parts are interlocked free from play in all directions in a plane extending perpendicular to the aforementioned edges; the possible difference between the upper and lower lip of the lips which border the aforementioned grooves, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove, is smaller than one time the total of the thickness of the panel; the total

3

thickness of each related floor panel is larger than or equal to 5 mm; and that the basic material of the floor panels, of which the aforementioned core and locking elements are formed, consists of a ground product which, by means of a binding agent or by means of melting together, is made into a unitary composite, and/or of a product on the basis of synthetic material and/or of a chip board with fine chips.

Due to the fact that the coupling parts provide for an interlocking free from play, as well as due to the fact that these coupling parts are manufactured in one piece, from the basic material of the floor panels, a perfect connection between adjacent floor panels can always be guaranteed, even with repeated expansion and shrinkage of the floor surface.

This combination of characteristics can be combined or not with the aforementioned characteristic that the locking elements exert a tension force upon each other when panels are joined together.

According to a third important preferred embodiment, the characteristics of which may or may not be combined with the characteristics of the embodiments described above, the floor covering is characterized in that the lower lip which limits or defines the lower side of the groove, extends beyond the upper lip in the plane of the panel; the locking elements are formed at least of a contact portion which inwardly slopes downward; and that this portion, at least partially, is located in the portion of the lower lip which extends beyond the upper lip. The advantages of these features will appear from the further description.

According to a preferred form of embodiment, the floor panels are configured as elongated panels and the coupling parts described above are applied along the longitudinal sides of these panels.

According to a particular form of embodiment, coupling parts are provided at the other two sides, too, either of another construction than described above or not.

In the most preferred form of embodiment, for the basic material use shall be made of the aforementioned product, which, as said, is ground and, by means of a binding agent, made into a unitary composite material. More particularly, for the core use shall be made of finely-ground wood which preferably is glued, more particularly, moisture resistant glued. Still more particularly, for the core use shall be made of so-called HDF board (High Density Fibreboard) or MDF board (Medium Density Fibreboard) which is highly compressed ground wood particles (fibers) and binder material. Hereinafter, the wood component of the core material shall be referred to as "wood product".

The fact that the invention is applied to floor panels the basic material of which consists of the material described above, offers the advantage that with the processing of this material, very smooth surfaces are obtained whereby very precise couplings can be realized, which, in first instance, is important in the case of a snap-together connection and/or turning connection free from play. Also, very special forms of coupling parts can be manufactured in a very simple manner because the aforementioned kinds of material can be processed particularly easy.

The surfaces obtained with HDF and MDF also have the advantage that the floor panels mutually can be shifted readily alongside each other in interlocked condition, even when engaged with a tensioning force.

The applicants also discovered that the aforementioned materials, in particular HDF and MDF, show ideal features in order to realize a connection, such as mentioned above, as these material show the right features in respect to elastic deformation in order to, on the one hand, realize a snap-

4

together effect, and, on the other hand, receive expansion and shrinkage forces in an elastic manner, whereby it is avoided that the floor panels come unlocked or are damaged in an irreparable manner.

In the case that for the core use is made of a material based on synthetic material, to this end solid synthetic material can be used as well as a mixture of synthetic materials, eventually composed of recycled materials.

The floor covering preferably is formed by joining the floor panels into each other free of glue. Hereby, the connections are of such nature that the floor panels can be disassembled without being damaged, such that, for example, when moving from one residence or location to another, they can be taken along in order to be placed down again. It is, however, clear that a glueing between tongue and groove is not excluded.

The invention, of course, also relates to floor panels which allow the realization of the aforementioned floor covering.

The invention also relates to a method for the manufacturing of the aforementioned floor panels with the advantage that the tongues and/or grooves, including the corresponding locking means, can be provided at the floor panels at high production speeds without problems. More particularly, it aims at a method which allows that the rather complicated forms of the tongue and the groove of the aforementioned floor panels can be formed completely by means of milling cutters, the diameter of which can be chosen independent of the form to be realized, such that the use of small milling cutters, for example finger cutters, with diameters smaller than the depth of the tongue or groove can be excluded.

In accordance with this method the tongue and/or groove is formed by means of a milling process using at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in respect to the related floor panel. During each of the aforementioned milling cycles, preferably substantially the final form of one flank, either of the tongue or of the groove, is formed.

For the aforementioned two milling cycles, thus, milling cutters are used which extend outside the groove, respectively the tongue. More particularly the diameters of these milling cutters shall at least be 5 times and even better 20 times larger than the thickness of the floor panels.

