**FILED**
APR 15 2008
Clerk, U.S. District and
Bankruptcy Courts

CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | | | |
|---|---|---|---|
| PERGO (EUROPE) AB | ) | | Case: 1:08-cv-00659 |
| | ) | | Assigned To : Lamberth, Royce C. |
| Plaintiff | ) | Civil Acti | Assign. Date : 4/15/2008 |
| vs | ) | | Description: General Civil |
| UNILIN BEHEER B.V. | ) | | |
| Defendant | ) | | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __PERGO (EUROPE) AB__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __PERGO (EUROPE) AB__ which have any outstanding securities in the hands of the public:

Pergo AB, Pfleiderer AG

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

D.C. Bar No. 366746
BAR IDENTIFICATION NO.

Richard L. Brusca
Print Name

1440 New York Avenue, N.W.
Address

Washington        D.C.        20005
City              State       Zip Code

(202) 371-7000
Phone Number

3