IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERGO (EUROPE) AB<br>Strandridaregatan 8<br>Box 1010<br>231 25 Trelleborg<br>Sweden,<br><br>    Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands,<br>    Defendant. | Civil Action No. 1:08-cv-00659-RCL<br><br>JURY DEMANDED |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(d), Plaintiff Pergo (Europe) AB, by and through its undersigned counsel, Richard L. Brusca, a member of the Bar of this Court, moves for the Admission *Pro Hac Vice* of Douglas R. Nemec in the above-captioned case.

Dated: May 7, 2008

Respectfully submitted,

Richard L. Brusca
D.C. Bar No. 366746
SKADDEN, ARPS, SLATE
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
rbrusca@skadden.com

*Counsel for Pergo (Europe) AB*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERGO (EUROPE) AB<br>Strandridaregatan 8<br>Box 1010<br>231 25 Trelleborg<br>Sweden,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands,<br>　　　　　　　　Defendant. | Civil Action No. 1:08-cv-00659-RCL<br><br>JURY DEMANDED |

**DECLARATION OF DOUGLAS R. NEMEC IN SUPPORT**
**OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

I, DOUGLAS R. NEMEC, declare as follows pursuant to Local Civil Rule 83.2(d):

1. I am a member of the law firm Skadden, Arps, Slate, Meagher & Flom LLP.

2. My office address is Four Times Square, New York, NY 10036. My office telephone number is (212) 735-3000.

3. I am a member in good standing of the Bar of the State of New York and admitted to appear before the United States Court of Appeals for the Federal Circuit, the United States District Courts for the Eastern and Southern Districts of New York and the Eastern District of Wisconsin.

4. I am a member in good standing of all of the aforementioned courts and have not been disciplined by any bar.

5. I have been admitted *pro hac vice* in this Court once within the past two years. This single instance is 1:08-cv-00399-RCL - a current proceeding related to the above-captioned proceeding.

6. I am not engaged in the practice of law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May, 2008.

_____
Douglas R. Nemec
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000
dnemec@skadden.com
*Attorney for Plaintiff Pergo (Europe) AB*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERGO (EUROPE) AB<br>Strandridaregatan 8<br>Box 1010<br>231 25 Trelleborg<br>Sweden,<br><br>          Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands,<br>          Defendant. | Civil Action No. 1:08-cv-00659-RCL<br><br>JURY DEMANDED |

**PROPOSED ORDER**

Pursuant to Local Civil Rule 83.2(d), the consent motion for Admission *Pro Hac Vice* of Douglas R. Nemec is hereby GRANTED.

Dated this \_\_\_\_ day of _____ , 2008.

_____
United States District Judge