IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERGO (EUROPE) AB <br> Strandridaregatan 8 <br> Box 1010 <br> 231 25 Trelleborg <br> Sweden, <br><br>      Plaintiff, <br><br>      v. <br><br> UNILIN BEHEER B.V. <br> Hoogeveenenweg 28 <br> 2913 LV Nieuwerkerk Ad Ijssel <br> Netherlands, <br><br>      Defendant. | § § § § § § § § § § § § § § § § § Civil Action No. 1:08-cv-00659 |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for UNILIN BEHEER B.V. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of UNILIN BEHEER B.V. which have any outstanding securities in the hands of the public: MOHAWK INDUSTRIES, INC.

These representations are made in order that judges of this court may determine the need for recusal.

May 27, 2008                              Respectfully submitted,

                                          By: /s/ David P. Murray
                                          David P. Murray
                                          WILLKIE FARR & GALLAGHER LLP
                                          1875 K Street, N.W.
                                          Washington, D.C. 20006

- 2 -

Telephone: (202) 303-1000
Facsimile: (202) 303-2000
E-mail: dmurray@willkie.com
D.C. Bar No. 401158

John M. DiMatteo
Eugene L. Chang
David D. Lee
Ketan Pastakia
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
jdimatteo@willkie.com
echang@willkie.com
dlee1@willkie.com
kpastakia@willkie.com

**ATTORNEYS FOR DEFENDANT UNILIN BEHEER B.V.**