IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERGO (EUROPE) AB<br>Strandridaregatan 8<br>Box 1010<br>231 25 Trelleborg<br>Sweden,<br><br>    Plaintiff,<br><br>    v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands,<br><br>    Defendant. | Civil Action No. 1:08-cv-00659 (RCL) |

## CONSENT MOTION FOR KETAN PASTAKIA TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Defendant Unilin Beheer B.V., by and through its undersigned counsel, David P. Murray, a member of the Bar of this Court, respectfully move that Ketan Pastakia be admitted *pro hac vice* in the above-captioned case.

In support of this motion, the undersigned represents:

1. Ketan Pastakia is an associate at the law firm of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099; telephone (212) 728-8000.

2. Mr. Pastakia is a member in good standing of the Bars of the States of New York and New Jersey and the United States District Court for the District of New Jersey. He has not been disciplined by any bar.

3. Mr. Pastakia has been admitted *pro hac vice* in this Court within the last two years.

4.     Pursuant to Local Civil Rule 7(m), I conferred with counsel for Plaintiff Pergo (Europe) AB, and am authorized to state that this motion is unopposed.

WHEREFORE, Defendant, by and through its undersigned counsel, move that this Court enter an Order permitting Ketan Pastakia to appear *pro hac vice* in the above-captioned lawsuit.

Washington, D.C.
June 12, 2008

*David P. Murray*
David P. Murray (D.C. Bar No. 401158)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: 202-303-1000
Facsimile: 202-303-2000
Email: dmurray@willkie.com

*Attorney for Defendant Unilin Beheer B.V.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PERGO (EUROPE) AB<br>Strandridaregatan 8<br>Box 1010<br>231 25 Trelleborg<br>Sweden,<br><br>    Plaintiff,<br><br>    v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands,<br><br>    Defendant. | §§§§§§§§§§§§§§§§ | Civil Action No. 1:08-cv-00659 (RCL) |

### DECLARATION OF KETAN PASTAKIA

I, KETAN PASTAKIA, declare as follows pursuant to Local Civil Rule 83.2(d):

1. I am an associate at the law firm of Willkie Farr & Gallagher LLP.

2. My office address is 787 Seventh Avenue, New York, NY 10019-6099. My office telephone number is (212) 728-8000; my office facsimile number is (212) 728-8111.

3. I am a member in good standing of the Bars of the States of New York and New Jersey and the United States District Court for the District of New Jersey.

4. I have not been disciplined by any bar.

- 2 -

5.  I have been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11 day of June, 2008, in New York, NY.

_____
Ketan Pastakia
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: 212-728-8000
Facsimile: 212-728-8111

*Attorney for Defendant Unilin Beheer B.V.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PERGO (EUROPE) AB<br>Strandridaregatan 8<br>Box 1010<br>231 25 Trelleborg<br>Sweden,<br><br>    Plaintiff,<br><br>    v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands,<br><br>    Defendant. | § § § § § § § § § § § § § § § § § | Civil Action No. 1:08-cv-00659 (RCL) |

## PROPOSED ORDER

Pursuant to Local Civil Rule 83.2(d), the consent motion for pro hac vice admission of Ketan Pastakia is hereby GRANTED.

Dated this \_\_\_\_ day of _____, 2008.

_____
United States District Judge