IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PERGO (EUROPE) AB<br>Strandridaregatan 8<br>Box 1010<br>231 25 Trelleborg<br>Sweden,<br><br>    Plaintiff,<br><br>    v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:08-cv-00659 (RCL) |

**CONSENT MOTION FOR JOHN M. DiMATTEO TO APPEAR *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Defendant Unilin Beheer B.V., by and through its undersigned counsel, David P. Murray, a member of the Bar of this Court, respectfully move that John M. DiMatteo be admitted *pro hac vice* in the above-captioned case.

In support of this motion, the undersigned represents:

1.    John M. DiMatteo is a member of the law firm of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099; telephone (212) 728-8000.

2.    Mr. DiMatteo is a member in good standing of the District of Columbia Bar and the Bars of the States of New York and New Jersey. He is also admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Sixth, Seventh, and Federal Circuits, and the United States District Courts for the

Eastern and Southern Districts of New York, the Eastern District of Michigan, the District of Connecticut, and the District of New Jersey. He is a member in good standing of all of the aforementioned courts, and has not been disciplined by any bar.

3.  Mr. DiMatteo has been admitted *pro hac vice* in this Court within the last two years.

4.  Pursuant to Local Civil Rule 7(m), I conferred with counsel for Plaintiff Pergo (Europe) AB, and am authorized to state that this motion is unopposed.

WHEREFORE, Defendant, by and through its undersigned counsel, move that this Court enter an Order permitting John M. DiMatteo to appear *pro hac vice* in the above-captioned lawsuit.

Washington, D.C.
June 13, 2008

*David P. Murray* (signature)
David P. Murray (D.C. Bar No. 401158)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: 202-303-1000
Facsimile: 202-303-2000
Email: dmurray@willkie.com

*Attorney for Defendant Unilin Beheer B.V.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PERGO (EUROPE) AB<br>Strandridaregatan 8<br>Box 1010<br>231 25 Trelleborg<br>Sweden,<br><br>Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:08-cv-00659 (RCL) |

## DECLARATION OF JOHN M. DiMATTEO

I, JOHN M. DiMATTEO, declare as follows pursuant to Local Civil Rule 83.2(d):

1. I am a member of the law firm of Willkie Farr & Gallagher LLP.

2. My office address is 787 Seventh Avenue, New York, NY 10019-6099. My office telephone number is (212) 728-8000; my office facsimile number is (212) 728-8111.

3. I am a member in good standing of the District of Columbia Bar and the Bars of the States of New York and New Jersey. I am also admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Sixth, Seventh, and Federal Circuits, and the United States District Courts for the Eastern District of New York, the Southern District of New York, the Eastern District of Michigan, and the District of New Jersey.

4. I have not been disciplined by any bar.

5.  I have been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this  11  day of June, 2008, in New York, NY.

_____
John M. DiMatteo
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099
Telephone:  212-728-8000
Facsimile:  212-728-8111

*Attorney for Defendant Unilin Beheer B.V.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERGO (EUROPE) AB <br> Strandridaregatan 8 <br> Box 1010 <br> 231 25 Trelleborg <br> Sweden, <br><br> Plaintiff, <br><br> v. <br><br> UNILIN BEHEER B.V. <br> Hoogeveenenweg 28 <br> 2913 LV Nieuwerkerk Ad Ijssel <br> Netherlands, <br><br> Defendant. | Civil Action No. 1:08-cv-00659 (RCL) |

## PROPOSED ORDER

Pursuant to Local Civil Rule 83.2(d), the motion for pro hac vice admission of John M. DiMatteo is hereby GRANTED.

Dated this _____ day of _____, 2008.

_____
United States District Judge