IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PERGO (EUROPE) AB<br>Strandridaregatan 8<br>Box 1010<br>231 25 Trelleborg<br>Sweden,<br><br>    Plaintiff,<br><br>        v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands,<br><br>    Defendant. | § § § § § § § § § § § § § § § § | Civil Action No. 1:08-cv-00659 |

## **DEFENDANT UNILIN'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**

In light of Plaintiff's Amended Complaint For Interference, filed on June 9, 2008, and without prejudice to or waiving any defenses or objections, Defendant Unilin Beheer B.V., by and through its undersigned counsel, hereby requests withdrawal of its Motion To Dismiss For Failure To State A Claim, filed on May 27, 2008.

Respectfully submitted, this the 19th day of June, 2008.

*/s/ David P. Murray*
David P. Murray (D.C. Bar No. 401158)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
E-mail: dmurray@willkie.com

John M. DiMatteo*
Eugene L. Chang*
Leslie M. Spencer*
David D. Lee*
Ketan Pastakia*
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile:  (212) 728-8111
jdimatteo@willkie.com
echang@willkie.com
lspencer@willkie.com
dlee1@willkie.com
kpastakia@willkie.com

**ATTORNEYS FOR DEFENDANT UNILIN BEHEER B.V.**

\* - Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2008, I caused a copy of Defendant Unilin's Notice Of Withdrawal Of Motion To Dismiss to be sent by hand and First Class Mail to the following persons:

>Richard L. Brusca
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
>1440 New York Avenue, N.W.
>Washington, D.C. 20005

By: _David P. Murray_
David P. Murray
For Defendant Unilin Beheer B.V.