**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERGO (EUROPE) AB )<br>Strandridaregatan 8 )<br>Box 1010 )<br>231 25 Trelleborg )<br>Sweden, )<br>   )<br>             Plaintiff, )<br>   )<br>v. )<br>   )<br>UNILIN BEHEER B.V. )<br>Hoogeveenenweg 28 )<br>2913 LV Nieuwerkerk Ad Ijssel )<br>Netherlands, )<br>             Defendant. )<br>   ) | Civil Action No. 1:08-cv-00659 (RCL) |

**<u>SCHEDULING ORDER</u>**

The Court, having considered the parties' positions, hereby enters the following order regarding conduct of discovery and trial in this matter:

## **SCHEDULE**

Notwithstanding the deadlines set forth herein, any party may seek to amend the schedule for good cause shown.

|  | **Type of Discovery** | **Parties' Proposed Dates** |
|---|---|---|
|  | PHASE 1: DETERMINATION OF INTERFERENCE-IN-FACT | |
| 1A | Exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | September 12, 2008 |
| 1B | Except for good cause shown, motions to amend pleadings/join additional parties to be filed no later than | October 1, 2008 |
| 1C | Pergo identifies allegedly interfering patent claims | October 1, 2008 |
| 1D | Pergo serves preliminary interference-in-fact / two-way obviousness contentions | October 22, 2008 |
| 1E | Meet and confer regarding claim terms to be construed | December 5, 2008 |
| 1F | Parties exchange opening *Markman* patent claim construction briefs | January 23, 2009 |
| 1G | Parties exchange responsive *Markman* briefs | February 27, 2009 |
| 1H | *Markman* hearing | To be scheduled by the Court |
| 1I | Identification of experts | 60 days following *Markman* hearing |

| | Type of Discovery | Parties' Proposed Dates |
|---|---|---|
| 1J | Exchange of briefs on interference-in-fact and accompanying expert declarations (testimony) | 60 days following the Court's ruling on *Markman* issues |
| 1K | Deadline for depositions (cross-examination) of experts | 30 days following Step 1J |
| 1L | Exchange of responsive briefs on interference-in-fact and accompanying expert declarations (testimony) | 30 days following Step 1K |
| 1M | Deadline for depositions (cross-examination) of experts | 30 days following Step 1L |
| 1N | Hearing on interference-in-fact | To be scheduled by the Court |
| | PHASE 2: PRIORITY, VALIDITY AND ENFORCEABILITY | |
| 2A | Pergo and Unilin identify asserted priority dates | 15 days following ruling on interference-in-fact |
| 2B | Exchange privilege logs | 7 days following Step 2A |
| 2C | Exchange of preliminary priority, invalidity and unenforceability contentions | 30 days following Step 2B |
| 2D | Service of affirmative expert reports on priority; Service of Unilin's affirmative expert report on invalidity and unenforceability; Service of any other affirmative expert reports by the party that carries the burden of proof. | 60 days following Step 2C |
| 2E | Deadline for depositions (cross-examination) of experts | 30 days following Step 2D |

| | Type of Discovery | Parties' Proposed Dates |
|---|---|---|
| 2F | Service of rebuttal expert reports | 30 days following Step 2E |
| 2G | Fact and Expert discovery completed | 30 days following Step 2F |
| 2H | Exchange of final invalidity and unenforceability contentions | 15 days following Step 2G |
| 2I | Dispositive motions and Opening papers to be served and filed no later than | 30 days following Step 2H |
| 2J | Opposition papers to be served and filed no later than | 30 days following Step 2I |
| 2K | Reply papers to be served and filed no later than | 15 days following Step 2J |
| 2L | All Pretrial Submissions, including (1) the Joint Pretrial Order, and (2) Motions in Limine | 30 days following reply papers (Step 2K) or 30 days following decision of any dispositive motion, whichever is later |
| 2M | Trial Ready | 30 days after pre-trial submissions (Step 2L) or 45 days following decision of any dispositive motion, whichever is later; trial to be held on 48 hours notice |

SO ORDERED

_____/s/_____
The Honorable Royce C. Lamberth
United States District Court Judge

Date: _August 22, 2008____