The use of milling cutters having the aforementioned diameters has as an advantage that the normal production speeds can be maintained which are also applied during milling of a classical straight tongue and groove. There is also the advantage obtained that the installation of such milling cutters induce only minor or no additional costs because such milling cutters can be placed directly upon a motor shaft and/or the conventional machines can be used.

BRIEF DESCRIPTION OF THE DRAWINGS

With the intention of better showing the characteristics according to the invention, in the following, as an example without any limitative character, several preferred forms of embodiment are described, with reference to the accompanying drawings, wherein:

FIG. 1 represents a floor panel of a floor covering according to the invention;

FIG. 2, on a larger scale, represents a cross-section according to line II-II in FIG. 1;

FIGS. 3 and 4 represent how two floor panels with coupling parts according to FIG. 2 match into each other;

FIG. 5, on a larger scale, represents a cross-section according to line V-V in FIG. 1;

US 7,328,536 B2

5

FIGS. 6 and 7 represent how two floor panels with coupling parts according to FIG. 5 match into each other;

FIGS. 8 to 11 represent a number of variants of coupling parts of floor panels according to the invention;

FIG. 12 schematically represents how the floor parts can be provided with coupling parts;

FIG. 13 represents a cross-section according to line XIII-XIII in FIG. 12;

FIGS. 14 to 21, on a larger scale and in cross-section, represent the penetration of the milling cutters which are indicated in FIG. 12 with arrows F14 to F21;

FIG. 22 represents a floor panel according to the invention;

FIG. 23, on a larger scale, represents the coupling of two floor panels of FIG. 22;

FIGS. 24 and 25 represent two manners of coupling floor panels according to FIG. 22 to each other.

DETAILED DESCRIPTION

The invention relates to a floor covering which is composed of hard floor panels 1, for example, such as a laminated panel as shown in FIG. 1.

These floor panels 1 can be of various shape, for example, rectangular or square, or of any other shape.

In the most preferred form of embodiment, they shall be manufactured in an elongated form, such as shown in FIG. 1, for example, with a length of 1 to 2 meters. The thickness, however, can also vary, but is preferably 0.5 to 1.5 cm, and more particularly 0.8 cm.

Each floor panel 1 is, at least at the edges of two opposite sides 2-3, provided with coupling parts 4-5 which permit two adjacent identical floor panels 1 to be coupled to each other.

According to the invention, the coupling parts 4-5, as represented in the FIGS. 2 to 4, are provided with integrated mechanical locking parts or locking elements 6 which prevent the drifting or sliding apart of two coupled floor panels 1 in a direction D perpendicular to the respective sides 2-3 and parallel to the underside 7 of the coupled floor panels 1; the coupling parts 4-5 and the locking elements 6 are formed in one piece with the core 8 of the floor panels 1; the coupling parts 4-5 have such a shape that two subsequent floor panels 1 can be engaged into each other solely by snapping-together and/or turning after the coupling parts are partially engaged, whereby each subsequent floor panel 1 can be laterally inserted into the previous; and the coupling parts 4-5 preferably are interlocked free from play in all directions in a plane which is located perpendicular to the aforementioned edges.

In the case of floor panels 1 with an elongated shape, as represented in FIG. 1, the respective coupling parts 4-5 are located at the longitudinal sides 2-3.

The coupling parts 4-5 can be realized in various forms, although the basic forms thereof will always be formed by a tongue 9 and a groove 10.

In the form of embodiment of FIGS. 2 to 4, the related floor panel 1 is provided with coupling parts 4-5 and locking means or locking elements 6 which allow two floor panels 1 to be mutually engaged by means of a turning movement, without the occurrence of any snap-together effect.

In the represented example, the locking elements 6 consist of a first locking element 11, formed by a protrusion with a bent round shape at the lower side 12 of the tongue 9, and a second locking element 13 (shown in FIG. 2), formed by a recess with a bent hollow or downwardly concave shape in the lower wall 14 of the groove 10.

6

The locking elements 11-13 ensure that two floor panels 1 which are coupled to each other can not move laterally in the horizontal plane with respect to each other.

In order to enable two floor panels 1 to be inserted into each other by means of a turning movement, the curvatures preferably are circular. The bottom side 12 of locking means or locking elements 6 has a curvature with a radius R1, the center of which coincides with the respective upper edge 15 of the floor part 1, whereas the lower wall 14 of the locking part 5 has a curvature with a radius R2 which is equal to the radius R1, but its center coincides with the respective upper edge 16. Radii R1 and R2 may also be applied which are larger or smaller than the distance to the upper edge 15, 16 respectively, and/or which differ from each other in size.

The upper side 17 of the tongue 9 and the upper wall or side 18 of the groove 10 are preferably flat and preferably are located in the horizontal plane.

The inner side 20 of the groove 10 and the front side 19 of the tongue 9 of the two interlocked floor panels 1 preferably do not fit closely against each other, such that an intermediate space 21 is created between them into which possible dust remainders or such can be pushed away by means of the tongue 9.

The tongue 9 and the groove 10 preferably have shapes which are complementary to each other, such that the tongue 9 in the engaged condition of two identical floor panels 1 precisely sits against the upper wall 18 and the lower wall 14 of the groove 10, whereby a pressure P, exerted against the upper lip 22, is received or reacted not only by this lip 22, but by the complete structure, because this pressure can be transmitted through the tongue 9 and the lower lip 23 to cause the panels to be urged towards each other.

It is, however, clear that a number of minor deviations to these complementary forms can occur which, anyhow, have no or almost no effect upon the receipt and transmission of pressure forces. For example, a chamfer 24 on lip 22 and a recess 25 can be provided, as represented in FIGS. 2 to 4, as a result of which the subsequent floor panels 1 can easily be pushed and guided into each other, such that no possible ridges in the subflooring or such render good insertion difficult.

As represented in the FIGS. 5 to 7, the floor panels 1 according to the invention can also, along the sides 26-27 which are at a right angle to the sides 2-3, be provided with coupling parts 28-29 which have locking elements 30, too. The coupling parts 28-29 are preferably also realized in the shape of a tongue 31 and a groove 32. Hereby, the locking elements 30 do not have to be of the same nature as the locking elements 6.

Preferably, at the sides 26-27 locking elements are provided which allow for an engagement and interlocking by means of a lateral translation movement in direction T only, as represented in FIGS. 6 and 7. To this aim, the locking elements 30 consist of a snap-together connection with locking elements 33 and 34 which grip behind each other.

As represented in FIGS. 5 to 7, the locking element 33 preferably consists of a protrusion of the lower side 35 of the tongue 31 which can be located in a recess 36 in a lower lip 43 extending distally from the lower wall 37 of the groove 32. The locking element 34 is formed by the upward directed part or protrusion which defines the distally outer end of recess 36.

In this case, the locking elements 33-34 has contact surfaces 38-39 which are parallel to each other and preferably extend in an inclined manner, according to a direction which simplifies the snapping-together of the panels. The common plane of tangency L which is determined by the

US 7,328,536 B2

7

common tangent at the meeting point or area of surfaces **38-39**, hereby forms an angle A sloping inwardly and downwardly from an outer region to an inner region relative to the underside **7**, which angle is smaller than 90°.

The locking elements **33-34** preferably are provided with inclined portions **40** and **41** which, when two floor panels **1** are engaged, cooperate with each other in such a manner that the locking elements **33-34** can easily be pushed over each other until they grip behind each other by means of a snap-together effect (FIGS. **6** and **7**).

The thickness W1 of the tongue **31** preferably is equal to the width W2 of the groove **32**, such that compression pressure P applied to the upper lip **42** is reacted by the tongue **31** which, in its turn, then is reacted by the lower lip **43**.

Analogous to the chamfer **24** and recess **25**, a recess **44** and a chamfer **45** are provided also at the edges **28-29**.

It is noted that such a snap-together coupling can also be applied at the edges **2-3**. Hereby, this can be a snap-together coupling analogous to these of FIGS. **5** to **7**, but this can also be a snap-together coupling using other forms of coupling configurations, for example, such as represented in FIGS. **8** and **9**. Contrary to the locking elements **33-34** which consist of rather local protrusions, in the forms of embodiment of FIGS. **8** and **9** use is made of locking elements **46-47** which, in comparison to the total width B of the coupling, extend over a rather large distance.

In this case, the locking elements **46-47** are also provided at the lower side **12** of the tongue **9** and the lower wall **14** of the groove **10**.

According to FIG. **8**, the locking elements **46-47** have contact surfaces **48-49** which are at an angle with the plane of the floor panel **1**. In this manner, a coupling is obtained which is interlocked in a particularly fixed manner.

As represented in FIG. **9**, the locking elements **46-47** possibly can be configured in such a manner that substantially only a linear contact is obtained, for example, because the contact surfaces directed towards each other are formed with different curvatures.

The surfaces, directed towards each other, of the locking elements **46-47** hereby consist of curved surfaces. The common plane of tangency L forms an angle A which is smaller than 90°, and more preferably is smaller than 70°.

In this manner, the locking element **46** preferably has two portions with a different curvature, on one hand, a portion **50** with a strong curvature and, on the other hand, a portion **51** with a weak curvature. The portion **50** with the strong curvature provides for the formation of a firm coupling. The portion **51** with the weak curvature facilitates the coupling parts **4-5** to be brought into each other easily. The intermediate space S forms a chamber which offers space for dust and the like which, when engaging two floor panes **1**, inevitably infiltrates there.

In the case of a snap-together connection, for example, a connection such as represented in FIGS. **7** to **9**, preferably the tongue **9-31** has a shape that thickens from below, which then can cooperate with a widened portion in the groove **10**.

In FIG. **10**, a variant is represented whereby at least at the level of the upper edges **15-16**, a sealing material **52** is provided, as a result of which a watertight sealing can be assured. This sealing material **52** may consist of a strip or covering which is provided previously at the floor panel **1**, either at one or both upperside edges **15-16**.

In FIG. **11**, a further variant is represented, whereby the locking element **6** is formed by an upward directed portion **53** at the tongue **9**, which as a result of a turning movement of the panel, is brought behind a downward-directed portion

8

**54** on the upper wall **18**. More particularly, this is obtained by forming the upper side **17** and the upper wall **18** with a curvature R3, the center of which is situated at the upperside edges **15-16**, and forming the lower side **12** and the lower wall **14** with a radius R4, the center of which is also situated at the upperside edges **15** and **16**, respectively. These radii R3-R4 can be chosen otherwise, too.

In general, according to the invention, the difference between, on one hand, the radius R1, R3 respectively, and, on the other hand, the radius R2, R4 respectively, preferably should not be larger than 2 mm.

It is also preferred that the center of these radii be situated inside the circle C1, C2 (see FIG. **2**) respectively, which extends with a radius R5 of 3 mm centered at upperside edge **15**, **16** respectively.

Finally is noted that, according to the invention, the lower lip **23-43**, as represented in FIGS. **2** to **7**, can be formed distally longer than the upper lip **22-42**. This has an advantage that the coupling parts **4-5-28-29** can be shaped in an easier manner by means of a milling cutter or the like. Furthermore, this simplifies the engagement of two floor panels **1**, because each subsequent floor panel **1** during installation can be placed upon the protruding lower lip **23-43**, as a result of which the tongue **9-31** and the groove **10-32** automatically are positioned in front of each other.

The embodiments wherein the lower lip **23** is equal to or distally shorter than the upper lip **22**, in their turn, offer the advantage that no protruding lip **23** remains at the extreme edge of the floor which might cause problems in finishing the floor installation.

In order to allow for a smooth assembly, to guarantee the necessary stability and firmness and in order to limit the quantity of material to be cut away, the difference E between the distally outer edge of the upper lip **22-42** and the distally outer edge of the lower lip **23-43**, measured in the plane of the floor panel and perpendicular to the longitudinal direction of the groove **10**, should preferably be kept smaller than one time the total thickness F of the floor panel **1**. For stability's sake, normally this total thickness F shall never be less than 5 mm.

The small dimension of the difference E offers the advantage that the lower lip need not be strengthened by a reinforcement strip or the like.

According to a particular form of embodiment, the central line M1 through the tongue **9** and the groove **10** is situated lower than the center line M2 of the floor panel **1**, such, that the upper lip **22-42** is thicker than the lower lip **23-43**. In first instance, this is essential in this kind of connection, because then it is the lower lip **23-43** which bends, whereby the upper side of the floor panel **1** is kept free of possible deformations.

As explained in the introduction, for the core **8** a material is chosen from the following series:

    a ground product which, by means of a binding agent or by means of melting together is made into a unitary composite material;

    a product based on synthetic material;

    chip board with fine chips.

The invention shows its usefulness, in first instance, preferably with laminated flooring, due to the reasons explained in the introduction.

As represented in the examples of the FIGS. **2** to **11**, such laminated flooring preferably consists of a core **8** made of MDF medium density fiberboard board, HDF high density fiberboard board or similar, whereby at least at the upper side of this core **8** one or more layers of material are provided.

US 7,328,536 B2

9

More particularly, it is preferred that the laminated flooring is provided with a decorative layer 55 and a protective top layer 56. The decorative layer 55 is a layer, impregnated with resin, for example, made of paper, which can be imprinted with a variety of patterns, such as a wood pattern, a pattern in the form of stone, cork, or similar or even with a fancy pattern. The protective top layer 56 preferably also consists of a layer saturated with resin, for example, melamine resin, which in the final product is transparent.

It is clear that still other layers can be applied, such as an intermediate layer 57 upon which the decorative layer 55 is provided.

Preferably, also a backing layer 58 shall be applied at the underside 7, forming a counterbalancing element for the top layers and, thus, guaranteeing the stability of the form of the floor panel 1. This backing layer 58 may consist of a material, for example paper, impregnated with a resin, for example, a melamine resin.

As represented schematically in FIG. 12, the tongue 9 and the groove 10, and preferably also the tongue 31 and the groove 32 are formed by means of a milling process. In the case that a profile has to be applied on all four sides, the floor panels 1 preferably shall be displaced by means of two sequential perpendicular movements V1 and V2, whereby during the first movement profiles at two opposite edges are provided, in this case the longitudinal edges, by means of milling devices 59-60, whereas during the second movement profiles are provided at the other edges, in this case the small edges, by means of milling devices 61-62. During these processing, the floor panels 1 preferably are put with their decorative layer directed downward.

According to an important characteristic of the invention, each respective tongue 9-31 and groove 10-32 are formed by means of a milling process with at least two sequential milling cycles or passes by means of milling cutters which are positioned at different angles in reference to the related floor panel 1.

This is illustrated in FIGS. 13, 14 and 15, wherein it is represented how a groove 10 is realized by means of two milling cycles by means of two milling cutters 63 and 64. FIGS. 16 and 17 represent how the tongue 9 is shaped by means of milling cutters 65 and 66.

The FIGS. 18-19 and 20-21 represent similar views showing how the groove 32 and the tongue 31 are shaped by means of milling cutters 67-68 and 69-70, positioned at an angle.

During each of the aforementioned milling passes, substantially the final shape of one flank is fully realized. For example, the milling cutter 63 of FIG. 14 determines the final shape of the lower flank 71 of the groove 10, whereas the milling cutter 64 determines the final shape of the upper flank 72.

As mentioned in the introduction, preferably milling cutters 63 to 72 shall be used, having diameters G which are at least 5 times, and even better at least 20 times larger than the thickness F of the floor panels 1.

Apart of the mentioned milling cutters, preferably still other milling cutters are applied, for example, in order to remove a part of the material to be removed during a first premachining cycle.

In the FIGS. 22 to 25, a particularly preferred form of embodiment of a floor panel 1 according to the invention is represented. Hereby, the parts which correspond with the previous embodiments are indicated with corresponding references.

An important characteristic herein consists in that the coupling parts 4-5 are provided with locking elements 6

10

which, in engaged condition with the panels in a common plane, exert a tension force upon each other, as a result of which the engaged floor panels 1 are forced towards each other in compression. As represented, this is realized preferably by providing the coupling parts with an elastically yieldable or bendable portion, in this case the lower lip 43, which, in engaged condition, is at least partially bent and in this way creates a tension force which results in the engaged floor panels 1 being forced towards each other. The resultant bending V, as well as the tension force K, are indicated in the enlargement view of FIG. 23.

In order to obtain the tension force K pressing together the engaged floor panels 1, the bendable portion, in this case the lip 43, preferably is provided, as represented, with an inwardly and downwardly inclined contact surface 73 which preferably can cooperate with a corresponding contact surface 74 on tongue 9. These contact surfaces 73-74 are similar to the aforementioned contact surfaces 39-38 and also similar to the inclined portions of the lower lip of FIGS. 2 to 4.

In the FIGS. 2 and 5, the portions form complementary matching shapes; it is, however, clear that, by a modification, also a tension effect similar to that shown in FIG. 23 can be realized.

Due to, on one hand, the contact along the angle A, and, on the other hand, the fact that a tension force K is created, a compression force component K1 is produced, as a result of which the floor panels 1 are drawn against each other in compression.

Preferably, the angle A of the mutual plane of tangency of contact surfaces 73-74 relative to the horizontal plane is situated between 30 and 70 degrees. In the case that use is made of the embodiment whereby a tension force K is realized, an angle A of 30 to 70 degrees is ideal in order, on one hand, to effect an optimum pressing-together of the floor panels 1 and, on the other hand, to ensure that the floor panels 1 can easily be engaged and respectively disassembled.

Although the pressing or compression force component K1 preferably is delivered by the aforementioned lip 43, the invention does not exclude other forms of locking elements or structures whereby this force is delivered by other bendable portions.

It is noted that the bending V is relatively small, for example, several hundredths up to several tenths of a millimeter, and does not have an influence upon the placement of the floor-covering. Furthermore it should be noted that such floor covering generally is placed upon an underlayer (not shown) which is elastically compressible, as a result of which the bending V of the lip 43 only produces local bending of the underlayer.

Due to the fact that the lip 43 is bent apart and that it remains somewhat bent apart in engaged position, the additional advantage is obtained that, when exerting a pressure upon the floor covering, for example, when placing an object thereupon, the pressing-together compressive force is enhanced and, thus, the development of gaps is counteracted even more.

It is noted that the inventors have found that, contrary to all expectations, an ideal tension force can be realized by manufacturing the coupling parts 4-5, including the locking elements 33-34, and preferably the complete core 8, of HDF board or MDF board, although these material normally only allow a minor elastic deformation.

HDF and MDF also offer the advantage that smooth surfaces are obtained, as a result of which the locking elements can be moved easily over each other.

US 7,328,536 B2

11

12

According to a variant of the invention, the tension force can also be supplied by means of an elastic compression of the material of the coupling parts themselves, to which end these coupling parts, and preferably the complete core **8**, would be manufactured using an elastically compressible material.

A further particular characteristic of the embodiment of FIGS. **22** to **25** consists in that the floor panels **1** can be selectively engaged by means of a turning movement, as represented in FIG. **24**, as well as by means of laterally shifting them towards each other in substantially a common plane, as represented in FIG. **25**, preferably in such a manner that, during the engagement by means of the turning movement with the coupling parts partially engaged, a maximum bending Vm results in the coupling parts, more particularly in the lip **43**, which bending Vm is less pronounced, if not nonexistent, as in the FIGS. **2** to **4**, in comparison to the bending Vm which results when the floor panels **1** are engaged by means of shifting them towards each other, as in FIG. **15**.

The advantage of this consists in that the floor panels **1** can be engaged easily by means of a turning movement, without necessitating use of a tool therefore, whereas it still remains possible to engage the floor panels also by means of shifting them laterally. This latter is useful, in first instance, when the last panel has to be placed partially under a door frame or similar situation. In this case, the floor panel **1** can be pushed under the door frame with the side which does not have to be engaged and subsequently, possibly by means of tools, can be snapped into the adjacent floor panel by lateral sliding together.

It is noted that the shapes of the coupling parts **4-5** shown in FIGS. **22** to **25** can also be used for the coupling parts **28-29** of the short sides of the panels.

According to the invention, in the case that the four sides **2-3-26-27** are provided with coupling parts **4-5-28-29**, these coupling parts can be formed in such a manner that in one direction a firmer engagement than in the other direction is effected. In the case of elongated floor panels **1**, for example, such as represented in FIG. **1**, the locking at the small sides **26-27** preferably shall be more pronounced than at the longitudinal sides **2-3**. The length of the parts at the small sides, namely, is smaller and, in principle, less firm. This is compensated for by providing a more pronounced locking. This difference in engagement can be obtained by shaping the contact surfaces **73-74** with different angles.

Preferably, the aforementioned protrusion, more particularly the locking element **33**, is bounded by at least two portions **75-76** (shown in FIG. **22**), respectively a portion **75** with a strong (steep) inclination which provides for the locking, and a portion **76** with a weaker (less inclined) inclination which renders the engagement or guidance of the coupling parts easier. In the embodiment of FIGS. **22** to **25**, these portions **75-76** are formed by straight planes, but, as already described with reference to FIG. **9**, use can also be made of curved portions **50-51**. In FIG. **5**, these are the contact surface **38** and the inclined portion **40**.

In the preferred form of the invention, the floor panels **1** comprise coupling parts **4-5** and/or **28-29** exhibiting one of the following or the combination of two or more of the following features:

a curvature **77** (shown in FIG. **22**) at the lower side of the tongue **9** and/or a curvature **78** at the lower lip **43** which form a guidance when turning two floor panels **1** into each other, with the advantage that the floor panels **1** can be engaged into each other easily during installation;

roundings **79-80** at the edges of the locking elements **33-34**, with the advantages that the locking elements can easily shift over each other during their engage-

ment, or during disassembly of the floor panels **1** and that the locking elements will not be damaged, for example, crumble away at their edges, even if the floor panels are engaged and disassembled;

dust chambers **81**, or spaces **21** as in FIG. **4**, between all sides, directed laterally towards each other, of the engaged floor panels **1**, with the advantage that inclusions which get between the floor panels **1** during the engagement do not exert an adverse influence upon good engagement;

a shaping of the tongue **9** which is such, for example, by the presence of a chamfer **82**, that the upper side of the tongue **9** becomes situated from the first joining together or substantial contact of the panels, under the lower side of the upper lip **42** when the floor panels **1** are pushed towards each other in substantially the same plane, as indicated in FIG. **25**, with the advantage that the front extremity or end of the tongue **9** does not press against the front side of the upper lip **42** or the front edge of the bottom lip **43** when the floor panels are pushed towards each other in the same plane;

a ramp surface **83**, hereinbefore also called inclined portion **41**, formed at the distally outer end of the lower lip **43**, with the advantage that the locking elements **33-34** shift smoothly over each other and that the lower lip **43** is bent uniformly;

in the engagement direction only one important contact point which is formed by a section **84** at the location of the upperside edges of the floor panels **1**, with the advantage that the aforementioned tension force is optimally transferred to the upper side of the floor panels **1** and that the development of openings between the floor panels **1** is counteracted;

contact surfaces **85-86**, more particularly abutment surfaces, formed by the upper side of the tongue **9** and the upper side of the groove **10** which, over the largest portion of their length, are flat and run parallel to the plane which is defined by the floor panels **1**, as well as contact surfaces cooperating with each other, formed by curvatures **77-78**, with the advantage that no mutual displacement in height between two engaged floor panels **1** is possible, even if the insertion depth of the tongue **9** into the groove **10** should vary due to various causes; in other words, no height differences may occur between the adjacent floor panels.

In the embodiment of FIGS. **22** to **25**, all these characteristics are combined; it is, however, clear that, as becomes evident from FIGS. **2** to **11**, these features can also be provided separately or in a limited combination with one another.

As becomes evident from FIGS. **5** to **7** and **22** to **25**, an important characteristic of the preferred embodiment of the invention consists in that the cooperative locking element **6**, in other words, the portion providing for the snap-together and engagement effect, are situated in that portion of the lower lip **23-43** which extends beyond the distal edge of the upper lip **22-42**, more particularly, the lowermost point **87** of the locking part **33** is situated under the top layer of the floor panel **1**. For clarity's sake, this top layer is indicated in the FIGS. **22-25** only as a single layer.

It should be noted that the combination of features, the lower lip **23-43** extending further than the upper lip **22-42**; the locking elements **6** being formed at least by means of a contact surface portion which inwardly slopes downward, and wherein this portion, at least partially, is located in the portion of the lower lip **23-43** which extends distally beyond the upper lip **22-42**, is particularly advantageous, among others, in comparison with the couplings for floor panels described in the documents WO 94/01628, WO 94/26999, WO 96/27719 and WO 96/27721. The sloping contact

US 7,328,536 B2

13

surface portion offers the advantage that the floor panels **1** can be disassembled again. The fact that this sloping portion is situated in the extended portion of the lower lip **23-43** adds the advantage that no deformations can occur during coupling which manifest themselves up to the top layer.

According to a preferred characteristic of the invention, the aforementioned portion, i.e. the contact surface **39** or **73**, preferably extends in such a manner that the distance between the upper edge **16** of the panel to the contact surface **39**, **73** diminishes between the proximal and distal ends of the sloping contact surface **39**, **73**, in other words, such that, as represented in FIG. **22**, the distance X2 is smaller than the distance X1. This is also the case in FIG. **7**.

Still preferably, this portion only starts at a clear distance El from the outer edge of upper lip **42**.

It is obvious that the coupling parts **22** to **25** can also be shaped by means of said milling process.

According to a particular characteristic of the invention, the floor panels **1** are treated at their sides **2-3** and/or **26-27** with a surface densifying agent, more particularly a surface hardening agent, which preferably is chosen from the following series of products: impregnation agents, pore-sealing agents, lacquers, resins, oils, paraffins and the like.

In FIG. **22**, such impregnation **88** is represented schematically. This treatment can be performed over the complete surface of the sides **2-3** and/or **26-27** or only over specific portions hereof, for example exclusively on the surfaces of the tongue **9** and the groove **10**.

The treatment with a surface densifying agent offers, in combination with the snap-together effect, the advantage that in various aspects better coupling characteristics are obtained. As a result of this, the coupling parts **4-5** and/or **28-29** better keep their shape and strength, even if the floor panels **1** are engaged and disassembled repeatedly. In particular, if the core **8** is made of HDF, MDF or similar materials, by means of this treatment a better quality of surface condition is obtained, such that no abrasion of material occurs during engaging, or during disassembling.

This treatment also offers the advantage that, at least in the case of a surface hardening, the aforementioned elastic tensioning effect is enhanced.

The present invention is in no way limited to the forms of embodiment described by way of example and represented in the figures, however, such floor covering and the pertaining floor panels **1** can be embodied in various forms and dimensions without departing from the scope of the invention.

For example, the various characteristics which are described by means of the represented embodiments and examples may be selectively combined with each other.

Furthermore, all embodiments of coupling elements described before can be applied at the longer side as well as at the shorter side of a panel.

The invention claimed is:

**1**. A floor panel, for forming a floor covering,
said floor panel having a limited panel thickness, which thickness is comprised in the range of 5 to 15 mm;
said floor panel further being of the type comprising a core material selected from the group consisting of MDF and HDF;
said floor panel at least at the edges of two opposite sides being provided with coupling parts substantially in the form of a tongue and a groove, said groove being bordered by an upper lip and a lower lip, and wherein the coupling parts are arranged so as to enable two of such panels to be coupled to each other;
wherein said lower lip extends beyond said upper lip, so that the lower lip comprises a portion which is located underneath the upper lip and a portion which extends beyond the upper lip;

14

wherein the coupling parts are provided with integrated mechanical locking elements which prevent the drifting apart of two coupled floor panels in a direction perpendicular to the related edges and parallel to the underside of the coupled floor panels;

wherein said locking elements comprise a recess in said lower lip and a protrusion at the lower side of said tongue, such that in coupled condition of two of such panels the protrusion of one of said panels cooperates with the recess of the other panel;

wherein said coupling parts and said locking elements are formed in one piece from said core material selected from the group consisting of MDF and HDF;

wherein said recess is partially located in the portion of the lower lip which is located underneath the upper lip and partially in the portion of this lower lip which extends beyond the upper lip; and

wherein in coupled condition of two of such panels they define a vertical plane where the panels with their upper sides fit against each other, and wherein the upper side of the tongue and the lower side of the upper lip are provided with corresponding flat contact surfaces, which in coupled condition of two of such panels cooperate with each other, wherein the contact defined by said cooperating flat surfaces ends at a location laterally offset from said vertical plane in a direction towards a deepest point of the groove.

**2**. The floor panel of claim **1**, wherein said floor panel is a laminated floor panel of the type comprising a resin impregnated imprinted decor layer.

**3**. The floor panel of claim **1**, wherein the possible difference in length with which the lower lip extends beyond the upper lip, measured in the plane of the floor panel, is smaller than one time the thickness of the floor panel and thus always smaller than 15 mm.

**4**. The floor panel of claim **1** or **3**, wherein said locking elements comprise contact surfaces acting as horizontally active locking surfaces, respectively located at said tongue and said groove, which upon coupling of two such panels cooperate with each other and wherein the locking surface provided at the groove is located in the portion of said lower lip which extends beyond said upper lip.

**5**. The floor panel of claim **1**, wherein the coupling parts and locking elements enable coupling two of such panels in a manner free from play.

**6**. The floor panel of claim **1**, wherein the floor panel comprises a monolithic core of said MDF or HDF.

**7**. The floor panel of claim **1**, wherein at the entrance of the groove the upper lip is provided with a chamfer.

**8**. The floor panel of claim l, wherein the recess has an inclined proximal side, said side extending upwards from the bottom of the recess towards the inner side of the panel, said inclined proximal side in the proximal direction being contiguously followed by a bottom portion of the actual groove, which is substantially horizontal or at least generally less inclined than said proximal side of the recess.

**9**. The floor panel of claim **1**, wherein the lower side of the tongue is provided with a curvature.

**10**. The floor panel of claim **1**, wherein said coupling parts are configured so as to enable two of such panels at their respective edges to be coupled together at least by turning one panel into the other.

* * * * *

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| PERGO (EUROPE) AB    99999 | UNILIN BEHEER B.V. |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Sweden
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Richard L. Brusca
D.C. Bar No. 366746
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Case: 1:08-cv-00659
Assigned To : Lamberth, Royce C.
Assign. Date : 4/15/2008
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
⊙ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ○ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ⊙ E. General Civil (Other)    OR    ○ F. Pro Se General Civil |
|---|

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes |
| Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | Property Rights<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act    1 |

| O **G. Habeas Corpus/ 2255** | O **H. Employment Discrimination** | O **I. FOIA/PRIVACY ACT** | O **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| O **K. Labor/ERISA (non-employment)** | O **L. Other Civil Rights (non-employment)** | O **M. Contract** | O **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding    O 2 Removed from State Court    O 3 Remanded from Appellate Court    O 4 Reinstated or Reopened    O 5 Transferred from another district (specify)    O 6 Multi district Litigation    O 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Patent Interference pursuant to 35 U.S.C. s 291.

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** _____<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☐   NO ☐ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☒   NO ☐   If yes, please complete related case form.

DATE  April 15, 2008    SIGNATURE OF ATTORNEY OF RECORD _____

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.